UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:08-CV-1568-ORL-28GJK

**MARIE BURKS, as Personal Representative of RICKY MILLS, deceased, and JACK MILLS,**

    Plaintiffs,

vs.

**KEVIN BEARY, as SHERIFF of ORANGE COUNTY FLORIDA, DEPUTY SHERIFF CHESTER PARKER And DEPUTY SHERIFF BRIAN FIGUEROA,**

    Defendants.

_____/

## NOTICE OF FILING

COME(S) NOW the Plaintiffs, MARIE BURKS as Personal Representative of RICKY MILLS, deceased, and JACK MILLS, by and through the undersigned attorneys, and in support of Plaintiff's Response in Opposition to Defendants', Kevin Beary, Chester Parker and Brian Figueroa Motions for Summary Judgment hereby give(s) notice of the filing with the court of the deposition transcripts of:

1. Jack Mills, Exhibit B.
2. Jimmy Lee Jones, Exhibit C.
3. Mary Lou Jones, Exhibit D.
4. Marie Burks, Exhibit E.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2009, I electronically filed the foregoing with the Clerk of the Courts by using the ECF system which will send a notice of electronic

1

2

filing to the following: Jeanelle G. Bronson, Esquire, Grower, Ketcham, Rutherford, Bronson, Eide & Telan, P.A., 901 North Lake Destiny Road, Suite 450, Maitland, FL 32751; Frank Allen, Esquire, The Allen Firm, P.A., 605 E. Robinson St, Ste 130, Orlando, FL 32801.

/s/ John W. Dill_____
John W. Dill, Esquire
FBN 981680
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:    (407) 420-1414
Facsimile:    (407) 425-8171
Attorneys for Plaintiffs

2