1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARIE BURKS, as Personal
Representative of RICKY MILLS,
deceased, and JACK MILLS,          CERTIFIED COPY

          Plaintiffs,

vs.               CASE NO.:  6:08-CV-1568-ORL-28GJK

KEVIN BEARY, as SHERIFF OF
ORANGE COUNTY, FLORIDA, DEPUTY
SHERIFF CHESTER PARKER and
DEPUTY SHERIFF BRIAN FIGUEROA,

          Defendants.
------------------------------------------------------------

          The deposition of JACK MILLS taken pursuant to

Notice on behalf of the Defendants on Wednesday, August 5,

2009, beginning at 9:05 a.m., at 105 East Robinson Street,

Suite 503, Orlando, Florida, before Donna R. Keller,

R.P.R., and Notary Public, State of Florida at Large.

A P P E A R A N C E S:

          FRANK T. ALLEN, Esquire
          The Allen Firm, P.A.
          605 East Robinson Street, Suite 130
          Orlando, Florida  32801

               For the Plaintiffs,

          JEANELLE G. BRONSON, Esquire
          Grower, Ketcham, Rutherford,
          Bronson, Eide & Telan, P.A.
          901 North Lake Destiny Road, Suite 450
          Maitland, Florida  32751

               For the Defendants.

ALSO PRESENT:  Richara Brown, Morgan & Morgan, P.A.

2 (Pages 2 to 5)

**Page 2**

I N D E X

TESTIMONY OF JACK MILLS

Direct Examination by Ms. Bronson                    3
Cross-Examination by Mr. Allen                     130
Redirect Examination by Ms. Bronson               132

CERTIFICATE OF OATH                    133
CERTIFICATE OF REPORTER                134

E X H I B I T S

Defendants' Exhibit No. 1                    97

- - - - -

S T I P U L A T I O N S

It is hereby stipulated and agreed between counsel for the respective parties and the witness that the reading and signing of the deposition be waived.

**Page 3**

JACK MILLS,

having been first duly sworn testified as follows:

THE WITNESS: I do.

DIRECT EXAMINATION

BY MS. BRONSON:

Q   Would you state your name for the record, please?

A   Jack W. Mills.

Q   Mr. Mills, my name is Jeanelle Bronson and I represent Sheriff Demings and the two deputies in this lawsuit, Deputy Barker and Deputy Figueroa. Have you ever had your deposition taken before?

A   No.

Q   Okay. I'm sure your attorney has talked to you about the deposition process but I'd like to add just a couple of points, if I could, to sort of help the deposition process go smoothly. First I'd let you know that this is rather informal. If you need to take a break let me know and we'll take a break. If at any time you don't understand my question let me know that and I'll rephrase it. I'd ask that you speak verbally, audibly, so that the court reporter can take down whatever it is you say. Try to avoid uh-huhs or uh-uhs because it makes for a difficult record because she's typing down everything that we're saying today.

A   (Nodding head.)

**Page 4**

Q   Try to avoid nods of the head as well. And I think that's really pretty much it.

If I talk too fast let me know that and I'll try to slow down.

A   Okay.

Q   I'd also ask that you try to speak loudly enough for the court reporter to hear you.

A   All right.

Q   Thank you. Let's started with whether or not you've ever been known by any other names.

A   No.

Q   Okay. What is your date of birth?

A   August 25th, 1952.

Q   Can you give me the last four digits of your Social Security number?

A   91 -- 9913.

Q   Where were you born?

A   Morgan, Georgia.

Q   And when did you move to Florida?

A   1959.

Q   So you were seven years old?

A   Yes.

Q   What's your current address?

A   4234 Prince Hall Boulevard, Orlando, Florida 32811.

**Page 5**

Q   And how long have you lived at that address?

A   Ever since 1968. 41 years.

Q   Who do you live there with?

A   My mother and my sister.

Q   What is your mother's name?

A   Ora Pearl Mills.

Q   And your sister's name?

A   Marie Burks.

Q   Okay. And have Ora Mills and Marie Burks lived at that residence with you since 1968?

A   Ora Mills have. Marie, she been married but she moved back there to take care of my mother because she's 87 years old.

Q   When did she move back?

A   About five months ago.

Q   Is your mother in poor health?

A   No.

Q   Okay. Have you ever been married?

A   Yes.

Q   How long ago was that?

A   I got my divorce in 1975 on my birthday.

Q   You got the divorce then or you married then?

A   Divorced.

Q   And who were you married to?

A   Shirley -- Shirley Washington, I think.

**6**

1  Q  Do you recall what year?
2  A  I finished school in '71. Probably '73, 1973.
3  Q  And you were divorced in '75?
4  A  Yes.
5  Q  Okay. Any other marriages?
6  A  No.
7  Q  You graduated from high school in 1971?
8  A  Yes.
9  Q  What high school?
10  A  Mid Florida Tech.
11  Q  Did you get a GED?
12  A  Yes.
13  Q  Did you take any vocational training at Mid
14  Florida Tech while you were there?
15  A  Yes, but I didn't finish them. I took up
16  sociology, retailing training.
17  Q  Retail and what?
18  A  Retailing, retailing management.
19  Q  And all that was from Mid Florida Tech?
20  A  Yes, and I got sociology, retailing supermarket
21  chains.
22  Q  Do you hold any licenses in the state of Florida?
23  A  My driver's license.
24  Q  Have you ever been certified as any type of
25  contractor?

**7**

1  A  Well, I used to be a concrete contractor.
2  Q  Did you hold a license or certification?
3  A  No. What do you call it? I had a license but it
4  was one of those -- it was something like self-contractor
5  license, self-contractor license.
6  Q  Okay. Do you have any military training?
7  A  No.
8  Q  Are you currently employed?
9  A  No.
10  Q  Are you retired?
11  A  I'm on disability.
12  Q  And what is your disability?
13  A  I have asthma and high blood pressure, lower back
14  problem.
15  Q  How long have you been disabled?
16  A  Since 2001.
17  Q  And do you receive disability benefits?
18  A  Yes.
19  Q  Before I go down any further along this path, let
20  me just ask you, are you claiming that you have lost
21  earnings or wages as a result of any injuries that you've
22  suffered connected to this incident which is the subject of
23  this lawsuit?
24  A  Well, I have lost because I'm not able to work
25  but I -- I was on disability when I got injured but I'm

**8**

1  still saying that I'm still under the doctor care right now
2  from the -- from this incident.
3  Q  Yes, sir. But what I'm trying to understand is
4  whether you are claiming that you have lost any earnings or
5  wages because of the incident that's the subject of this
6  lawsuit.
7  A  No, not -- no.
8  MS. BRONSON: And just for the record,
9  Frank, can I ask you, are you making a wage
10  loss claim in this lawsuit?
11  MR. ALLEN: Not that I'm aware of.
12  MS. BRONSON: Okay. I just need to --
13  MR. ALLEN: No, I totally understand. I'm
14  pretty sure. You know, I'll talk with John
15  about it. I'm not aware of any wage claim. I
16  think he just said no, so I'm not aware of any.
17  MS. BRONSON: Okay.
18  MR. ALLEN: But we'll definitely let you
19  know and clarify that, okay?
20  MS. BRONSON: And if you are, I either
21  need to go on and ask my wage loss claims
22  questions now, or I need to be able to do a
23  follow-up depo where we can ask about it.
24  MR. ALLEN: Okay.
25  MS. BRONSON: So you tell me which --

**9**

1  MR. ALLEN: I mean, it's up to you. I
2  need to talk to John. Like he just said, he
3  doesn't have any wage --
4  THE WITNESS: No, I didn't have --
5  MR. ALLEN: He doesn't have any past wage
6  losses. I don't know if he's claiming any
7  future wage losses.
8  MS. BRONSON: Okay. That's going to be my
9  next question.
10  MR. ALLEN: Okay.
11  Q  Are you claiming any future wage losses as a
12  result of the incident that's the subject of this lawsuit?
13  A  Yes, in a way because I was planning on going
14  back to school and I was planning on getting into general
15  contracting just subbing out work, and working by my church
16  and everything, my church.
17  Q  Okay. All right. We're going to have to go down
18  the wage loss claim path because you're claiming future
19  loss of wages.
20  Now, the last time you were employed was in
21  2001; is that correct?
22  A  Yes.
23  Q  Okay. And what type work were you doing prior to
24  your being determined to be disabled?
25  A  I was working for North American Van Line.

4 (Pages 10 to 13)

---

**10**

1    Q   What were you doing?

2    A   I was loading trucks, loading and unloading

3  trucks.

4    Q   How long did you work for North American Van

5  Lines?

6    A   About 27 years, off and on.  I worked there as a

7  light helper.

8    Q   You worked there as a --

9    A   Light helper.

10    Q   -- light helper?

11    A   Yeah.

12    Q   And that basically was loading --

13    A   Loading whenever a job would come in and they

14  needed a helper.  I helped them -- that was probably every

15  day, every week, five days, sometimes six days a week.

16    Q   And did you retire from North American Van Lines?

17    A   That's where I got injured at.

18    Q   And what kind of injury did you have?

19    A   Plywood fell on me.  That was my back, when I got

20  injured on my back.  Then I went back to work after that,

21  after I got released from the doctor.

22    Q   How long were you off from work because of this

23  injury?

24    A   About two years, I think, one or two years.

25  About a year and a half.

---

**11**

1    Q   Okay.  What year were you injured?

2    A   2001.

3    Q   Okay.  Injured in 2001.  And you were off work

4  for a year and a half?

5    A   About a year and a half.

6    Q   Okay.  Then you went back to work for North

7  American Van Lines?

8    A   No, I did not go back to work.

9    Q   Did you receive any type of permanent disability

10  benefits as a result of the injury in 2001?

11    A   Not after -- I was receiving benefits while I was

12  going to the doctor, but then that stopped after I got

13  released from the doctor.

14    Q   What type work did you go back to after you

15  recovered from this injury, this 2001 injury?

16    A   Well, I went back into concrete but I didn't go

17  in that long because in -- till 2002.

18    Q   Okay.  So sometime in 2002 you started doing

19  concrete work?

20    A   I was doing concrete up until November the 3rd in

21  2002.  That's when I went in the hospital, find out I had

22  asthma and high blood pressure, and I haven't work since.

23    Q   And do you receive Social Security disability

24  benefits?

25    A   No -- yeah, I believe I -- I receive

---

**12**

1  disability -- I don't know what it is -- Social Security

2  but it's a disability.

3    Q   Does it come from the United States government?

4    A   Yes.

5    Q   And that's every month?

6    A   Yes.

7    Q   And how much do you receive a month?

8    A   560.  About 560 actually.  It went up a little

9  bit.

10    Q   Is that the only government assistance that you

11  receive?

12    A   No, I'm sorry.  It's six -- they went up.  I

13  think it's 670.

14    Q   Is that the only governmental benefit that you

15  receive?

16    A   Yes, ma'am, yes.

17    Q   Okay.  And you have not worked since

18  November 3rd, 2002?

19    A   No.

20    Q   And when you say that you did concrete work, can

21  you explain to me what kind of work that is?

22    A   I poured on driveways, house floors, sidewalk and

23  any kind of flat work, laid out foundations, dug

24  foundations, got them ready for inspection.

25    Q   And how long did you do that work?

---

**13**

1    A   Well, up until 2002, November the 3rd.

2    Q   When did you start doing that kind of work?

3    A   I did it back -- I started doing it with my uncle

4  back in the early '80s and then I went to North American

5  and then I went back -- then when I got my license back

6  then and then I did it up until 2002.

7    Q   Where did you get this license from?

8    A   Orange County.

9    Q   You got your license in the '80s?

10    A   Got the permit in downtown Orlando.

11    Q   And were you self-employed?

12    A   Yes.  I had an occupation license.  That's what I

13  was trying to think about.

14    Q   Okay.  When is the last time you filed a tax

15  return?

16    A   Back in -- it's been a while 'cause I wasn't

17  working 'cause -- well, it's been back in -- it's been over

18  ten years because I was -- I was out there on drugs for a

19  while so I wasn't filing then, and they said I don't have

20  to file while I'm on disability if I don't work.

21    Q   When were you on drugs?

22    A   I was -- I was out there on the street.  That was

23  in 2002 when I -- God saved me from -- delivered me from

24  drugs, alcohol, cigarettes and everything, November the

25  3rd, 2002, and been clean and in church ever since.

---

14

1   Q   So you haven't used drugs since November 3rd,
2   2002?
3   A   Yes.
4   Q   And when I say "drugs," I'm referring to illegal
5   drugs.
6   A   Illegal drugs, yes.
7   Q   What was your drug of choice before that?
8   A   Marijuana and coke.
9   Q   Crack-cocaine?
10  A   Yes.
11  Q   Well, you are very fortunate, aren't you?
12  A   I'm blessed. That's why I'm going through what
13  I'm going through with him.
14  Q   Got it. Now, I want to be sure I got this right.
15  The reason you haven't worked since November 3rd, 2002 is
16  because you have problems with your back?
17  A   Well, asthma is the main thing, and high
18  pressure.
19  Q   Have you had to be hospitalized for your asthma?
20  A   Yes, I was hospitalized four times in less than
21  three months.
22  Q   When was the last time you were hospitalized for
23  asthma?
24  A   Back in February 2003.
25  Q   So that's improved as well; is that correct?

15

1   A   Ma'am?
2   Q   That's improved as well, your asthma? I mean,
3   have you been hospitalized for asthma lately?
4   A   No. I'm going to the doctor every other week for
5   asthma and -- and high blood pressure. I see the doctor
6   regularly. I'm on the medication. I went in the hospital
7   'cause it hit me real bad.
8   Q   But the last time you were in the hospital was
9   February of 2003?
10  A   Yes.
11  Q   Okay. Tell me who your doctors are, please.
12  A   My primary is Dr. Glenn Agans.
13  Q   Can you spell that last name for me?
14  A   A-G-A-N-S.
15  Q   And where is his office?
16  A   On McLeod Road. I don't know the exact address.
17  Q   In Orlando?
18  A   Yes.
19  Q   How long have you been seeing Dr. Agans?
20  A   Ever since 2001.
21  Q   Okay. Who was your primary care doctor before
22  Dr. Agans?
23  A   I can't think of him but it's doctor -- I can't
24  recall his name right now but they -- they transferred me
25  over from one agent to that agent and they have different

16

1   doctors coming in every other day, but that's my primary
2   doctor so he is over everything.
3   Q   Dr. Agans, does he have a group practice?
4   A   Well, it's something like a walk-in and -- I got
5   it here. It's really a group practice but that's -- on my
6   own insurance card I see different doctors but he is my
7   main doctor.
8   Q   What type of insurance do you have?
9   A   Stay Well.
10  Q   Is that through Medicaid?
11  A   Yes, ma'am. I got Stay Well and Medicaid.
12  Q   And how long have you had this Stay Well
13  insurance?
14  A   Since 2001.
15  Q   Same with Medicaid?
16  A   Yes, yeah, it's a group insurance.
17  Q   Can you give me your driver's license number
18  while you've got your wallet open there?
19  A   M42043952305-0.
20  Q   What's the expiration date on it?
21  A   2017.
22  Q   Do you have any restrictions on your license like
23  for vision?
24  A   No.
25  Q   Okay. You don't have to wear glasses?

17

1   A   Just for reading. Just for reading.
2   Q   Okay.
3   A   You need the address?
4   Q   Yes, sir. That would be good.
5   A   4382 LB McLeod Road, Orlando, Florida 32811.
6   Q   4382 LB McLeod Road?
7   A   4382 LB McLeod Road.
8   Q   What's the name of the group?
9   A   Stay Well.
10  Q   That's your health insurance card?
11  A   Yes.
12  Q   Do you by chance have the doctor's card there?
13  A   Dr. Glenn Agans is the name. That's the primary
14  care. (Indicating)
15  Q   All right. Have you enrolled in any type of a
16  class or course since November 3rd, 2002?
17  A   No.
18  Q   Have you applied for any class since
19  November 3rd, 2002?
20  A   No.
21  Q   But you intend to go back to school, you said
22  earlier; is that correct?
23  A   I intended to go back to school but being to the
24  doctor two times a day, three days a week, almost every day
25  of the week. I see a psychiatrist, I see an allergy doctor,

6 (Pages 18 to 21)

**18**

1  I see a foot doctor, I see a back doctor, I see a knee
2  doctor, so I'm back and forth to the doctor every other day
3  almost.
4      Q   Okay.  Why don't we go through and talk about
5  what doctors you see.  Other than Dr. Agans, what type
6  doctors do you see?
7      A   I see doctor (reading) -- give me -- give me a
8  minute.  I see Dr. Glover (ph.).
9      Q   What is Dr. Glover's first name?
10     A   I don't have it on here.
11     Q   What type doctor is Dr. Glover?
12     A   For the liver.
13     Q   Liver?
14     A   Yes.
15     Q   Okay.
16     A   Dr. Van Dyke.
17     Q   How long have you been seeing Dr. Glover?
18     A   For about a year.
19     Q   And what kind of problems are you having with
20  your liver?
21     A   They found a spot on my liver, Dr. Van Dyke.
22     Q   Where is Dr. Glover's office?
23     A   In Jacksonville.
24     Q   Do you go to Jacksonville to visit --
25     A   I have to go there for a specialist.  They didn't

**19**

1  have one here.
2      Q   Okay.  But you don't have his first name right
3  now?
4      A   No, ma'am, not in my phone.
5      Q   How often do you see Dr. Glover?
6      A   I have to see him once a year now since they find
7  the problem.
8      Q   What was the diagnosis for your liver?
9      A   They found a spot on my liver.
10     Q   Did they diagnose it as cancer?
11     A   They're just watching it right now.
12     Q   All right.  Other than Dr. Agans and Dr. Glover,
13  who do you see?
14     A   Dr. Van Dyke.
15     Q   What's Dr. Van Dyke's first name?
16     A   I don't have the whole name on here.
17     Q   What type of doctor is he?
18     A   Dr. Van Dyke is treating me for my left shoulder,
19  my left and my right knee, and my left toe.
20     Q   Which toe is it --
21     A   Left big toe.
22     Q   How long have you been seeing Dr. Van Dyke?
23     A   Ever since 2005.
24     Q   When in 2005?
25     A   Right after June 14th, 2005.

**20**

1      Q   Where is Dr. Van Dyke's office located?
2      A   Michigan Avenue, and he have a office on Sand
3  Lake Road.
4      Q   Okay.  What are the problems you're seeing Dr.
5  Van Dyke for related to your left shoulder?
6      A   I had surgery on my left shoulder when I got
7  injured on the -- when I was working for North American.
8  And my left knee -- both my knees, I got a bullet in my
9  right knee and he did surgery on my left knee.
10     Q   So you first started seeing Dr. Van Dyke in 2005?
11     A   Yeah, five, for my -- for my foot.
12     Q   Did you see him for your shoulder prior to 2005?
13     A   2001, yeah.
14     Q   Okay.  So you've been seeing Dr. Van Dyke since
15  2001?
16     A   Yeah, for my shoulder.
17     Q   Okay.
18     A   And my knee.
19     Q   What's the problem with your knee?
20     A   I got a bullet in my knee, and my left knee
21  he did surgery on it because it was -- I was having pain.
22     Q   Now, how did you get a bullet in your right knee?
23     A   I got shot in it.
24     Q   That's a good answer.
25     A   I got the gun and it went off and hit me in my

**21**

1  knee at my house.
2      Q   When did this happen?
3      A   Back in 1977.  They didn't want to take it out
4  because I'd walk with a limp.
5      Q   Okay.  So you got shot in your right knee in
6  1977?
7      A   Yeah, by myself.
8      Q   Right.  You didn't see Dr. Van Dyke until --
9      A   No.
10     Q   When did you see Dr. Van Dyke about your --
11     A   When I started having problems --
12         MR. ALLEN:  Let her finish her questions,
13     because it's hard for the court reporter and
14     she's trying to --
15         THE WITNESS:  Okay.
16     Q   Okay.  So after you got shot in your right knee
17  where were you treated?
18     A   ORMC.
19     Q   Okay.  And after you were treated your knee
20  seemed to be fine?
21     A   Yes.
22     Q   Okay.  And then at some point you started having
23  trouble with this right knee.  When was that?
24     A   That was after I started having problems back in
25  the '80s, like when -- if it get cold or rain or something



**22**

1  like that.
2    Q  Okay. And then you said Dr. Van Dyke also sees
3  you for problems with your left knee?
4    A  Yes, he did surgery on that.
5    Q  When did he do surgery?
6    A  In 2004, I think.
7    Q  And what was the problem with the left knee?
8    A  They find out it was arthritis and it was
9  catching -- when I walked it was catching my joints,
10  popping, popping like.
11    Q  Did you have a torn meniscus?
12    A  No. It was just like bone was rubbing against
13  bone.
14    Q  Did you have a knee replacement?
15    A  No. He shaved it down.
16    Q  And that was in 2004?
17    A  Yeah, around about that time.
18    Q  And have the problems resolved in your left knee
19  since the surgery?
20    A  No, ma'am. I'm still seeing him for that.
21    Q  Sir?
22    A  No.
23    Q  So you're still having problems with it?
24    A  Yes, I'm still under his care.
25    Q  How about problems with the right knee? Are you

**23**

1  still having problems with the right knee?
2    A  Yes.
3    Q  Okay. Have the problems with your right knee and
4  your left knee kept you from working since say 2005?
5    A  No.
6    Q  Are you taking any medication for the problems
7  with your knees?
8    A  No.
9    Q  What medication are you taking?
10    A  I don't -- I'm taking muscle relaxers but all of
11  that is for treating all three of my problems. I'm taking
12  methocarbamol, and that's for treatment of my shoulder and
13  my knee and my left toe. Then I'm getting cortisone shots
14  in my left toe.
15    Q  Now, does Dr. Van Dyke treat you for problems
16  with your back?
17    A  No.
18    Q  Okay. Do you still have problems with your back?
19    A  No, not that much unless I'm -- I stand up too
20  much or too long, but that's not a bad problem now.
21    Q  What do you call standing up too long?
22    A  If I be standing up like if I'm ushering in
23  church, I have to sit down and I get stiff, or if I sleep
24  on it.
25    Q  So you can't stand for long periods of time

**24**

1  because of problems with your back?
2    A  Sometimes, yes.
3    Q  How often is that, that you find that you can't
4  stand for long periods of time because of problems with
5  your back?
6    A  Well, I don't really know how often because I
7  don't usher but once a month, and that's the only time it
8  bothers me.
9    Q  What church do you go to?
10    A  Christ Dominion Church of God.
11    Q  Where is that located?
12    A  1912A Lee Road, in the American Legion building.
13    Q  Okay. Dr. Van Dyke also sees you for your left
14  big toe?
15    A  Yes.
16    Q  Tell me what the problems are with the left big
17  toe.
18    A  I got shot in it.
19    Q  Okay.
20    A  And my problem is I'm -- I have numbness because
21  my nerve was destroyed at the tip of my -- 'cause my whole
22  front of the tip of my toe was shot off, and I have sharp
23  pains going down in it, throbbing pain.
24    Q  Does the pain in your toe keep you from being
25  able to usher?

**25**

1    A  Yes, I have -- if I stand on it -- right now I
2  have sharp pain and they don't want me to use my toe, so
3  I'm wearing a boot right now because they did a bone --
4  bone test and find out about me favoring my big toe, and
5  now my other toe is being affected.
6    Q  You favor your big toe?
7    A  By me favoring my big toe now my other toes are
8  being affected. My middle toe, they find a -- a black spot
9  in it. I don't know what they call it, but they got me
10  wearing a boot and I'm wearing that, but it's not doing any
11  good.
12    Q  When you say you favor your big toe, does that
13  mean you place --
14    A  I used to try to walk without using my big toe
15  because I be in pain if I walk with my big toe.
16    Q  Prior to June 14th, 2005 did you have any
17  problems with that toe?
18    A  I never had problems with my foot at all.
19    Q  When did you determine that you had been shot in
20  your big toe?
21    A  When the paramedics pulled my shoe off and the
22  lead fell out of my shoe on the floor.
23    Q  What kind of shoe was it?
24    A  A dress shoe. I was just coming from church.
25    Q  Do you still have that shoe?

8 (Pages 26 to 29)

26

1      A   Well, the police department got the shoe.  I got
2   the right shoe.  Or Orange County.  Orange County have the
3   shoe.  I have the right shoe, they got the left one.
4      Q   Okay.  Did you ever have to have the bullet
5   removed from your toe?
6      A   The bullet wasn't in my toe.  When they pulled my
7   shoe off the bullet fell out of the shoe on the floor.
8   Orange County have the bullet, too, along with the shoe.
9      Q   Is Dr. Van Dyke seeing you for any reason other
10   than your left shoulder, your knees and your left big toe?
11      A   No.
12      Q   What other doctors do you see?
13      A   My allergy doctor, Dr. Andrea (ph.).  I don't got
14   his card.  I can -- if you want to -- I can get you all the
15   doctors numbers, name and stuff, their full name and you
16   can get it from them.
17      Q   Where is Dr. Andrea's office located?
18      A   McLeod Road.
19      Q   How do you spell it?
20      A   A-N-D-R-E-A, I think.
21      Q   How long have you been seeing Dr. Andrea?
22      A   About ever since 2002.
23      Q   Do you know what Dr. Andrea's first name is?
24      A   No.  Like I said, I'll get all names -- the full
25   name and addresses and provide it with my -- Mr. Frank

27

1   Allen, he'll get them to you, if that's all right.
2      Q   Okay.  All right.  And what other doctors do you
3   see?
4      A   Then there's Dr. Chico.
5      Q   How do you spell that?
6      A   C-H-I-C-O.
7      Q   Okay.  What kind of doctor is Dr. Chico?
8      A   Foot specialist.
9      Q   Where is Dr. Chico's office?
10      A   Curry Ford Road.  I think I got a card.
11      Q   Do you know what Dr. Chico's first name is?
12      A   I think I got one of his cards, I think.  I don't
13   know his first name.  No, I don't have his first name.
14      Q   How long have you been seeing Dr. Chico?
15      A   Since 2005.
16      Q   After the incident that's the subject of this
17   lawsuit?
18      A   Yes.
19      Q   Okay.  And has Dr. Chico agreed that you were
20   shot in your left toe, big toe?
21      A   I can't say they agreed.  They treat me for a
22   gunshot wound.  My last appointment was yesterday.
23      Q   How often do you see Dr. Chico?
24      A   Every week or every other week.  I get a
25   cortisone shot about every three months or something like

28

1   that.
2      Q   So you're seeing Dr. Van Dyke and Dr. Chico for
3   the problem with your left big toe; is that correct?
4      A   Yes, I see Dr. Van Dyke but Dr. Chico is my
5   regular specialist so I see him more often.  Dr. Van Dyke,
6   mostly he gave me a couple of shots in my foot but now Dr.
7   Chico give them to me, so Dr. Van Dyke mostly just check my
8   knees and my shoulders now.
9      Q   How often do you see Dr. Van Dyke?
10      A   Oh, about once a month.  My next appointment is
11   this Friday.
12      Q   How often do you see Dr. Andrea?
13      A   Andrea?  About every -- once a month or something
14   like that, for my allergy.
15      Q   What other doctor do you see?
16      A   Dr. Carol.  That's for psychiatrist.
17      Q   Can you spell that for me?
18      A   C-A-R-O-L.
19      Q   C-A-R-O-L?
20      A   Yes, Carol.
21      Q   Is that the first name or the last name?
22      A   That's her first name.  Tri County Psychiatrists.
23      Q   How long have you been seeing Dr. Carol?
24      A   I been seeing her ever since 2005.
25      Q   Do you know Dr. Carol's last name?

29

1      A   No.
2      Q   How were you referred to Dr. Carol?  How did you
3   select Dr. Carol?
4      A   I was referred to Dr. Carol by my primary doctor
5   because I was depressed and I was waking up at night from
6   seeing my nephew falling on top of me when they shot him
7   and that -- the whole incident, what happened when -- when
8   he got shot, I have nightmares.
9      Q   But you don't know Dr. Carol's last name?
10      A   No.  I can get all the -- I can get all the
11   doctors' names and address, if it's all right, and give it
12   to Mr. Allen, or they can -- and they can get them to you.
13         MS. BRONSON:  Frank, will you produce
14   those?
15         MR. ALLEN:  Yes, as soon as I get them I
16   will produce them to you.
17      Q   Where is Dr. Carol's office located?
18      A   It's on Wilshire Road off of Kirkman Road.
19      Q   Off of Kirkman Road?
20      A   Yes, ma'am.
21      Q   Okay.  Are you seeing any other doctors?
22      A   Yes.  Tests -- A lot of blood work at Quest and
23   Drew Medical.  Would you want me -- when I give you the
24   doctor do you want me to write down all the medications,
25   give you a list of all the medications?

