1                    UNITED STATES DISTRICT COURT
2                    MIDDLE DISTRICT OF FLORIDA
                                    ORLANDO DIVISION
3       MARIE BURKS, as Personal
        Representative of RICKY MILLS,
4       deceased, and JACK MILLS,
                      Plaintiffs,
5
                                                   CERTIFIED COPY
        vs.              CASE NO.:  6:08-CV-1568-ORL-28GJK
6
        KEVIN BEARY, as SHERIFF OF
7       ORANGE COUNTY, FLORIDA, DEPUTY
        SHERIFF CHESTER PARKER and
8       DEPUTY SHERIFF BRIAN FIGUEROA,
9                     Defendants.
        ----------------------------------------------------------
10

11           The deposition of JIMMY LEE JONES taken pursuant to

12      Notice on behalf of the Defendants on Wednesday, August 5,

13      2009, beginning at 3:12 p.m., at 105 East Robinson Street,

14      Suite 503, Orlando, Florida, before Donna R. Keller,

15      R.P.R., and Notary Public, State of Florida at Large.

16      A P P E A R A N C E S:

17           FRANK T. ALLEN, Esquire
             The Allen Firm, P.A.
18           605 East Robinson Street, Suite 130
             Orlando, Florida  32801
19
                 and
20
             JOHN W. DILL, Esquire
21           Morgan & Morgan, P.A.
             20 North Orange Avenue, Suite 1600
22           Orlando, Florida  32802

23                   For the Plaintiffs,

24

25

1    A P P E A R A N C E S: (cont'd)

2         JEANELLE G. BRONSON, Esquire
          Grower, Ketcham, Rutherford,
3         Bronson, Eide & Telan, P.A.
          901 North Lake Destiny Road, Suite 450
4         Maitland, Florida  32751

5              For the Defendants.

6

     ALSO PRESENT:  Richara Brown, Morgan & Morgan, P.A.
7

8

9                    I N D E X

10   TESTIMONY OF JIMMY LEE JONES

11
     Direct Examination by Ms. Bronson              3
12

13
     CERTIFICATE OF OATH                 32
14   CERTIFICATE OF REPORTER                        33

15

16

17

18

19              - - - - -

20         S T I P U L A T I O N S

21       It is hereby stipulated and agreed between counsel

22   for the respective parties and the witness that the

23   reading and signing of the deposition be waived.

24

25

```
 1              (The following transpired prior to the
 2              arrival of Mr. Dill.)
 3         THE VIDEOGRAPHER:  The date is August 5th, 2009.
 4    This is the deposition of Jimmy Lee Jones being taken
 5    in the matter of Marie Burks versus Kevin Beary, et al.
 6    Time is 3:12 p.m.  Counsel, please identify yourselves
 7    for the record.
 8         MS. BRONSON:  Jeanelle Bronson representing Kevin
 9    Beary as Sheriff of Orange County, Florida, and Deputy
10    Chet Parker and Deputy Brian Figueroa.
11         MR. ALLEN:  Frank Allen representing Marie Burks
12    as personal representative of Ricky Mills and Jack
13    Mills.
14         THE COURT:  Thank you.  And will the court
15    reporter please swear in the witness.
16              JIMMY LEE JONES,
17    having been first duly sworn testified as follows:
18         THE WITNESS:  I do.
19              DIRECT EXAMINATION
20    BY MS. BRONSON:
21         Q    Mr. Jones, my name is Jeannelle Bronson.
22         A    Yes.
23         Q    Have you ever had your deposition taken before?
24         A    No.
25         Q    Okay.  I'd like to just give you a few pointers
```

```
 1        for the deposition, okay?
 2        A    Yes.
 3        Q    First I'd like to ask that if at any time you
 4   don't understand my question, please let me know and I will
 5   rephrase the question.
 6        A    Okay.
 7        Q    Okay?  I'd also ask that you wait until I finish
 8   my question before you begin your answer, and the reason
 9   for that is the court reporter is typing down everything we
10   say, and it's difficult for her to create a good record
11   when both -- two people are taking at once, okay?
12        A    Understood.
13        Q    So if you will just wait until I finish, then you
14   can begin to answer.  Also, when you begin to answer I'd
15   ask that you answer audibly, verbally, with a yes or a no
16   or whatever other words you need to express your answer,
17   and try to avoid uh-huhs and uh-uhs and nods of the head,
18   okay?
19        A    Yes, ma'am.
20        Q    All right.  If at any time you need to take a
21   break let me know and we'll do that as well.
22             Let's start with just getting a little
23   biographical background on you.  Can you give me
24   your complete name, please?
25        A    Jimmy Lee Jones, Jr.
```

1        Q    Have you ever been known by any other names?

2        A    No.

3        Q    What is your date of birth?

4        A    2/22/61.

5        Q    Where were you born?

6        A    In Orlando, Florida.

7        Q    Can you give me the last four digits of your

8  Social Security number?

9        A    Yes.  It's 2 -- 2267.

10       Q    2267?

11       A    Yeah.

12       Q    Where do you reside currently?

13       A    On Raleigh.  It's 44102 Raleigh Street.

14       Q    44102?

15       A    Yes.

16       Q    Is that an apartment or a home?

17       A    Apartment.

18       Q    What's the name of the complex?

19       A    It was a house.  It's on the street.  It's up and

20  downstairs house.  I -- I stay on the upstairs level.

21       Q    Is it a duplex?

22       A    Yes.

23       Q    Okay.  Does anyone live at that residence with

24  you?

25       A    No.

1       Q       You live alone?

2       A       Yes.

3       Q       How long have you lived at that residence?

4       A       About two years.

5       Q       And before living at the Raleigh Street address

6   where did you live?

7       A       I lived motel to motel.

8       Q       Did you ever live at 737 Willie Mays Parkway?

9       A       Yes.

10      Q       When did you live at that address?

11      A       I don't know.  It's been about six years ago,

12   six.

13      Q       Is that your mother's address?

14      A       Yes, it is.

15      Q       And what is your mother's name?

16      A       Mary Lou Hampton.

17      Q       Where did you go to high school?

18      A       Carver Junior High.

19      Q       Carver Junior High?

20      A       Yes.

21      Q       Did you go beyond Carver Junior High?

22      A       No.

23      Q       Okay.  So what grade did you go through at

24   Carver?

25      A       Ninth.

1       Q    Did you ever obtain a GED?

2       A    No.

3       Q    Have you ever served in the military?

4       A    No.

5       Q    Are you currently employed?

6       A    No.

7       Q    When were you last employed?

8       A    15, 20 years ago.

9       Q    Now, are you -- strike that, please.  You've

10   lived at the Raleigh Street address for approximately two

11   years?

12      A    Yes.

13      Q    Do you have any intentions of moving from that

14   address in the next year?

15      A    Yes.

16      Q    When do you intend to move?

17      A    Any day.

18      Q    Where do you plan to move?

19      A    Motel.

20      Q    Are you being evicted?

21      A    No.

22      Q    You just want to move to a motel?

23      A    Yeah.

24      Q    Okay.  Now, is there someone who usually is able

25   to reach you if necessary?

1          A     Yes, at all times.

2          Q     Okay.  Who would that be?

3          A     Ms. Jones.

4          Q     Is that your mother?

5          A     Yes.

6          Q     So if we were able to contact her, then we'd be

7     able to get in touch with you?