30

1    MR. ALLEN:  Not unless she asks for it.
2    MS. BRONSON:  Well, I'm certainly asking
3  for it now.
4    THE WITNESS:  She asked me about the
5  medication that I take and --
6    Q   Yes, sir, I did ask you what medication you take.
7  Is it correct at this point you don't know all the names of
8  the medications that you take?
9    A   No, ma'am.
10   Q   Okay.
11   A   I got a list in my car -- in my truck.  I meant
12  in my truck.
13   Q   Okay.  Do you know what you take the different
14  medications for, what the purpose of the medications are?
15   A   Yes, ma'am.
16   Q   Can you tell me what the purposes of the
17  medications are?
18   A   I take muscle relaxer because I have sharp pains
19  going down in my leg and in by my toe and for my numbness.
20  And I take Loratadine for my breathing, Loratadine; and I'm
21  on a inhaler, I'm on a machine; I'm on Advair --
22   Q   What's the Advair for?
23   A   For my breathing.  All of this is for my
24  breathing.  I'm on Advair, the inhaler.  Advair is the
25  round disc.

31

1    Q   Yes, sir.  I got it.
2    MR. ALLEN:  What is it called?
3    A   Advair, A-D-V-A-I-R.  And then I'm on the inhaler
4  --
5    Q   Albuterol?
6    A   Yes.  And I got the nebulizer, the machine, and
7  the Loratadine pills that I take for my breathing.
8    Q   You got the works, it sounds like.
9    A   Yeah, it hit me real bad.  I'm lucky to be here.
10   Q   Any other medications that you take which you can
11  recall?
12   A   I take high blood pressure pill and cholesterol
13  pill but I can get the names of all that.  And I take pain
14  pills.
15   Q   And what's the pain pills for?
16   A   Well, mostly my feet, my back and my knees.
17   Q   How often do you take the pain medication?
18   A   I take them every day, two times a day --
19  sometimes two times a day.  Some I might take them three
20  times according to the prescription.
21   Q   You take two different kinds of pain medication?
22   A   Yes.
23   Q   Do you know what the names of the pain
24  medications are?
25   A   No.  Okay.

32

1    Q   So do you take these pain medications --
2    A   One of them is dilox (ph.) -- I can't pronounce
3  it but it's called didoxil (ph.), D-O-X-I-X-C-I-L-E or
4  something like that.
5    Q   Okay.  How often do you take the dio --
6    A   Once a day.
7    Q   And that's a pain pill?
8    A   Yes.
9    Q   And then you take another pain pill?
10   A   Three times a day, every eight hours.
11   Q   What pain medication is that?
12   A   I don't know the name of it.
13   Q   What pharmacy do you use?
14   A   Walgreen's, Holden Avenue.
15   Q   Is that the only pharmacy you use?
16   A   That's the only one I use.
17   Q   How long have you used that pharmacy?
18   A   Ever since 2001.  Oh, that other doctor, my
19  primary doctor name is Dr. Hayman, H-A-Y-M-A-N.  That's the
20  first one, and then they transferred to Dr. Agans.
21   Q   Have you ever had any life-threatening illnesses
22  other than the asthma?
23   A   No.
24   Q   I guess high blood pressure is conceivably
25  life-threatening.

33

1    MR. ALLEN:  It could be.
2    A   Yeah.  Well, I thought maybe -- you could add
3  high blood pressure.  Gunshot wound, that could be
4  considered one.
5    Q   Is the bullet still in your knee?
6    A   In my right knee, yes.  It's 18 centimeters below
7  my kneecap.
8    Q   And the pain medications that you take are for
9  all of your symptoms?
10   A   Yes, yes.
11   Q   Okay.  Including your knee, the problems with
12  your knee?
13   A   Yes.  The cortisone shot -- the cortisone shot is
14  just for my toe.
15   Q   Have you ever filed any lawsuits prior to this
16  lawsuit?
17   A   Well -- no, I haven't had another lawsuit.  I --
18   MR. ALLEN:  Just yes or no.
19   A   Oh, well, like North American, when I got hurt
20  with North American they consider that -- they settled it
21  out.
22   MR. ALLEN:  Okay.
23   Q   That was a worker's compensation claim?
24   A   Yes.
25   Q   And you settled that out back in 2002?

10 (Pages 34 to 37)

34

1    A    Back in 2001.
2    Q    2001. Okay. Now, let's talk about your nephew
3    Ricky Mills, okay?
4    A    Okay.
5    Q    How long have you known -- how did you know Ricky
6    Mills before he passed?
7    A    When Ricky was born. Ricky lived with us ever
8    since he was born.
9    Q    Were you close to Ricky?
10   A    Yes.
11   Q    How often would you see him on average say in the
12   year before his death?
13   A    Every day Ricky checked on me or I checked on
14   him. We called on each other every day or seeing each
15   other. I took him to the store when he needed to go do the
16   shopping, grocery shopping; took him to the -- taking
17   clothes to the washer. I mean he -- he worked with me
18   sometimes. We did my mama's yardwork. We were together
19   all the time.
20   Q    Ricky Mills was your nephew?
21   A    My second oldest nephew.
22   Q    What was his mother's name?
23   A    Ora Lee Mills.
24   Q    What was his father's name?
25   A    Father is dead. I didn't find out since he got

35

1    dead that his father name was Archer -- Archer Lee
2    Williams. I don't know -- he's my uncle. That's why he
3    ended up living with me, with us, because -- it's a long
4    story.
5    Q    Archer Lee Williams is your uncle?
6    A    Yes, that's how Ricky ended up, because he raped
7    my sister.
8    Q    Okay.
9    A    I just find that out.
10   Q    Who was Archer Lee Williams's mother?
11   A    I don't know his mother. He was married to my
12   aunt.
13   Q    He was married to your mother's sister?
14   A    Yes.
15   Q    And what was her name?
16   A    I called her Aunt Lee.
17   Q    Do you know what her full name was?
18   A    Aunt Lee Crapps, C-R-A-P-P-S.
19   Q    Okay. Now, you say Archer Lee Williams raped
20   your sister Ora Lee Mills?
21   A    Yes.
22   Q    Do you know how old she was when he raped her?
23   A    She was about 12 or 13 from what I -- maybe about
24   14. I just find all of this out. They kept it out -- she
25   had to be about 14 or something like that. I don't know

36

1    exactly what age she was.
2    Q    And is it your understanding that Mr. Williams
3    impregnated Ora Lee Mills?
4    A    Yes.
5    Q    Okay. And that Ricky Mills was the child from
6    that pregnancy?
7    A    Yes.
8    Q    Okay.
9    A    His name is on his birth certificate.
10   Q    Archer Lee Williams's name was on the Ricky
11   Mills's birth certificate?
12   A    Yes.
13   Q    Okay. Did Ricky Mills have any brothers and
14   sisters?
15   A    He had three step-brothers. They brothers from
16   the same mother.
17   Q    Okay. Three half-brothers?
18   A    Yes.
19   Q    Okay. Is Ora Lee Mills living?
20   A    No. She died in '80 from cancer.
21   Q    And how old was she when she died?
22   A    I don't remember.
23   Q    Now, did Ora Lee Mills live with you and your
24   mother?
25   A    No. She was married. Ricky always just lived

37

1    with us ever since he was born.
2    Q    Okay. Now, to your knowledge, did Ricky Mills
3    have a mental health problem?
4    A    Yes, he had a problem.
5    Q    What is your understanding of the problem that he
6    had?
7    A    He had a problem and he'd take medication. He
8    was good, he had plenty of sense. Ricky was real neat.
9    Rick knew things that I didn't know. Ricky -- if anybody
10   -- Ricky knew everybody.
11         MR. ALLEN: You have to listen to her
12   question. She asked you what is your
13   understanding of his problem. She didn't ask
14   you for all this other stuff.
15   A    What do you mean what is his problem?
16   Q    I believe you testified that he had a mental
17   health problem?
18   A    Yes, he had a mental health problem.
19   Q    Was there a particular diagnosis for his
20   mental health problem, to your knowledge?
21   A    Not to my knowledge. I didn't never -- I just
22   took him to the doctor so I didn't know --
23   Q    When did you first become aware that Ricky Mills
24   had a mental health problem?
25   A    When he was going -- when I used to take them to

**38**

1 the doctors.
2 **Q   How long ago was that?**
3 A   It been years.
4 **Q   I mean, as far as you know, were you aware of the**
5 **fact that he had a mental health problem when he was a**
6 **teenager?**
7 A   I knew he had a problem but I didn't know it was
8 a mental problem until after he got murdered and stuff like
9 that and when I read in the paper about he was a
10 schizophrenic and all of that. That's when they were
11 saying he was a mental patient. That's when I knew that he
12 was a mental patient, from whatever they had in the paper.
13 **Q   Okay. Who was Ricky Mills's primary caregiver as**
14 **a child?**
15 A   I don't know.
16 **Q   I mean, did your mother raise him?**
17 A   Yes.
18 **Q   Okay. So she was the one who took care of Ricky**
19 **Mills?**
20 A   Yes.
21 **Q   Okay. And he lived in your home, is that**
22 **correct, all of his life?**
23 A   All his life.
24 **Q   Okay. And you only became aware that he had a**
25 **mental health problem after the shooting which is the**

**39**

1 subject of this lawsuit?
2 A   That's when I find out the label -- the label of
3 his sickness, but I didn't -- that's when I find out about
4 it.
5 **Q   Do you know the names of any doctors who treated**
6 **Ricky Mills?**
7 A   I just used to take him but I don't know exactly
8 the name. I used to take him to Lakeside. And the night
9 when the officers said -- asked the question how long he
10 was a mental patient.
11 **Q   You used to take him to Lakeside Alternatives?**
12 A   Yes.
13 **Q   What is your understanding of what type of**
14 **facility Lakeside Alternatives is?**
15 A   I didn't never go in. I didn't never know. I
16 just took him and dropped him off.
17 **Q   Who would tell you to take him to the doctor at**
18 **Lakeside?**
19 A   He would tell -- he would ask me. Didn't nobody
20 -- if he didn't catch a bus and he was running late and he
21 had an appointment he would ask me to take him and I'd
22 drive him wherever he wanted me to drop him off.
23 **Q   Okay. And how long were you taking him to**
24 **Lakeside Alternatives before his death?**
25 A   Well, I took him a couple of times. I wasn't

**40**

1 taking him -- Ricky mostly did things on himself. He
2 usually caught the bus or my mother took him when she was
3 driving, but mostly Ricky caught the bus and did things on
4 his own.
5 **Q   To your knowledge, prior to this shooting was**
6 **Ricky supposed to take any type of medication for mental**
7 **health problems?**
8 A   I don't know what he was taking 'cause then Ricky
9 was -- he wasn't living with us then. He was living on his
10 own.
11 **Q   Okay. But say prior to June 14th, 2005 which was**
12 **the day of this shooting that's the subject of this**
13 **lawsuit, were you aware that Ricky Mills was supposed to**
14 **take medication for a mental health problem on a regular**
15 **basis?**
16 A   No, I don't know. He just -- I knew he just
17 taking medicine.
18 **Q   Okay. Was it your understanding that if he**
19 **didn't take his medication that he might have some**
20 **problems?**
21 A   No, I didn't know that.
22 **Q   Okay.**
23 A   We didn't -- we never talked about it.
24 **Q   You never had to remind Ricky to take his**
25 **medicine?**

**41**

1 A   No.
2 **Q   Is it your testimony that basically you didn't**
3 **have any clue about Ricky needing to take medication on a**
4 **regular basis for a mental health problem?**
5 A   No, I don't know what Ricky was taking
6 medication for. I just -- you know, like I said, Ricky was
7 living by himself so I wasn't with him. I knew he was
8 taking medication but I don't know what he was taking
9 medication for.
10 **Q   Okay. And at what age was it that Ricky Mills**
11 **left your mother's home? And do you understand what I'm**
12 **asking you about, is how long had he been living away from**
13 **home before the shooting?**
14 A   Ricky had been -- moved out about four or five
15 years. He went back and forth, off and on, and he was in
16 his own room but he would stay back and forth to my mama's
17 house.
18 **Q   And is it your testimony that you only became**
19 **aware that Ricky Mills had a mental health problem after**
20 **the shooting which is the subject of this lawsuit?**
21 A   No. I -- like I said, I don't -- I know Ricky
22 was taking medicine and I knew he had problems but I didn't
23 really get into what kind -- what his situation were or
24 condition were.
25 **Q   Now, you say you knew he had problems. What kind**

12 (Pages 42 to 45)

42

1   of problems were you aware of?
2       A   I knew he was taking medication and I knew he was
3   going to the Alternatives, but I didn't know never -- we
4   didn't never discuss what his problem were or nothing like
5   that.
6       Q   Well, did you ever see Ricky do anything that
7   caused you to think, gee, he's got a mental health problem?
8       A   Not that I know of.
9       Q   Do you know if Ricky was employed before the
10  shooting that's the subject of this lawsuit?
11      A   No, Ricky hasn't worked in a while.  Last time
12  Rick worked -- Rick always worked as a cook in a restaurant
13  or something like that.
14      Q   Now, when you say he hadn't worked in a while,
15  what do you mine by "a while?"
16      A   Last time I know Ricky worked -- had a job was
17  when he was working at the House of Beef, I think, and that
18  was about a couple of years.
19      Q   When would he have been working at the House of
20  Beef?
21      A   I don't exactly really know.
22      Q   In the last ten years?
23      A   I can't really remember.  I don't remember when
24  -- I probably don't remember when I was working so I didn't
25  really keep up with his jobs or nothing like that or

43

1   something like that.  The only time I was with -- did
2   something with Ricky is if he asked me to take him to the
3   doctor for him, so -- so I can't answer that question.
4       Q   So you don't know if Ricky was employed in the
5   last ten years before his death?
6       A   Not really, no.
7       Q   Okay.  Do you know how frequently Ricky needed to
8   go to the doctor?
9       A   No.
10      Q   And you don't know the names of any of his
11  doctors, correct?
12      A   No.
13      Q   Prior to the shooting which is the subject of
14  this lawsuit, prior to June 14th, 2005, did Ricky ever do
15  anything in your presence that caused you to think that he
16  had a mental illness?  And let me just break it down in lay
17  terms.  Did you think he was crazy?
18      A   No, I knew he wasn't.
19      Q   All right.  So as far as you knew, he didn't have
20  a mental health problem?
21      A   I can't say that but I knew he wasn't crazy, and
22  I never saw anything that made me thought that.
23      Q   And that was a very inappropriate term that I
24  used, frankly, to say "crazy" and so --
25          MR. ALLEN:  Yeah.

44

1       Q   -- but what I'm trying to get at, Mr. Mills --
2       A   I know what you said.
3       Q   -- is if there was anything about Ricky Mills's
4   behavior that caused you to think that he needed some
5   mental health treatment.  And I'm talking about before
6   June 14th, 2005.
7       A   I don't think so because I think everybody got a
8   problem and everybody might think somebody -- I might think
9   you crazy, some thing you do, and you might think I'm
10  crazy, some thing I do, so I can't really say that, you
11  know?
12      Q   Do you know if Ricky Mills received any type of a
13  government benefit or subsidy related to any disability?
14      A   I knew he was getting checks but I don't know
15  what -- what for.
16      Q   Do you know if anyone was responsible for
17  managing Ricky Mills's finances prior to his death?
18      A   No.  Ricky handled his own finances, paid his own
19  bills, bought his own food, bought his own clothes,
20  everything.
21      Q   He took care of his everyday living activities?
22      A   Rent, everything.
23      Q   Have you ever known Ricky Mills to have an
24  illegal drug problem?
25      A   Yes.

45

1       Q   And what was your understanding of the drug
2   problem, what kind of drug it was?
3       A   Marijuana and cocaine.
4       Q   Crack-cocaine?
5       A   Yes.
6       Q   When did you first become aware that Ricky Mills
7   had a crack-cocaine problem?
8       A   He got off it right before I got on it, and he
9   helped me get off it.
10      Q   When did you get on it?
11      A   Back in -- I don't know exactly but I got on it
12  back in the '90s or '80s.
13      Q   That's a pretty big span of time.
14      A   I was on it a while.
15      Q   Okay.  But what I'm wondering is you say that
16  Ricky Mills got off drugs --
17      A   Ricky got off the drugs and he carried me -- help
18  me to get off it because as I looked at it, if God did it
19  for him he can do it for me.  Him and one of my brothers
20  that died, both of them got off of dope and that's what
21  helped me, you know, that help me know that I could get off
22  it.
23      Q   Do you know if Ricky Mills had a driver's license
24  before his death?
25      A   He had a license but he didn't have one, not

46

1   lately.
2   Q   When was the last time he had a driver's license?
3   A   I don't exactly know.
4   Q   Had you ever known Ricky to have problems because
5   he was not taking his medication like he was supposed to?
6   A   Not until they told me that night on June 14th
7   that he had a problem, that he was trying to get them
8   to take him to get him some medication.
9   Q   Prior to June 14th, 2005 did anybody ever tell
10  you that Ricky would have problems when he would be off of
11  his medication?
12  A   No.
13  Q   Have you ever known Ricky Mills to have been
14  involuntarily committed to a mental health facility such as
15  Lakeside Alternatives?
16  A   Involuntarily?  Someone taking him?
17  Q   Yes, sir.
18  A   No.
19  Q   Have you ever known Ricky Mills to have been an
20  inpatient at a mental health facility?
21  A   Have he been in there?
22  Q   Had he been a resident at a mental health
23  facility, to your knowledge, prior to June 14th, 2005?
24  A   I can answer that yes, but it's an explanation to
25  that.

47

1   Q   Can you give me that explanation?
2   A   Well, I used to hear Ricky on the phone, him and
3   a friend of his, whenever they get ready to cut his check
4   out they used to plan to go back -- back to the place and
5   stay a couple of weeks just -- and then when they take
6   back -- re -- recertify, then they'll come out, so I think
7   he was just doing it just so he can keep getting his check.
8   That's as far as it being -- he never been in there a long
9   time, over a week or two.
10  Q   How many times have you known Ricky to be a
11  resident at a mental health facility?
12  A   About once or twice that I know.
13  Q   And when was the last time he was a resident at a
14  mental health facility, to your knowledge?
15  A   About 10 years, 10 or 12 years, as far as I know.
16  Q   Have you ever had to call 911 for problems that
17  Ricky Mills was having?
18  A   No.
19  Q   Have you ever known Ricky Mills to be in trouble
20  with the law?
21  A   Not that I know of.
22  Q   Have you ever known Ricky Mills to have a problem with
23  alcohol abuse?
24  A   No.
25  Q   And as far as you know, he had been off illegal

48

1   drugs for at least 10 years before his death?
2   A   Or more, yeah.
3   Q   Did you know whether or not Ricky Mills had a
4   girlfriend at the time of his death?
5   A   Ricky was planning on getting married until he
6   got -- yes, I would say so.
7   Q   And what was the girlfriend's name?
8   A   I don't know.  I just know her when I see her.
9   Q   Did you call her anything?
10  A   No, I didn't never talk to her.  I didn't know
11  when I seen her.  He showed her to me.  She stayed right
12  across from one of my sisters.
13  Q   She stayed across from one of your sisters?
14  A   Yes.
15  Q   What street was that on?
16  A   Aaron Street.
17  Q   Which sister?
18  A   Carrie Allen.
19  Q   How do you spell Carrie?
20  A   C-A-R-R-I-E.
21  Q   And she lives on Aaron Street?
22  A   Yes.
23  Q   Do you know what your sister's address is?
24  A   I think it's 1875 Aaron Avenue.  But then she had
25  built a house right around the corner so they moved out of

49

1   there and I don't know the address of that.
2   Q   Do you know if your -- oh, your sister just
3   moved?
4   A   She just built a new house right around the
5   corner but they still have the house.
6   Q   What street is she on now?
7   A   Cepeda.
8   Q   Do you know if the girlfriend still lives on
9   Aaron Avenue?
10  A   I don't know.
11  Q   Have you seen her since Ricky's death?
12  A   No.
13  Q   Did she come to the funeral?
14  A   I don't know.
15  Q   Prior to Ricky's death on June 14th, 2005, have
16  you ever known him to be violent?
17  A   In what way?  What you talking about?  Like
18  getting angry or something like that?
19  Q   Yes.
20  A   Not -- not out of the normal, not being violent.
21  Q   Prior to June 14th, 2005 had Ricky Mills ever
22  threatened to do bodily harm to you?
23  A   No.
24  Q   Prior to June 14th, 2005 had Ricky Mills ever
25  threatened you with a knife?

---

**50**

1  A   No.
2  Q   Prior to June 14th, 2005 had Ricky Mills ever
3  threatened to get a knife to harm you?
4  A   No.
5  Q   Prior to June 14th, 2005 had you ever known Ricky
6  Mills to threaten anybody else with a knife?
7  A   No.
8  Q   Had you ever known Ricky Mills to threaten
9  anybody else with any other kind of weapon say such as a
10  gun?
11  A   No.
12  Q   Have you ever known Ricky Mills to have been
13  arrested?
14  A   No, I can't recall Ricky being arrested.
15  Q   Sir?
16  A   No, not that I know.
17  Q   Have you ever known Ricky Mills to be out of
18  control prior to June 14th, 2005?
19  A   No.
20  Q   And I believe you testified earlier that you had
21  contact with Ricky Mills every day prior to June 14th,
22  2005; is that correct?
23  A   Yeah, yeah.
24  Q   For how long of a period of time had you and
25  Ricky Mills been communicating daily?

---

**51**

1  A   Ever since we been -- ever since we been alive,
2  Ricky'd either check on me or I'd check on him.  And family
3  reunions -- I'd pick him up when we had family outings and
4  take him back home.  We -- we talked every day, we seeing
5  each other every day.
6  Q   You saw each other every day too?
7  A   Almost every day.  If we didn't see each other
8  we'd talk to each other.  If I didn't hear from him I'd
9  call him or he called me.  We always checked in on each
10  other.  If I take Ricky home and drop him off before I get
11  to the next street he'd been calling asking is you all
12  right.  That's how much we checked on each other.
13  Q   Prior to June 14th, 2005, the day of Ricky
14  Mills's death, when was the last time you had seen Ricky
15  Mills?
16  A   That day before.
17  Q   Okay.  So you would have seen him June 13th?
18  A   Yes.
19  Q   When you saw him on June 13th was he acting out
20  of the ordinary from your knowledge of how he normally
21  acted?
22  A   No.  I took him to Wal-Mart.  He called me and he
23  want me to take him to Wal-Mart.  I took him to Wal-Mart.
24  He bought food.  I took him and dropped him home.  Before I
25  got to the other street he called me and asked me was I all

---

**52**

1  right.
2  MR. ALLEN:  "He called me" --
3  A   When I dropped him off the 13th from the store to
4  his house, before I got back to the street going home he
5  had called me and asked me, uncle, is you all right.  I
6  said I love you.  That's how close we were.
7  Q   Now, at the time of his death Ricky Mills was
8  living on Conley Street; is that correct?
9  A   Yes.
10  Q   How long had he lived on Conley Street, do you
11  know?
12  A   Off and on between seven and eight years.
13  Q   When he wasn't living on Conley Street where was
14  he living?
15  A   Back with my mother.
16  Q   What would prompt him to come back to live with
17  your mother?
18  A   He just liked to be on his own and if he didn't
19  have the money to pay his bills, he came back there.  He
20  always had a place to come.
21  MS. BRONSON:  Would you like to take a
22  short break?
23  THE WITNESS:  Yes, please.
24  (A 10-minute recess was taken.)
25  Q   Now, other than living on Conley Street and at

---

**53**

1  4324 Prince Hall Boulevard, did you know Ricky Mills to
2  live any other place?
3  A   Not that I -- that's the only places that I know.
4  Q   And you pretty much kept in contact with Ricky
5  Mills all of his life; is that correct?
6  A   Yes.
7  Q   Now, you say that you kept in contact with
8  Mr. Ricky Mills, you communicated with him daily, either
9  seeing him or on the telephone, correct?
10  A   Yes.
11  Q   Do you know if his brothers kept in contact with
12  him?
13  A   No.
14  Q   No, you don't know --
15  A   I don't know.
16  Q   Okay.  Did Ricky ever tell you on a regular basis
17  that he saw one of his brothers?
18  A   He probably -- he would call him but we didn't --
19  we didn't really never discuss that because we see each
20  other 'cause we had a lot of family gatherings.
21  Q   So you don't know whether he kept in contact with
22  his brothers or not; is that correct?
23  A   No.
24  Q   The family gatherings that you would go to with
25  Ricky, would Ricky's brothers be there?

54

1    A   Yes, the whole family.
2    Q   How old is Ricky youngest brother?
3    A   I don't know the exact but he should be close to
4  40.
5    Q   Where does the youngest brother live?
6    A   Right now he's staying in the house on Aaron in
7  my sister's house. He just moved out.
8    Q   What is his name?
9    A   Jonathan Pace.
10   Q   Okay. And where does his next youngest brother
11 live?
12   A   His next youngest brother is Allen Pace.
13   Q   Where does he live?
14   A   He in prison.
15   Q   Do you know why he's in prison?
16   A   Not really. He been in prison all his life.
17   Q   And how about his other brother?
18   A   His other brother is Anthony Pace.
19   Q   And where does Anthony Pace live?
20   A   I think he lives off of Edgewater. I don't know
21 his address.
22   Q   Is he the oldest brother?
23   A   No. He the second -- yes, he younger than Ricky.
24   Q   Okay. Do you know where Ricky went to school?
25   A   Oak Ridge.

55

1    Q   Do you know if he graduated from Oak Ridge?
2    A   I think he graduated from Oak Ridge.
3    Q   Did you go to Ricky's graduation?
4    A   I don't know whether Ricky -- I don't think he
5  graduated. I'm not sure. But I didn't go to no graduation
6  so I don't know whether he graduated or not, but I know he
7  went to Oak Ridge.
8    Q   Now, you said that your mother is not -- she's
9  not homebound, is she?
10   A   No. My mama just forget. She got a little touch
11 of Alzheimer's, otherwise she -- and you know, she not
12 homebound. She go to church and go to doctor appointments
13 and different stuff.
14   Q   When did she stop driving?
15   A   About four years ago. We had to make her stop.
16   Q   Well, after this depo I would like to know how
17 you did too.
18       (A discussion was held off the record.)
19   Q   Do you know if Ricky Mills had any children?
20   A   No, he didn't have no children.
21   Q   Okay. Is his father still living?
22   A   No. Well, the one on the birth certificate, I
23 think he is living. I'm not sure but I think he's living.
24 But I always thought someone else was his father but he
25 just passed.

56

1    Q   Did Ricky have any contact with the person listed
2  as his father on his birth certificate which I believe you
3  said was Archer Lee Williams?
4    A   No, Ricky didn't have no contact. I don't think
5  he even knew he was his father.
6    Q   But you know personally that Archer Williams is
7  listed on Ricky Mills's birth certificate --
8    A   Yes, I got the birth certificate. That's when I
9  know that he was the father.
10   Q   Have you ever told Mary Jones that you've had
11 problems with Ricky Mills threatening to be violent before?
12   A   No.
13   Q   Okay. Let's talk about the events leading up to
14 the shooting which is the subject of this lawsuit. Prior
15 to seeing Ricky Mills on June 14th, 2005, had you spoken
16 with him on June 14th, 2005?
17   A   Yeah, I spoke to him on the phone.
18   Q   What time of day was it that you spoke to him on
19 the phone?
20   A   About 10 o'clock Monday, that Monday night.
21   Q   Had you talked to him earlier than 10 o'clock
22 Monday night?
23   A   No, I had been calling him all that day trying to
24 check on him.
25   Q   And how would you call him?