8          A     Um-hmm.

9          Q     Yes?

10         A     Yes. ma'am.

11         Q     All right.  That's the reason for my question, in

12    case this case goes to trial.

13         A     Yes, ma'am.

14         Q     Do you recall about four years ago being at your

15    mother's residence on Willie Mays Parkway when a shooting

16    occurred?

17         A     Yes, ma'am.

18         Q     Okay.  All right.  Do you recall that the person

19    who was shot was Ricky Mills?

20         A     Yes, ma'am.

21         Q     Prior to Ricky Mills being shot how long had you

22    known him?

23         A     About 10 years, eight years.

24         Q     Eight to 10 years?

25         A     Yes.

1      Q      How did you first become acquainted with him?

2      A      Well, he stayed over at our neighborhood, around

3  the neighborhood over there, so I knew him coming up.

4      Q      Did you go to school with him?

5      A      No, ma'am.

6      Q      Okay.  Did you -- prior to June 14th, 2005, did

7  you have any reason to believe that Ricky Mills had a

8  mental health problem?

9      A      Yes.

10     Q      What caused you to believe that?

11     A      Well, he had started acting -- I hadn't seen him

12  in a few years but things had changed with him.  He was

13  acting different.

14     Q      What was it about his behavior that caused you to

15  believe he might have a mental health problem?

16     A      Well, he was a little slower than what he usually

17  was.

18     Q      Did you ever socialize with Ricky Mills?

19     A      Time to time.

20     Q      What kinds of things did you do with him?

21     A      Just talk.

22     Q      Now, when Ricky Mills was living -- let me strike

23  that.  Did Ricky Mills, to your knowledge, ever live at the

24  737 Willie Mays Parkway address?

25     A      Rephrase that again.

```
 1        Q    What I'm asking you is --

 2        A    Yes.

 3        Q    -- whether Mr. Ricky Mills was ever a renter at

 4   your mother's boarding house.

 5        A    Well, I don't know what he was doing.  I knew he

 6   was there.

 7        Q    Okay.

 8        A    I know he was there.

 9        Q    You know that he lived there?

10        A    Yeah, he was there.

11        Q    Okay.

12        A    Yes.

13        Q    That's what I'm asking.

14        A    Yes.

15        Q    And would you from time to time live at your

16   mother's residence during the same time frame that Ricky

17   Mills --

18        A    Yes, ma'am.

19        Q    -- was living at your mother's residence?

20        A    Yes, ma'am.

21        Q    If you would, just try to hold up until I --

22   before answering until I finish asking the question, okay?

23             Prior to June 14th, 2005, did you ever

24   have any reason or occasion to know that Ricky Mills

25   was acting violently?
```

1    A    Well, I really never knew him to act with

2    violence.

3    Q    Okay.  Did you ever know him to threaten anyone

4    with physical harm?

5    A    No, ma'am.

6    Q    On June 14th, 2005 did you ever see Ricky Mills

7    with a knife?

8    A    No, ma'am.

9    Q    Did you see Ricky Mills on June 14th, 2005?

10    A    Yes, ma'am.

11    Q    When did you first see him on that day?

12    A    Early that day he went out to smoke a cigarette

13    on the porch.

14    Q    About what time was that?

15    A    That was -- had to be about three, 3:30.

16    Q    Now, when you saw him smoking the cigarette, was

17    there anything out of the ordinary about his behavior that

18    you noticed or that stood out to you?

19    A    No.

20    Q    Was there anything on June 14th, 2005 about Ricky

21    Mills's behavior that stood out to you as being unusual or

22    odd for Ricky Mills?

23    A    No.

24    Q    Okay.  After seeing Ricky Mills at about 3:30 in

25    the afternoon on June 14th, 2005, did you have occasion to

1      see him again on June 14th, 2005?

2          A    Yes.

3          Q    When was that?

4          A    That was right after the situation happening.

5          Q    Is that after the shooting?

6          A    Yes.

7          Q    Okay.

8          A    Yes.

9          Q    Now, at some point did you become aware of

10     deputies coming to your mother's residence on June 14th,

11     2005?

12         A    Yes.

13         Q    Okay.  Where were you when you first became aware

14     of the deputies' presence?

15         A    In my room.

16         Q    Had you seen the deputies outside of your -- the

17     residence?

18         A    No.

19         Q    Okay.  No?  Had you talked to any deputies on

20     June 14th, 2005 prior to this shooting which is the subject

21     of a -- the lawsuit that we're here on today?

22         A    I can't really recall.  That evening I did but

23     the next day, no.

24         Q    Okay.  That evening was it -- when you say "that

25     evening" are you referring to June 14th, 2005?

1       A    Yes, the detectives.

2       Q    Okay.  So you were interviewed by detectives

3  after the shooting?

4       A    Yes.

5       Q    Okay.  Now, what time had you arrived at your

6  mother's residence on June 14th, 2005?

7       A    About -- I think about 4:30.

8       Q    Okay.  And when you arrived what did you do?

9       A    Slept for a little while.

10      Q    You went to your room and went to sleep?

11      A    Yes.

12      Q    Was your room anywhere near Ricky Jones's --

13  Ricky Mills's room?

14      A    Yes.

15      Q    Approximately how far away?

16      A    About 30 feet, 30, 40 feet.

17      Q    So when you first became aware of deputies having

18  been called to the residence, where were you?

19      A    I was in my room.

20      Q    Okay.  And what caused you to become aware of the

21  fact that deputies were -- had been called to the

22  residence?

23      A    Well, my -- I had heard something about them

24  calling the police.  It was a disturbance with Ricky Mills

25  and that's -- that's the only thing I heard was the police

1       was supposed to be coming out there.  That's all I heard.

2            Q    Who did -- I'm sorry.

3            A    I don't know who said it.  All I heard was the

4       police was on their way out there.

5            Q    So you don't know who told you that law

6       enforcement officers were on their way to the residence?

7            A    It wasn't who told.  I heard somebody talking

8       about it.

9            Q    Were you -- where were you when you heard this?

10           A    I was in my room.  It's paper thin walls.

11           Q    Do you know who it was that you heard saying that

12      law enforcement officers were on their way because of a

13      disturbance?

14           A    No.

15           Q    What exactly was it that you heard?

16           A    I just heard some guys were out saying the police

17      coming up there because of something about some disturbance

18      with whoever it was.  I keep my nose out of other folks'

19      business, you know, so, like I said, I was asleep.

20           Q    Okay.

21           A    And I heard it --

22           Q    You were asleep when --

23           A    I was over -- you know, I overheard it through my

24      door but I really didn't pay no attention.

25           Q    Okay.  After hearing someone talk about law

1    enforcement coming, did -- did you come outside of your

2    room?

3         A    By this time I got up and put on some pants and

4    stuff to go and wash my face up, they was already there,

5    they was already there.

6         Q    Were they inside of the residence when you got up

7    to wash your face?

8         A    Yes, but I heard walkie-talkies and stuff like.

9         Q    And did you go to -- is there a bathroom in your

10   room or did you have to go down the hall to the bathroom?

11        A    I had to come out to go to it, my room.

12        Q    Okay.  When you came out of your room what did

13   you see?

14        A    Well, I didn't come out right then because all I

15   could hear was like caps, like little -- like caps, okay,

16   like, you know, like taser things, just pop, pop, two --

17   two or three of them there.