57

1    A   He had a cell phone and I would call his cell
2  phone and he would call me.
3    Q   And he had not called you earlier that day?
4    A   He didn't answer, and when I got in touch with
5  him I told him, man, I said I been trying to call you all
6  day and he tell me, he said Uncle, I don't turn my phone on
7  until nine o'clock, by the time when I get free minutes.
8    Q   And what was the substance of your conversation
9  with Ricky Mills on June 14th on the telephone about 10
10 o'clock?
11   A   When I called him and I told him I been trying to
12 call him all day, that's when he told me he don't turn his
13 phone on until 10 o'clock, 'cause I was just -- I was gonna
14 go in the house and I was leaving to -- and I got into the
15 house and I wanted to go in the house and so I said okay,
16 call him now so I called him and he answered his phone and
17 that's when he told me that. And then he -- all of a
18 sudden he says something like I been in a fight and hung up
19 and so I called back and I said, man, why are you telling
20 me you been in a fight and hang up, is you all right. And
21 he hung up again and I tried to call back again and that's
22 when I took the truck and I go 'round there because it's
23 not far where we live at.
24   Q   Okay?
25   A   And when I got around there I knocked on the door

16 (Pages 58 to 61)

58

1  and he did't answer the door.  Then I asked the guy next
2  door where he at and he said he didn't know where he at.
3  Then I asked Ms. Jones did she know where he at and she
4  didn't know where he at.  And then, you know, me and her
5  start walking through the house looking for him and so we
6  heard the water running in the bathroom, and then I knocked
7  on the door and I said Ricky and he answered and he said
8  oh, he just taking a bath.  And so that's when we -- I knew
9  where he was, so I told Ms. Jones, I said well, I'll just
10 wait out here until he get out of the tub.  So I stood up
11 in the hall and he stayed in the shower for about five or
12 six more minutes and then all of a sudden he came out with
13 nothing on but his pants and he -- and he walked right by
14 me like he didn't even see me and.  And then I said Ricky
15 and that's when he turned around said man, what's wrong
16 with you, what you doing in my house, and went in his room.
17       And then I went out and I asked the guy, I said
18 what's wrong with Ricky and that's when they told me about
19 all -- he was walking up and down the street and he had
20 been trying to get Ms. Mary to take him to get him
21 medication, he had ran out of medication.
22     Q   Okay.  Let me go back to when Ricky came out of
23 the shower.  Now, you say he walked by you as if he didn't
24 see you?
25     A   Yes, he just -- I was --

59

1      Q   Were you in a hallway or something?
2      A   Yes.
3      Q   And did he literally have to pass you?
4      A   Yes.
5      Q   Okay.  Other than asking you why you were in his
6  house did he say anything else to you?
7      A   No.  That's when I went outside.  Oh, yeah, he
8  did say, man, get out of my house; when I called him, he
9  said man, get out of my house, like he didn't know me.
10     Q   Did you say anything else to him when he said,
11 man, get out of my house?
12     A   No, I went out of the house.  I went out there
13 and I asked -- talked to the -- other guy that was
14 standing there, I asked him what was wrong with him.
15     Q   Okay.  Now, when he told you to get out of his
16 house --
17     A   He went on in his room.
18     Q   Okay.  That's my question.  He went to his room?
19     A   And closed the door.
20     Q   Now, when he told you to get out of his house,
21 did he say that in a conversational tone like we're
22 speaking today, or was his voice raised?
23     A   He said, man, what are you doing in my house, get
24 out of my house.  Like that.  And by him saying, man, that
25 let me know that something was wrong with him.

60

1      Q   Because you're familiar with him, you know how --
2      A   How he talks --
3          MR. ALLEN:  You have to let her ask the
4  question.
5      Q   How he speaks normally, and you've seen Ricky
6  angry before?
7      A   Not really.
8      Q   You'd never seen him angry in 44 years?
9      A   Not really.
10     Q   Okay.  All right.  So then you wouldn't be able
11 to tell me whether or not he spoke to you in an angry tone?
12     A   No.  I know what angry is, though, you know, but
13 he -- I didn't feel like he was angry.
14     Q   Okay.  So he just told you to get out of his
15 house?
16     A   He said, man, if you don't get out of my house,
17 get out of my house, like he didn't know me, so that's when
18 I knew something was wrong.
19     Q   Okay.  And then he walked back into his bedroom;
20 is that correct?
21     A   He kept going, he didn't ever stop.  He kept
22 going on and went on in his room.
23     Q   Could you tell whether or not he locked the door
24 when he went into his room?
25     A   No, because he left me in the hall.  He had to go

61

1  down and up another hall and then down -- down another hall
2  to get to his room and I didn't follow him.  I just turned
3  around and went back out.
4      Q   Okay.  Then you went outside.  What did you do
5  next?
6      A   Then we -- we were sitting outside and I asked
7  them what was wrong, what was wrong with him and then
8  that's when they told me that he had been trying to get
9  Ms. Jones to take him to the doctor so he could get his
10 medication.
11     Q   Who told you that Ricky had been trying to get
12 Ms. Jones to take him to the doctor?
13     A   The guy that was there.  I forget which one of
14 them but it was about two guys standing out there and both
15 of them were talking about it.  And I asked him why didn't
16 she -- if she didn't take him why didn't she call me --
17 call my mama and we would have came and took him.
18     Q   Now, when you first went to that residence that
19 night you met with Ms. Jones; is that correct?
20     A   No.
21     Q   Did you see Ms. Jones when you first went there?
22     A   Not when I first went there.  I went to Ricky's
23 room and knocked on the door like I always do when I go
24 there.  I don't have to ask her could I come in.  We just
25 walk in and go to his room.  And when I knocked and

62

1 couldn't find him and I knocked on the next guy's room and
2 couldn't find him, then I went to Ms. Jones and I tell her
3 does she know where he were, and then we walked down and
4 down looking for him until we heard the water running in
5 the bathroom.
6  Q  Okay. So now when you decided to go back outside
7 the house after you had spoken to Ricky, did Ms. Jones go
8 with you?
9  A  No, ma'am.
10  Q  Okay. Did you see where she went?
11  A  No. She went back towards her room.
12  Q  Okay. So after you talked to these two guys
13 outside of the house about Ricky wanting Ms. Jones to take
14 him to get his medication, what did you do next?
15  A  Well, they told me that the night before he was
16 walking up and down the street naked, and so that when I
17 told them to go tell her -- ask her to call and get him
18 some help, so we can get him some help. That's about two
19 o'clock that night he was outside walking up and down the
20 street naked.
21  Q  But you don't remember the names of either one of
22 these two individuals?
23  A  No, no.
24  Q  Okay. Now, do you know if these two individuals
25 that you were talking to, whether they lived at that house?

63

1  A  I knew they lived there because they always be
2 there. I know one of them was some kid of Ms. Jones but I
3 don't -- can't recall his name right now, who it was out
4 there.
5  Q  And the last time you had seen Ricky on June 13th
6 you didn't see him acting out of the ordinary in any
7 fashion; is that correct?
8  A  No, no.
9  Q  Okay. So you asked these guys to go and get
10 Ms. Jones?
11  A  I asked them to go ask Ms. Jones to call and get
12 him some help, so we can get him some help since he was
13 acting like that; I say would you go tell Ms. Jones to call
14 and get him some help.
15  Q  Now, what did you mean by tell her to call and
16 get him some help?
17  A  I thought I heard -- it being about nine or 10 --
18 she got eight or nine mental patients living there, since I
19 find out that they're mental patients I thought that she
20 had a number to call exactly to the mental patient people.
21 I didn't know that she were calling the police department
22 until they got there.
23  Q  Now, you say Ms. Jones eight or nine mental
24 patients living at her home?
25  A  Yeah. It's like a rooming house and she allow

64

1 people stay there and I think they got some kind of
2 condition or something like that. She cook for them or
3 whatever, and feed them and take them to the doctor,
4 something like that.
5  Q  To your knowledge, was Ms. Jones responsible for
6 cooking for Ricky?
7  A  Ricky bought his own food and cooked his own
8 food. As a matter of fact, he cooked it for everybody in
9 the house 'cause they -- he fed everybody there. When I
10 take him to the store he bought -- he filled the back of
11 the truck up full of food and he fed everybody; when he ate
12 everybody else ate.
13  Q  Now, this home that Ricky was living in, are you
14 familiar with what's sometimes referred to as an assisted
15 living facility?
16  A  I'm familiar with that.
17  Q  Now, was this home supposed to be an assisted
18 living facility?
19  A  I didn't know it. I didn't know that.
20  Q  And I'm not suggesting that it was. I'm asking
21 you if you had any reason to believe that.
22  A  I thought -- by him -- he paid his own rent
23 because she came right to the house to get the check -- for
24 the check -- by my mama's house --
25  MR. ALLEN: You have to listen to the

65

1 question. She asked do you know if it it's an
2 assisted living. Do you know it or not? Yes
3 or no.
4  A  No.
5  Q  Okay. Do you have any reason to believe that
6 Ms. Jones had assumed responsibility for getting Ricky
7 Mills back and forth to the doctor?
8  A  No.
9  Q  All right. So if he needed to go to the doctor,
10 it was your understanding that he would do that on a bus or
11 you would take him; is that correct?
12  A  Yeah.
13  Q  Now, when you asked someone to ask Ms. Jones
14 about getting help for Ricky, prior to that time had Ricky
15 threatened you in any fashion?
16  A  No.
17  Q  Okay. Now, did Ms. Jones, as you say, get Ricky
18 some help?
19  A  Well, see, I know the police department came,
20 Orange County Sheriff's Department came.
21  Q  Did you ask Ms. Jones to call 911?
22  A  No, I asked -- no, I didn't.
23  Q  Did you talk with Ms. Jones after you went back
24 outside and talked to the two guys outside?
25  A  No.

18 (Pages 66 to 69)

66

1    Q   You never spoke to her again --
2    A   Until the -- until the officer got there.
3    Q   Okay.  So what did you do between the time that
4  you were standing outside and the time that law enforcement
5  officers arrived?
6    A   Me and the guy was standing outside by my truck,
7  and then when the police -- first officer pulled up beside
8  the road that's when I walked towards his car.  And then
9  Ms. Jones walked out by the car and we got to the car about
10  the same time and me and her stood outside because the
11  officer was on the phone.
12    Q   Were you surprised when you saw the officers
13  arrived?
14    A   Well, I wasn't surprised after seeing them
15  pulling up.  I knew that's -- in my mind I figured that's
16  who she would call.
17    Q   Okay.  So you weren't standing out there waiting
18  for the officers --
19    A   I wasn't waiting for no Sheriff's Department, no.
20    Q   You were just standing out near your truck
21  talking to these guys?
22    A   Yeah, thinking that she -- I was expecting
23  someone from the mental -- someone from the hospital.
24  After they find that day he wasn't on medication I thought
25  she had dialed 9 -- called for a paramedic or something

67

1  like that, because -- for his medication, to get some
2  medication.
3    Q   Ms. Jones didn't come out of the house until the
4  deputies arrived at the house?
5    A   Yeah, she came out when they -- through the side
6  door she came out.  She came out when the police got there.
7    Q   Okay.  Well, I'm confused.  I'm sorry.  It was my
8  understanding from your earlier testimony that after Ricky
9  told you to get out of the house, out of his house, that
10  you then went outside of the house; is that correct?
11    A   Yes.
12    Q   Okay.  At some point before the deputies arrived
13  did you go back into the house?
14    A   No, I didn't go back into the house.
15    Q   Okay.  I thought you just also testified that you
16  and Ms. Jones walked out of the house when the deputies
17  arrived?
18    A   No, I didn't.  I said I stood outside by the
19  truck with me and the two guys.  The guy went in the house
20  and asked Ms. Jones to call for -- to get him some help.
21  When the police arrived Ms. Jones walked out of the house
22  and I walked up to him.  We arrived at the officer car at
23  the same time and we stood up while the officers got off
24  the phone in the car, and then that's how we got to the
25  car.

68

1    Q   All right.  That helped a lot.  Thank you.
2    A   Okay.
3    Q   All right.  So you and Ms. Jones both approached
4  this officer?
5    A   Yes, we stood across the car and stood out there
6  until he got off the phone.
7    Q   Okay.  And I'm referring to this law enforcement
8  officer as an officer.  It's my understanding that this was
9  an Orange County deputy; is that correct?
10    A   Yes, he was in a Orange County car.
11    Q   Yes, sir.  Was he dressed in an Orange County
12  Sheriff's uniform?
13    A   Yes.
14    Q   Can you describe this deputy for me?
15    A   All I know he wasn't black.  He was white or
16  Hispanic.
17    Q   At some point did the deputy get out of the car?
18    A   Yes.  When he got off phone he got out of the
19  car.
20    Q   Okay.  Was he in a marked sheriff's car?
21    A   Yes.
22    Q   Okay.  With all the standard markings on it?
23    A   Yes.
24    Q   And how tall would you say this deputy was?
25    A   I couldn't exactly tell you, ma'am.

69

1    Q   Okay.  Now, when the deputy came did the deputy
2  initiate a conversation with you and Ms. Jones?
3    A   When he got out of the car the first thing the
4  deputy said was how long have Ricky been a mental patient.
5    Q   And was this a surprise to you, that he was
6  referring to Ricky as being a mental patient?
7    A   Yes, and -- and -- well, yes.
8    Q   Because you didn't know that Ricky was a mental
9  patient?
10    A   I knew he had problem.  I thought he was talking
11  to someone that he knew telling him that 'cause he was on
12  the phone and that that was the first question coming out of his
13  mouth.
14    Q   All right.  When the deputy asked this question
15  did anybody answer that question?
16    A   Me and Ms. Jones said Ricky been a mental
17  patient -- she said Ricky been a mental patient for a long
18  time.
19    Q   Did you answer the deputy?
20    A   I was standing -- you know, when she said that, I
21  just said well -- you know, I went along with her.  I said,
22  yeah, I knew he been taking medication and so that's why I
23  just said yes, went along with her 'cause I knew he'd been
24  taking medication.
25    Q   Then did the deputy say anything else?

70

1    A   He said, show us where his room -- where he at.
2   And so we went walking from the road towards the house down
3   the sidewalk.
4       Q   Before getting back to the house did you say
5   anything to the deputy about Ricky being locked in his room
6   or anything?
7       A   No.  When we was headed to the house I stopped
8   and turned around and said to the two officers, I said,
9   look, he haven't did anything, I don't want him to get
10  hurt, he just haven't took his medication, they say.
11      Q   Okay.  Now, we've got another deputy involved
12  here.
13      A   There was two deputies at that time when we got
14  ready to go in the house.
15      Q   Now, did both deputies arrive at the same time?
16      A   No.  The first deputy come up and while he was in
17  the car talking on the phone, another deputy pulled up
18  behind him.
19      Q   So by the time the first deputy who arrived got
20  out of his car, the second deputy had already arrived?
21      A   Yes.
22      Q   Okay.  So you started talking to both deputies at
23  the same time?
24      A   He was still in his car when the first deputy
25  parked behind him.  Then the deputy got off the phone, he

71

1   got out of the car and that's when he asked the question,
2   and by that time we answered it and then by that time the
3   other officer had got out of his car.
4       Q   Had the first deputy said anything else to you
5   and Ms. Jones?
6       A   No.  That's the only thing he said to me.
7       Q   All right.  So the second deputy then arrived.
8   Can you describe him for me?
9       A   No, ma'am.
10      Q   Black, white --
11      A   I know he was white, white or Hispanic.
12      Q   You just don't remember how he looked?
13      A   No, ma'am.
14      Q   All right.  So, so far in this encounter with
15  these deputies all that's been said is he asked how long
16  Ricky had been on medication and Ms. Jones said that he's
17  been a mental patient for a long time?
18      A   Um-hmm.
19      Q   And then he asked where Ricky was?
20      A   He asked us to show him where -- where he were.
21      Q   Okay.  And then your response to that was what?
22      A   When we went walking in the house to show them
23  what room Ricky was in and that's when I stopped and turned
24  around and told them -- I told them that he hadn't did
25  anything and I didn't want them to hurt him or kill him, he

72

1   just needed to get his medication.
2       Q   And you're saying this as you're walking up to
3   the door of the house?
4       A   No.  We stopped and I turned around and said that
5   to them, and then we started back to walk.
6       Q   Did the deputies ask you any other questions
7   while you were outside of the house?
8       A   No, ma'am.
9       Q   Did any deputy say, well, what's the problem
10  here?
11      A   No.
12      Q   Or words to that effect?
13      A   No, ma'am.
14      Q   Did either of the deputies ask about whether
15  there was a weapon involved?
16      A   No.
17      Q   Did either you or Ms. Jones say anything about
18  whether there was a weapon involved?
19      A   No, no, not that I know of.  I know I didn't.
20      Q   Well, you were within -- you were very close to
21  Ms. Jones?
22      A   No, there wasn't know -- there wasn't no weapon.
23  The only thing we said was he -- he hadn't took his
24  medication.
25      Q   So you were close enough to Ms. Jones that you

73

1   would have heard her had she said anything to the deputies
2   about there being a weapon involved, correct?
3       A   Yes.
4       Q   Okay.  And did you and the deputies and Ms. Jones
5   proceed on in the house?
6       A   Yes.
7       Q   And who showed the deputies where Ricky's room
8   was?
9       A   Both of us did.
10      Q   Okay.  So both of you went on into Ricky's room?
11      A   Yes.
12      Q   Was there any conversation going on between you
13  and the deputies or Ms. Jones and the deputies while you're
14  going to Ricky's room?
15      A   No.
16      Q   So would I be correct in my understanding that
17  the only thing that had been said between you and Ms. Jones
18  and the deputies was how long has he been a mental patient
19  and somebody said for a long time and then they asked you
20  where Ricky was and then you said, don't hurt him, pretty
21  much; is that correct?
22      A   Yes.
23      Q   That's the only conversation you and Ms. Jones
24  had with the deputies up to this point?
25      A   Uh-huh.

74

1    Q   Now, when I say "up to this point," I'm referring
2  to the point where you get to Ricky's room.
3    A   Right.
4    Q   Now, was there any conversation between you and
5  the deputies and Ms. Jones other than what you and I have
6  already discussed --
7    A   No.
8    Q   -- when you got to Ricky's room?
9    A   No.
10   Q   Okay.  Well, what happened next when you got to
11 Ricky's room?
12   A   When we got to Ricky's room, Ms. Jones went up to
13 where she be at --
14   Q   When you say "where she be at" --
15   A   Where she be -- on the side of the house she
16 lived in, when you come in the main entrance --
17        MR. ALLEN:  The court reporter is having a
18        hard time.  You have to speak a little clearer,
19        okay?
20   A   When we went up -- when -- Ms. Jones went -- we
21 went up there and showed them where the room were.
22 Ms. Jones walked off and then I stood there on the corner
23 looking at the two officers, looking at Ricky's room.
24   Q   Okay.  How far away were you from Ricky's room
25 when Ms. Jones started to walk off?

75

1    A   It was about -- from where I was standing there
2  from Ricky's door, maybe five or six feet.
3    Q   Okay.  And you were positioned such that you
4  could see both the deputies and Ricky's door; is that
5  correct?
6    A   Yes, ma'am.
7    Q   Okay.  What happened next?
8    A   Okay.  One of the officers knocked on Ricky's
9  door and Ricky say, yeah.  And they say, Orange County
10 Sheriff Department, open the door.  And Ricky responded and
11 say, I'm in bed, I'm not opening the door.  And then the
12 officer said, well, Mr. Mills, we can't leave until you
13 talk to us.  And Ricky said, I'm not opening the door, I'm
14 in bed.  Then they knocked again and Ricky said, I told you
15 to leave me alone, I'm in bed, I'm not opening the door.
16 And they said the same thing again about Mr. Mills, we
17 can't leave unless you open the door, until we talk to you.
18 Then the third time they knocked on the door and that's the
19 only time I took my eyes off of the two officers, I turned
20 and I said, Miss Mary, I say, maybe if you ask him to open
21 the door he'll listen to you.
22   Q   Now, did you see where Miss Mary was when you --
23   A   Yeah, she was standing up on -- off -- away by
24 her room, and I turned and looked at Miss Mary and said
25 maybe if you ask him to open the door he'll open up the

76

1  door because he know you.  And that's when Miss Mary came
2  and say, Ricky, open the door, they just want to talk to
3  you.  And Ricky said again he wasn't opening the door, he
4  was in bed.
5    Q   Okay.  Now, so how far away would you say Miss
6  Mary was when you asked her if she would ask Ricky Mills to
7  open the door?
8    A   About 20 feet, 15 or 20 feet, maybe.
9    Q   And did she come closer to --
10   A   Yeah, she came all the way up where I were and
11 leaned -- 'cause she had to lean behind the corner and look
12 at his room and say, Ricky, why don't you open the door,
13 they want to talk to you.  And that's when Ricky said he
14 wasn't gonna open the door, he was in bed again.  That was
15 the third time.  Then they go ahead --
16   Q   Just a minute.  So Ricky told Miss Mary he was in
17 bed too; is that correct?
18   A   He just -- he didn't say Miss Mary.  He just
19 said, I told you I'm in my bed, I'm not opening the door.
20 He didn't call no name.
21   Q   And how close was Miss Mary to you at this point
22 when she was --
23   A   Mary was standing right by me 'cause I had to
24 stand back out of the way so she could look around.  I
25 stepped to the side so she could look around at the door.

77

1    Q   Okay.
2    A   And so they knocked on the door the fourth time
3  and Ricky said, I told y'all to leave me alone, I'm in bed,
4  I'm not opening up the door.  And so that's when I said,
5  Ricky, Ricky, they just want to talk to you, open the door.
6  Then it got quiet, about maybe a little less than a minute
7  it got quiet, and all of a sudden the door opened -- the
8  door opened, Ricky pulled the door opened and he was
9  standing in the door --
10   Q   Okay.  Hold up.  Let me visualize this, please.
11 While the deputies are standing at the door before the door
12 is open, did you see whether or not either of the deputies
13 had their firearm drawn?
14   A   No, they didn't have them drawn.  They just had
15 their hands on it (indicating).
16   Q   Okay.  So the door, does it open into the inside?
17   A   Yes, ma'am.
18   Q   Okay.  All right.  So Ricky opens the door?
19   A   Yes, and one police officer was standing on each
20 side of the door.
21   Q   Okay.  And what happened?
22   A   When he opened the door he was standing to the
23 door with a little knife like that (indicating) bent down
24 buck naked standing in front of the door.  He didn't even
25 -- he didn't come out the door or nothing.  He just pulled



78

1 the door open and stood there -- stood there looking down
2 at the floor, and that's when the officer didn't -- he
3 didn't say nothing. That's when he pulled out his taser.
4 **Q Hold up for just a second, please. You say Ricky**
5 **Mills was standing in the doorway with a knife?**
6 A Yes, he pulled -- he pulled the door open and he
7 had a little knife like this, right down like that
8 (indicating) and just squatting there. He didn't come out
9 the door, he didn't move or nothing. All he did he just
10 open the door -- and he just opened the door squatting down
11 looking at the floor.
12 **Q He was squatting?**
13 A Yes.
14 **Q Was the knife in his hand?**
15 A Yes, toward -- aimed -- with the blade aimed
16 toward the floor (indicating).
17 **Q Approximately how tall was Ricky?**
18 A I don't know. He's shorter than me. About
19 five-five, five-six or five-seven or something like that.
20 **Q How tall are you?**
21 A About five-eight.
22 **Q Okay. Were you still standing in the same place**
23 **when Ricky Mills opened the door?**
24 A Yes.
25 **Q So you were five or six feet away from Ricky**

79

1 Mills?
2 A Yes.
3 **Q But you have an unobstructed view of the doorway;**
4 **is that correct?**
5 A And the officer, yes.
6 **Q Where was Ms. Jones at this point?**
7 A She had went back up towards her room, the area
8 of the house that she live in.
9 **Q Okay. When Ricky opened the door like that, did**
10 **he move forward out of the room?**
11 A No. Ricky stayed in one place, bent -- bent over
12 looking down at the floor.
13 **Q And what happened next?**
14 A When he was -- when he did that the police -- the
15 officer pull out his taser and tased him.
16 **Q Now, which deputy pulled out the taser?**
17 A I don't know which one. The one on the left-hand
18 side, the one -- like the door was like this (indicating)
19 and the one on the left. I don't know which one -- what
20 his name were.
21 **Q Okay. Do you know if it was the one that arrived**
22 **first or the one that arrived second?**
23 A Not really. I don't want to speak on that
24 because I don't know exactly.
25 **Q He pulled out his taser?**

80

1 A He pulled out his taser and he tased Ricky, and
2 when he tased Ricky the first time Ricky looked up --
3 pulled his head up and looked at him and said, man, what's
4 wrong with you, and then he tased him again and Ricky fell
5 to his knees.
6 **Q Now, did you actually see the deputy take the**
7 **taser out of his holster?**
8 A Yes.
9 **Q Okay. And you say he tased him. Did you see the**
10 **prongs, the wire, the prongs come out?**
11 A Yes.
12 **Q Did the prongs actually strike Ricky?**
13 A Yes.
14 **Q Okay. Where did they strike him?**
15 A First time they struck him on his shoulder, on
16 his arm (indicating).
17 **Q Did both prongs strike him?**
18 A Evidently -- I don't -- I don't know that. I
19 just seen something come out and something hit him because
20 he jumped and that's when he looked at him and said, man,
21 what's wrong with you.
22 **Q Have you ever seen anybody tased before?**
23 A No.
24 **Q Okay. So you had never seen the taser operate?**
25 A No.

81

1 **Q All right. So Ricky says, what's wrong with you?**
2 A Yeah, he said, man, what's wrong with you, and
3 the officer tased him again and that's when Ricky fell to
4 his knees.
5 **Q Now, when you say "the officer tased him again,"**
6 **tell me what was happening with this taser?**
7 A I -- all I know is I was just seeing Ricky
8 jumping.
9 **Q Did the taser make any noise?**
10 A I didn't -- I didn't pay no attention. I don't
11 remember. I don't remember.
12 **Q He fell to his knees?**
13 A The second time he tased him, that's when he fell
14 to his knees.
15 **Q What was he doing with the knife when he fell to**
16 **his knees?**
17 A He was -- he was standing still and it was in
18 both his hands like that (indicating), and he fell to his
19 knees and they let him get back up.
20 **Q All right. Now, did the deputy say anything to**
21 **Ricky --**
22 A He never --
23 **Q -- either one of the deputies -- hold on till I**
24 **finish, okay? Did either of the deputies say anything to**
25 **Mr. Mills -- Ricky Mills about the knife?**

82

1    A   Can I answer now?  No.
2    Q   Okay.  Did you ever hear either of the deputies
3    say, drop the knife?
4    A   No.
5    Q   Or words to that effect?
6    A   No, they didn't say anything.
7    Q   All right.  So now you testified that the deputy
8    tasered Ricky Mills twice while he was standing in the
9    doorway?
10   A   Yes.
11   Q   Okay.  Now, when Ricky Mills fell to his knees
12   did he come outside of his room?
13   A   No.
14   Q   He was still inside of his room?
15   A   Yes.
16   Q   Okay.  When he fell to his knees, what happened?
17   A   He got back up.  He stood back up.
18   Q   How long was it between the time that the deputy
19   tased Ricky Mills the first time and the second time?  How
20   long would you say it was?
21   A   I can't -- it was just right after each other.
22   He just did it right then in, you know, whatever time.  You
23   see, they did it and they looked and then they did it, he
24   reacted and they did it again.  Just like that, one right
25   after another.

83

1    Q   And you didn't hear any sound of the taser while
2    the deputy was using the taser?
3    A   No, I just seen it.  So the third time they tased
4    him --
5    Q   Now, he stood up?
6    A   He stood up.
7    Q   Okay.
8    A   And they tased him the third time and Ricky was
9    standing like this bent over (indicating) and I could see
10   him shaking like this and I could see the prong going back
11   and forth from one hand to the other --
12   Q   What was going back and forth?
13   A   Like -- to me it looked like electricity, you
14   know, strand like -- like strands, you know, going when he
15   was just shaking, and then when he stopped he fell into the
16   wall, he fell into the wall 'cause the wall was right in
17   front of him and he fell into the wall.  The two officers
18   were right behind him.
19   Q   Okay.  Now, you said the wall was right in front
20   of Ricky.  Does that mean that there's a wall right in
21   front of Ricky's doorway?
22   A   Yes.
23   Q   Okay.  And how far is the wall from the doorway?
24   A   I can stand at Ricky's door and lean and touch
25   the wall (indicating).

84

1    Q   Okay.  What part of Ricky's body touched the
2    wall?
3    A   His head.
4    Q   Any other part of his body touch the wall?
5    A   As far as I know, his head, and he bounced back
6    up off of it.
7    Q   How many steps would you have to take from
8    Ricky's doorway to the wall?
9    A   He didn't take no steps.  He just fell forward.
10   Q   Okay.  What happened once he fell forward and his
11   head hit the wall?
12   A   When he fell forward -- before he fell forward he
13   drop the knife after the electricity -- after that stuff
14   wore off and he fell forward.  That's when he dropped his
15   knife and he fell forward and I guess -- I ain't never know
16   about no taser or nothing like that, but he looked to me
17   like there was electricity going through his body.  He fell
18   on the wall.  The two policemen were right behind him and
19   when he fell off the wall he straightened up.  He ran down
20   -- down -- went towards -- past one of the officers and
21   went down and that's when I start backing up because I see
22   that he had let -- this officer had let him pass right by
23   him and didn't try to put his hand on him or nothing.
24   Q   I've got a question for you.  Now, when Ricky's
25   head hit the wall did he actually fall down?