18        Q    Okay.  So you -- I'm a little bit confused.  You

19   said earlier that you heard somebody saying that law

20   enforcement officers were coming because of a disturbance

21   with Ricky Mills?

22        A    I didn't say who it was with.  You know, I just

23   heard.  That's what I assumed it but I didn't -- like I

24   say, I just heard it -- just heard somebody talking about

25   it so when I come out -- I got ready to open the door

1    that's when I heard the shooting and stuff, like cap guns

2    but they was the tasers.

3         Q    Okay.  So you started -- you actually opened your

4    door?

5         A    No, I didn't.  I got -- as soon as I get ready to

6    go to the door --

7         Q    Okay.

8         A    -- is when I heard it, so I stepped -- you know,

9    stepped back.  There's like a little hallway to my room.  I

10   stepped back in it, and that's when I heard the -- the real

11   gun shooting stuff, a lot of tussling in the hallway.

12        Q    Okay.  So had you opened your door, the door to

13   your bedroom before you heard the -- the pops that you

14   thought were tasers?

15        A    No, I never got a chance to come out.

16        Q    Okay.

17        A    When I heard all that I was wondering what was

18   going on.  I didn't want to walk out or nothing and get

19   hurt myself, but I heard a lot of tussling and fighting.

20        Q    Okay.  And where -- where -- could you tell where

21   the people were that you heard say that the law enforcement

22   were coming?

23        A    Yes.  The way we room is made people walk through

24   the hallway straight.  You got to come in through one door

25   and my room is on this side of the door you come in, you

```
 1        got to go straight through there, so everybody come through

 2        that I hear the door when it open, somebody say anything or

 3        whatever I hear it.

 4             Q    Did you recognize any of the voices?

 5             A    No.

 6             Q    And before you could even get to open the door

 7        you heard two or three pops --

 8             A    Yes.

 9             Q    -- is that correct?

10             A    Yes.

11             Q    And those pops would you describe them as

12        gunshots or --

13             A    They was tasers.

14             Q    Had you ever heard a taser before?

15             A    Yeah, I lost a lung from a taser.  An officer

16        shot me four times with it, so I know what it's like.

17             Q    You lost a lung as a result of having been

18        tasered?

19             A    Yes.

20             Q    And when was this -- this that you lost a lung?

21             A    Well, this is really not about me, it's not about

22        me.  It doesn't make a difference about me.

23             Q    I'm simply asking you when was it that you lost a

24        lung because of a taser.

25             A    And I'm simply saying I don't remember.
```

```
 1          Q    Okay.  And what law enforcement agency was it
 2     that tasered you?
 3          A    Orange County.
 4          Q    The Orange County Sheriff's Office?
 5          A    Yes.
 6          Q    And how long ago was that?
 7          A    About six, seven years ago.
 8          Q    What prompted the encounter between you and the
 9     deputies that tasered you?
10          A    Bothering people for no reason.
11          Q    They were bothering you for reason?
12          A    Stopped me at my front door minding my own
13     business, like harassing me.  And when I walked off last
14     thing I remembered.  Maybe they would have killed me too if
15     this young lady don't want to stop them.
16          Q    And where was this?
17          A    Is this about me?
18          Q    Sir, I -- I need to ask you some questions --
19          A    Well, I don't want to say no more about that, all
20     right?
21          Q    Okay.  Are you refusing to answer that question?
22          A    Yes, I am.
23          Q    Okay.  When you were tasered were you arrested?
24          A    Here we go again.  Are we talking about Mr. Mills
25     or -- what are we talking about?
```

```
 1        Q    I'm going to ask the question again, sir, and you
 2   can -- you can choose whether you want to answer it or not.
 3        A    I don't want to answer it.
 4        Q    Okay.  I will say to you that if you refuse to
 5   answer a question, I do have the opportunity to take the
 6   issue to the court and I can then ask the court to compel
 7   you to answer.
 8        A    Well, you take it to the court.
 9        Q    All right.  I just want to make sure you
10   understood before I --
11        A    Yeah.
12        Q    -- needed to do that.
13        A    Okay.  Well, take it to the court.
14        Q    All right.  Have you been arrested on any other
15   occasions by the Orange County Sheriff's Office?
16        A    Many times.
17        Q    Have you ever been convicted of any crimes of
18   dishonesty such as theft?
19        A    Yeah, yes, I have.
20        Q    How many times?
21        A    Many a times.
22        Q    When was the last time?
23        A    About six months ago.
24        Q    You were convicted?
25        A    Yes.
```

1          Q     Have you ever been convicted of a crime that

2     carried a sentence of more than a year?

3          A     Yes.

4          Q     When was the last time?

5          A     Five, six -- no.  Like 10 years ago.

6          Q     And how many times have you been convicted of a

7     felony?

8          A     I don't know.  About eight.

9          Q     The last one was at least 10 years ago?

10         A     Yes.

11         Q     What were the felonies?

12         A     I don't want to answer that.

13         Q     Okay.  So are you refusing to answer that

14     question?

15         A     Yes.

16         Q     Other than the Orange County Sheriff's Office

17     have you been arrested by any other law enforcement agency?

18         A     No, ma'am.

19         Q     Prior to hearing the popping sounds that you

20     testified about earlier that you believed was a taser, did

21     you hear any conversation between any -- any deputies or

22     Ricky Mills?

23         A     No.  After that I hear a lot of, like I say,

24     fighting in the hallway and like they was trying to throw

25     somebody on the wall or somebody running or something.  You

1  know, all of a sudden I heard two loud gunshots so I laid

2  on the floor.

3      Q    But before the -- the first popping sounds you

4  didn't hear any conversation between any deputies and Ricky

5  Mills?

6      A    No, it happened so quick till --

7      Q    How quickly after the first popping sounds you

8  heard was it that you heard gunshots?

9      A    It was like if -- if when a officer would have

10 told them stop or we gonna shoot you or something I would

11 have heard it, but there was none of that.  Didn't hear

12 nothing.  Just heard the pop and two seconds later you just

13 heard gunshots so you come in out the hallway --

14     Q    So you think within two seconds of hearing the --

15 what you described as the taser sound you heard gunshots?

16     A    Yes.

17     Q    How many gunshots did you hear?

18     A    About two, maybe more, maybe when -- you're

19 scared; some things you don't want to hear.

20     Q    You're not sure as to whether it was more than

21 two shots?

22     A    I knew it was over two shots.

23     Q    Okay.  Was it more than three shots?

24     A    Like I said, it could have been tasers or

25 whatever, I don't know, but I know it was -- I knew I heard

1    at least three shots.

2         Q    Okay.  Did you hear more than three shots?

3         A    No.

4         Q    And when I say "shots," I'm referring to

5    gunshots.  Is that what you're referring to?

6         A    All I heard, like I said, just heard even a

7    little pop and they could have been gunshots.  I don't

8    know.

9         Q    Okay.  So you don't know whether -- you don't

10   know how many gunshots were fired; is that correct?

11        A    No.  I know it had to be at least two of them,

12   but the other -- it was so far off, see, it wasn't as loud

13   as the ones close up to my door.  The rest of them was back

14   in the hallway.  See, the house is built like very -- it's

15   -- well, I can't explain it but anyways, a very large

16   house.