85

1    A   No.
2    Q   Okay.  His head just bumped against the wall?
3    A   Yes.
4    Q   Did any other part of his body touch the wall --
5    A   No, not that I know of.
6    Q   Okay.  And at that point Ricky had dropped the
7    knife; is that correct?
8    A   He dropped the knife before his head hit the
9    wall.
10   Q   Okay.  All right.  And then what happened next?
11   A   And then he hit the wall, bounced off the wall
12   and he moved -- went right by one officer 'cause the wall
13   was only about two or three feet wide, and he went right by
14   this officer and were coming toward, you know, toward -- he
15   had to come toward me to get out.
16   Q   Do you know which officer he went by?
17   A   No, ma'am.
18   Q   Did he go to the right or the left?
19   A   The one on the right, on my right.
20   Q   And from where you were standing -- so you're not
21   standing -- obviously you're not standing directly in front
22   of Ricky's room; is that correct?
23   A   No, ma'am.
24   Q   You're standing off to the wall from Ricky's
25   room?

86

1    A   I'm standing off to the right from Ricky's room.
2    Q   Okay. All right. And you're still about five or
3 six feet away from Ricky?
4    A   Yes.
5    Q   For from his room door?
6    A   Yes, like this where I'm standing, the room about
7 right there (pointing).
8    Q   Okay. Now, then Ricky did what?
9    A   He passed right by one of the officers and he
10 started coming toward -- and where I was standing there's a
11 hallway right there and so he hit this wall. I start
12 backing up -- I were backing up so he hit this wall and
13 then he turned down into the hall and there was a step down
14 and he missed that step down and fell and knocked a big
15 hole into a wall. And then I was backing on up and that's
16 when I slipped down. He was -- when he hit that wall he
17 kept coming and he -- I were backing up and that's when I
18 slipped down.
19    Q   Okay. I'm a little confused. Once Ricky starts
20 off to the right away from the officers, the deputies; is
21 that correct?
22    A   Away from his room, yes.
23    Q   Okay. Is he walking or running or what?
24    A   Like he was staggering. You know, he weren't
25 running, he weren't walking.

87

1    Q   And at some point is it your testimony that he
2 hit another wall?
3    A   Yeah, he hit another wall.
4    Q   Where was this wall located?
5    A   Where I was standing there. On the door -- like
6 that door (pointing) I'm standing at this side, he hit the
7 other side of the door and then he went through the door.
8    Q   That door was open?
9    A   Yeah, it's open with no door on it but it's a
10 door --
11    Q   It's an opening?
12    A   -- opening. And then when you go through that
13 door about three feet it's a step down, it's a step down
14 till you get to the end, there's a wall right over there,
15 it's a hall but it's another wall, and when he missed that
16 step down he fell into the wall that knocked a big hole in
17 it with his shoulder.
18    Q   What is that wall made of, do you know?
19    A   Drywall, sheet rock.
20    Q   Okay. So he hits the wall with his shoulder?
21    A   He fell on the wall and knocked a hole in it.
22    Q   What happened next? You were backing up --
23    A   Yeah, I'm backing up all the time, ever since he
24 left his room though, so --
25    Q   Why were you backing up?

88

1    A   Because he was -- he had to go somewhere. You
2 know, I don't know whether the taser was affecting him,
3 whether he -- I don't know nothing about no taser but after
4 the taser he was running and everything was narrow, the
5 whole place was narrow so he had to go somewhere so he
6 start backing up --
7    Q   You say he was running?
8    A   Well, you know, he was moving from the doorway.
9 I won't say running since you're trying to say running. He
10 wasn't running. He was just -- to me like he was mostly
11 moving because of the -- from being tased like in a
12 staggering way or running way, like that.
13    Q   Okay. So when you say you're backing up, does
14 that mean you're walking backwards?
15    A   Yes, ma'am, I'm walking back just to get --
16 getting back 'cause I don't know which way he's gonna go
17 'cause once he hit that wall he could have gone either way,
18 but when he hit the wall he was facing me and he started
19 coming running that way and that's the way he usually go
20 out of the house anyway.
21    Q   Okay. So you're backing up and then he hits this
22 second wall with his shoulder and puts a hole in the wall?
23    A   He hit the third wall.
24    Q   So that's three walls Ricky has run into; is that
25 correct?

89

1    A   Yes, ma'am.
2    Q   Okay.
3        MR. ALLEN: I'm just going to object to
4    the form as characterizing as running to the
5    wall as opposed to staggering to the wall.
6        THE WITNESS: Okay. Yeah. That's what I
7    getting at. She trying to say running to --
8        MR. ALLEN: I understand. My objection is
9    noted.
10        MS. BRONSON: Objection noted.
11    Q   But just for purposes of the deposition,
12 Mr. Mills, the only reason I mentioned running is because I
13 believe you mentioned running several times.
14    A   Okay. Well, I --
15    Q   I don't want to put any words in your mouth. I
16 just want to get a good understanding of what you are
17 describing.
18    A   Okay.
19    Q   Okay. So Ricky has hit three walls, correct?
20    A   Yes.
21    Q   And when he hits the third wall what happens?
22    A   He bounced off it and start running towards me,
23 running -- walking -- staggering towards -- staggering
24 towards me or moving -- I'll say moving towards the
25 direction I was in, and that's when I slipped down about

90

1   five feet before he got to me and that's when I heard the
2   first shot.
3       Q.   Okay.  That's where the next part of my question
4   goes to.  He bounces off the third wall.  How far are you
5   away from Ricky Mills when he bounces off that third wall?
6       A.   Probably by that time about 10 feet.
7       Q.   Okay.  And Ricky is coming towards your
8   direction; is that correct?
9       A.   Yes.
10      Q.   And you say he's walking?
11      A.   Well, I say like falling, like.
12      Q.   He's continuing to stagger?
13      A.   Yes.
14      Q.   Okay.  At some point you slipped down; is that
15  correct?
16      A.   Yeah, by the time he got about five feet to me I
17  slipped down and that when I heard the first gunshot.
18      Q.   Now, when you were about five feet from him and
19  you slipped, was there anything that caused you to slip?
20      A.   No.  I was backing up so I just tripped over my
21  own feet and slipped down.
22      Q.   And where were you when you tripped down?
23      A.   What you mean?
24      Q.   Where were you physically located in that house?
25      A.   I was in the hallway close -- almost to the

91

1   bathroom.
2       Q.   How far away would you say your location was from
3   Ricky's bedroom?
4       A.   From the bedroom, a zig-zag and a stairway.  I'd
5   say about 25 feet or more.
6       Q.   Okay.  All right.  So you slipped down and
7   Ricky's about five feet away from you; is that correct?
8       A.   Yes.
9       Q.   Then what happened next?
10      A.   That's when I heard the first gunshot.
11      Q.   Now, were you in a position that you could see
12  what the deputies were doing while this was happening?
13      A.   Yes, I could see both of the deputies.  I can't
14  see what they were doing but I could see them running
15  behind him.
16      Q.   Okay.  So from the time that Ricky started
17  walking away from his bedroom, did you have an unobstructed
18  view of the deputies the entire time before the first shot?
19      A.   No.  When he came -- I didn't see him -- when I
20  stepped down when he knocked the hole in it, the deputy was
21  out of my sight then because they were still up there in
22  the other part of the house.
23           You -- you have to see the house to understand
24  what I'm saying.  They was out of sight then, that time,
25  but Ricky was in my eyesight but they was out of my

92

1   eyesight only a few seconds.
2       Q.   I'm looking for a diagram here.  I'm going to
3   show your attorney, and then I'll, a diagram of what's
4   reported to have been prepared by the forensics department
5   for the Orange County Sheriff's Office of that scene that
6   night.  Can you take a look at that for me, please?
7       A.   Okay.  This is Ricky's room here.  (Pointing)
8   That's the wall what I was standing on right here.  This --
9   like this is Ricky's door.  One of the officers is standing
10  right there, one of the officers was standing right there.
11  That's the wall right here when Ricky came back on the door
12  he was still there.  That's where he got tased three times.
13  Then he fell into the wall.  Then he came by this officer
14  right here and fell into this wall.  Then he came -- that's
15  when I start backing up -- before he got to the wall I
16  start backing up and then when he fell into this wall he
17  came here and there's a step down right here and he missed
18  that step down and he fell into this wall and knocked a big
19  hole in here.  That's when I start backing up and then when
20  he start coming this way I -- that when I stepped down
21  right here -- stepped down right here and where he got
22  right there, that's when I heard the first gunshot and that
23  was in his head and when they shot him in the head that's
24  when he fell on top of me when I was lying on the floor and
25  I put -- when he was falling I put my feet up in the air

93

1   and that stopped him and then the second shot I heard.  I
2   don't know which order they went in but they shot him in
3   the shoulder and then one shot him in his back and then the
4   one that shot him in his back, the bullet came though his
5   back out of his chest and hit me in my feet.  And that's
6   when the police ran and started hollering, shot fired, shot
7   fired, shot fired, you know, and they pulled Rick out from
8   me and turned him over and his head went into this other
9   guy's room.
10      Q.   I'm going to have to stop you for just a minute
11  -- I mean, if you want to keep talking you can but I'm
12  going to need to get some clarification.
13           MR. ALLEN:  Okay.
14      A.   Okay.
15      Q.   All right.  Now, you see a number that says 15 on
16  this diagram?
17      A.   Yes, ma'am.
18      Q.   Is this the first wall that Ricky hit?
19      A.   Yes, ma'am.
20      Q.   Okay.  Right there where --
21      A.   If that's his room that's the --
22      Q.   At the number 15 there on the diagram?
23      A.   Yes.
24      Q.   Okay.  And then he goes off to the -- which
25  direction is that?  To the left?

94

1    A   To my right.
2    Q   To your right.  Okay.  Where are you standing?
3    A   I'm standing right there (pointing) and they come
4  right there.
5    Q   All right.  And so then you start backing up
6  where this number 14 is; is that correct?
7    A   Yes, this is just like a little old -- it ain't
8  that big but it's just a little old hallway pass-thru.
9  When he hit this wall I start backing up and he stepped
10  here (indicating) and I backed up here and I start backing
11  up and when he missed his step down he hit this wall and
12  knocked a hole in this wall.  And then when he started
13  staggering this way and I slipped down and that's when I
14  heard the first -- first shot when he was about five feet,
15  five or six feet away from me.  And then when he went to
16  fall, 'cause they shot him in his head, and when he went to
17  fall I put my feet up in his chest and he hanging down like
18  this and that's when the other shot came.
19    Q   All right.  When you fell could you see where the
20  deputies were?
21    A   The deputies were coming behind -- running behind
22  here.
23    Q   They were running behind Ricky?
24    A   That's when they start shooting, when they got
25  right in here, and Ricky about right in here.  (Pointing)

95

1  I can't exactly pinpoint exactly what location it was
2  because I was following at that time but I seen them
3  running -- when they ran down -- when they ran down to
4  here, that's when they start pulling the guns out and that
5  when they -- when Ricky was about right here -- when we
6  right here.  When they ran down here, that's when we pull
7  the gun out and that's when they start shooting.
8    Q   Did you see the deputies unholster their guns?
9    A   All I knew, I just heard the first gunshot.  I
10  didn't see when they unholster because, like I said, I was
11  falling.
12    Q   All right.  So you didn't see them unholster
13  their guns?
14    A   Yeah, and they didn't say nothing.
15    Q   Okay.
16    A   Could I say something?
17    Q   Yes, sir.
18    A   The only time they said something from the time
19  they knocked on the door, the only time they said something
20  is after Ricky had got shot and they were standing over him
21  and after they had pulled him off of me, that when one of
22  them got on the radio and start hollering, shot fired, shot
23  fired, shot fired.
24    Q   Okay.  We're going to get to all of that.  It's
25  going to be a tedious process but we're going to get there.

96

1    Q   Did you actually see the officers firing the
2  shots?
3    A   Yes.
4    Q   You saw the deputies fire the shots or did you
5  just hear them?
6    A   I saw the first shot.
7    Q   Okay.  You saw the muzzle flash?
8    A   Yes.
9    Q   Okay.
10    A   And I heard -- and I heard it too, and I see his
11  head went over like that (indicating) and that when I
12  kick -- he were coming down on me when I kick my head back,
13  put my legs up in the air in his chest.
14    Q   Now, did you say anything during this entire time
15  from the time after you -- let me go back.  You testified
16  earlier that you asked Ricky to come out of the room so
17  they could talk to him, correct?
18    A   Um-hmm.
19    Q   After saying that did you -- had you said
20  anything at all before shots were fired?
21    A   No, I didn't say nothing.
22    Q   Did you ever say, Ricky, stop?
23    A   No.
24    Q   Or words to that effect?
25    A   No.

97

1    Q   Okay.  Did you ever say words to the effect, help
2  me?
3    A   No.
4      MR. ALLEN:  Are you going to attach any
5  one of those to the depo?
6      MS. BRONSON:  I hadn't actually planned
7  to.
8      MR. ALLEN:  Can we?
9      MS. BRONSON:  Sure.  We can attach that as
10  Exhibit 1.
11      MR. ALLEN:  Okay.
12      (Defendants' Exhibit No. 1 was marked.)
13    Q   And if we're going to attach it to the deposition
14  then I need to go back through and try to better identify
15  the different locations and positions.
16      Is it correct, Mr. Mills, that the first wall
17  that you testified that Ricky struck was near the number
18  15 located on Exhibit 1?
19    A   Yes, ma'am.
20    Q   Okay.  That's the wall right there, correct?
21    A   Yes.
22    Q   And then is it your testimony that he came down a
23  little from where that number 15 is and went through a
24  small pass-thru room near the number 14?
25    A   No.

98

1    Q    No, it's not?
2    A    No.
3    Q    Tell me which way Ricky went after he left that
4    area where 15 is after he hit the wall.
5    A    Ricky hit the wall at 15. He bounced off of this
6    wall right here. (Pointing)
7    Q    Okay.
8    A    This is the wall where I was standing at.
9    Q    Okay. So Ricky comes by where you are --
10    A    I had backed up when he got past -- when I seen
11    him passing by this officer on the right-hand side, that's
12    when I start backing up.
13    Q    You started backing up in the direction of where
14    number 14 is on this Exhibit 1?
15    A    Yeah, but I was backing up and then when Ricky
16    hit this wall everything happen real fast. He hit the wall
17    and bounced, came through this pass-thru --
18    Q    Okay. So there's a label on the room that's
19    called "pass-thru room?"
20    A    Yeah.
21    Q    So is it correct to say that the second wall that
22    Ricky hit was on the north hallway right at the entrance to
23    the pass-thru room?
24    A    Yes.
25    Q    Okay.

99

1    A    And then he came --
2    Q    He proceeded through the pass-thru room past
3    where that number 14 is?
4    A    Yes.
5    Q    And then there's a --
6    A    Step down.
7    Q    There's an opening and a step down; is that
8    correct?
9    A    Yes.
10    Q    Okay. And so Ricky goes through that opening
11    right there where the 14 is; is that correct?
12    A    Yes.
13    Q    And then what happens?
14    A    He missed the step down and fell into the wall in
15    front of 14.
16    Q    Okay.
17    A    And that where he knocked a hole into the wall.
18    Q    And that wall that you're referring is the wall
19    in front of 14. Is it near the number 5 on this diagram
20    that's Exhibit 1?
21    A    Yes.
22    Q    Okay.
23    A    Before you get to 5.
24    Q    Okay. And when Ricky Mills is -- knocks the hole
25    in that wall that's near that number 5, where are you

100

1    located?
2    A    Right at where number 3 were.
3    Q    And would that require Ricky to sort of go off to
4    the right in order to get to the number 3?
5    A    No, he bounced off the wall and start coming down
6    the hall.
7    Q    Okay. Started coming down that hallway?
8    A    And I start backing up and that's when I slipped
9    back.
10    Q    Where were you when you first heard the first
11    shot?
12    A    Where my -- where his body were at -- almost to
13    the number 1, between number 1 and number 2.
14    Q    Okay. Where Ricky's body was. That's when you
15    heard the first shot?
16    A    Yes.
17    Q    Where was it that you slipped down?
18    A    I slipped down right here. (Pointing)
19    Q    Near --
20    A    Where I slipped down, that's where Ricky fell on
21    top of me.
22    Q    Okay. You slipped down near number 1?
23    A    Between 1 and 2.
24    Q    Okay. On that Exhibit 1, you slipped down
25    between where the number 1 and 2 is?

101

1    A    Between it.
2    Q    Okay. Now, when you're located near where number
3    1 is, where are the deputies?
4    A    The deputy was back about where number 5 --
5    between number 5 and 7, I believe.
6    Q    And were the deputies both facing you at that
7    time?
8    A    Yes.
9    Q    Okay. And both deputies are facing you at that
10    time?
11    A    Yes.
12    Q    And Ricky was in front of the deputies?
13    A    Yes, with his back to the deputy.
14    Q    Okay. Ricky's back is to the deputies. And it's
15    your testimony at no time did you ever say, help or Ricky,
16    stop or anything to that effect?
17    A    No.
18    Q    Okay.
19    A    Now, when you say, Ricky, stop, you mean stop,
20    what -- what you mean by that?
21    Q    Just whether you said those words.
22    A    No, I don't remember saying --
23    Q    Or words to that effect.
24    A    No, not that I recall.
25    Q    Let me go back for just a second, please. Back

102

1  at Ricky's room where the deputy tasered him, did you see
2  Ricky remove either one of the wires that go to the taser
3  prongs?
4      A  No.
5      Q  Did you see two prongs strike Ricky?
6      A  All I seen is the prongs at -- between -- going
7  from one hand to the other and I didn't see no prong up
8  here or nothing (indicating). I just seen the prong going
9  from hand to hand and he was shaking. That's the only
10  prong I see, on the third time they tased him.
11      Q  When you were backing up were you backing up
12  quickly?
13      A  Kind of at a normal rate. I wasn't running
14  backing up. I was just backing up trying to see -- see
15  mostly why they weren't trying to apprehend him and in the
16  time they could have put their hand on him at least 10 or
17  12 times, and even when he pass right by one of them and
18  they weren't trying to apprehend him. That's what puzzled
19  me, why they didn't come -- you know, I could have tripped
20  him down if he could have came by me with my feet, tripped
21  him down.
22      Q  Now, when Ricky was coming towards you, were you
23  afraid that he might try to hurt you?
24      A  No.
25      Q  Okay. Did you ever tell anybody that you were

103

1  afraid he was going to hurt you?
2      A  No. I was scared that he -- scared because -- I
3  was afraid really because he had been tased three times,
4  you know, and I wondered what was going through his body or
5  what was going through his mind 'cause I have seen tasing
6  on television but I never know what tasing affected you
7  till, you know.
8      Q  Now, when you saw Ricky open that door holding
9  that knife were you afraid that he might hurt somebody?
10      A  No, 'cause he wasn't moving.
11      Q  Okay.
12      A  To me it looked like he were crying out for help.
13      Q  Did he say anything asking for help?
14      A  I could see the expression on his face when he
15  was standing there. He didn't make no kind of motion or
16  nothing; he just stood there looking like he was looking
17  for help.
18      Q  Now, you say that you fell backwards and raised
19  your feet; is that correct?
20      A  I slipped down.
21      Q  Yes, sir.
22      A  And when he -- when they shot him -- when he shot
23  him he was falling and I seen him falling and that's what
24  made me put my legs up, to keep him from falling and I put
25  my leg up and he was hanging down like this. (Indicating)

104

1  I was holding him up. He would have fell on the floor if I
2  wouldn't have been holding him up 'cause he was just
3  hanging down like this with both his arms, was like that,
4  and then that's when the other three shots came.
5      Q  Okay. Now, I'm trying to be sure I understand.
6  When the first shot came, is it your belief that that first
7  shot is the bullet that struck you in the foot?
8      A  No, ma'am.
9      Q  Okay.
10      A  That's -- the first shot is the first shot that
11  hit him in his head. The first shot hit him in the head.
12      Q  Okay. Did you see that bullet go into his head?
13      A  I seen it hit -- it went over when he was six
14  feet away from me, it went over like that (indicating) and
15  I seen him going down and that's when I put my feet up in
16  the air and that when he hanging down -- blood was dripping
17  down on me when his arm was hanging like that 'cause the
18  whole back of his head was shot at.
19      Q  Okay. Now, you didn't see the back of his head,
20  did you, at that time?
21      A  No, I didn't see back of his head at that time
22  but after I seen the autopsy. I went to the funeral home
23  and everything, and the whole back of his head was shot at.
24      Q  Now, at some point your finger was hurt; is that
25  correct?

105

1      A  Yes.
2      Q  Which finger was that? Which hand?
3      A  This finger right there. (Indicating)
4      Q  Which hand?
5      A  My left little finger.
6      Q  How did your finger get hurt, do you know?
7      A  Yes, I know. When I slipped down I put my hand
8  behind me trying to break my fall and there was a trowel
9  laying in the corner, corner right here in the hallway in
10  the corner and my hand struck on that and it was a
11  little -- little old eighth-of-an-inch cut in my hand,
12  blade what cut me, and that's what made my hand bleed.
13      Q  So the tool was on the floor there behind you
14  when you fell?
15      A  Right, right in the corner.
16      Q  And it caused a laceration on your left pinky
17  finger?
18      A  It really was just a punch. It wasn't even a
19  cut. It wasn't a full -- anything but an eighth-of-an-inch
20  long. I didn't even got no scar -- scar from it. Here it
21  is. (Pointing)
22      Q  Do you recall how many shots were fired?
23      A  All I know is the shot and I heard a couple of
24  more shots, but then when I seen the autopsy that's when I
25  knew exactly how many shots there were.

28 (Pages 106 to 109)

---

106

1    Q  Okay.  But that night what do you recall, how
2 many shots?
3    A  I think I heard more than two or three shots.
4    Q  You heard two or three shots?
5    A  Or more than two or three shots.
6    Q  More than four?
7    A  I wouldn't say that.
8    Q  Do you have any belief or understanding as to
9 which one of those shots struck you in the foot?
10    A  Which one?
11    Q  Yes, sir.
12    A  I don't know which one but I knew it wasn't the
13 first one and I knew it wasn't the second one.
14    Q  Okay.  So it had to be the third or the fourth
15 shot; is that correct?
16    A  Yes.
17    Q  At the time did you know you had been shot?
18    A  No.
19    Q  Did Ricky ever say anything?
20    A  No.
21    Q  Now, at some point you heard the deputy say,
22 shots fired; is that correct?
23    A  Yes, ma'am.
24    Q  And what happened after you heard the deputy say,
25 shots fired?

---

107

1    A  That's when they pulled me up off of Ricky -- I
2 mean they pulled Ricky off of me and his head went in the
3 room and the only thing hanging out was his foot and his
4 stomach.  And they got me and took me down the hall and put
5 me -- and set me on the stool.
6    Q  Now, you say his head was in another room?
7    A  Inside the door -- there's a door right here.
8 His head was in here, (indicating) and his stomach from his
9 neck on up -- I could see -- I was sitting up here and I
10 could see his stomach breathing in and out.
11    Q  Okay.  So was that somebody's room that his head
12 fell into?
13    A  Yes.
14    Q  Was that door open?
15    A  No.  When it threw his head and the body knocked
16 the door open because the guy stepped over his head and
17 walked out of the room when they knocked the door open.
18    Q  And do you know that guy's name?
19    A  Not that, no.  I know their name but, you know, I
20 don't -- I don't want to put no names to no room because I
21 don't know whose room and which what.
22    Q  Okay.  So the weight of Ricky's body caused the
23 door to that room to open?
24    A  Yeah, after they threw him it flung it open into
25 the door.  He fell on top of me.  He was laying on top of

---

108

1 me.  They put him and flung him inside the room to the
2 door.  He was laying still on top of me when they pulled up
3 him and flung him in the room, and then pulled me up and
4 took me over to the bench and put me on the stool.
5    Q  Have you ever had any law enforcement training?
6    A  No, ma'am.
7    Q  Have you ever had any medical training?
8    A  No.
9    Q  Have you ever had any training say as a training
10 for being a security guard, any use-of-force training?
11    A  No.
12    Q  After the deputies said, shots fired, did you
13 hear anything else the deputies said?
14    A  Not at that time, till -- not until -- not at
15 that time, until when they took me to a stool.
16    Q  And do you know if anybody else other than the
17 deputies who were in that home at the time and yourself, if
18 anybody else witnessed the shooting?
19    A  Yes.
20    Q  Who do you know witnessed the shooting?
21    A  There's a guy got a room right up in here,
22 (pointing) one of the witnesses, he got a room.  He came
23 out and he -- he seen everything happened from the time
24 they came out of there.
25    Q  Do you know what his name is?

---

109

1    A  I don't know but it's -- like I said, I don't
2 want to put no name to their room.
3    Q  Did this guy tell you that he witnessed the
4 shooting?
5    A  Yes, he -- yes, he told me.
6    Q  And when did he tell you that he witnessed the
7 shooting?
8    A  When we went back over there -- over there to
9 pick Ricky's stuff up that Sunday -- Sunday they was --
10 they was telling us -- talking about it and stuff like
11 that, and even they was trying to see could they get help
12 from a psychiatrist 'cause he have -- he was saying he was
13 having nightmares and stuff.  He said he was having
14 nightmares about what he seen.
15    Q  Does this guy still live at that rooming house?
16    A  I don't know.
17    Q  Have you talked to him in the last year?
18    A  No, not really, just -- the only time I only
19 talked to him one time.  We talked when we go over there,
20 when I met the lawyer over there.
21    Q  When was the last time you have spoken with this
22 guy?
23    A  It's been about two or three years really.  I
24 guess that's why I don't know their name, 'cause I haven't
25 talked to them since this really happened.

---

110

1    Q    And you don't recall this guy's name?
2    A    No, ma'am.
3    Q    Other than this unidentified guy, do you know
4    anyone else who witnessed the shooting?
5    A    I don't know -- all I know there was more people
6    in the house. I don't know who witnessed it. Like I said,
7    I was on the floor back down there.
8    Q    Did anybody tell you they witnessed the shooting?
9    A    They didn't tell me but they -- they have told a
10   lawyer that witnessed it.
11   Q    Do you know the names of anyone who has told the
12   lawyer that they witnessed the shooting?
13   A    No, ma'am, I don't.
14   Q    Now, after you were moved to the stool did the
15   deputies say anything else to you?
16   A    No. They start talking among themself.
17   Q    Did you hear what they said?
18   A    Yes. The first one after he start walking,
19   stepping over back and forth over Ricky body after the
20   other officer came in the other door, the first two that
21   came in there that went in the house with us, one of the
22   officer asked him said, where did you hit him at. And he
23   just stood up on one of his legs and pointed at his head
24   like this (indicating) and did like that. And I said, man,
25   you didn't have to shoot my nephew, you didn't have to

111

1    shoot my nephew in his head like that. And I was crying
2    and I was telling them, you know, get my nephew some help,
3    call and get my nephew some help and get him off the floor.
4    And they were just walking over and back and forth talking
5    and laughing.
6         And then I kept crying telling them -- trying to
7    make phone calls to call my family and call my pastor and
8    stuff like that and I kept telling them get my nephew off
9    the floor. All I could do is see his stomach moving
10   'cause I couldn't see his head. I could see his stomach
11   going in and out, in and out. I knew he was still alive
12   but I didn't know that he was in the state that he was in.
13   So they let him lay down on the floor for about 25
14   minutes.
15   Q    Did you hear anyone call for an ambulance?
16   A    No.
17   Q    You never heard anybody call for an ambulance?
18   A    He told me, he said, I called, they're coming. I
19   didn't hear no siren, I didn't hear no ambulance, I didn't
20   hear nothing. Ricky kept laying down on that floor for 25
21   minutes and then when he took his last breath I could see
22   his stomach stopped moving, they were standing over him
23   looking at him and when his stomach stopped moving that's
24   when they got on the walkie-talkie and the paramedic walked
25   in. The paramedic evidently was outside -- was standing

112

1    outside the whole time. And they walked in and the first
2    thing they said, they said was, he dead, he bleeding so
3    they came over --
4    Q    Who said he's dead?
5    A    One of the officers said -- but said, he
6    bleeding, he cut him. And so they came over and wrapped my
7    little finger up with a big old line of gauze all around my
8    wrist with a -- making it look like it was real bad.
9    Q    Now, when you say one of the deputies said he's
10   dead and he's bleeding, when the deputy said he's bleeding,
11   was he referring to you?
12   A    He was referring to me. That's when the
13   paramedic came in.
14   Q    Do you know which deputy it was that said that?
15   A    No, ma'am.
16   Q    Was it one of the two deputies that did the
17   shooting?
18   A    Yes.
19   Q    Okay. The two deputies that did the shooting,
20   did they remain in the house until the paramedics got
21   there?
22   A    Yes.
23   Q    Did they remain in the house after the paramedics
24   arrived?
25   A    Yes.