17        Q    And you said you heard some commotion that was in

18   close proximity to the -- what you believe were gunshots?

19        A    Yes.

20        Q    What kind of commotion was it?  Can you describe

21   that?

22        A    Yes.  Like it was a lot of wrestling in the

23   hallway.

24        Q    Do you know Jack Mills?

25        A    No.  I have met him.

1      Q    I'm sorry?

2      A    I've met him.  I know of him but I've met him.

3      Q    While you were in your room and you were -- you

4   heard these shots, just before the shots did you hear Jack

5   Mills say anything?

6      A    No.

7      Q    Did you hear Ricky Mills say anything just before

8   the shots?

9      A    No.

10     Q    Did you hear any deputies say anything just

11  before the shots?

12     A    Yeah, I heard the walkie-talkies going back

13  there, you know, and they were talking on the

14  walkie-talkies and stuff.  That's about all I heard.

15  That's why I really didn't come out of the door.

16     Q    Did you hear what was being said over the, as you

17  describe it, walkie-talkies?

18     A    No, I didn't.

19     Q    Now, at some point did you open your room door?

20     A    Yes, ma'am.

21     Q    Okay.  And when you opened your room door what

22  did you see?

23     A    Mr. Mills was laying right there in the front of

24  my door.

25     Q    How long after you heard the shots was it that

1        you opened your room door?

2              A    Well, I gave it a few minutes.

3              Q    What do you call a few minutes?

4              A    About -- about -- I'd say about a minute and a

5        half, and I got curious because the loud bump on my door

6        from Mr. Mills falling in it.

7              Q    After you heard the loud bump on your door, did

8        you hear any conversation outside the room?

9              A    Yes, I heard the police again talking to another

10       officer but I couldn't really hear what they were saying to

11       one another.

12             Q    When you opened your -- you actually turned the

13       knob and opened your door; is that correct?

14             A    Yes, ma'am.

15             Q    Okay.  So your door wasn't pushed open?

16             A    No.

17             Q    When you opened the door did you see anything

18       other than Mr. Mills lying on the floor?

19             A    No.  I couldn't really see that much because the

20       officer made me go back and close the door up.

21             Q    Okay.  So did the deputy tell you to go back into

22       the room?

23             A    Yes.  He was standing over Mr. Mills.

24             Q    Okay.  Other than standing over Mr. Mills was the

25       deputy doing anything else?

```
 1          A    No.  He was just standing up over him and --

 2          Q    Was he straddling him --

 3          A    Yes.

 4          Q    -- like with one foot on either side of his body?

 5          A    He was kind of leaning over him like, so when I

 6    open the door up it kind of startled him because it was

 7    right directly in front of my door.  So Mr. Mills, he had

 8    fell in the door and I had opened it, so the officer told

 9    me to go back in the room but I just sat there and looked

10    at the man laying there with blood shooting all out of his

11    head and stuff and it kind of just -- got the best of me.

12          Q    Can you describe the deputy that told you to go

13    back into the room?

14          A    African-American.  That's about all I could tell

15    you.

16          Q    And you think it was about a minute and a half

17    after the shooting that you opened your door?

18          A    Yes, ma'am.

19          Q    Did you see anything else besides Mr. Mills's

20    body and the deputy standing there over Mr. Mills?

21          A    No.

22          Q    Was there anybody else in that hallway or in the

23    area there where you could see when you opened the door?

24          A    It might have was but, like I say, he made me go

25    back in and keep my door closed.
```

1       Q   How long did you -- would you say you held that

2   door open?

3       A   About -- I'd say about a minute.  Like I say,

4   about a good minute, and he tried to tell me go back, close

5   the door, close the door, close the door, you know, and I

6   was sitting there looking.  I kind of just got -- lost it

7   for a minute.

8       Q   Okay.  And then did you close the door back?

9       A   Yes.

10      Q   Did you hear any conversation after the shooting

11  between the deputies or anybody else in that hallway?

12      A   It was like -- it was kind of like -- you really

13  couldn't really hear nothing.  It just -- everything

14  happened so quickly -- and by them trying to -- I don't

15  remember even getting Mr. Mills off the floor taking him --

16      Q   I'll sorry?

17      A   I don't remember them getting him off the floor,

18  taking him out.

19      Q   How long after the shooting did you stay in your

20  room?

21      A   It had to been about a good 30 minutes, 45

22  minutes, maybe longer.  I didn't really time it.  I didn't

23  have a watch and I didn't time it so I really don't know.

24      Q   Now, did you have anything going on in your room

25  like a television or radio or music of any kind?

```
 1          A    No.

 2          Q    When you finally came out of your room what did

 3     you see?

 4          A    Pool of bloods.

 5          Q    You saw puddles of blood?

 6          A    A puddle of bloods.

 7          Q    Okay.  Was anybody in that hallway area right

 8     there where your room is when you came out?

 9          A    When I came out it was like he was letting

10     everybody come out and do what they had to do then.  I

11     guess it was all right, so we just come -- I had to clean

12     the blood up and stuff.

13          Q    Was Mr. -- Ricky Mills's body, had it been

14     removed when you came out of the room?

15          A    Yes, yes.

16          Q    Okay.  So you stayed in your room until Ricky

17     Mills's -- until after Ricky Mills's body had been removed

18     from the scene?

19          A    Um-hmm.

20          Q    Is that a yes?

21          A    Yes, ma'am.

22          Q    Other than that minute to minute and a half when

23     you opened the door right after you heard the shots --

24          A    Yes, ma'am.

25          Q    -- did you open the door at any time after that
```

1    before you waited for 30 minutes and came out of your room?

2        A    No.

3        Q    You understand my question?

4        A    Yes.

5        Q    Okay.  Do you recall any conversation that was

6    going on outside the room while you were in the room

7    waiting for those -- that 30 minutes?

8        A    I did but I didn't really pay it that much

9    attention.

10       Q    Did you see Jack Mills on June 14th, 2005, the

11   day of the shooting?

12       A    Yes, I did.

13       Q    When did you see Jack Mills?

14       A    I seen him that evening when I had came in.

15            (Mr. Dill enters.)

16            I seen him in the evening I came in and just

17   before I had -- went in my room he was on the porch

18   talking to this other guy, another dude that he was

19   sitting there talking to.

20       Q    Okay.  So you saw Jack Mills on the afternoon of

21   June 14th, 2005 as you were coming home to go to your room?

22       A    Yes.

23       Q    Okay.  And what was Jack Mills doing at that

24   time?

25       A    He was talking -- sitting on the porch talking to

1    some guy.  I don't even know who he was talking to, the

2    gentleman he was talking to.

3        Q    Was this daylight?

4        A    Yes.

5        Q    Now, when this shooting occurred, approximately

6    what time was that?

7        A    I really can't even recall.  I don't -- like I

8    say, I was tired and went in my room and laid down and went

9    to sleep so --

10       Q    Was it nighttime when the shooting occurred?

11       A    It was during the evening time, just getting dark

12   or it might have been dark.  I don't --

13       Q    Do you know who it was that Jack Mills was

14   talking to when you came in to go to your room?

15       A    No, ma'am.

16       Q    Was it a resident at that rooming house?

17       A    I don't know.

18       Q    Was Jack Mills inside the rooming house at that

19   time when you saw him?