113

1    Q    Did you ever see either of these two deputies go
2    out of the house?
3    A    No.
4    Q    And the paramedics came in and started treating
5    you; is that correct?
6    A    The paramedic came in and went straight to Ricky.
7    That's when they told him he was dead.
8    Q    And then --
9    A    Then they came down the hall -- the paramedic
10   came in this way (indicating) and they came down the hall.
11   They cleaned my hand off and wrapped it with a bandage.
12   And then when the officer -- one of the officer say, well,
13   he bleeding on his feet, too. And that when they held my
14   feet up and they pulled my shoe off and that's when the
15   lead fell out of my shoe on the floor. Then they cleaned
16   my feet off and wrapped my feet. Then they put me on a
17   stretcher and took -- put me in a dirty, dirty meat wagon,
18   blood all on the floor. It was filthy, like they were
19   picking up bodies in it. There wasn't no other fire
20   trucks, no other paramedics or nothing but that one wagon.
21   Q    Now, when you say "meat wagon," are you referring
22   to an ambulance?
23   A    It wasn't -- it didn't have no lights or nothing.
24   It was -- all -- the reason I say "meat wagon" because it
25   was like it was picking up bodies off the street and just

114

1   throwing bodies in it. That's what it looked like. The
2   blood was on the floor, blood was everywhere in there and
3   it was filthy.
4       Q   Now, do you know the name of the ambulance
5   service?
6       A   No, I don't. I didn't even see a name.
7       Q   And did this vehicle transport you to the
8   hospital?
9       A   Yes.
10      Q   What did they do to your foot?
11      A   They just wrapped it up till I got to the
12  hospital. Cleaned it and wrapped it up till I got to the
13  hospital.
14      Q   How long did you remain at the house after the
15  shooting?
16      A   After I came back from the hospital or --
17      Q   No, no, sir. From after the shooting until the
18  time that you were transported by the ambulance service,
19  how long was it?
20      A   About 25 to 35 minutes, at least.
21      Q   And until you were taken outside of the house to
22  get into the ambulance did you remain in the house?
23      A   Yes.
24      Q   Okay. And during that time do you know whether
25  or not the two deputies that actually were involved in the

115

1   shooting, whether they remained in the house as well?
2       A   They remained in the house 'cause they kept going
3   back from the body and back up to me.
4       Q   I'm talking about the two deputies who actually
5   did the shooting.
6       A   Yes.
7       Q   Okay. As opposed to any other deputies.
8       A   Yes.
9       Q   At some point did other deputies arrive?
10      A   Yes, three more came in from the -- from this
11  door here. (Pointing)
12      Q   Do you know at what point these other deputies
13  arrived?
14      A   About 10 minutes after the shot. Maybe -- maybe
15  about five or 10 minutes after they had the shot, after
16  they got on the phone and hollered, shots fired.
17      Q   Okay. Now, prior to the shooting other than the
18  two deputies that came at the very beginning were there any
19  other deputies in that house?
20      A   No.
21      Q   And you think that other than the two deputies
22  that arrived at first and the two deputies who actually did
23  the shooting, that it was 10 minutes before any other
24  deputies arrived at that house?
25      A   Yes, ma'am. That -- it was about 10 minutes when

116

1   I seen the next policeman, if I was in the house or I
2   didn't see them, but there wasn't nobody in the house but
3   the two officers that did the shooting.
4       Q   Okay. And it was one of the two officers that
5   actually pulled Ricky Mills's body off of you?
6       A   Both of them kind of ran up there and grabbed
7   Ricky. When they grabbed him and both of them grabbed --
8   one of them grabbed each one of my arm and pulled me up so
9   both of them were there. I don't know who pulled what.
10      Q   So the only two deputies that helped you up
11  immediately following the shooting were the two deputies
12  who had actually done the shooting; is that correct?
13      A   Yes, ma'am, yes, ma'am.
14      Q   And there were no other deputies in the house at
15  that time when they were helping you up?
16      A   That I noticed. That I noticed.
17      Q   Okay. Now, other than the two deputies who did
18  the shooting, did any other deputies arrive before the
19  paramedics arrived?
20      A   Yes.
21      Q   Okay?
22      A   I don't know how many. Two or three came in this
23  way. (Indicating) These two officers came -- the first
24  two came in this way. The other two -- after the shooting
25  the other one came in right where this door where Ricky's

117

1   body was laying. That's the way they took him out.
2       Q   And the deputies that helped you to the stool
3   down the hallway were the two deputies who were involved in
4   the shooting?
5       A   Yes, ma'am.
6       Q   Okay. Now, what kind of treatment did you
7   receive at the hospital?
8       A   When I got to the hospital my toe was all opened
9   up, it was all kind of fat. The doctor said he had to cut
10  out a lot of fat in order to push my toe back together so
11  they could put stitches in, and I think I got about 18 -- I
12  don't know how many stitches I got in it that night.
13      Q   Okay. So you got stitches in your toe?
14      A   Yes.
15      Q   Now, when you got to the hospital were you aware
16  that you had been shot in the foot?
17      A   I knew I had got shot in the foot when they
18  pulled my shoe off and I seen a bullet fall out of my shoe
19  on the floor 'cause I start to pick the bullet up, but then
20  I -- then I looked at it and I said, that look like a
21  bullet, a piece of lead, and, you know, that's when I knew
22  I was shot.
23      Q   Okay. Did the doctors or nurses at the hospital
24  ask you what happened to your foot?
25      A   No. I was -- I was doing a lot of crying. The

118

1  police told them that -- that I was crying.  The doctor
2  asked why I was crying, what was wrong and he said, well,
3  I'm crying -- he told him that my nephew had cut me and
4  then that's when the doctor said, well, I got to cut a lot
5  of this meat out to be able to put the stitches in it and
6  that's when they rang my sister and my pastor up, 'cause
7  they wanted to talk to me.
8      Q   So you got 18 stitches?
9      A   I forgot how many it were, but I know I got
10  stitches.
11     Q   Did you get any stitches in your finger?
12     A   No, ma'am, but it wasn't but a little punch in my
13  finger.  It wasn't a cut.  I don't have a knife cut on me.
14     Q   Were you admitted to the hospital that night?
15     A   No, ma'am.
16     Q   Okay.  Did you talk to any law enforcement
17  officers that night?  Were you interviewed by any law
18  enforcement officers at the hospital?
19     A   They tried to interview after they rang my sister
20  and my pastor over and I told -- I told them I didn't feel
21  like talking, I didn't feel like talking about nothing, and
22  I kept crying and asking why they did what they did to my
23  nephew and they didn't need to kill him and they need to
24  get him up off that floor.
25     Q   Okay.  So did you give an interview to the

119

1  deputies that night at the hospital?
2      A   No, ma'am.
3      Q   Okay.  And did you ever tell the deputies at the
4  hospital that night that you were afraid, that you were in
5  fear for your life?
6      A   No, ma'am.  After I got shot I was in fear.
7      Q   Why were you in fear for your life after you got
8  shot?
9      A   'Cause I realized they could have killed me just
10  like they killed Ricky instead of me.  Getting shot in the
11  foot, I could have got shot in the head or heart or
12  anywhere else.
13     Q   Now, I believe you testified earlier that Ricky
14  dropped the knife after hitting the wall?
15     A   No.  Ricky dropped the knife after he got through
16  shaking after they tased him the third time.
17     Q   Okay.  Did you ever see Ricky pick the knife up?
18     A   No, no, ma'am.
19     Q   After you left the hospital when was the next
20  time that you received medical care for injuries you
21  received at that house during the shooting?
22     A   I went back after like five days to my primary to
23  get the stitches removed, five or 10 days.
24     Q   And after getting the stitches removed when was
25  the next time you sought medical care?

120

1      A   I been getting medical care ever since.  I've
2  been taking pain pills and getting shots.
3      Q   And when I say "medical care" I'm referring to
4  medical care for the injury to your finger and your toe.
5      A   I didn't -- I didn't get no medical attention to
6  my finger.  All I get medical treatment to my left toe.
7      Q   Okay.  So you went to your primary care physician
8  five days after you left the hospital to get the stitches
9  removed, correct?
10     A   However long the doctor told me at the hospital,
11  told me to let them stay in.
12     Q   Okay.  And after that when was the next time you
13  needed medical care for your toe?
14     A   Ever since then I've been going to a foot
15  specialist and my primary doctor and I'm even still going
16  to him now.
17     Q   Can you tell me what your problems are as a
18  result of having been shot in the foot?  Tell me what
19  ongoing problems you have.
20     A   Well, right now the tip of my toe -- my toe is
21  numb because they say I have a nerve that will be damaged
22  forever because the tip of my toe, the nerve was shot at.
23  And I have sharp pains going all way down in my feet to the
24  tip of my toes, stabbing, sharp pain.  That's why I take
25  muscle relaxers.

121

1      Q   The injury was to the nerve in your toe; is that
2  correct?
3      A   And my toe was busted wide open and I got a
4  chipped bone in the bottom of my feet where it hit --
5  bottom of my big toe, bottom chipped bone.  That's what the
6  x-rays show.
7      Q   When did you start taking pain medication for the
8  injury to the toe?
9      A   Ever since July the 14th, 2005.
10     Q   June 14th?
11     A   2005, that night, from 12 o'clock that night on.
12     Q   Did the hospital prescribe any pain medication
13  for you?
14     A   They gave me shots and they gave me a
15  prescription.
16     Q   And did you get that prescription filled that
17  night?
18     A   The next day.
19     Q   And you don't remember what kind of pain
20  medication it was?
21     A   No, ma'am.
22     Q   And then when you went to your primary care
23  doctor did he prescribe pain medication for your foot?
24     A   Yes.
25     Q   For the injury to your toe?

32 (Pages 122 to 125)

122

1    A   Yes, ma'am.
2    Q   And prior to the injury to your toe had you been
3    taking any pain medication?
4    A   For my foot?
5    Q   No. For any other part of your body, including
6    your foot.
7    A   For my back, yes.
8    Q   So you were already on pain medication when you
9    were prescribed the pain medication for the injury to your
10   toe?
11   A   Yes, for my back, yes.
12   Q   And how frequently do you have to take pain
13   medication for the injury to your toe?
14   A   Every day.
15   Q   Once a day or more than once a day? I'm talking
16   about the injury to the toe.
17   A   One every three -- every eight hours, and one on
18   once a day, and then I get a cortisone shot once every
19   three months.
20   Q   Prior to June 14th, 2005 how frequently were you
21   taking pain medication?
22   A   When I need it. I'd say like once a week or once
23   every other three days or something like that. Not on a
24   regular basis.
25   Q   So before June 15th, 2005 you were only taking

123

1    pain medication once a week on average?
2    A   Yeah, not regular, not like I'm doing now.
3    Q   Has the pain in your toe improved since the time
4    of the shooting?
5    A   As a matter of fact, it got worse because by me
6    not using my big toe and using my other toe now I've been
7    wearing a boot because they found out it's affecting my
8    other toes.
9    Q   Now, are there things that you can no longer do
10   as a result of the injury to your toe that you used to do
11   before your toe was injured?
12   A   There's a lot of things I can't do now.
13   Q   Tell me what those things are. And I'm strictly
14   talking about as a result of the injury to your toe.
15   A   Okay. Well, I can't even tiptoe now standing on
16   my toes on my left foot. I can do it on my right foot and
17   then walk a lot. When I walk upstairs it affects me, and
18   when I walk up steps -- when I'm walking down steps it
19   affects me and I have pain, pain that I have to sometimes
20   stop and elevate my legs because of the sharp pain and the
21   aching and throbbing. And then the numbness, it's being
22   funny because after I massage my leg because I can't hardly
23   feel nothing on the side of my feet from the left toe. So
24   it affect me in a couple of different ways.
25   Q   When was the last time you received treatment,

124

1    medical treatment for the injury to your toe?
2    A   Yesterday.
3    Q   And who did you see?
4    A   Dr. Chico.
5    Q   Do you have any other ongoing problems as a
6    result of injuries that you received in connection with the
7    incident that's the subject of this lawsuit?
8    A   Just pain there up and down, just my toe is
9    aggravating, and it's uncomfortable and in pain.
10   Q   Do you have any other problems as a result of
11   this incident which is the subject of this lawsuit?
12   A   I don't understand what you're saying about
13   "other problems."
14   Q   Well, I believe you made reference to seeing a
15   psychiatrist.
16   A   Oh, oh, yeah, yeah, I have -- I'm depressed. I
17   see a psychiatrist for depression. I can't sleep at night.
18   I take medication which make me sleep at night and keep me
19   from waking up. I take -- in the morning when I wake up I
20   have to take another kind of depression medicine to take me
21   through the day. It still don't make it go away.
22   Q   Now, prior to June 14th, 2005 had you seen a
23   psychiatrist?
24   A   No.
25   Q   Okay. Had you suffered from depression prior to

125

1    June 14th, 2005?
2    A   No.
3    Q   Had you had difficulty sleeping prior to
4    June 14th, 2005?
5    A   No.
6    Q   Had you ever had to take any medication to help
7    with sleeping prior to June 14th, 2005?
8    A   No.
9    Q   Okay. When did you first see the psychiatrist
10   after June 14th, 2005?
11   A   I don't remember the exact date but I been seeing
12   them at least three years. It's over three years or
13   something. I don't know the exact date. Plus I been
14   taking -- I take therapy at the psychiatry place too.
15   Q   And you said the psychiatrist was referred by
16   your primary care doctor?
17   A   Yes.
18   Q   How often do you see the psychiatrist?
19   A   I was seeing him every week for about a year and
20   then she started -- now about every other -- if I need to
21   see her I can call in and she'll let me come in and see
22   her.
23   Q   Now, you said you were taking therapy at the
24   psychiatrist's office as well?
25   A   Like the group of people that got problems, we

126

1　get in a session and talk, talk about our problem and what
2　bothering us and what got us depressed and about the
3　incident.
4　　　Q　So you see this doctor every couple of months
5　now; is that your testimony?
6　　　A　Yes, if I need to come see them, like on his
7　birthday if something bothers me or if I -- or something
8　like that.
9　　　Q　When was the last time you saw the psychiatrist?
10　　A　Two weeks ago, a week or two weeks ago.  And I
11　see him again in -- this month.
12　　　Q　And how often do you have the therapy that you
13　referenced?
14　　A　Well, I do that about every three months.
15　　　Q　And is this group therapy?
16　　A　Group therapy, and I don't have it if the
17　insurance won't pay for it at that time.
18　　　Q　And the therapist that you see in group therapy
19　is different from the psychiatrist?
20　　A　Well, it just be -- it be the same psychiatrist
21　but it be another therapist be in there with him and there
22　be some more people, more patients in there with us.
23　　　Q　Okay.  Now, did you say you have nightmares as a
24　result of this incident?
25　　A　Yeah, I wake up -- it wake me up when I'm seeing

127

1　him falling on me, it wake me up when I see him standing in
2　the door looking like with his head and the police taser.
3　　　Q　How often do you have the nightmares?
4　　A　All the time.  I never forget.
5　　　Q　All the time?  Is that every night?
6　　A　I think about it every night and every day.
7　　　Q　But right now I'm asking you about nightmares.
8　How often do you have those?
9　　A　Probably three or four times a week.
10　　　Q　Prior to this shooting did you ever have a
11　problem with nightmares?
12　　A　No.
13　　　Q　Have you taken any trips out of the state since
14　the shooting?
15　　A　No.
16　　　Q　Have you gone to any amusement parks since the
17　shooting?
18　　A　No.
19　　　Q　Have you taken any vacations since the shooting?
20　　A　No.
21　　　Q　How much in the way of wage loss are you
22　claiming?
23　　A　I don't -- I haven't thought about that.
24　　　Q　Did you testify earlier that haven't filed a tax
25　return in at least 10 years?

128

1　　A　No. Yes.
2　　　Q　Have you ever been arrested, Mr. Mills?
3　　A　Yes.
4　　　Q　When were you arrested?
5　　A　Last time I was arrested was in 1994, I think.
6　　　Q　What was that for?
7　　A　I think cocaine.
8　　　Q　Possession of cocaine?
9　　A　Yes.
10　　　Q　Ever been arrested for sale of cocaine?
11　　A　No.
12　　　Q　Any arrest other than 1994?
13　　A　Probably back in 1970s and '80s.
14　　　Q　Do you recall what those arrests were for?
15　　A　One was for -- oh, and I was arrested about --
16　last year.  A guy attacked me in the court but I found not
17　guilty on that.  A guy attacked me right when I got to
18　court about a dog bite and he lost the case and he attacked
19　me in the courtroom and I defended myself but they found me
20　not guilty on that.
21　　　Q　Any other arrests?
22　　A　It's been something back -- it's been so long but
23　there's nothing -- it's all about -- maybe I went to jail
24　one time back in the '70s in a accident DUI, back in the
25　'70s.  I've been arrested about three times.

129

1　　　Q　Now, on June 14th, 2005 did anyone tell you that
2　Ricky Mills had been smoking dope that day or the day
3　before?
4　　A　No.
5　　　Q　At any time on June 14th, 2005 did Ricky Mills
6　raise a knife towards you?
7　　A　No.
8　　　Q　Have you ever gone by any other names other than
9　Jack Mills?
10　　A　No, ma'am.
11　　　Q　And what was your middle name?
12　　A　Jack W. Mills.
13　　　Q　And your name is Jack, not John or --
14　　A　My name is Jack.
15　　　Q　Okay.  How would you describe Ricky Mills's
16　demeanor or his temperament?  Would you say he was easy
17　going or easy to kind of get riled up?
18　　A　Ricky was the sweetest person you ever want to
19　know.
20　　　Q　Straightest person --
21　　A　The sweetest.
22　　　Q　Okay.
23　　A　He'll take -- he'll take from himself and give to
24　somebody.  I used to tell him all the time, Ricky, don't do
25　that.  He says, I'm all right.

130

1    Q   Ever known him to have a history of getting
2    involved in fights?
3    A   No.
4    Q   Do you know if Ricky financially supported
5    anyone?
6    A   No, I don't know.
7    MS. BRONSON:  Believe it or not, I think
8    that's all I have.
9    MR. ALLEN:  I think I have probably about
10   three or four questions.  That's about it.  Do
11   you want me to go ahead?
12   MS. BRONSON:  Yes, sir.
13   CROSS EXAMINATION
14   BY MR. ALLEN:
15   Q   Jack, at any time did Ricky ever make any
16   threatening movements toward any of the deputies?
17   A   No.
18   Q   Did you ever see him wield the knife toward any
19   of the deputies?
20   A   No.
21   Q   Did you ever see him stab at any of the deputies?
22   A   No.
23   Q   Now, when you were asked questions about when
24   Ricky was tased in the doorway, do you remember that?
25   A   Yes.

131

1    Q   And is that when you said he dropped the knife?
2    A   The third time he were tased.
3    Q   Then at that point you said he stumbled into the
4    wall which was marked as number 15?
5    A   Yes.
6    Q   Was he at arm's length of the deputies at that
7    time?
8    A   He was arm's length -- when he on the door he was
9    arm's length of each of them.
10   Q   When he dropped the knife was he at arm's length?
11   A   Yes.
12   Q   When he fell forward and hit the wall by number
13   15, was he arm's length?
14   A   Yes, two deputies was standing right behind him
15   when he fell on the wall.
16   Q   Did you at any time see any of the deputies
17   attempt to apprehend him at that time?
18   A   They didn't try to put their hand on him and they
19   didn't never try to go on him or nothing.
20   Q   You were asked questions about the sizes of the
21   deputies.  I know you couldn't tell how tall or big they
22   were.  Were they bigger than Ricky, though?
23   A   Yes.
24   Q   Okay.  Both of them were bigger than Ricky?
25   A   Yes.

132

1    MR. ALLEN:  Okay.  I don't have anything
2    else.
3    MS. BRONSON:  Okay.  I need to do one
4    quick thing here.
5    REDIRECT EXAMINATION
6    BY MS. BRONSON:
7    Q   Other than what you've already testified to, do
8    you recall any conversation from any of the Orange County
9    deputy sheriffs that night?
10   A   No, not except what I said.  And I could see them
11   talking down on the way from me discussing, you know,
12   standing over Ricky's body having a conversation, but I
13   didn't hear what they were saying.
14   Q   Have you reviewed anything in preparation for
15   this deposition?
16   A   No.
17   MS. BRONSON:  I don't have any further
18   questions.  Read or waive?
19   MR. ALLEN:  He'll waive.
20   MS. BRONSON:  I'll order it.  I'd like to
21   also have an ASCII disc and a mini and a
22   regular.
23   MR. ALLEN:  Mr. Dill's office will let you
24   know.
25   (The proceedings were concluded at 12:50 p.m.)

133

1    CERTIFICATE OF OATH OF WITNESS
2    STATE OF FLORIDA
     COUNTY OF ORANGE:
3
     I, DONNA R. KELLER, R.P.R., certify that JACK MILLS
4    personally appeared before me and was duly sworn.
5    WITNESS my hand and official seal this 18th day of
     August, 2009.
6
7
     _____
8    DONNA R. KELLER, R.P.R.
     Notary Public, State of Florida at Large
9    Commission No. DD 732038
10   Commission Expires:  11/06/2011
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

134

```
1                    - - - - -
2              CERTIFICATE OF REPORTER
3  STATE OF FLORIDA:
   COUNTY OF ORANGE:
4
        I, DONNA R. KELLER, R.P.R., do hereby certify that I
5  was authorized to and did stenographically report the
   deposition of JACK MILLS; that the review of the
6  transcript was not requested; and that the foregoing
   transcript, pages 1 through 134, inclusive, are a true and
7  complete record of my stenographic notes.
8
9        I further certify that I am not a relative,
   employee, attorney or counsel of any of the parties, nor
10 am I a relative or employee connected with any of the
   parties' attorneys or counsel connected with the action,
11 nor am I financially interested in the outcome of the
   action.
12
        DATED this 18th day of August, 2009.
13
14
15
        _____
16        DONNA R. KELLER, R.P.R.
17
18
19
20
21
22
23
24
25
```

**A**

**Aaron** 48:16,21
48:24 49:9 54:6
**able** 7:24 8:22
24:25 60:10
118:5
**abuse** 47:23
**accident** 128:24
**aching** 123:21
**acted** 51:21
**acting** 51:19 63:6
63:13
**action** 134:10,11
**activities** 44:21
**add** 3:14 33:2
**address** 4:23 5:1
15:16 17:3
29:11 48:23
49:1 54:21
**addresses** 26:25
**admitted** 118:14
**Advair** 30:21,22
30:24,24 31:3
**affect** 123:24
**afraid** 102:23
103:1,3,9 119:4
**Agans** 15:12,19
15:22 16:3
17:13 18:5
19:12 32:20
**age** 36:1 41:10
**agent** 15:25,25
**aggravating**
124:9
**ago** 5:15,20 38:2
55:15 126:10,10
**agreed** 2:18 27:19
27:21
**ahead** 76:15
130:11
**aimed** 78:15,15
**ain't** 84:15 94:7
**air** 92:25 96:13
104:16
**Albuterol** 31:5
**alcohol** 13:24
47:23

**alive** 51:1 111:11
**Allen** 1:17,17 2:4
8:11,13,18,24
9:1,5,10 21:12
27:1 29:12,15
30:1 31:2 33:1
33:18,22 37:11
43:25 48:18
52:2 54:12 60:3
64:25 74:17
89:3,8 93:13
97:4,8,11 130:9
130:14 132:1,19
132:23
**allergy** 17:25
26:13 28:14
**allow** 63:25
**Alternatives**
39:11,14,24 42:3
46:15
**Alzheimer's** 55:11
**ambulance**
111:15,17,19
113:22 114:4,18
114:22
**American** 9:25
10:4,16 11:7
13:4 20:7 24:12
33:19,20
**amusement**
127:16
**Andrea** 26:13,21
28:12,13
**Andrea's** 26:17
26:23
**angry** 49:18 60:6
60:8,11,12,13
**answer** 20:24 43:3
46:24 57:4 58:1
69:15,19 82:1
**answered** 57:16
58:7 71:2
**Anthony** 54:18,19
**anybody** 37:9
46:9 50:6,9
69:15 80:22
102:25 108:16

108:18 110:8
111:17
**anyway** 88:20
**appeared** 133:4
**applied** 17:18
**appointment**
27:22 28:10
39:21
**appointments**
55:12
**apprehend**
102:15,18
131:17
**approached** 68:3
**Approximately**
78:17
**Archer** 35:1,1,5
35:10,19 36:10
56:3,6
**area** 79:7 98:4
**arm** 80:16 104:17
116:8
**arms** 104:3
**arm's** 131:6,8,9
131:10,13
**arrest** 128:12
**arrested** 50:13,14
128:2,4,5,10,15
128:25
**arrests** 128:14,21
**arrive** 70:15
115:9 116:18
**arrived** 66:5,13
67:4,12,17,21,22
70:19,20 71:7
79:21,22 112:24
115:13,22,24
116:19
**arthritis** 22:8
**ASCII** 132:21
**asked** 30:4 37:12
39:9 43:2 51:25
52:5 58:1,3,17
59:13,14 61:6,15
63:9,11 65:1,13
65:22 67:20
69:14 71:1,15,19

71:20 73:19
76:6 96:16
110:22 118:2
130:23 131:20
**asking** 30:2 41:12
51:11 59:5
64:20 103:13
118:22 127:7
**asks** 30:1
**assistance** 12:10
**assisted** 64:14,17
65:2
**assumed** 65:6
**asthma** 7:13
11:22 14:17,19
14:23 15:2,3,5
32:22
**ate** 64:11,12
**attach** 97:4,9,13
**attacked** 128:16
128:17,18
**attempt** 131:17
**attention** 81:10
120:5
**attorney** 3:13
92:3 134:9
**attorneys** 134:10
**audibly** 3:20
**August** 1:12 4:13
133:5 134:12
**aunt** 35:12,16,18
**authorized** 134:5
**autopsy** 104:22
105:24
**Avenue** 20:2
32:14 48:24
49:9
**average** 34:11
123:1
**avoid** 3:22 4:1
**aware** 8:11,15,16
37:23 38:4,24
40:13 41:19
42:1 45:6
117:15
**A-D-V-A-I-R**
31:3

**A-G-A-N-S** 15:14
**A-N-D-R-E-A**
26:20
**a.m** 1:13

**B**

**B** 2:8
**back** 5:12,14 7:13
9:14 10:19,20,20
11:6,8,14,16
13:3,4,5,5,16,17
14:16,24 17:21
17:23 18:1,2
21:3,24 23:16,18
24:1,5 31:16
33:25 34:1
41:15,16 45:11
45:12 47:4,4,6
51:4 52:4,15,16
52:19 57:19,21
58:22 60:19
61:3 62:6,11
64:10 65:7,23
67:13,14 70:4
72:5 76:24 79:7
81:19 82:17,17
83:10,12 84:5
88:15,16 92:11
93:3,4,5 96:12
96:15 97:14
100:9 101:4,13
101:14,25,25
104:18,19,21,23
109:8 110:7,19
111:4 114:16
115:3,3 117:10
119:22 122:7,11
128:13,22,24,24
**backed** 94:10
98:10
**backing** 84:21
86:12,12,15,17
87:22,23,25 88:6
88:13,21 90:20
92:15,16,19 94:5
94:9,10 98:12,13
98:15 100:8

Page 136

102:11,11,14,14
backwards 88:14
   103:18
bad 15:7 23:20
   31:9 112:8
bandage 113:11
Barker 3:10
basically 10:12
   41:2
basis 40:15 41:4
   53:16 122:24
bath 58:8
bathroom 58:6
   62:5 91:1
BEARY 1:7
bed 75:11,14,15
   76:4,14,17,19
   77:3
bedroom 60:19
   91:3,4,17
Beef 42:17,20
beginning 1:13
   115:18
behalf 1:12
behavior 44:4
belief 104:6 106:8
believe 11:25
   37:16 50:20
   56:2 64:21 65:5
   89:13 101:5
   119:13 124:14
   130:7
bench 108:4
benefit 12:14
   44:13
benefits 7:17
   11:10,11,24
bent 77:23 79:11
   79:11 83:9
better 97:14
big 19:21 24:14
   24:16 25:4,6,7
   25:12,14,15,20
   26:10 27:20
   28:3 45:13
   86:14 87:16
   92:18 94:8