20       A    No.  He was on the porch.

21       Q    Okay.  Sitting in a chair or something?

22       A    Yes.

23       Q    Just sort of shootin' the breeze?

24       A    Yes.

25       Q    Do you recall being interviewed by law

1    enforcement -- law enforcement officers after the shooting?

2        A    Yes, ma'am.

3        Q    When you opened that door and saw Jack -- Ricky

4    Mills's body, did you see a knife anywhere in the vicinity

5    of Ricky Mills's body?

6        A    No, ma'am.

7        Q    When you saw that body, was this a traumatic

8    experience for you?

9        A    Yes, it really was, yes, ma'am.

10       Q    Other than the black deputy that was standing

11   over Mr. -- over Ricky Mills, did you see anybody else when

12   you opened that door for that minute, minute and a half?

13       A    No, ma'am.

14       Q    Okay.  Do you -- did anyone else at that rooming

15   house tell you that they actually witnessed the shooting?

16       A    No, I really haven't spoken to anybody about it.

17       Q    So as far as you know, there were no other

18   witnesses to the shooting?

19       A    Could have been.

20       Q    Okay.  But you haven't -- nobody's told you they

21   witnessed it?

22       A    Yeah.

23            MS. BRONSON:  I don't have any further questions.

24            MR. ALLEN:  I don't have anything.

25            MS. BRONSON:  Okay.  Mr. Jones, you -- the court

1    reporter has typed down everything that you and I have

2    said.  You have the right prior to the -- her

3    certifying the transcript of this deposition to read

4    the -- the transcript for accuracy to see if you think

5    she's typed it down correctly, or you can waive that

6    right.  It's totally up to you.  If you want to read

7    the transcript before it's certified you -- you have to

8    make arrangements to get with the court reporter to

9    come down to her office and read it.

10        THE WITNESS:  Okay.

11        MS. BRONSON:  It's up to you but you need to let

12   us know how whether you want to read the transcript

13   before it's certified or whether you want to waive it.

14        THE WITNESS:  I'll waive it.

15        MS. BRONSON:  Okay.

16        THE VIDEOGRAPHER:  The time is 3:56 p.m.  Off the

17   record.)

18        (The proceedings were concluded at 3:56 p.m.)

19

20

21

22

23

24

25

1      CERTIFICATE OF OATH OF WITNESS

2    STATE OF FLORIDA
     COUNTY OF ORANGE:

3
          I, DONNA R. KELLER, R.P.R., certify that JIMMY LEE
4    JONES personally appeared before me and was duly sworn.

5          WITNESS my hand and official seal this 18th day of
     August, 2009.

6

7    _____
     DONNA R. KELLER, R.P.R.
8    Notary Public, State of Florida at Large
     Commission No. DD 732038
9    Commission Expires:  11/06/2011

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- - - - -

CERTIFICATE OF REPORTER

STATE OF FLORIDA:
COUNTY OF ORANGE:

    I, DONNA R. KELLER, R.P.R., do hereby certify that I was authorized to and did stenographically report the deposition of JIMMY LEE JONES; that the review of the transcript was not requested; and that the foregoing transcript, pages 1 through 33, inclusive, are a true and complete record of my stenographic notes.


    I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee connected with any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the outcome of the action.

    DATED this 18th day of August, 2009.



_____
DONNA R. KELLER, R.P.R.

## A

**able** 7:24 8:6,7
**accuracy** 31:4
**acquainted** 9:1
**act** 11:1
**acting** 9:11,13
  10:25
**action** 33:10,11
**address** 6:5,10,13
  7:10,14 9:24
**African-Americ...**
  25:14
**afternoon** 11:25
  28:20
**agency** 18:1 20:17
**ago** 6:11 7:8 8:14
  18:6,7 19:23
  20:5,9
**agreed** 2:21
**al** 3:5
**Allen** 1:17,17 3:11
  3:11 30:24
**answer** 4:8,14,14
  4:15,16 18:21
  19:2,3,5,7 20:12
  20:13
**answering** 10:22
**anybody** 25:22
  26:11 27:7
  30:11,16
**anyways** 22:15
**apartment** 5:16
  5:17
**appeared** 32:4
**approximately**
  7:10 13:15 29:5
**area** 25:23 27:7
**arrangements**
  31:8
**arrested** 18:23
  19:14 20:17
**arrival** 3:2
**arrived** 13:5,8
**asking** 10:1,13,22
  17:23
**asleep** 14:19,22
**assumed** 15:23

## B

**attention** 14:24
  28:9
**attorney** 33:9
**attorneys** 33:10
**audibly** 4:15
**August** 1:12 3:3
  32:5 33:12
**authorized** 33:5
**Avenue** 1:21
**avoid** 4:17
**aware** 12:9,13
  13:17,20

## B

**back** 16:9,10
  22:13 23:12
  24:20,21 25:9,13
  25:25 26:4,8
**background** 4:23
**bathroom** 15:9,10
**Beary** 1:6 3:5,9
**bedroom** 16:13
**beginning** 1:13
**behalf** 1:12
**behavior** 9:14
  11:17,21
**believe** 9:7,10,15
  22:18
**believed** 20:20
**best** 25:11
**beyond** 6:21
**biographical** 4:23
**birth** 5:3
**bit** 15:18
**black** 30:10
**blood** 25:10 27:5
  27:12
**bloods** 27:4,6
**boarding** 10:4
**body** 25:4,20
  27:13,17 30:4,5
  30:7
**born** 5:5
**bothering** 18:10
  18:11
**break** 4:21
**breeze** 29:23

**Brian** 1:8 3:10
**Bronson** 2:2,3,11
  3:8,8,20,21
  30:23,25 31:11
  31:15
**Brown** 2:6
**built** 22:14
**bump** 24:5,7
**Burks** 1:3 3:5,11
**business** 14:19
  18:13

## C

**C** 1:16 2:1
**call** 24:3
**called** 13:18,21
**calling** 13:24
**cap** 16:1
**caps** 15:15,15
**carried** 20:2
**Carver** 6:18,19,21
  6:24
**case** 1:5 8:12,12
**caused** 9:10,14
  13:20
**CERTIFICATE**
  2:13,14 32:1
  33:2
**certified** 31:7,13
**certify** 32:3 33:4,9
**certifying** 31:3
**chair** 29:21
**chance** 16:15
**changed** 9:12
**CHESTER** 1:7
**Chet** 3:10
**choose** 19:2
**cigarette** 11:12,16
**clean** 27:11
**close** 22:13,18
  24:20 26:4,5,5,8
**closed** 25:25
**come** 15:1,11,14
  15:25 16:15,24
  16:25 17:1
  21:13 23:15
  27:10,11 31:9

**coming** 9:3 12:10
  14:1,17 15:1,20
  16:22 28:21
**Commission** 32:8
  32:9
**commotion** 22:17
  22:20
**compel** 19:6
**complete** 4:24
  33:7
**complex** 5:18
**concluded** 31:18
**confused** 15:18
**connected** 33:10
  33:10
**contact** 8:6
**cont'd** 2:1
**conversation**
  20:21 21:4 24:8
  26:10 28:5
**convicted** 19:17
  19:24 20:1,6
**correct** 17:9 22:10
  24:13
**correctly** 31:5
**counsel** 2:21 3:6
  33:9,10
**County** 1:7 3:9
  18:3,4 19:15
  20:16 32:2 33:3
**court** 1:1 3:14,14
  4:9 19:6,6,8,13
  30:25 31:8
**create** 4:10
**crime** 20:1
**crimes** 19:17
**curious** 24:5
**currently** 5:12 7:5