112:7 121:5
   123:6 131:21
bigger 131:22,24
bills 44:19 52:19
birth 4:12 36:9,11
   55:22 56:2,7,8
birthday 5:21
   126:7
bit 12:9
bite 128:18
black 25:8 68:15
   71:10
blade 78:15
   105:12
bleed 105:12
bleeding 112:2,6
   112:10,10
   113:13
blessed 14:12
blood 7:13 11:22
   15:5 29:22
   31:12 32:24
   33:3 104:16
   113:18 114:2,2
bodies 113:19,25
   114:1
bodily 49:22
body 84:1,4,17
   85:4 100:12,14
   103:4 107:15,22
   110:19 115:3
   116:5 117:1
   122:5 132:12
bone 22:12,13
   25:3,4 121:4,5
boot 25:3,10
   123:7
born 4:17 34:7,8
   37:1
bothering 126:2
bothers 24:8
   126:7
bottom 121:4,5,5
bought 44:19,19
   51:24 64:7,10
Boulevard 4:24
   53:1

bounced 84:5
   85:11 89:22
   98:5,17 100:5
bounces 90:4,5
break 3:17,18
   43:16 52:22
   105:8
breath 111:21
breathing 30:20
   30:23,24 31:7
   107:10
BRIAN 1:8
Bronson 1:20,21
   2:3,4 3:5,8 8:8
   8:12,17,20,25
   9:8 29:13 30:2
   52:21 89:10
   97:6,9 130:7,12
   132:3,6,17,20
brother 54:2,5,10
   54:12,17,18,22
brothers 36:13,15
   45:19 53:11,17
   53:22,25
Brown 1:24
buck 77:24
building 24:12
built 48:25 49:4
bullet 20:8,20,22
   26:4,6,7,8 33:5
   93:4 104:7,12
   117:18,19,21
bumped 85:2
Burks 1:3 5:8,9
bus 39:20 40:2,3
   65:10
busted 121:3

─────────
C
─────────
C 1:16
call 7:3 23:21 25:9
   47:16 48:9 51:9
   53:18 56:25
   57:1,2,5,12,16
   57:21 61:16,17
   62:17 63:11,13
   63:15,20 65:21

66:16 67:20
   76:20 111:3,7,7
   111:15,17
   125:21
called 31:2 32:3
   34:14 35:16
   51:9,22,25 52:2
   52:5 57:3,11,16
   57:19 59:8
   66:25 98:19
   111:18
calling 51:11
   56:23 63:21
calls 111:7
cancer 19:10
   36:20
car 30:11 66:8,9,9
   67:22,24,25 68:5
   68:10,17,19,20
   69:3 70:17,20,24
   71:1,3
card 16:6 17:10
   17:12 26:14
   27:10
cards 27:12
care 5:12 8:1
   15:21 17:14
   22:24 38:18
   44:21 119:20,25
   120:1,3,4,7,13
   121:22 125:16
caregiver 38:13
Carol 28:16,20,23
   29:2,3,4
Carol's 28:25
   29:9,17
Carrie 48:18,19
carried 45:17
case 1:6 128:18
catch 39:20
catching 22:9,9
caught 40:2,3
cause 13:16,17
   15:7 24:21 40:8
   53:20 57:13
   64:9 69:11,23
   76:11,23 83:16

85:12 88:16,17
   94:16 103:5,10
   104:2,17 109:12
   109:24 111:10
   115:2 117:19
   118:6 119:9
caused 42:7 43:15
   44:4 90:19
   105:16 107:22
cell 57:1,1
centimeters 33:6
Cepeda 49:7
certainly 30:2
certificate 2:5,6
   36:9,11 55:22
   56:2,7,8 133:1
   134:2
certification 7:2
certified 6:24
certify 133:3
   134:4,9
chains 6:21
chance 17:12
characterizing
   89:4
check 28:7 47:3,7
   51:2,2 56:24
   64:23,24
checked 34:13,13
   51:9,12
checks 44:14
chest 93:5 94:17
   96:13
CHESTER 1:8
Chico 27:4,7,14
   27:19,23 28:2,4
   28:7 124:4
Chico's 27:9,11
child 36:5 38:14
children 55:19,20
chipped 121:4,5
choice 14:7
cholesterol 31:12
Christ 24:10
church 9:15,16
   13:25 23:23
   24:9,10 25:24

55:12
cigarettes 13:24
claim 8:10,15 9:18
  33:23
claiming 7:20 8:4
  9:6,11,18 127:22
claims 8:21
clarification
  93:12
clarify 8:19
class 17:16,18
clean 13:25
cleaned 113:11,15
  114:12
clearer 74:18
close 34:9 52:6
  54:3 72:20,25
  76:21 90:25
closed 59:19
closer 76:9
clothes 34:17
  44:19
clue 41:3
cocaine 45:3
  128:7,8,10
coke 14:8
cold 21:25
come 10:13 12:3
  47:6 49:13
  52:16,20 61:24
  67:3 70:16
  74:16 76:9
  77:25 78:8
  80:10,19 82:12
  85:15 94:3
  96:16 102:19
  125:21 126:6
comes 98:9
coming 16:1
  25:24 69:12
  85:14 86:10,17
  88:19 90:7
  92:20 94:21
  96:12 100:5,7
  102:22 111:18
Commission
  133:8,9

committed 46:14
communicated
  53:8
communicating
  50:25
compensation
  33:23
complete 134:7
conceivably 32:24
concluded 132:25
concrete 7:1
  11:16,19,20
  12:20
condition 41:24
  64:2
confused 67:7
  86:19
Conley 52:8,10,13
  52:25
connected 7:22
  134:10,10
connection 124:6
consider 33:20
considered 33:4
contact 50:21
  53:4,7,11,21
  56:1,4
continuing 90:12
contracting 9:15
contractor 6:25
  7:1
control 50:18
conversation 57:8
  69:2 73:12,23
  74:4 132:8,12
conversational
  59:21
cook 42:12 64:2
cooked 64:7,8
cooking 64:6
corner 48:25 49:5
  74:22 76:11
  105:9,9,10,15
correct 9:21 14:25
  17:22 28:3 30:7
  38:22 43:11
  50:22 52:8 53:5

53:9,22 60:20
  61:19 63:7
  65:11 67:10
  68:9 73:2,16,21
  75:5 76:17 79:4
  85:7,22 86:21
  88:25 89:19
  90:8,15 91:7
  94:6 96:17
  97:16,20 98:21
  99:8,11 103:19
  104:25 106:15
  106:22 113:5
  116:12 120:9
  121:2
cortisone 23:13
  27:25 33:13,13
  122:18
counsel 2:18
  134:9,10
County 1:7 13:8
  26:2,2,8 28:22
  65:20 68:9,10,11
  75:9 92:5 132:8
  133:2 134:3
couple 3:15 28:6
  39:25 42:18
  47:5 105:23
  123:24 126:4
course 17:16
court 1:1 3:21 4:7
  21:13 74:17
  128:16,18
courtroom 128:19
crack-cocaine
  14:9 45:4,7
Crapps 35:18
crazy 43:17,21,24
  44:9,10
CROSS 130:13
Cross-Examina...
  2:4
crying 103:12
  111:1,6 117:25
  118:1,2,3,22
current 4:23
currently 7:8

Curry 27:10
cut 47:3 105:11
  105:12,19 112:6
  117:9 118:3,4,13
  118:13
C-A-R-O-L 28:18
  28:19
C-A-R-R-I-E
  48:20
C-H-I-C-O 27:6
C-R-A-P-P-S
  35:18

_____

**D**

D 2:1
daily 50:25 53:8
damaged 120:21
date 4:12 16:20
  125:11,13
DATED 134:12
day 10:15 16:1
  17:24,24 18:2
  31:18,18,19 32:6
  32:10 34:13,14
  40:12 50:21
  51:4,5,6,7,13,16
  56:18,23 57:3,6
  57:12 66:24
  121:18 122:14
  122:15,15,18
  124:21 127:6
  129:2,2 133:5
  134:12
days 10:15,15
  17:24 119:22,23
  120:8 122:23
DD 133:8
dead 34:25 35:1
  112:2,4,10 113:7
death 34:12 39:24
  43:5 44:17
  45:24 48:1,4
  49:11,15 51:14
  52:7
deceased 1:4
decided 62:6
Defendants 1:9,12

1:23 2:9 97:12
defended 128:19
definitely 8:18
delivered 13:23
demeanor 129:16
Demings 3:9
department 26:1
  63:21 65:19,20
  66:19 75:10
  92:4
depo 8:23 55:16
  97:5
deposition 1:11
  2:20 3:11,14,16
  89:11 97:13
  132:15 134:5
depressed 29:5
  124:16 126:2
depression 124:17
  124:20,25
deputies 3:9 67:4
  67:12,16 70:13
  70:15,22 71:15
  72:6,14 73:1,4,7
  73:13,13,18,24
  74:5 75:4 77:11
  77:12 81:23,24
  82:2 86:20
  91:12,13,18
  94:20,21 95:8
  96:4 101:3,6,9
  101:12,14
  108:12,13,17
  110:15 112:9,16
  112:19 113:1
  114:25 115:4,7,9
  115:12,18,19,21
  115:22,24
  116:10,11,14,17
  116:18 117:2,3
  119:1,3 130:16
  130:19,21 131:6
  131:14,16,21
deputy 1:7,8 3:10
  3:10 68:9,14,17
  68:24 69:1,1,4
  69:14,19,25 70:5

Page 138

70:11,16,17,19
70:20,24,25 71:4
71:7 72:9 79:16
80:6 81:20 82:7
82:18 83:2
91:20 101:4,13
102:1 106:21,24
112:10,14 132:9
**describe** 68:14
71:8 129:15
**describing** 89:17
**Destiny** 1:22
**destroyed** 24:21
**determine** 25:19
**determined** 9:24
**diagnose** 19:10
**diagnosis** 19:8
37:19
**diagram** 92:2,3
93:16,22 99:19
**dialed** 66:25
**didoxil** 32:3
**did't** 58:1
**died** 36:20,21
45:20
**different** 15:25
16:6 30:13
31:21 55:13
97:15 123:24
126:19
**difficult** 3:23
**difficulty** 125:3
**digits** 4:14
**Dill's** 132:23
**dilox** 32:2
**dio** 32:5
**Direct** 2:3 3:4
**direction** 89:25
90:8 93:25
98:13
**directly** 85:21
**dirty** 113:17,17
**disability** 7:11,12
7:17,25 11:9,23
12:1,2 13:20
44:13
**disabled** 7:15 9:24

**disc** 30:25 132:21
**discuss** 42:4 53:19
**discussed** 74:6
**discussing** 132:11
**discussion** 55:18
**DISTRICT** 1:1,1
**DIVISION** 1:2
**divorce** 5:21,22
**divorced** 5:23 6:3
**doctor** 8:1 10:21
11:12,13 15:4,5
15:21,23 16:2,7
17:24,25 18:1,1
18:2,2,7,11
19:17 26:13
27:7 28:15 29:4
29:24 32:18,19
37:22 39:17
43:3,8 55:12
61:9,12 64:3
65:7,9 117:9
118:1,4 120:10
120:15 121:23
125:16 126:4
**doctors** 15:11
16:1,6 18:5,6
26:12,15 27:2
29:11,21 38:1
39:5 43:11
117:23
**doctor's** 17:12
**dog** 128:18
**doing** 9:23 10:1
11:18,20 13:2,3
25:10 47:7
58:16 59:23
81:15 91:12,14
117:25 123:2
**Dominion** 24:10
**Donna** 1:14 133:3
133:7 134:4,16
**door** 57:25 58:1,2
58:7 59:19
60:23 61:23
67:6 72:3 75:2,4
75:9,10,11,13,15
75:17,18,21,25

76:1,2,3,7,12,14
76:19,25 77:2,4
77:5,7,8,8,9,11
77:11,16,18,20
77:22,23,24,25
78:1,6,9,10,10
78:23 79:9,18
83:24 86:5 87:5
87:6,7,7,8,9,10
87:13 92:9,11
95:19 103:8
107:7,7,14,16,17
107:23,25 108:2
110:20 115:11
116:25 127:2
131:8
**doorway** 78:5
79:3 82:9 83:21
83:23 84:8 88:8
130:24
**dope** 45:20 129:2
**downtown** 13:10
**Dr** 15:12,19,22
16:3 17:13 18:5
18:8,9,11,16,17
18:21,22 19:5,12
19:12,14,15,18
19:22 20:1,4,10
20:14 21:8,10
22:2 23:15
24:13 26:9,13,17
26:21,23 27:4,7
27:9,11,14,19,23
28:2,2,4,4,5,6,7
28:9,12,16,23,25
29:2,3,4,9,17
32:19,20 124:4
**drawn** 77:13,14
**dress** 25:24
**dressed** 68:11
**Drew** 29:23
**dripping** 104:16
**drive** 39:22
**driver's** 6:23
16:17 45:23
46:2
**driveways** 12:22

**driving** 40:3
55:14
**drop** 39:22 51:10
82:3 84:13
**dropped** 39:16
51:24 52:3
84:14 85:6,8
119:14,15 131:1
131:10
**drug** 14:7 44:24
45:1,2
**drugs** 13:18,21,24
14:1,4,5,6 45:16
45:17 48:1
**Drywall** 87:19
**dug** 12:23
**DUI** 128:24
**duly** 3:2 133:4
**Dyke** 18:16,21
19:14,18,22 20:5
20:10,14 21:8,10
22:2 23:15
24:13 26:9 28:2
28:4,5,7,9
**Dyke's** 19:15 20:1
**D-O-X-I-X-C-I-...**
32:3

_____

**E**

**E** 1:16,16 2:1,8
**earlier** 17:22
50:20 56:21
57:3 67:8 96:16
119:13 127:24
**early** 13:4
**earnings** 7:21 8:4
**East** 1:13,18
**easy** 129:16,17
**Edgewater** 54:20
**effect** 72:12 82:5
96:24 97:1
101:16,23
**Eide** 1:21
**eight** 32:10 52:12
63:18,23 122:17
**eighth-of-an-inch**
105:11,19

**either** 8:20 51:2
53:8 62:21
72:14,17 77:12
81:23,24 82:2
88:17 102:2
113:1
**electricity** 83:13
84:13,17
**elevate** 123:20
**employed** 7:8
9:20 42:9 43:4
**employee** 134:9
134:10
**encounter** 71:14
**ended** 35:3,6
**enforcement** 66:4
68:7 108:5
118:16,18
**enrolled** 17:15
**entire** 91:18 96:14
**entrance** 74:16
98:22
**Esquire** 1:17,20
**events** 56:13
**everybody** 37:10
44:7,8 64:8,9,11
64:12
**everyday** 44:21
**evidently** 80:18
111:25
**exact** 15:16 54:3
125:11,13
**exactly** 36:1 39:7
42:21 45:11
46:3 63:20
68:25 79:24
95:1,1 105:25
**Examination** 2:3
2:4 3:4 130:13
132:5
**Exhibit** 2:9 97:10
97:12,18 98:14
99:20 100:24
**expecting** 66:22
**expiration** 16:20
**Expires** 133:9
**explain** 12:21

explanation 46:24
47:1
expression 103:14
eyes 75:19
eyesight 91:25
92:1

**F**

face 103:14
facility 39:14
46:14,20,23
47:11,14 64:15
64:18
facing 88:18
101:6,9
fact 38:5 64:8
123:5
fall 84:25 94:16
94:17 105:8
117:18
falling 29:6 90:11
92:25 95:11
103:23,23,24
127:1
familiar 60:1
64:14,16
family 51:2,3
53:20,24 54:1
111:7
far 38:4 43:19
47:8,15,25 57:23
71:14 74:24
76:5 83:23 84:5
90:4 91:2
fashion 63:7
65:15
fast 4:3 98:16
fat 117:9,10
father 34:25 35:1
55:21,24 56:2,5
56:9
father's 34:24
favor 25:6,12
favoring 25:4,7
fear 119:5,6,7
February 14:24
15:9

fed 64:9,11
feed 64:3
feel 60:13 118:20
118:21 123:23
feet 31:16 75:2
76:8,8 78:25
85:13 86:3
87:13 90:1,6,16
90:18,21 91:5,7
92:25 93:5
94:14,15,17
102:20 103:19
104:14,15
113:13,14,16,16
120:23 121:4
123:23
fell 10:19 25:22
26:7 80:4 81:3
81:12,13,15,18
82:11,16 83:15
83:16,17 84:9,10
84:12,12,14,15
84:17,19 86:14
87:16,21 92:13
92:14,16,18,24
94:19 99:14
100:20 103:18
104:1 105:14
107:12,25
113:15 131:12
131:15
fight 57:18,20
fights 130:2
Figueroa 1:8 3:10
figured 66:15
file 13:20
filed 13:14 33:15
127:24
filing 13:19
filled 64:10
121:16
filthy 113:18
114:3
finances 44:17,18
financially 130:4
134:11
find 11:21 19:6

22:8 24:3 25:4,8
34:25 35:9,24
39:2,3 62:1,2
63:19 66:24
fine 21:20
finger 104:24
105:2,3,5,6,17
112:7 118:11,13
120:4,6
finish 6:15 21:12
81:24
finished 6:2
fire 96:4 113:19
firearm 77:13
fired 93:6,7,7
95:22,23,23
96:20 105:22
106:22,25
108:12 115:16
firing 96:1
Firm 1:17
first 3:2,16 18:9
19:2,15 20:10
26:23 27:11,13
27:13 28:21,22
32:20 37:23
45:6 61:18,21,22
66:7 69:3,12
70:16,19,24 71:4
79:22 80:2,15
82:19 90:2,17
91:10,18 92:3,22
93:18 94:14,14
95:9 96:6 97:16
100:10,10,15
104:6,6,10,10,11
106:13 110:18
110:20 112:1
115:22 116:23
125:9
five 5:15 10:15
20:11 41:14
58:11 75:2
78:25 86:2 90:1
90:16,18 91:7
94:14,15 115:15
119:22,23 120:8

five-eight 78:21
five-five 78:19
five-seven 78:19
five-six 78:19
flash 96:7
flat 12:23
floor 25:22 26:7
78:2,11,16 79:12
92:24 104:1
105:13 110:7
111:3,9,13,20
113:15,18 114:2
117:19 118:24
floors 12:22
Florida 1:1,7,14
1:15,18,22 4:19
4:24 6:10,14,19
6:22 17:5 133:2
133:8 134:3
flung 107:24
108:1,3
follow 61:2
following 95:2
116:11
follows 3:2
follow-up 8:23
food 44:19 51:24
64:7,8,11
foot 18:1 20:11
25:18 27:8 28:6
104:7 106:9
107:3 114:10
117:16,17,24
119:11 120:14
120:18 121:23
122:4,6 123:16
123:16
Ford 27:10
foregoing 134:6
forensics 92:4
forever 120:22
forget 55:10 61:13
127:4
forgot 118:9
form 89:4
forth 18:2 41:15
41:16 65:7

83:11,12 110:19
111:4
fortunate 14:11
forward 79:10
84:9,10,12,12,14
84:15 131:12
found 18:21 19:9
123:7 128:16,19
foundations 12:23
12:24
four 4:14 14:20
41:14 55:15
106:6 127:9
130:10
fourth 77:2
106:14
Frank 1:17 8:9
26:25 29:13
frankly 43:24
free 57:7
frequently 43:7
122:12,20
Friday 28:11
friend 47:3
front 24:22 77:24
83:17,19,21
85:21 99:15,19
101:12
full 26:15,24
35:17 64:11
105:19
funeral 49:13
104:22
funny 123:22
further 7:19
132:17 134:9
future 9:7,11,18

**G**

G 1:20
gatherings 53:20
53:24
gauze 112:7
GED 6:11
gee 42:7
general 9:14
Georgia 4:18

getting 9:14 23:13
44:14 47:7 48:5
49:18 65:6,14
70:4 88:16 89:7
119:10,24 120:1
120:2 130:1
girlfriend 48:4
49:8
girlfriend's 48:7
give 4:14 16:17
18:7,7 28:7
29:11,23,25 47:1
118:25 129:23
glasses 16:25
Glenn 15:12
17:13
Glover 18:8,11,17
19:5,12
Glover's 18:9,22
go 3:16 7:19 8:21
9:17 11:8,14,16
17:21,23 18:4,24
18:25 24:9
34:15 39:15
43:8 47:4 53:24
55:3,5,12,12
57:14,15,22
58:22 60:25
61:23,25 62:6,7
62:17 63:9,11,13
65:9 67:13,14
70:14 76:15
85:18 87:12
88:1,5,16,19
96:15 97:14
100:3 101:25
102:2 104:12
109:19 113:1
124:21 130:11
131:19
God 13:23 24:10
45:18
goes 90:4 93:24
99:10
going 9:8,13,17
11:12 14:12,13
15:4 24:23

30:19 37:25
42:3 52:4 60:21
60:22 73:12,14
83:10,12,14
84:17 89:3 92:2
93:10,12 95:24
95:25,25 97:4,13
102:6,8 103:1,4
103:5 104:15
111:11 115:2
120:14,15,23
129:17
gonna 57:13
76:14 88:16
good 17:4 20:24
25:11 37:8
89:16
government 12:3
12:10 44:13
governmental
12:14
grabbed 116:6,7,7
116:8
graduated 6:7
55:1,2,5,6
graduation 55:3,5
grocery 34:16
group 16:3,5,16
17:8 125:25
126:15,16,18
Grower 1:21
guard 108:10
guess 32:24 84:15
109:24
guilty 128:17,20
gun 20:25 50:10
95:7
guns 95:4,8,13
gunshot 27:22
33:3 90:17
91:10 92:22
95:9
guy 58:1,17 59:13
61:13 66:6
67:19 107:16
108:21 109:3,15
109:22 110:3

128:16,17
guys 61:14 62:12
63:9 65:24
66:21 67:19
guy's 62:1 93:9
107:18 110:1

## H

H 2:8
half 10:25 11:4,5
half-brothers
36:17
hall 4:24 53:1
58:11 60:25
61:1,1 86:13
87:15 100:6
107:4 113:9,10
hallway 59:1
86:11 90:25
94:8 98:22
100:7 105:9
117:3
hand 78:14 83:11
84:23 102:7,9,9
102:16 105:2,4,7
105:10,11,12
113:11 131:18
133:5
handled 44:18
hands 77:15 81:18
hang 57:20
hanging 94:17
103:25 104:3,16
104:17 107:3
happen 21:2
98:16
happened 29:7
74:10 75:7
77:21 79:13
82:16 84:10
85:10 87:22
91:9 106:24
108:23 109:25
117:24
happening 81:6
91:12
happens 89:21

99:13
hard 21:13 74:18
harm 49:22 50:3
Hayman 32:19
head 3:25 4:1
80:3 84:3,5,11
84:25 85:2,8
92:23,23 93:8
94:16 96:11,12
104:11,11,12,18
104:19,21,23
107:2,6,8,11,15
107:16 110:23
111:1,10 119:11
127:2
headed 70:7
health 5:16 17:10
37:3,17,18,20,24
38:5,25 40:7,14
41:4,19 42:7
43:20 44:5
46:14,20,22
47:11,14
hear 4:7 47:2 51:8
82:2 83:1 96:5
108:13 110:17
111:15,19,19,20
132:13
heard 58:6 62:4
63:17 73:1 90:1
90:17 91:10
92:22 93:1
94:14 95:9
96:10,10 100:10
100:15 105:23
106:3,4,21,24
111:17
heart 119:11
held 55:18 113:13
help 3:15 45:17
45:21 62:18,18
63:12,12,14,16
65:14,18 67:20
97:1 101:15
103:12,13,17
109:11 111:2,3
125:6

helped 10:14 45:9
45:21 68:1
116:10 117:2
helper 10:7,9,10
10:14
helping 116:15
he'll 27:1 75:21
75:25 129:23,23
132:19
high 6:7,9 7:13
11:22 14:17
15:5 31:12
32:24 33:3
Hispanic 68:16
71:11
history 130:1
hit 15:7 20:25
31:9 80:19
84:11,25 85:8,11
86:11,12,16 87:2
87:3,6 88:17,18
88:23 89:19
93:5,18 94:9,11
98:4,5,16,16,22
104:11,11,13
110:22 121:4
131:12
hits 87:20 88:21
89:21
hitting 119:14
hold 6:22 7:2
77:10 78:4
81:23
Holden 32:14
holding 103:8
104:1,2
hole 86:15 87:16
87:21 88:22
91:20 92:19
94:12 99:17,24
hollered 115:16
hollering 93:6
95:22
holster 80:7
home 38:21 41:11
41:13 51:4,10,24
52:4 63:24

64:13,17 104:22
108:17
**homebound** 55:9
55:12
**hospital** 11:21
15:6,8 66:23
114:8,12,13,16
117:7,8,15,23
118:14,18 119:1
119:4,19 120:8
120:10 121:12
**hospitalized**
14:19,20,22 15:3
**hours** 32:10
122:17
**house** 12:22 21:1
41:17 42:17,19
48:25 49:4,5
52:4 54:6,7
57:14,15,15 58:5
58:16 59:6,8,9
59:11,12,16,20
59:23,24 60:15
60:16,17 62:7,13
62:25 63:25
64:9,23,24 67:3
67:4,9,9,10,13
67:14,16,19,21
70:2,4,7,14
71:22 72:3,7
73:5 74:15 79:8
88:20 90:24
91:22,23 109:15
110:6,21 112:20
112:23 113:2
114:14,21,22
115:1,2,19,24
116:1,2,14
119:21
**hung** 57:18,21
**hurt** 33:19 70:10
71:25 73:20
102:23 103:1,9
104:24 105:6
**H-A-Y-M-A-N**
32:19

**I**
**identify** 97:14
**illegal** 14:4,6
44:24 47:25
**illness** 43:16
**illnesses** 32:21
**immediately**
116:11
**impregnated** 36:3
**improved** 14:25
15:2 123:3
**inappropriate**
43:23
**incident** 7:22 8:2
8:5 9:12 27:16
29:7 124:7,11
126:3,24
**including** 33:11
122:5
**inclusive** 134:6
**indicating** 17:14
77:15,23 78:8,16
79:18 80:16
81:18 83:9,25
94:10 96:11
102:8 103:25
104:14 105:3
107:8 110:24
113:10 116:23
**individuals** 62:22
62:24
**informal** 3:17
**inhaler** 30:21,24
31:3
**initiate** 69:2
**injured** 7:25
10:17,20 11:1,3
20:7 123:11
**injuries** 7:21
119:20 124:6
**injury** 10:18,23
11:10,15,15
120:4 121:1,8,25
122:2,9,13,16
123:10,14 124:1
**inpatient** 46:20
**inside** 77:16 82:14

107:7 108:1
**inspection** 12:24
**insurance** 16:6,8
16:13,16 17:10
126:17
**intend** 17:21
**intended** 17:23
**interested** 134:11
**interview** 118:19
118:25
**interviewed**
118:17
**involuntarily**
46:14,16
**involved** 70:11
72:15,18 73:2
114:25 117:3
130:2

**J**
**Jack** 1:4,11 2:2
3:1,7 129:9,12
129:13,14
130:15 133:3
134:5
**Jacksonville**
18:23,24
**jail** 128:23
**Jeanelle** 1:20 3:8
**job** 10:13 42:16
**jobs** 42:25
**John** 8:14 9:2
129:13
**joints** 22:9
**Jonathan** 54:9
**Jones** 56:10 58:3
58:9 61:9,12,19
61:21 62:2,7,13
63:2,10,11,13,23
64:5 65:6,13,17
65:21,23 66:9
67:3,16,20,21
68:3 69:2,16
71:5,16 72:17,21
72:25 73:4,13,17
73:23 74:5,12,20
74:22,25 79:6

**July** 121:9
**jumped** 80:20
**jumping** 81:8
**June** 19:25 25:16
40:11 43:14
44:6 46:6,9,23
49:15,21,24 50:2
50:5,18,21 51:13
51:17,19 56:15
56:16 57:9 63:5
121:10 122:20
122:25 124:22
125:1,4,7,10
129:1,5

**K**
**keep** 24:24 42:25
47:7 93:11
103:24 124:18
**Keller** 1:14 133:3
133:7 134:4,16
**kept** 23:4 35:24
53:4,7,11,21
60:21,21 86:17
111:6,8,20 115:2
118:22
**Ketcham** 1:21
**KEVIN** 1:7
**kick** 96:12,12
**kid** 63:2
**kill** 71:25 118:23
**killed** 119:9,10
**kind** 10:18 12:21
12:23 13:2
18:19 25:23
27:7 41:23,25
45:2 50:9 64:1
102:13 103:15
116:6 117:6,9
121:19 124:20
129:17
**kinds** 31:21
**Kirkman** 29:18
29:19
**knee** 18:1 19:19
20:8,9,9,18,19
20:20,20,22 21:1