## D

**D** 2:9
**dark** 29:11,12
**date** 3:3 5:3
**DATED** 33:12
**day** 7:17 11:11,12
  12:23 28:11
  32:5 33:12

**daylight** 29:3
**DD** 32:8
**deceased** 1:4
**Defendants** 1:9,12
  2:5
**deposition** 1:11
  2:23 3:4,23 4:1
  31:3 33:5
**deputies** 12:10,14
  12:16,19 13:17
  13:21 18:9
  20:21 21:4
  23:10 26:11
**deputy** 1:7,8 3:9
  3:10 24:21,25
  25:12,20 30:10
**describe** 17:11
  22:20 23:17
  25:12
**described** 21:15
**Destiny** 2:3
**detectives** 13:1,2
**difference** 17:22
**different** 9:13
**difficult** 4:10
**digits** 5:7
**Dill** 1:20 3:2
  28:15
**Direct** 2:11 3:19
**directly** 25:7
**dishonesty** 19:18
**DISTRICT** 1:1,1
**disturbance** 13:24
  14:13,17 15:20
**DIVISION** 1:2
**doing** 10:5 24:25
  28:23
**Donna** 1:14 32:3
  32:7 33:4,16
**door** 14:24 15:25
  16:4,6,12,12,24
  16:25 17:2,6
  18:12 22:13
  23:15,19,21,24
  24:1,5,7,13,15
  24:17,20 25:6,7
  25:8,17,23,25

26:2,5,5,5,8
27:23,25 30:3,12
**downstairs** 5:20
**dude** 28:18
**duly** 3:17 32:4
**duplex** 5:21

**E**

E 1:16,16 2:1,1,9
**earlier** 15:19
20:20
**Early** 11:12
**East** 1:13,18
**Eide** 2:3
**eight** 8:23,24 20:8
**either** 25:4
**employed** 7:5,7
**employee** 33:9,10
**encounter** 18:8
**enforcement** 14:6
14:12 15:1,20
16:21 18:1
20:17 30:1,1
**enters** 28:15
**Esquire** 1:17,20
2:2
**et** 3:5
**evening** 12:22,24
12:25 28:14,16
29:11
**everybody** 17:1
27:10
**evicted** 7:20
**exactly** 14:15
**Examination** 2:11
3:19
**experience** 30:8
**Expires** 32:9
**explain** 22:15
**express** 4:16

**F**

**face** 15:4,7
**fact** 13:21
**falling** 24:6
**far** 13:15 22:12
30:17

**feet** 13:16,16
**fell** 25:8
**felonies** 20:11
**felony** 20:7
**fighting** 16:19
20:24
**Figueroa** 1:8 3:10
**finally** 27:2
**financially** 33:11
**finish** 4:7,13
10:22
**fired** 22:10
**Firm** 1:17
**first** 3:17 4:3 9:1
11:11 12:13
13:17 21:3,7
**Five** 20:5
**floor** 21:2 24:18
26:15,17
**Florida** 1:1,7,14
1:15,18,22 2:4
3:9 5:6 32:2,8
33:3
**folks** 14:18
**following** 3:1
**follows** 3:17
**foot** 25:4
**foregoing** 33:6
**four** 5:7 8:14
17:16
**frame** 10:16
**Frank** 1:17 3:11
**front** 18:12 23:23
25:7
**further** 30:23
33:9

**G**

G 2:2
**GED** 7:1
**gentleman** 29:2
**getting** 4:22 26:15
26:17 29:11
**give** 3:25 4:23 5:7
**go** 6:17,21,23 9:4
15:4,9,10,11
16:6 17:1 18:24

24:20,21 25:9,12
25:24 26:4
28:21 29:14
**goes** 8:12
**going** 16:18 19:1
23:12 26:24
28:6
**gonna** 21:10
**good** 4:10 26:4,21
**grade** 6:23
**Grower** 2:2
**guess** 27:11
**gun** 16:11
**guns** 16:1
**gunshots** 17:12
21:1,8,13,15,17
22:5,7,10,18
**guy** 28:18 29:1
**guys** 14:16

**H**

**half** 24:5 25:16
27:22 30:12
**hall** 15:10
**hallway** 16:9,11
16:24 20:24
21:13 22:14,23
25:22 26:11
27:7
**Hampton** 6:16
**hand** 32:5
**happened** 21:6
26:14
**happening** 12:4
**harassing** 18:13
**harm** 11:4
**head** 4:17 25:11
**health** 9:8,15
**hear** 15:15 17:2,3
20:21,23 21:4,11
21:17,19 22:2
23:4,7,10,16
24:8,10 26:10,13
**heard** 13:23,25
14:1,3,7,9,11,15
14:16,21 15:8,19
15:23,24,24 16:1

16:8,10,13,17,19
16:21 17:7,14
21:1,8,8,11,12
21:13,15,25 22:6
22:6,17 23:4,12
23:14,25 24:7,9
27:23
**hearing** 14:25
20:19 21:14
**held** 26:1
**high** 6:17,18,19
6:21
**hold** 10:21
**home** 5:16 28:21
**house** 5:19,20
10:4 22:14,16
29:16,18 30:15
**hurt** 16:19

**I**

**identify** 3:6
**inclusive** 33:6
**inside** 15:6 29:18
**intend** 7:16
**intentions** 7:13
**interested** 33:11
**interviewed** 13:2
29:25
**issue** 19:6

**J**

**Jack** 1:4 3:12
22:24 23:4
28:10,13,20,23
29:13,18 30:3
**Jeanelle** 2:2 3:8
**Jeanelle** 3:21
**Jimmy** 1:11 2:10
3:4,16 4:25 32:3
33:5
**JOHN** 1:20
**Jones** 1:11 2:10
3:4,16,21 4:25
8:3 30:25 32:4
33:5
**Jones's** 13:12
**Jr** 4:25

**June** 9:6 10:23
11:6,9,20,25
12:1,10,20,25
13:6 28:10,21
**Junior** 6:18,19,21

**K**

**keep** 14:18 25:25
**Keller** 1:14 32:3,7
33:4,16
**Ketcham** 2:2
**Kevin** 1:6 3:5,8
**killed** 18:14
**kind** 22:20 25:5,6
25:11 26:6,12,25
**kinds** 9:20
**knew** 9:3 10:5
11:1 21:22,25
**knife** 11:7 30:4
**knob** 24:13
**know** 4:4,21 6:11
10:5,8,9,24 11:3
14:3,5,11,19,23
15:16,22 16:8
17:16 20:8 21:1
21:25,25 22:8,9
22:10,11,24 23:2
23:13 26:5,23
29:1,3,17 30:17
31:12
**knowledge** 9:23
**known** 5:1 8:22