21:5,16,19,23
22:3,7,14,18,25
23:1,3,4,13 33:5
33:6,11,12
**kneecap** 33:7
**knees** 20:8 23:7
26:10 28:8
31:16 80:5 81:4
81:12,14,16,19
82:11,16
**knew** 37:9,10 38:7
38:11 40:16
41:7,22,25 42:2
42:2 43:18,21,21
44:14 56:5 58:8
60:18 63:1
66:15 69:10,11
69:22,23 95:9
105:25 106:12
106:13 111:11
117:17,21
**knife** 49:25 50:3,6
77:23 78:5,7,14
81:15,25 82:3
84:13,15 85:7,8
103:9 118:13
119:14,15,17
129:6 130:18
131:1,10
**knocked** 57:25
58:6 61:23,25
62:1 75:8,14,18
77:2 86:14
87:16,21 91:20
92:18 94:12
95:19 99:17
107:15,17
**knocks** 99:24
**know** 3:16,18,19
4:3 8:14,19 9:6
12:1 15:16 24:6
25:9 26:23
27:11,13 28:25
29:9 30:7,13
31:23 32:12
34:5 35:2,11,17
35:22,25 37:9,22

Page 142

38:4,7,15 39:5,7
39:15 40:8,16,21
41:5,6,8,21 42:3
42:8,9,16,21
43:4,7,10 44:2
44:11,12,14,16
45:11,21,21,23
46:3 47:12,15,21
47:25 48:3,8,8
48:10,23 49:1,2
49:8,10,14 50:16
52:11 53:1,3,11
53:14,15,21 54:3
54:15,20,24 55:1
55:4,6,6,11,16
55:19 56:6,9
58:2,3,4,4 59:9
59:25 60:1,12,12
60:17 62:3,24
63:2,21 64:19,19
65:1,2,19 68:15
69:8,20,21 71:11
72:19,19,22 76:1
78:18 79:17,19
79:21,24 80:18
81:7 82:22
83:14,14 84:5,15
85:5,14,16 86:24
87:18 88:2,2,3,8
88:16 93:2,7
102:19 103:4,6,7
105:6,7,23
106:12,17
107:18,19,19,21
108:16,20,25
109:1,16,24
110:3,5,5,6,11
111:2,12 112:14
114:4,24 115:12
116:9,22 117:12
117:21 118:9
125:13 129:19
130:4,6 131:21
132:11,24
**knowledge** 37:2
37:20,21 40:5
46:23 47:14

51:20 64:5
**known** 4:10 34:5
44:23 46:4,13,19
47:10,19,22
49:16 50:5,8,12
50:17 130:1

---

**L**

**L** 2:17
**label** 39:2,2 98:18
**laceration** 105:16
**laid** 12:23
**Lake** 1:22 20:3
**Lakeside** 39:8,11
39:14,18,24
46:15
**Large** 1:15 133:8
**late** 39:20
**lately** 15:3 46:1
**laughing** 111:5
**law** 47:20 66:4
68:7 108:5
118:16,17
**lawsuit** 3:10 7:23
8:6,10 9:12
27:17 33:16,17
39:1 40:13
41:20 42:10
43:14 56:14
124:7,11
**lawsuits** 33:15
**lawyer** 109:20
110:10,12
**lay** 43:16 111:13
**laying** 105:9
107:25 108:2
111:20 117:1
**LB** 17:5,6,7
**lead** 25:22 113:15
117:21
**leading** 56:13
**lean** 76:11 83:24
**leaned** 76:11
**leave** 75:12,15,17
77:3
**leaving** 57:14
**Lee** 24:12 34:23

35:1,5,10,16,18
35:19,20 36:3,10
36:19,23 56:3
**left** 19:18,19,19
19:21 20:5,6,8,9
20:20 22:3,7,18
23:4,13,14 24:13
24:16 26:3,10,10
27:20 28:3
41:11 60:25
79:19 85:18
87:24 93:25
98:3 105:5,16
119:19 120:6,8
123:16,23
**left-hand** 79:17
**leg** 30:19 103:25
123:22
**Legion** 24:12
**legs** 96:13 103:24
110:23 123:20
**length** 11:6,8,9
131:10,13
**let's** 4:9 34:2
56:13
**license** 6:23 7:2,3
7:5,5 13:5,7,9,12
16:17,22 45:23
45:25 46:2
**licenses** 6:22
**life** 38:22,23 53:5
54:16 119:5,7
**life-threatening**
32:21,25
**light** 10:7,9,10
**lights** 113:23
**liked** 52:18
**limp** 21:4
**line** 9:25 112:7
**Lines** 10:5,16
11:7
**list** 29:25 30:11
**listed** 56:1,7
**listen** 37:11 64:25
75:21
**literally** 59:3
**little** 12:8 55:10

74:18 77:6,23
78:7 86:19 94:7
94:8 97:23
105:5,11,11
112:7 118:12
**live** 5:3 36:23
52:16 53:2 54:5
54:11,13,19
57:23 79:8
109:15
**lived** 5:1,9 34:7
36:25 38:21
52:10 62:25
63:1 74:16
**liver** 18:12,13,20
18:21 19:8,9
**lives** 48:21 49:8
54:20
**living** 35:3 36:19
40:9,9 41:7,12
44:21 52:8,13,14
52:25 55:21,23
55:23 63:18,24
64:13,15,18 65:2
**loading** 10:2,2,12
10:13
**located** 20:1 24:11
26:17 29:17
87:4 90:24
97:18 100:1
101:2
**location** 91:2 95:1
**locations** 97:15
**locked** 60:23 70:5
**long** 5:1,20 7:15
10:4,22 11:17
12:25 15:19
16:12 18:17
19:22 23:20,21
23:25 24:4
26:21 27:14
28:23 32:17
34:5 35:3 38:2
39:9,23 41:12
47:8 50:24
52:10 69:4,17
71:15,17 73:18

73:19 82:18,20
105:20 114:14
114:19 120:10
128:22
**longer** 123:9
**look** 70:9 76:11
76:24,25 92:6
112:8 117:20
**looked** 45:18
71:12 75:24
80:2,3,20 82:23
83:13 84:16
103:12 114:1
117:20
**looking** 58:5 62:4
74:23,23 78:1,11
79:12 92:2
103:16,16
111:23 127:2
**Loratadine** 30:20
30:20 31:7
**loss** 8:10,21 9:18
9:19 127:21
**losses** 9:6,7,11
**lost** 7:20,24 8:4
128:18
**lot** 29:22 53:20
68:1 117:10,25
118:4 123:12,17
**loudly** 4:6
**love** 52:6
**lower** 7:13
**lucky** 31:9
**lying** 92:24

---

**M**

**machine** 30:21
31:6
**main** 14:17 16:7
74:16
**Maitland** 1:22
**making** 8:9 112:8
**mama** 55:10
61:17
**mama's** 34:18
41:16 64:24
**man** 57:5,19

58:15 59:8,9,11
59:23,24 60:16
80:3,20 81:2
110:24
**management** 6:18
**managing** 44:17
**Marie** 1:3 5:8,9
5:11
**Marijuana** 14:8
45:3
**marked** 68:20
97:12 131:4
**markings** 68:22
**marriages** 6:5
**married** 5:11,18
5:22,24 35:11,13
36:25 48:5
**Mary** 56:10 58:20
75:20,22,24 76:1
76:6,16,18,21,23
**massage** 123:22
**matter** 64:8 123:5
**ma'am** 12:16 15:1
16:11 19:4
22:20 29:20
30:9,15 62:9
68:25 71:9,13
72:8,13 75:6
77:17 85:17,23
88:15 89:1
93:17,19 97:19
104:8 106:23
108:6 110:2,13
112:15 115:25
116:13,13 117:5
118:12,15 119:2
119:6,18 121:21
122:1 129:10
**McLeod** 15:16
17:5,6,7 26:18
**mean** 9:1 15:2
25:13 37:15
38:4,16 63:15
83:20 88:14
90:23 93:11
101:19,20 107:2
**meant** 30:11

**meat** 113:17,21,24
118:5
**Medicaid** 16:10
16:11,15
**medical** 29:23
108:7 119:20,25
120:1,3,4,5,6,13
124:1
**medication** 15:6
23:6,9 30:5,6
31:17,21 32:11
37:7 40:6,14,19
41:3,6,8,9 42:2
46:5,8,11 58:21
58:21 61:10
62:14 66:24
67:1,2 69:22,24
70:10 71:16
72:1,24 121:7,12
121:20,23 122:3
122:8,9,13,21
123:1 124:18
125:6
**medications** 29:24
29:25 30:8,14,14
30:17 31:10,24
32:1 33:8
**medicine** 40:17,25
41:22 124:20
**meniscus** 22:11
**mental** 37:3,16,18
37:20,24 38:5,8
38:11,12,25
39:10 40:6,14
41:4,19 42:7
43:16,20 44:5
46:14,20,22
47:11,14 63:18
63:19,20,23
66:23 69:4,6,8
69:16,17 71:17
73:18
**mentioned** 89:12
89:13
**met** 61:19 109:20
**methocarbamol**
23:12

**Michigan** 20:2
**Mid** 6:10,13,19
**middle** 1:1 25:8
129:11
**military** 7:6
**Mills** 1:3,4,11 2:2
3:1,7,8 5:6,9,11
34:3,6,20,23
35:20 36:3,5,13
36:19,23 37:2,23
38:19 39:6
40:13 41:10,19
44:1,12,23 45:6
45:16,23 46:13
46:19 47:17,19
48:3 49:21,24
50:2,6,8,12,17
50:21,25 51:15
52:7 53:1,5,8
55:19 56:11,15
57:9 65:7 75:12
75:16 76:6 78:5
78:23 79:1
81:25,25 82:8,11
82:19 89:12
90:5 97:16
99:24 128:2
129:2,5,9,12
133:3 134:5
**Mills's** 36:11
38:13 44:3,17
51:14 56:7
116:5 129:15
**mind** 66:15 103:5
**mine** 42:15
**mini** 132:21
**minute** 18:8 76:16
77:6 93:10
**minutes** 57:7
58:12 111:14,21
114:20 115:14
115:15,23,25
**missed** 86:14
87:15 92:17
94:11 99:14
**Monday** 56:20,20
56:22

**money** 52:19
**month** 12:5,7 24:7
28:10,13 126:11
**months** 5:15
14:21 27:25
122:19 126:4,14
**Morgan** 1:24,24
4:18
**morning** 124:19
**mother** 5:4,12,16
35:10,11 36:16
36:24 38:16
40:2 52:15,17
55:8
**mother's** 5:5
34:22 35:13
41:11
**motion** 103:15
**mouth** 69:13
89:15
**move** 4:19 5:14
78:9 79:10
**moved** 5:12 41:14
48:25 49:3 54:7
85:12 110:14
**movements**
130:16
**moving** 88:8,11
89:24,24 103:10
111:9,22,23
**murdered** 38:8
**muscle** 23:10
30:18 120:25
**muzzle** 96:7
**M42043952305-0**
16:19

——————————
**N**
**N** 1:16 2:1,17
**naked** 62:16,20
77:24
**name** 3:6,8 5:5,7
15:13,24 17:8,13
18:9 19:2,15,16
26:15,15,23,25
27:11,13,13
28:21,21,22,25

29:9 32:12,19
34:22,24 35:1,15
35:17 36:9,10
39:8 48:7 54:8
63:3 76:20
79:20 107:18,19
108:25 109:2,24
110:1 114:4,6
129:11,13,14
**names** 4:10 26:24
29:11 30:7
31:13,23 39:5
43:10 62:21
107:20 110:11
129:8
**narrow** 88:4,5
**near** 66:20 97:17
97:24 99:19,25
100:19,22 101:2
**neat** 37:8
**nebulizer** 31:6
**neck** 107:9
**need** 3:17 8:12,21
8:22 9:2 17:3
93:12 97:14
118:23,23
122:22 125:20
126:6 132:3
**needed** 10:14
34:15 43:7 44:4
65:9 72:1
120:13
**needing** 41:3
**nephew** 29:6 34:2
34:20,21 110:25
111:1,2,3,8
118:3,23
**nerve** 24:21
120:21,22 121:1
**never** 25:18 37:21
39:15,15 40:23
40:24 42:3,4
43:22 47:8
48:10 53:19
60:8 66:1 80:24
81:22 84:15
103:6 111:17

Page 144

127:4 131:19
**new** 49:4
**night** 29:5 39:8
46:6 56:20,22
61:19 62:15,19
92:6 106:1
117:12 118:14
118:17 119:1,4
121:11,11,17
124:17,18 127:5
127:6 132:9
**nightmares** 29:8
109:13,14
126:23 127:3,7
127:11
**nine** 57:7 63:17
63:18,23
**Nodding** 3:25
**nods** 4:1
**noise** 81:9
**normal** 49:20
102:13
**normally** 51:20
60:5
**north** 1:22 9:25
10:4,16 11:6
13:4 20:7 33:19
33:20 98:22
**Notary** 1:15 133:8
**noted** 89:9,10
**notes** 134:7
**Notice** 1:12
**noticed** 116:16,16
**November** 11:20
12:18 13:1,24
14:1,15 17:16,19
**numb** 120:21
**number** 4:15
16:17 63:20
93:15,22 94:6
97:17,23,24
98:14 99:3,19,25
100:2,4,13,13,13
100:22,25 101:2
101:4,5 131:4,12
**numbers** 26:15
**numbness** 24:20

30:19 123:21
**nurses** 117:23

───────
**O**
───────

**O** 2:17
**Oak** 54:25 55:1,2
55:7
**OATH** 2:5 133:1
**object** 89:3
**objection** 89:8,10
**obviously** 85:21
**occupation** 13:12
**office** 15:15 18:22
20:1,2 26:17
27:9 29:17 92:5
125:24 132:23
**officer** 66:2,7,11
67:22 68:4,8,8
71:3 75:12
77:19 78:2 79:5
79:15 81:3,5
84:22 85:12,14
85:16 92:13
98:11 110:20,22
113:12,12
**officers** 39:9 66:5
66:12,18 67:23
70:8 74:23 75:8
75:19 83:17
84:20 86:9,20
92:9,10 96:1
112:5 116:3,4,23
118:17,18
**official** 133:5
**oh** 28:10 32:18
33:19 49:2 58:8
59:7 124:16,16
128:15
**okay** 3:13 4:5,12
5:9,18 6:5 7:6
8:12,17,19,24
9:8,10,17,23
11:1,3,6,18
12:17 13:14
15:11,21 16:25
17:2 18:4,15
19:2 20:4,14,17

21:5,15,16,19,22
22:2 23:3,18
24:13,19 26:4
27:2,7,19 29:21
30:10,13 31:25
32:5 33:11,22
34:2,3,4 35:8,19
36:5,8,13,17,19
37:2 38:13,18,21
38:24 39:23
40:11,18,22
41:10 43:7
45:15 51:17
53:16 54:10,24
55:21 56:13
57:15,24 58:22
59:5,15,18 60:10
60:14,19 61:4
62:6,10,12,24
63:9 65:5,17
66:3,17 67:7,12
67:15 68:2,7,20
68:22 69:1
70:11,22 71:21
73:4,10 74:10,19
74:24 75:3,7,8
76:5 77:1,10,16
77:18,21 78:22
79:9,21 80:9,14
80:24 81:24
82:2,11,16 83:7
83:19,23 84:1,10
85:2,6,10 86:2,8
86:19,23 87:20
88:13,21 89:2,6
89:14,18,19 90:3
90:7,14 91:6,16
92:7 93:13,14,20
93:24 94:2
95:15,24 96:7,9
97:1,11,20 98:7
98:9,18,25 99:10
99:16,22,24
100:7,14,22,24
101:2,9,14,18
102:25 103:11
104:5,9,12,19

106:1,14 107:11
107:22 112:19
114:24 115:7,17
116:4,17,21
117:6,13,23
118:16,25 119:3
119:17 120:7,12
123:15 124:25
125:9 126:23
129:15,22
131:24 132:1,3
**old** 4:21 5:13
35:22 36:21
54:2 94:7,8
105:11 112:7
**oldest** 34:21 54:22
**once** 19:6 24:7
28:10,13 32:6
47:12 84:10
86:19 88:17
122:15,15,18,18
122:22,22 123:1
**ongoing** 120:19
124:5
**open** 16:18 75:10
75:17,20,25,25
76:2,7,12,14
77:5,12,16 78:1
78:6,10 87:8,9
103:8 107:14,16
107:17,23,24
121:3
**opened** 77:7,8,8
77:22 78:10,23
79:9 117:8
**opening** 75:11,13
75:15 76:3,19
77:4 87:11,12
99:7,10
**opens** 77:18
**operate** 80:24
**opposed** 89:5
115:7
**Ora** 5:6,9,11
34:23 35:20
36:3,19,23
**Orange** 1:7 13:8

26:2,2,8 65:20
68:9,10,11 75:9
92:5 132:8
133:2 134:3
**order** 93:2 100:4
117:10 132:20
**ordinary** 51:20
63:6
**Orlando** 1:2,14
1:18 4:24 13:10
15:17 17:5
**ORMC** 21:18
**outcome** 134:11
**outings** 51:3
**outside** 59:7 61:4
61:6 62:6,13,19
65:24,24 66:4,6
66:10 67:10,18
72:7 82:12
111:25 112:1
114:21
**o'clock** 56:20,21
57:7,10,13 62:19
121:11

───────
**P**
───────

**P** 1:16,16 2:17
**Pace** 54:9,12,18
54:19
**pages** 134:6
**paid** 44:18 64:22
**pain** 20:21 24:23
24:24 25:2,15
31:13,15,17,21
31:23 32:1,7,9
32:11 33:8
120:2,24 121:7
121:12,19,23
122:3,8,9,12,21
123:1,3,19,19,20
124:8,9
**pains** 24:23 30:18
120:23
**pants** 58:13
**paper** 38:9,12
**paramedic** 66:25
111:24,25

112:13 113:6,9
**paramedics** 25:21
  112:20,23 113:4
  113:20 116:19
**parked** 70:25
**PARKER** 1:8
**parks** 127:16
**part** 84:1,4 85:4
  90:3 91:22
  122:5
**particular** 37:19
**parties** 2:19 134:9
  134:10
**pass** 59:3 84:22
  102:17
**passed** 34:6 55:25
  86:9
**passing** 98:11
**pass-thru** 94:8
  97:24 98:17,19
  98:23 99:2
**pastor** 111:7
  118:6,20
**path** 7:19 9:18
**patient** 38:11,12
  39:10 63:20
  69:4,6,9,17,17
  71:17 73:18
**patients** 63:18,19
  63:24 126:22
**pay** 52:19 81:10
  126:17
**Pearl** 5:6
**people** 63:20 64:1
  110:5 125:25
  126:22
**period** 50:24
**periods** 23:25
  24:4
**permanent** 11:9
**permit** 13:10
**person** 56:1
  129:18,20
**Personal** 1:3
**personally** 56:6
  133:4
**ph** 18:8 26:13

32:2,3
**pharmacy** 32:13
  32:15,17
**phone** 19:4 47:2
  56:17,19 57:1,2
  57:6,13,16 66:11
  67:24 68:6,18
  69:12 70:17,25
  111:7 115:16
**physically** 90:24
**physician** 120:7
**pick** 51:3 109:9
  117:19 119:17
**picking** 113:19,25
**piece** 117:21
**pill** 31:12,13 32:7
  32:9
**pills** 31:7,14,15
  120:2
**pinky** 105:16
**pinpoint** 95:1
**place** 25:13 47:4
  52:20 53:2
  78:22 79:11
  88:5 125:14
**places** 53:3
**Plaintiffs** 1:5,19
**plan** 47:4
**planned** 97:6
**planning** 9:13,14
  48:5
**please** 3:6 15:11
  52:23 77:10
  78:4 92:6
  101:25
**plenty** 37:8
**Plus** 125:13
**Plywood** 10:19
**point** 21:22 30:7
  67:12 68:17
  73:24 74:1,2
  76:21 79:6 85:6
  87:1 90:14
  104:24 106:21
  115:9,12 131:3
**pointed** 110:23
**pointing** 86:7 87:6

92:7 94:3,25
98:6 100:18
105:21 108:22
115:11
**points** 3:15
**police** 26:1 63:21
  65:19 66:7 67:6
  67:21 77:19
  79:14 93:6
  118:1 127:2
**policeman** 116:1
**policemen** 84:18
**poor** 5:16
**popping** 22:10,10
**position** 91:11
**positioned** 75:3
**positions** 97:15
**Possession** 128:8
**poured** 12:22
**practice** 16:3,5
**pregnancy** 36:6
**preparation**
  132:14
**prepared** 92:4
**prescribe** 121:12
  121:23
**prescribed** 122:9
**prescription**
  31:20 121:15,16
**presence** 43:15
**PRESENT** 1:24
**pressure** 7:13
  11:22 14:18
  15:5 31:12
  32:24 33:3
**pretty** 4:2 8:14
  45:13 53:4
  73:20
**primary** 15:12,21
  16:1 17:13 29:4
  32:19 38:13
  119:22 120:7,15
  121:22 125:16
**Prince** 4:24 53:1
**prior** 9:23 20:12
  25:16 33:15
  40:5,11 43:13,14

44:17 46:9,23
49:15,21,24 50:2
50:5,18,21 51:13
56:14 65:14
115:17 122:2,20
124:22,25 125:3
125:7 127:10
**prison** 54:14,15
  54:16
**probably** 6:2
  10:14 42:24
  53:18 90:6
  127:9 128:13
  130:9
**problem** 7:14
  19:7 20:19 22:7
  23:20 24:20
  28:3 37:3,4,5,7
  37:13,15,17,18
  37:20,24 38:5,7
  38:8,25 40:14
  41:4,19 42:4,7
  43:20 44:8,24
  45:2,7 46:7
  47:22 69:10
  72:9 126:1
  127:11
**problems** 14:16
  18:19 20:4
  21:11,24 22:3,18
  22:23,25 23:1,3
  23:6,11,15,18
  24:1,4,16 25:17
  25:18 33:11
  40:7,20 41:22,25
  42:1 46:4,10
  47:16 56:11
  120:17,19 124:5
  124:10,13
  125:25
**proceed** 73:5
**proceeded** 99:2
**proceedings**
  132:25
**process** 3:14,16
  95:25
**produce** 29:13,16

**prompt** 52:16
**prong** 83:10 102:7
  102:8,10
**prongs** 80:10,10
  80:12,17 102:3,5
  102:6
**pronounce** 32:2
**provide** 26:25
**psychiatrist** 17:25
  28:16 109:12
  124:15,17,23
  125:9,15,18
  126:9,19,20
**Psychiatrists**
  28:22
**psychiatrist's**
  125:24
**psychiatry** 125:14
**Public** 1:15 133:8
**pull** 79:15 95:6
**pulled** 25:21 26:6
  66:7 70:17 77:8
  77:25 78:3,6,6
  79:16,25 80:1,3
  93:7 95:21
  107:1,2 108:2,3
  113:14 116:5,8,9
  117:18
**pulling** 66:15 95:4
**punch** 105:18
  118:12
**purpose** 30:14
**purposes** 30:16
  89:11
**pursuant** 1:11
**push** 117:10
**put** 84:23 89:15
  92:25,25 94:17
  96:13 102:16
  103:24,24
  104:15 105:7
  107:4,20 108:1,4
  109:2 113:16,17
  117:11 118:5
  131:18
**puts** 88:22
**puzzled** 102:18

Page 146

**P.A** 1:17,21,24
**p.m** 132:25

## Q

**Quest** 29:22
**question** 3:19 9:9
  37:12 39:9 43:3
  59:18 60:4 65:1
  69:12,14,15 71:1
  84:24 90:3
**questions** 8:22
  21:12 72:6
  130:10,23
  131:20 132:18
**quick** 132:4
**quickly** 102:12
**quiet** 77:6,7

## R

**R** 1:14,16 133:3,7
  134:4,16
**radio** 95:22
**rain** 21:25
**raise** 38:16 129:6
**raised** 59:22
  103:18
**ran** 58:21 84:19
  93:6 95:3,3,6
  116:6
**rang** 118:6,19
**raped** 35:6,19,22
**rate** 102:13
**reacted** 82:24
**read** 38:9 132:18
**reading** 2:20 17:1
  17:1 18:7
**ready** 12:24 47:3
  70:14
**real** 15:7 31:9
  37:8 98:16
  112:8
**realized** 119:9
**really** 4:2 16:5
  24:6 41:23
  42:21,23,25 43:6
  44:10 53:19
  54:16 60:7,9

79:23 103:3
105:18 109:18
109:23,25
**reason** 14:15 26:9
  64:21 65:5
  89:12 113:24
**recall** 6:1 15:24
  31:11 50:14
  63:3 101:24
  105:22 106:1
  110:1 128:14
  132:8
**receive** 7:17 11:9
  11:23,25 12:7,11
  12:15 117:7
**received** 44:12
  119:20,21
  123:25 124:6
**receiving** 11:11
**recertify** 47:6
**recess** 52:24
**record** 3:6,23 8:8
  55:18 134:7
**recovered** 11:15
**Redirect** 2:4
  132:5
**reference** 124:14
**referenced** 126:13
**referred** 29:2,4
  64:14 125:15
**referring** 14:4
  68:7 69:6 74:1
  99:18 112:11,12
  113:21 120:3
**regular** 28:5
  40:14 41:4
  53:16 122:24
  123:2 132:22
**regularly** 15:6
**related** 20:5 44:13
**relative** 134:9,10
**relaxer** 30:18
**relaxers** 23:10
  120:25
**released** 10:21
  11:13
**remain** 112:20,23

114:14,22
**remained** 115:1,2
**remember** 36:22
  42:23,23,24
  62:21 71:12
  81:11,11 101:22
  121:19 125:11
  130:24
**remind** 40:24
**remove** 102:2
**removed** 26:5
  119:23,24 120:9
**rent** 44:22 64:22
**rephrase** 3:20
**replacement**
  22:14
**report** 134:5
**reported** 92:4
**reporter** 2:6 3:21
  4:7 21:13 74:17
  134:2
**represent** 3:9
**Representative**
  1:3
**requested** 134:6
**require** 100:3
**residence** 5:10
  61:18
**resident** 46:22
  47:11,13
**resolved** 22:18
**respective** 2:19
**responded** 75:10
**response** 71:21
**responsibility**
  65:6
**responsible** 44:16
  64:5
**restaurant** 42:12
**restrictions** 16:22
**result** 7:21 9:12
  11:10 120:18
  123:10,14 124:6
  124:10 126:24
**Retail** 6:17
**retailing** 6:16,18
  6:18,20

**retire** 10:16
**retired** 7:10
**return** 13:15
  127:25
**reunions** 51:3
**review** 134:5
**reviewed** 132:14
**Richara** 1:24
**Rick** 37:9 42:12
  42:12 93:7
**Ricky** 1:3 34:3,5,7
  34:7,9,13,20
  35:6 36:5,10,13
  36:25 37:2,8,9
  37:10,23 38:13
  38:18 39:6 40:1
  40:3,6,8,13,24
  41:3,5,6,10,14
  41:19,21 42:6,9
  42:11,16 43:2,4
  43:7,14 44:3,12
  44:17,18,23 45:6
  45:16,17,23 46:4
  46:10,13,19 47:2
  47:10,17,19,22
  48:3,5 49:21,24
  50:2,5,8,12,14
  50:17,21,25
  51:10,13,14 52:7
  53:1,4,8,16,25
  54:2,23,24 55:4
  55:19 56:1,4,7
  56:11,15 57:9
  58:7,14,18,22
  60:5 61:11 62:7
  62:13 63:5 64:6
  64:7,13 65:6,14
  65:14,17 67:8
  69:4,6,8,16,17
  70:5 71:16,19,23
  73:20 75:9,10,13
  75:14 76:2,3,6
  76:12,13,16 77:3
  77:5,5,8,18 78:4
  78:17,23,25 79:9
  79:11 80:1,2,2,4
  80:12 81:1,3,7

81:21,25 82:8,11
82:19 83:8,20
85:6 86:3,8,19
88:24 89:19
90:5,7 91:16,25
92:11 93:18
94:23,25 95:5,20
96:16,22 97:17
98:3,5,9,15,22
99:10,24 100:3
100:20 101:12
101:15,19 102:2
102:5,22 103:8
106:19 107:1,2
110:19 111:20
113:6 116:5,7
119:10,13,15,17
129:2,5,15,18,24
130:4,15,24
131:22,24
**Ricky'd** 51:2
**Ricky's** 49:11,15
  53:25 55:3
  61:22 73:7,10,14
  74:2,8,11,12,23
  74:24 75:2,4,8
  83:21,24 84:1,8
  84:24 85:22,24
  86:1 91:3,7 92:7
  92:9 100:14
  101:14 102:1
  107:22 109:9
  116:25 132:12
**Ridge** 54:25 55:1
  55:2,7
**right** 4:8 8:1 9:17
  14:14 15:24
  17:15 19:2,11,12
  19:19,25 20:9,20
  20:22 21:5,8,16
  21:23 22:25
  23:1,3 25:1,3
  26:2,3 27:1,2
  29:11 33:6
  43:19 45:8
  48:11,25 49:4
  51:12 52:1,5