**L**

L 2:20
**lady** 18:15
**laid** 21:1 29:8
**Lake** 2:3
**large** 1:15 22:15
32:8
**law** 14:5,12,25
15:19 16:21
18:1 20:17
29:25 30:1
**lawsuit** 12:21
**laying** 23:23
25:10

leaning 25:5
Lee 1:11 2:10 3:4
  3:16 4:25 32:3
  33:5
letting 27:9
Let's 4:22
level 5:20
little 4:22 9:16
  13:9 15:15,18
  16:9 22:7
live 5:23 6:1,6,8
  6:10 9:23 10:15
lived 6:3,7 7:10
  10:9
living 6:5 9:22
  10:19
long 6:3 8:21 18:6
  23:25 26:1,19
longer 26:22
looked 25:9
looking 26:6
lost 17:15,17,20
  17:23 26:6
lot 16:11,19 20:23
  22:22
Lou 6:16
loud 21:1 22:12
  24:5,7
lung 17:15,17,20
  17:24
lying 24:18

**M**

Maitland 2:4
man 25:10
Marie 1:3 3:5,11
Mary 6:16
matter 3:5
Mays 6:8 8:15
  9:24
ma'am 4:19 8:10
  8:13,17,20 9:5
  10:18,20 11:5,8
  11:10 20:18
  23:20 24:14
  25:18 27:21,24
  29:15 30:2,6,9

30:13
mental 9:8,15
met 22:25 23:2,2
MIDDLE 1:1
military 7:3
Mills 1:3,4 3:12
  3:13 8:19,21 9:7
  9:18,22,23 10:3
  10:17,24 11:6,9
  11:22,24 13:24
  15:21 18:24
  20:22 21:5
  22:24 23:5,7,23
  24:6,18,23,24
  25:7,20 26:15
  28:10,13,20,23
  29:13,18 30:11
Mills's 11:21
  13:13 25:19
  27:13,17,17 30:4
  30:5
minding 18:12
minute 24:4 25:16
  26:3,4,7 27:22
  27:22 30:12,12
minutes 24:2,3
  26:21,22 28:1,7
months 19:23
Morgan 1:21,21
  2:6,6
motel 6:7,7 7:19
  7:22
mother 8:4
mother's 6:13,15
  8:15 10:4,16,19
  12:10 13:6
move 7:16,18,22
moving 7:13
music 26:25

**N**

N 1:16 2:1,9,20
name 3:21 4:24
  5:18 6:15
names 5:1
near 13:12
necessary 7:25

need 4:16,20
  18:18 31:11
needed 19:12
neighborhood 9:2
  9:3
never 11:1 16:15
nighttime 29:10
Ninth 6:25
nobody's 30:20
nods 4:17
North 1:21 2:3
nose 14:18
Notary 1:15 32:8
notes 33:7
Notice 1:12
noticed 11:18
number 5:8

**O**

O 2:20
OATH 2:13 32:1
obtain 7:1
occasion 10:24
  11:25
occasions 19:15
occurred 8:16
  29:5,10
odd 11:22
office 18:4 19:15
  20:16 31:9
officer 17:15 21:9
  24:10,20 25:8
officers 14:6,12
  15:20 30:1
official 32:5
okay 3:25 4:1,6,7
  4:11,18 5:23
  6:23 7:24 8:2,18
  9:6 10:7,11,22
  11:3,24 12:7,13
  12:19,24 13:2,5
  13:8,20 14:20,25
  15:12,15,18 16:3
  16:7,12,16,20
  18:1,21,23 19:4
  19:13 20:13
  21:23 22:2,9

23:21 24:15,21
  24:24 26:8 27:7
  27:16 28:5,20,23
  29:21 30:14,20
  30:25 31:10,15
once 4:11
ones 22:13
open 15:25 17:2,6
  23:19 24:15
  25:6 26:2 27:25
opened 16:3,12
  23:21 24:1,12,13
  24:17 25:8,17,23
  27:23 30:3,12
opportunity 19:5
Orange 1:7,21 3:9
  18:3,4 19:15
  20:16 32:2 33:3
ordinary 11:17
Orlando 1:2,14
  1:18,22 5:6
outcome 33:11
outside 12:16 15:1
  24:8 28:6
overheard 14:23

**P**

P 1:16,16 2:1,1,20
pages 33:6
pants 15:3
paper 14:10
Parker 1:7 3:10
Parkway 6:8 8:15
  9:24
parties 2:22 33:9
  33:10
pay 14:24 28:8
people 4:11 16:21
  16:23 18:10
person 8:18
personal 1:3 3:12
personally 32:4
physical 11:4
Plaintiffs 1:4,23
plan 7:18
please 3:6,15 4:4
  4:24 7:9

point 12:9 23:19
pointers 3:25
police 13:24,25
  14:4,16 24:9
Pool 27:4
pop 15:16,16
  21:12 22:7
popping 20:19
  21:3,7
pops 16:13 17:7
  17:11
porch 11:13 28:17
  28:25 29:20
presence 29:14
PRESENT 2:6
prior 3:1 8:21 9:6
  10:23 12:20
  20:19 31:2
problem 9:8,15
proceedings
  31:18
prompted 18:8
proximity 22:18
Public 1:15 32:8
puddle 27:6
puddles 27:5
pursuant 1:11
pushed 24:15
put 15:3
P.A 1:17,21 2:3,6
p.m 1:13 3:6
  31:16,18

**Q**

question 4:4,5,8
  8:11 10:22
  18:21 19:1,5
  20:14 28:3
questions 18:18
  30:23
quick 21:6
quickly 21:7
  26:14

**R**

R 1:14,16 2:1 32:3
  32:7 33:4,16

**radio** 26:25
**Raleigh** 5:13,13
  6:5 7:10
**reach** 7:25
**read** 31:3,6,9,12
**reading** 2:23
**ready** 15:25 16:5
**real** 16:10
**really** 11:1 12:22
  14:24 17:21
  23:15 24:10,19
  26:12,13,22,23
  28:8 29:7 30:9
  30:16
**reason** 4:8 8:11
  9:7 10:24 18:10
  18:11
**recall** 8:14,18
  12:22 28:5 29:7
  29:25
**recognize** 17:4
**record** 3:7 4:10
  31:17 33:7
**referring** 12:25
  22:4,5
**refuse** 19:4
**refusing** 18:21
  20:13
**relative** 33:9,10
**remember** 17:25
  26:15,17
**remembered**
  18:14
**removed** 27:14,17
**renter** 10:3
**rephrase** 4:5 9:25
**report** 33:5
**reporter** 2:14
  3:15 4:9 31:1,8
  33:2
**representative** 1:3
  3:12
**representing** 3:8
  3:11
**requested** 33:6
**reside** 5:12
**residence** 5:23 6:3

8:15 10:16,19
  12:10,17 13:6,18
  13:22 14:6 15:6
**resident** 29:16
**respective** 2:22
**rest** 22:13
**result** 17:17
**review** 33:5
**Richara** 2:6
**Ricky** 1:3 3:12
  8:19,21 9:7,18
  9:22,23 10:3,16
  10:24 11:6,9,20
  11:22,24 13:12
  13:13,24 15:21
  20:22 21:4 23:7
  27:13,16,17 30:3
  30:5,11
**right** 4:20 8:11,18
  12:4 15:14
  18:20 19:9,14
  23:23 25:7 27:7
  27:11,23 31:2,6
**Road** 2:3
**Robinson** 1:13,18
**room** 12:15 13:10
  13:12,13,19
  14:10 15:2,10,11
  15:12 16:9,23,25
  23:3,19,21 24:1
  24:8,22 25:9,13
  26:20,24 27:2,8
  27:14,16 28:1,6
  28:6,17,21 29:8
  29:14
**rooming** 29:16,18
  30:14
**running** 20:25
**Rutherford** 2:2
**R.P.R** 1:15 32:3,7
  33:4,16