54:6 57:20
58:13 60:10
63:3 64:23 65:9
68:1,3 69:14
71:7,14 74:3
76:23 77:18
78:7 81:1,20
82:7,21,22,24
83:16,18,19,20
84:18,22 85:10
85:12,13,18,19
85:19 86:1,2,7,9
86:11,20 87:14
91:6 92:8,10,10
92:11,14,17,21
92:21,22 93:15
93:20 94:1,2,3,4
94:5,19,25,25
95:5,6,12 97:20
98:6,22 99:11
100:2,4,18
102:17 105:3,9
105:15,15 107:7
108:21 116:25
120:20 123:16
127:7 128:17
129:25 131:14
**right-hand** 98:11
**riled** 129:17
**road** 1:22 15:16
17:5,6,7 20:3
24:12 26:18
27:10 29:18,18
29:19 66:8 70:2
**Robinson** 1:13,18
**rock** 87:19
**room** 41:16 58:16
59:17,18 60:22
60:24 61:2,23,25
62:1,11 70:1,5
71:23 73:7,10,14
74:2,8,11,12,21
74:23,24 75:24
76:12 79:7,10
82:12,14 85:22
85:25 86:1,5,6
86:22 87:24

92:7 93:9,21
96:16 97:24
98:18,19,23 99:2
102:1 107:3,6,11
107:17,20,21,23
108:1,3,21,22
109:2
**rooming** 63:25
109:15
**round** 30:25
57:22
**rubbing** 22:12
**run** 88:24
**running** 39:20
58:6 62:4 86:23
86:25 88:4,7,9,9
88:10,12,19 89:4
89:7,12,13,22,23
91:14 94:21,23
95:3 102:13
**Rutherford** 1:21
**R.P.R** 1:15 133:3
133:7 134:4,16

--- S ---

**S** 1:16 2:8,17,17
**sale** 128:10
**Sand** 20:2
**saved** 13:23
**saw** 43:22 51:6,19
53:17 66:12
96:4,6,7 103:8
126:9
**saying** 3:24 8:1
38:11 59:24
72:2 91:24
96:19 101:22
109:12 124:12
132:13
**says** 57:18 81:1
93:15 129:25
**scar** 105:20,20
**scared** 103:2,2
**scene** 92:5
**schizophrenic**
38:10
**school** 6:2,7,9

9:14 17:21,23
54:24
**seal** 133:5
**second** 34:21
54:23 70:20
71:7 78:4 79:22
81:13 82:19
88:22 93:1
98:21 101:25
106:13
**seconds** 92:1
**security** 4:15
11:23 12:1
108:10
**see** 15:5 16:6
17:25,25 18:1,1
18:1,5,6,7,8 19:5
19:6,13 20:12
21:8,10 26:12
27:3,23 28:4,5,9
28:12,15 34:11
42:6 48:8 51:7
53:19 58:14,24
61:21 62:10
63:6 65:19 75:4
75:22 77:12
80:6,9 82:23
83:9,10 84:21
91:11,13,14,14
91:19,23 93:15
94:19 95:8,10,12
96:1,10 102:1,5
102:7,10,14,14
103:14 104:12
104:19,21 107:9
107:10 109:11
111:9,10,10,21
113:1 114:6
116:2 119:17
124:3,17 125:9
125:18,21,21
126:4,6,11,18
127:1 130:18,21
131:16 132:10
**seeing** 15:19
18:17 19:22
20:4,10,14 22:20

26:9,21 27:14
28:2,23,24 29:6
29:21 34:14
51:4 53:9 56:15
66:14 81:7
124:14 125:11
125:19 126:25
**seen** 48:11 49:11
51:14,17 60:5,8
63:5 80:19,22,24
83:3 95:2 98:10
102:6,8 103:5,23
104:13,15,22
105:24 108:23
109:14 116:1
117:18 124:22
**sees** 22:2 24:13
**select** 29:3
**self-contractor**
7:4,5
**self-employed**
13:11
**sense** 37:8
**service** 114:5,18
**session** 126:1
**set** 107:5
**settled** 33:20,25
**seven** 4:21 52:12
**shaking** 83:10,15
102:9 119:16
**sharp** 24:22 25:2
30:18 120:23,24
123:20
**shaved** 22:15
**sheet** 87:19
**Sheriff** 1:7,8,8 3:9
75:10
**sheriffs** 132:9
**sheriff's** 65:20
66:19 68:12,20
92:5
**she'll** 125:21
**Shirley** 5:25,25
**shoe** 25:21,22,23
25:24,25 26:1,2
26:3,3,7,7,8
113:14,15

117:18,18
**shoot** 110:25
111:1
**shooting** 38:25
40:5,12 41:13,20
42:10 43:13
56:14 94:24
95:7 108:18,20
109:4,7 110:4,8
110:12 112:17
112:19 114:15
114:17 115:1,5
115:17,23 116:3
116:11,12,18,24
117:4 119:17
123:4 127:10,14
127:17,19
**shopping** 34:16
34:16
**short** 52:22
**shorter** 78:18
**shot** 20:23 21:5,16
24:18,22 25:19
27:20,25 29:6,8
33:13,13 90:2
91:18 92:23
93:1,2,3,4,6,6,7
94:14,16,18
95:20,22,22,23
96:6 100:11,15
103:22,22 104:6
104:7,10,10,11
104:18,23
105:23 106:15
106:17 115:14
115:15 117:16
117:17,22 119:6
119:8,10,11
120:18,22
122:18
**shots** 23:13 28:6
96:2,4,20 104:4
105:22,24,25
106:2,3,4,5,9,22
106:25 108:12
115:16 120:2
121:14

shoulder 19:18
20:5,6,12,16
23:12 26:10
80:15 87:17,20
88:22 93:3
shoulders 28:8
show 70:1 71:20
71:22 92:3
121:6
showed 48:11
73:7 74:21
shower 58:11,23
sickness 39:3
side 67:5 74:15
76:25 77:20
79:18 87:6,7
98:11 123:23
sidewalk 12:22
70:3
sight 91:21,24
signing 2:20
sir 8:3 17:4 22:21
30:6 31:1 46:17
50:15 68:11
95:17 103:21
106:11 114:21
130:12
siren 111:19
sister 5:4 35:7,13
35:20 48:17
49:2 118:6,19
sisters 36:14
48:12,13
sister's 5:7 48:23
54:7
sit 23:23
sitting 61:6 107:9
situation 41:23
six 10:15 12:12
58:12 75:2
78:25 86:3
94:15 104:13
sizes 131:20
sleep 23:23
124:17,18
sleeping 125:3,7
slip 90:19

slipped 86:16,18
89:25 90:14,17
90:19,21 91:6
94:13 100:8,17
100:18,20,22,24
103:20 105:7
slow 4:4
small 97:24
smoking 129:2
smoothly 3:16
Social 4:15 11:23
12:1
sociology 6:16,20
somebody 44:8
73:19 103:9
129:24
somebody's
107:11
soon 29:15
sorry 12:12 67:7
sort 3:15 100:3
sought 119:25
sound 83:1
sounds 31:8
span 45:13
speak 3:20 4:6
74:18 79:23
speaking 59:22
speaks 60:5
specialist 18:25
27:8 28:5
120:15
spell 15:13 26:19
27:5 28:17
48:19
spoke 56:17,18
60:11 66:1
spoken 56:15 62:7
109:21
spot 18:21 19:9
25:8
squatting 78:8,10
78:12
stab 130:21
stabbing 120:24
stagger 90:12
staggering 86:24

88:12 89:5,23,23
94:13
stairway 91:4
stand 23:19,25
24:4 25:1 76:24
83:24
standard 68:22
standing 23:21,22
59:14 61:14
66:4,6,17,20
69:20 75:1,23
76:23 77:9,11,19
77:22,24 78:5,22
81:17 82:8 83:9
85:20,21,21,24
86:1,6,10 87:5,6
92:8,9,10 94:2,3
95:20 98:8
103:15 111:22
111:25 123:15
127:1 131:14
132:12
start 13:2 58:5
84:21 86:11
88:6 89:22
92:15,16,19,20
94:5,9,10,24
95:4,7,22 98:12
100:5,8 110:16
110:18 117:19
121:7
started 4:9 11:18
13:3 20:10
21:11,22,24
70:22 72:5
74:25 86:10
88:18 91:16
93:6 94:12
98:13 100:7
113:4 125:20
starts 86:19
state 1:15 3:6 6:22
111:12 127:13
133:2,8 134:3
States 1:1 12:3
stay 16:9,11,12
17:9 41:16 47:5

64:1 120:11
stayed 48:11,13
58:11 79:11
staying 54:6
stenographic
134:7
stenographically
134:5
step 86:13,14
87:13,13,16
92:17,18 94:11
99:6,7,14
stepped 76:25
91:20 92:20,21
94:9 107:16
stepping 110:19
steps 84:7,9
123:18,18
step-brothers
36:15
stiff 23:23
stipulated 2:18
stitches 117:11,12
117:13 118:5,8
118:10,11
119:23,24 120:8
stomach 107:4,8
107:10 111:9,10
111:22,23
stood 58:10 66:10
67:18,23 68:5,5
74:22 78:1,1
82:17 83:5,6
103:16 110:23
stool 107:5 108:4
108:15 110:14
117:2
stop 55:14,15
60:21 93:10
96:22 101:16,19
101:19 123:20
stopped 11:12
70:7 71:23 72:4
83:15 93:1
111:22,23
store 34:15 52:3
64:10

story 35:4
straight 113:6
straightened
84:19
Straightest
129:20
strand 83:14
strands 83:14
street 1:13,18
13:22 48:15,16
48:21 49:6
51:11,25 52:4,8
52:10,13,25
58:19 62:16,20
113:25
stretcher 113:17
strictly 123:13
strike 80:12,14,17
102:5
struck 80:15
97:17 104:7
105:10 106:9
stuff 26:15 37:14
38:8 55:13
84:13 109:9,10
109:13 111:8
stumbled 131:3
subbing 9:15
subject 7:22 8:5
9:12 27:16 39:1
40:12 41:20
42:10 43:13
56:14 124:7,11
subsidy 44:13
substance 57:8
sudden 57:18
58:12 77:7
suffered 7:22
124:25
suggesting 64:20
Suite 1:14,18,22
Sunday 109:9,9
supermarket 6:20
supported 130:4
supposed 40:6,13
46:5 64:17
sure 3:13 8:14

14:14 55:5,23
97:9 104:5
**surgery** 20:6,9,21
22:4,5,19
**surprise** 69:5
**surprised** 66:12
66:14
**sweetest** 129:18
129:21
**sworn** 3:2 133:4
**symptoms** 33:9

---

**T**

**T** 1:17 2:8,17,17
**take** 3:17,18,21
5:12 6:13 21:3
30:5,6,8,13,18
30:20 31:7,10,12
31:13,17,18,19
31:21 32:1,5,9
33:8 37:7,25
39:7,8,11,17,21
40:6,14,19,24
41:3 43:2 46:8
47:5 51:4,10,23
52:21 58:20
61:9,12,16 62:13
64:3,10 65:11
80:6 84:7,9 92:6
120:24 122:12
124:18,19,20,20
125:6,14 129:23
129:23
**taken** 1:11 3:11
52:24 114:21
127:13,19
**talk** 4:3 8:14 9:2
18:4 34:2 48:10
51:8 56:13
65:23 75:13,17
76:2,13 77:5
96:17 118:7,16
126:1,1
**talked** 3:13 40:23
51:4 56:21
59:13 62:12
65:24 109:17,19

109:19,25
**talking** 44:5 49:17
61:15 62:25
66:21 69:10
70:17,22 93:11
109:10 110:16
111:4 115:4
118:21,21
122:15 123:14
132:11
**talks** 60:2
**tall** 68:24 78:17
78:20 131:21
**tased** 79:15 80:1,2
80:4,9,22 81:3,5
81:13 82:19
83:3,8 88:11
92:12 102:10
103:3 119:16
130:24 131:2
**taser** 78:3 79:15
79:16,25 80:1,7
80:24 81:6,9
83:1,2 84:16
88:2,3,4 102:2
127:2
**tasered** 82:8
102:1
**tasing** 103:5,6
**tax** 13:14 127:24
**Tech** 6:10,14,19
**tedious** 95:25
**teenager** 38:6
**Telan** 1:21
**telephone** 53:9
57:9
**television** 103:6
**tell** 8:25 15:11
24:16 30:16
39:17,19 46:9
53:16 57:6
60:11,23 62:2,17
63:13,15 68:25
81:6 98:3
102:25 109:3,6
110:8,9 119:3
120:17,18

123:13 129:1,24
131:21
**telling** 57:19
69:11 109:10
111:2,6,8
**temperament**
129:16
**ten** 13:18 42:22
43:5
**term** 43:23
**terms** 43:17
**test** 25:4
**testified** 3:2 37:16
50:20 67:15
82:7 96:15
97:17 119:13
132:7
**testify** 127:24
**testimony** 2:2
41:2,18 67:8
87:1 97:22
101:15 126:5
**Tests** 29:22
**Thank** 4:9 68:1
**themself** 110:16
**therapist** 126:18
126:21
**therapy** 125:14,23
126:12,15,16,18
**thing** 14:17 44:9
44:10 69:3 71:6
72:23 73:17
75:16 107:3
112:2 132:4
**things** 37:9 40:1,3
123:9,12,13
**think** 4:2 5:25
8:16 10:24
12:13 13:13
15:23 22:6
26:20 27:10,12
27:12 42:7,17
43:15,17 44:4,7
44:7,8,8,9 47:6
48:24 54:20
55:2,4,23,23
56:4 64:1 106:3

115:21 117:11
127:6 128:5,7
130:7,9
**thinking** 66:22
**third** 75:18 76:15
83:3,8 88:23
89:21 90:4,5
102:10 106:14
119:16 131:2
**thought** 33:2
43:22 55:24
63:17,19 64:22
64:24 67:15
69:10 127:23
**threaten** 50:6,8
**threatened** 49:22
49:25 50:3
65:15
**threatening** 56:11
130:16
**three** 14:21 17:24
23:11 27:25
31:19 32:10
36:15,17 85:13
87:13 88:24
89:19 92:12
103:3 104:4
106:3,4,5 109:23
115:10 116:22
122:17,19,23
125:12,12
126:14 127:9
128:25 130:10
**threw** 107:15,24
**throbbing** 24:23
123:21
**throwing** 114:1
**till** 11:17 81:23
87:14 103:7
108:14 114:11
114:12
**time** 3:18 9:20
13:14 14:22
15:8 22:17
23:25 24:4,7
34:19 42:11,16
43:1 45:13 46:2

47:9,13 48:4
50:24 51:14
52:7 56:18 57:7
63:5 65:14 66:3
66:4,10 67:23
69:18 70:13,15
70:19,23 71:2,2
71:17 73:19
74:18 75:18,19
76:15 77:2 80:2
80:15 81:13
82:18,19,19,22
83:3,8 87:23
90:6,16 91:16,18
91:24 95:2,18,18
95:19 96:14,15
101:7,10,15
102:10,16
104:20,21
106:17 108:14
108:15,17,23
109:18,19,21
112:1 114:18,24
116:15 119:16
119:20,25
120:12 123:3,25
126:9,17 127:4,5
128:5,24 129:5
129:24 130:15
131:2,7,16,17
**times** 14:20 17:24
31:18,19,20
32:10 39:25
47:10 89:13
92:12 102:17
103:3 127:9
128:25
**tip** 24:21,22
120:20,22,24
**tiptoe** 123:15
**today** 3:24 59:22
**toe** 19:19,20,21
23:13,14 24:14
24:17,22,24 25:2
25:4,5,6,7,8,12
25:14,15,17,20
26:5,6,10 27:20

27:20 28:3
30:19 33:14
117:8,10,13
120:4,6,13,20,20
120:22 121:1,3,5
121:8,25 122:2
122:10,13,16
123:3,6,6,10,11
123:14,23 124:1
124:8
**toes** 25:7 120:24
123:8,16
**told** 46:6 56:10
57:5,11,12,17
58:9,18 59:15,20
60:14 61:8,11
62:15,17 67:9
71:24,24 75:14
76:16,19 77:3
109:5 110:9,11
111:18 113:7
118:1,3,20,20
120:10,11
**tone** 59:21 60:11
**tool** 105:13
**top** 29:6 92:24
100:21 107:25
107:25 108:2
**torn** 22:11
**totally** 8:13
**touch** 55:10 57:4
83:24 84:4 85:4
**touched** 84:1
**training** 6:13,16
7:6 108:5,7,9,9
108:10
**transcript** 134:6,6
**transferred** 15:24
32:20
**transport** 114:7
**transported**
114:18
**treat** 23:15 27:21
**treated** 21:17,19
39:5
**treating** 19:18
23:11 113:4

**treatment** 23:12
44:5 117:6
120:6 123:25
124:1
**Tri** 28:22
**tried** 57:21 118:19
**tripped** 90:20,22
102:19,20
**trips** 127:13
**trouble** 21:23
47:19
**trowel** 105:8
**truck** 30:11,12
57:22 64:11
66:6,20 67:19
**trucks** 10:2,3
113:20
**true** 134:6
**try** 3:22 4:1,4,6
25:14 84:23
97:14 102:23
131:18,19
**trying** 8:3 13:13
21:14 44:1 46:7
56:23 57:5,11
58:20 61:8,11
88:9 89:7
102:14,15,18
104:5 105:8
109:11 111:6
**tub** 58:10
**turn** 57:6,12
**turned** 58:15 61:2
70:8 71:23 72:4
75:19,24 86:13
93:8
**twice** 47:12 82:8
**two** 3:9 10:24,24
17:24 31:18,19
31:21 47:9
61:14 62:12,18
62:22,24 65:24
67:19 70:8,13
74:23 75:19
83:17 84:18
85:13 102:5
106:3,4,5 109:23

110:20 112:16
112:19 113:1
114:25 115:4,18
115:21,22 116:3
116:4,10,11,17
116:22,23,24,24
117:3 126:10,10
131:14
**type** 6:24 9:23
11:9,14 16:8
17:15 18:5,11
19:17 39:13
40:6 44:12
**typing** 3:23

_____
    U
_____
**U** 2:17
**Uh-huh** 73:25
**uh-huhs** 3:22
**uh-uhs** 3:22
**Um-hmm** 71:18
96:18
**uncle** 13:3 35:2,5
52:5 57:6
**uncomfortable**
124:9
**understand** 3:19
8:3,13 41:11
89:8 91:23
104:5 124:12
**understanding**
36:2 37:5,13
39:13 40:18
45:1 65:10 67:8
68:8 73:16
89:16 106:8
**unholster** 95:8,10
95:12
**unidentified**
110:3
**uniform** 68:12
**United** 1:1 12:3
**unloading** 10:2
**unobstructed**
79:3 91:17
**upstairs** 123:17
**use** 25:2 32:13,15

32:16
**use-of-force**
108:10
**usher** 24:7,25
**ushering** 23:22
**usually** 40:2 88:19

_____
    V
_____
**vacations** 127:19
**Van** 9:25 10:4,16
11:7 18:16,21
19:14,15,18,22
20:1,5,10,14
21:8,10 22:2
23:15 24:13
26:9 28:2,4,5,7,9
**vehicle** 114:7
**verbally** 3:20
**view** 79:3 91:18
**violent** 49:16,20
56:11
**vision** 16:23
**visit** 18:24
**visualize** 77:10
**vocational** 6:13
**voice** 59:22
**vs** 1:6

_____
    W
_____
**W** 3:7 129:12
**wage** 8:9,15,21
9:3,5,7,11,18
127:21
**wages** 7:21 8:5
9:19
**wagon** 113:17,20
113:21,24
**wait** 58:10
**waiting** 66:17,19
**waive** 132:18,19
**waived** 2:20
**wake** 124:19
126:25,25 127:1
**waking** 29:5
124:19
**Walgreen's** 32:14
**walk** 21:4 25:14

25:15 61:25
72:5 74:25
123:17,17,18
**walked** 22:9 58:13
58:23 60:19
62:3 66:8,9
67:16,21,22
74:22 107:17
111:24 112:1
**walkie-talkie**
111:24
**walking** 58:5,19
62:16,19 70:2
71:22 72:2
86:23,25 88:14
88:15 89:23
90:10 91:17
110:18 111:4
123:18
**walk-in** 16:4
**wall** 83:16,16,16
83:17,19,20,23
83:25 84:2,4,8
84:11,18,19,25
85:2,4,9,11,11
85:12,24 86:11
86:12,15,16 87:2
87:3,4,14,15,16
87:18,20,21
88:17,18,22,22
88:23 89:5,5,21
90:4,5 92:8,11
92:13,14,15,16
92:18 93:18
94:9,11,12 97:16
97:20 98:4,5,6,8
98:16,16,21
99:14,17,18,18
99:25 100:5
119:14 131:4,12
131:15
**wallet** 16:18
**walls** 88:24 89:19
**Wal-Mart** 51:22
51:23,23
**want** 14:14 21:3
25:2 26:14

29:23,24 51:23
70:9 71:25 76:2
76:13 77:5
79:23 89:15,16
93:11 107:20
109:2 129:18
130:11
**wanted** 39:22
118:7
**wanting** 62:13
**washer** 34:17
**Washington** 5:25
**wasn't** 13:16,19
26:6 39:25 40:9
41:7 43:18,21
52:13 66:14,19
66:24 68:15
72:22,22 76:3,14
88:10 102:13
103:10 105:18
105:19 106:12
106:13 113:19
113:23 116:2
118:12,13
**watching** 19:11
**water** 58:6 62:4
**way** 9:13 49:17
76:10,24 88:12
88:12,16,17,19
88:19 92:20
94:13 98:3
113:10 116:23
116:24 117:1
120:23 127:21
132:11
**ways** 123:24
**weapon** 50:9
72:15,18,22 73:2
**wear** 16:25
**wearing** 25:3,10
25:10 123:7
**Wednesday** 1:12
**week** 10:15,15
15:4 17:24,25
27:24,24 47:9
122:22 123:1
125:19 126:10

127:9
**weeks** 47:5 126:10
126:10
**weight** 107:22
**went** 10:20 11:6
11:16,21 12:8,12
13:4,5 15:6
20:25 41:15
54:24 55:7
57:15 58:16,17
59:7,12,12,17,18
60:22,24 61:3,4
61:18,21,22,22
62:2,10,11 65:23
67:10,19 69:21
69:23 70:2
71:22 73:10
74:12,20,20,21
79:7 84:20,21
85:12,13,16 87:7
93:2,8 94:15,16
96:11 97:23
98:3 104:13,14
104:22 107:2
109:8 110:21
113:6 119:22
120:7 121:22
128:23
**weren't** 66:17
86:24,25 102:15
102:18
**we'll** 3:18 8:18
**we're** 3:24 9:17
59:21 95:24,25
97:13
**we've** 70:11
**white** 68:15 71:10
71:11,11
**wide** 85:13 121:3
**wield** 130:18
**Williams** 35:2,5
35:19 36:2 56:3
56:6
**Williams's** 35:10
36:10
**Wilshire** 29:18
**wire** 80:10

**wires** 102:2
**witness** 2:19 3:3
9:4 21:15 30:4
52:23 89:6
133:1,5
**witnessed** 108:18
108:20 109:3,6
110:4,6,8,10,12
**witnesses** 108:22
**wondered** 103:4
**wondering** 45:15
**words** 72:12 82:5
89:15 96:24
97:1 101:21,23
**wore** 84:14
**work** 7:24 9:15,23
10:4,20,22 11:3
11:6,8,14,19,22
12:20,21,23,25
13:2,20 29:22
**worked** 10:6,8
12:17 14:15
34:17 42:11,12
42:12,14,16
**worker's** 33:23
**working** 9:15,25
13:17 20:7 23:4
42:17,19,24
**works** 31:8
**worse** 123:5
**wouldn't** 60:10
104:2 106:7
**wound** 27:22 33:3
**wrapped** 112:6
113:11,16
114:11,12
**wrist** 112:8
**write** 29:24
**wrong** 58:15,18
59:14,25 60:18
61:7,7 80:4,21
81:1,2 118:2

**X**

**X** 2:1,8
**x-rays** 121:6

**Y**

**yardwork** 34:18
**yeah** 10:11 11:25
16:16 20:11,13
20:16 21:7
22:17 31:9 33:2
43:25 48:2
50:23,23 56:17
59:7 63:25
65:12 66:22
67:5 69:22 75:9
75:23 76:10
81:2 87:3,9,23
89:6 90:16
95:14 98:15,20
107:24 123:2
124:16,16
126:25
**year** 6:1 10:25
11:1,4,5 18:18
19:6 34:12
109:17 125:19
128:16
**years** 4:21 5:2,13
10:6,24,24 13:18
38:3 41:15
42:18,22 43:5
47:15,15 48:1
52:12 55:15
60:8 109:23
125:12,12
127:25
**yesterday** 27:22
124:2
**younger** 54:23
**youngest** 54:2,5
54:10,12
**y'all** 77:3

**Z**

**zig-zag** 91:4

**1**

**1** 2:9 97:10,12,18
98:14 99:20
100:13,13,22,23
100:24,25 101:3

134:6
**10** 47:15,15 48:1
56:20,21 57:9,13
63:17 90:6
102:16 115:14
115:15,23,25
119:23 127:25
**10-minute** 52:24
**105** 1:13
**11/06/2011** 133:9
**12** 35:23 47:15
102:17 121:11
**12:50** 132:25
**13** 35:23
**13th** 51:17,19
52:3 63:5
**130** 1:18 2:4
**132** 2:4
**133** 2:5
**134** 2:6 134:6
**14** 35:24,25 94:6
97:24 98:14
99:3,11,15,19
**14th** 19:25 25:16
40:11 43:14
44:6 46:6,9,23
49:15,21,24 50:2
50:5,18,21 51:13
56:15,16 57:9
121:9,10 122:20
124:22 125:1,4,7
125:10 129:1,5
**15** 76:8 93:15,22
97:18,23 98:4,5
131:4,13
**15th** 122:25
**18** 33:6 117:11
118:8
**18th** 133:5 134:12
**1875** 48:24
**1912A** 24:12
**1952** 4:13
**1959** 4:20
**1968** 5:2,10
**1970s** 128:13
**1971** 6:7
**1973** 6:2

Page 152

**1975** 5:21
**1977** 21:3,6
**1994** 128:5,12

---

**2**

**2** 100:13,23,25
**20** 76:8,8
**2001** 7:16 9:21
  11:2,3,10,15
  15:20 16:14
  20:13,15 32:18
  34:1,2
**2002** 11:17,18,21
  12:18 13:1,6,23
  13:25 14:2,15
  17:16,19 26:22
  33:25
**2003** 14:24 15:9
**2004** 22:6,16
**2005** 19:23,24,25
  20:10,12 23:4
  25:16 27:15
  28:24 40:11
  43:14 44:6 46:9
  46:23 49:15,21
  49:24 50:2,5,18
  50:22 51:13
  56:15,16 121:9
  121:11 122:20
  122:25 124:22
  125:1,4,7,10
  129:1,5
**2009** 1:13 133:5
  134:12
**2017** 16:21
**25** 91:5 111:13,20
  114:20
**25th** 4:13
**27** 10:6

---

**3**

**3** 2:3 100:2,4
**3rd** 11:20 12:18
  13:1,25 14:1,15
  17:16,19
**32751** 1:22
**32801** 1:18

**32811** 4:25 17:5
**35** 114:20

---

**4**

**40** 54:4
**41** 5:2
**4234** 4:24
**4324** 53:1
**4382** 17:5,6,7
**44** 60:8
**450** 1:22

---

**5**

**5** 1:12 99:19,23,25
  101:4,5
**503** 1:14
**560** 12:8,8

---

**6**

**6:08-CV-1568-...**
  1:6
**605** 1:18
**670** 12:13

---

**7**

**7** 101:5
**70s** 128:24,25
**71** 6:2
**73** 6:2
**732038** 133:8
**75** 6:3

---

**8**

**80** 36:20
**80s** 13:4,9 21:25
  45:12 128:13
**87** 5:12

---

**9**

**9** 66:25
**9:05** 1:13
**90s** 45:12
**901** 1:22
**91** 4:16
**911** 47:16 65:21
**97** 2:9
**9913** 4:16