**S**
**S** 1:16 2:1,20,20
**sat** 25:9
**saw** 11:16 27:5
  28:20 29:19

30:3,7
**saying** 14:11,16
  15:19 17:25
  24:10
**scared** 21:19
**scene** 27:18
**school** 6:17 9:4
**seal** 32:5
**seconds** 21:12,14
**Security** 5:8
**see** 11:6,9,11 12:1
  15:13 22:12,14
  23:22 24:17,19
  25:19,23 27:3
  28:10,13 30:4,11
  31:4
**seeing** 11:24
**seen** 9:11 12:16
  28:14,16
**sentence** 20:2
**served** 7:3
**seven** 18:7
**Sheriff** 1:6,7,8 3:9
**Sheriff's** 18:4
  19:15 20:16
**shoot** 21:10
**shootin** 29:23
**shooting** 8:15
  12:5,20 13:3
  16:1,11 25:10,17
  26:10,19 28:11
  29:5,10 30:1,15
  30:18
**shot** 8:19,21 17:16
**shots** 21:21,22,23
  22:1,2,4 23:4,4,8
  23:11,25 27:23
**side** 16:25 25:4
**signing** 2:23
**simply** 17:23,25
**sir** 18:18 19:1
**sitting** 26:6 28:19
  28:25 29:21
**situation** 12:4
**six** 6:11,12 18:7
  19:23 20:5
**sleep** 13:10 29:9

**Slept** 13:9
**slower** 9:16
**smoke** 11:12
**smoking** 11:16
**Social** 5:8
**socialize** 9:18
**somebody** 14:7
  15:19,24 17:2
  20:25,25
**soon** 16:5
**sorry** 14:2 23:1
  26:16
**sort** 29:23
**sound** 21:15
**sounds** 20:19 21:3
  21:7
**spoken** 30:16
**standing** 24:23,24
  25:1,20 30:10
**start** 4:22
**started** 9:11 16:3
**startled** 25:6
**State** 1:15 32:2,8
  33:3
**STATES** 1:1
**stay** 5:20 26:19
**stayed** 9:2 27:16
**stenographic** 33:7
**stenographically**
  33:5
**stepped** 16:8,9,10
**stipulated** 2:21
**stood** 11:18,21
**stop** 18:15 21:10
**Stopped** 18:12
**straddling** 25:2
**straight** 16:24
  17:1
**street** 1:13,18
  5:13,19 6:5 7:10
**strike** 7:9 9:22
**stuff** 15:4,8 16:1
  16:11 23:14
  25:11 27:12
**subject** 12:20
**sudden** 21:1
**Suite** 1:14,18,21

2:3
**supposed** 14:1
**sure** 19:9 21:20
**swear** 3:15
**sworn** 3:17 32:4

**T**
**T** 1:17 2:20,20
**take** 4:20 19:5,8
  19:13
**taken** 1:11 3:4,23
**talk** 9:21 14:25
**talked** 12:19
**talking** 14:7 15:24
  18:24,25 23:13
  24:9 28:18,19,25
  28:25 29:1,2,14
**taser** 15:16 17:14
  17:15,24 20:20
  21:15
**tasered** 17:18
  18:2,9,23
**tasers** 16:2,14
  17:13 21:24
**Telan** 2:3
**television** 26:25
**tell** 16:20 24:21
  25:14 26:4
  30:15
**testified** 3:17
  20:20
**TESTIMONY**
  2:10
**Thank** 3:14
**theft** 19:18
**thin** 14:10
**thing** 13:25 18:14
**things** 9:12,20
  15:16 21:19
**think** 13:7 21:14
  25:16 31:4
**thought** 16:14
**threaten** 11:3
**three** 11:15 15:17
  17:7 21:23 22:1
  22:2
**throw** 20:24

till 21:6
time 3:6 4:3,20
   9:19,19 10:15,15
   10:16 11:14
   13:5 15:3 19:22
   20:4 26:22,23
   27:25 28:24
   29:6,11,19 31:16
times 8:1 17:16
   19:16,20,21 20:6
tired 29:8
today 12:21
told 14:5,7 21:10
   25:8,12 30:20
totally 31:6
touch 8:7
transcript 31:3,4
   31:7,12 33:6,6
transpired 3:1
traumatic 30:7
trial 8:12
tried 26:4
true 33:6
try 4:17 10:21
trying 20:24
   26:14
turned 24:12
tussling 16:11,19
two 4:11 6:4 7:10
   15:16,17 17:7
   21:1,12,14,18,21
   21:22 22:11
typed 31:1,5
typing 4:9

**U**

U 2:20
uh-huhs 4:17
uh-uhs 4:17
Um-hmm 8:8
   27:19
understand 4:4
   28:3
understood 4:12
   19:10
UNITED 1:1
unusual 11:21

upstairs 5:20
usually 7:24 9:16

**V**

verbally 4:15
versus 3:5
vicinity 30:4
VIDEOGRAP...
   3:3 31:16
violence 11:2
violently 10:25
voices 17:4
vs 1:5

**W**

W 1:20
wait 4:7,13
waited 28:1
waiting 28:7
waive 31:5,13,14
waived 2:23
walk 16:18,23
walked 18:13
walkie-talkies
   15:8 23:12,14,17
wall 20:25
walls 14:10
want 7:22 16:18
   18:15,19 19:2,3
   19:9 20:12
   21:19 31:6,12,13
wash 15:4,7
wasn't 14:7 22:12
   24:15
watch 26:23
way 14:4,6,12
   16:23
Wednesday 1:12
went 11:12 13:10
   13:10 28:17
   29:8,8
we'll 4:21
we're 12:21
Willie 6:8 8:15
   9:24
witness 2:22 3:15
   3:18 31:10,14

32:1,5
witnessed 30:15
   30:21
witnesses 30:18
wondering 16:17
words 4:16
wrestling 22:22

**X**

X 2:9

**Y**

Yeah 5:11 7:23
   10:10 17:15
   19:11,19 23:12
   30:22
year 7:14 20:2
years 6:4,11 7:8
   7:11 8:14,23,23
   8:24 9:12 18:7
   20:5,9
young 18:15

**1**

1 33:6
10 8:23,24 20:5,9
105 1:13
11/06/2011 32:9
130 1:18
14th 9:6 10:23
   11:6,9,20,25
   12:1,10,20,25
   13:6 28:10,21
15 7:8
1600 1:21
18th 32:5 33:12

**2**

2 5:9
2/22/61 5:4
20 1:21 7:8
2005 9:6 10:23
   11:6,9,20,25
   12:1,11,20,25
   13:6 28:10,21
2009 1:13 3:3 32:5
   33:12
2267 5:9,10

**3**

3 2:11
3:12 1:13 3:6
3:30 11:15,24
3:56 31:16,18
30 13:16,16 26:21
   28:1,7
32 2:13
32751 2:4
32801 1:18
32802 1:22
33 2:14 33:6

**4**

4:30 13:7
40 13:16
44102 5:13,14
45 26:21
450 2:3

**5**

5 1:12
5th 3:3
503 1:14

**6**

6:08-CV-1568-...
   1:5
605 1:18

**7**

732038 32:8
737 6:8 9:24

**9**

901 2:3