1              UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF FLORIDA
2                        ORLANDO DIVISION

3    MARIE BURKS, as Personal
     Representative of RICKY MILLS,
4    deceased, and JACK MILLS,
                Plaintiffs,
5
6    vs.              CASE NO.:  6:08-CV-1568-ORL-28GJK

7    KEVIN BEARY, as SHERIFF OF
     ORANGE COUNTY, FLORIDA, DEPUTY
8    SHERIFF CHESTER PARKER and
     DEPUTY SHERIFF BRIAN FIGUEROA,      CERTIFIED COPY
9            Defendants.
     ----------------------------------------------------------
10

11       The deposition of MARY LOU JONES taken pursuant to

12   Notice on behalf of the Defendants on Wednesday, August 5,

13   2009, beginning 1:43 p.m., at 105 East Robinson Street,

14   Suite 503, Orlando, Florida, before Donna R. Keller,

15   R.P.R., and Notary Public, State of Florida at Large.

16   A P P E A R A N C E S:

17       FRANK T. ALLEN, Esquire
         The Allen Firm, P.A.
18       605 East Robinson Street, Suite 130
         Orlando, Florida  32801
19
             For the Plaintiffs,
20
21       JEANELLE G. BRONSON, Esquire
         Grower, Ketcham, Rutherford,
         Bronson, Eide & Telan, P.A.
22       901 North Lake Destiny Road, Suite 450
         Maitland, Florida  32751
23
             For the Defendants.
24

25   ALSO PRESENT:  Richard Brown, Morgan & Morgan, P.A.

I N D E X

TESTIMONY OF MARY LOU JONES

Direct Examination by Ms. Bronson               3
Cross-Examination by Mr. Allen                 40
Redirect Examination by Ms. Bronson            44

CERTIFICATE OF OATH                    47
CERTIFICATE OF REPORTER                        48
ERRATA SHEET                                   49

E X H I B I T S

Defendants' Exhibit No. 1                       33

- - - - -

S T I P U L A T I O N S

    It is hereby stipulated and agreed between counsel

for the respective parties and the witness that the

reading and signing of the deposition be reserved.

1

2          THE VIDEOGRAPHER:  The date is August 5th, 2009.

3     This is the deposition of Mary Lou Jones being taken

4     in the matter of Marie Burks versus Kevin Beary, et

5     al.  The time is 1:43 p.m.  Counsel, please identify

6     yourselves for the record.

7          MS. BRONSON:  Jeanelle Bronson representing

8     former Sheriff Kevin Beary and Deputy Chet Parker and

9     Deputy Brian Figueroa.

10          MR. ALLEN:  Frank Allen.  I'm representing Marie

11     Burks as personal representative of Ricky Mills and

12     Jack Mills.

13          THE VIDEOGRAPHER:  And would the court reporter

14     please swear in the witness.

15                    MARY LOU JONES,

16     having been first duly sworn testified as follows:

17          THE WITNESS:  Yes.

18                 DIRECT EXAMINATION

19  BY MS. BRONSON:

20     Q     Would you state your name for the record, please?

21     A     Mary Jones.

22     Q     Ms. Jones, my name is Jeannelle Bronson and I

23  will be asking you some questions during this deposition.

24  I'd like to start, though, by just giving you a few

25  pointers about how the deposition will be conducted.

```
 1          A     Okay.
 2          Q     Have you -- first, have you ever had your
 3    deposition taken before?
 4          A     No.
 5          Q     Okay.  Well, we're just going to ask you a few
 6    questions.  We'd ask you that you listen carefully to the
 7    question that's asked and then try to answer that question
 8    audibly, verbally, with a yes or a no or whatever other
 9    words you need to express your answer, okay?
10          A     Okay.
11          Q     I'd also ask that you at any time during the
12    deposition if you do not understand my question, that you
13    let me know and I will rephrase the question.
14          A     All right.
15          Q     Also, if you would answer with yes's or no's or
16    other words as opposed to nods of the heads and as opposed
17    to uh-uhs or uh-huhs --
18          A     Yes, okay.
19          Q     -- that will make for a much better record for
20    us.
21          A     Yes.
22          Q     Okay?
23          A     Okay.
24          Q     All right.  Let's start with have you ever been
25    known by any other names other than Mary --
```

1        A    Yes.

2        Q    Let me finish.  I'm sorry.  Other than Mary

3   Jones.

4        A    Yes.

5        Q    Okay.  What other names have you been known by?

6        A    Mary Hampton.

7        Q    And what is your maiden name?

8        A    Burney.

9        Q    Ma'am?

10       A    Mary Burney.

11       Q    Would you tell us that for us, please?

12       A    B-U-R-N-E-Y.

13       Q    Okay.  And currently you go by the name of Mary

14   Jones?

15       A    Yes.

16       Q    Okay.  Have you -- can you give me your date of

17   birth, please?

18       A    12/28/1941.

19       Q    And where were you born?

20       A    Bainbridge, Georgia.

21       Q    Can you spell that for me?

22       A    B-A-I-N-B-R-I-D-G-E.

23       Q    What is your current address?

24       A    737 Willie Mays Parkway, Orlando, Florida.

25       Q    How long have you lived at that address?

1          A     Since 1972.

2          Q     Can you give me the last four digits of your

3    Social Security number?

4          A     2047.

5          Q     What type residence is the residence at 737

6    Willie Mays Parkway?

7          A     Well, I takes in mental clients as -- as

8    boarders.

9          Q     Do you have a license as a assisted living

10   facility?

11         A     No, it's not assisted.

12         Q     It's just a -- you just rent rooms?

13         A     Uh-huh, I rent rooms.

14         Q     Okay.  Are all of the people that you rent rooms

15   to, do they have mental health problems?

16         A     Most of them.

17         Q     Okay.  And how long have you been renting rooms

18   to -- at this residence?

19         A     Since 1981.

20         Q     How many rooms -- available rooms do you have for

21   rent?

22         A     How many rooms there?

23         Q     Yes, that you actually rent out.

24         A     Nine.

25         Q     Now, other than renting the rooms to these

```
 1        individuals, do you assume any responsibility for their
 2        everyday living activities, for instance, cooking for them?
 3            A    Just cooking.
 4            Q    Okay.  Do you cook for all of them?
 5            A    Yes, ma'am.
 6            Q    Do you administer any medications to them?
 7            A    No.
 8            Q    Can you give me your telephone number?
 9            A    407-294-2130.
10            Q    Now, in preparation for the deposition today have
11        you reviewed any documents?
12            A    No.
13            Q    Okay.  Have you talked to anyone in preparation
14        for the deposition today?
15            A    No.
16            Q    At any time prior to this deposition have you
17        spoken with the attorney for the estate of Ricky Mills?
18            A    No.
19            Q    How long have you lived in Florida?
20            A    Let's see.
21            Q    Approximately.
22            A    Approximately 60 years, yeah, 60, 60 years.
23            Q    And you've lived at the same location for the
24        last -- since 1972?
25            A    Yes.
```

1        Q      Now, back on January -- excuse me -- June 14th,

2    2005 there was an incident which occurred at that

3    residence; is that correct?

4        A      Yes.

5        Q      Involving a shooting with Orange County deputy

6    sheriffs?

7        A      Yes.

8        Q      Okay.  Do you recall that night?

9        A      Yes.

10        Q      Okay.  And it involved one of the residents

11    there; is that correct?

12        A      Yes.

13        Q      And was it Ricky Mills?

14        A      Yes, it were.

15        Q      When did you first become acquainted with Ricky

16    Mills?

17        A      I've been knowing him for about 10 years, off and

18    on.

19        Q      And how long had Ricky Mills lived as a resident

20    at your -- would you describe that as a rooming house?

21        A      Yes.

22        Q      Okay.  How long has he -- had he lived there?

23        A      The last time he stayed -- he stayed prior to

24    that -- he stayed -- he was there about four years, I

25    believe.

1    Q    So on June 14th, 2005 he had been living at that

2    residence for approximately four years?

3    A    Yes.

4    Q    Okay.  And how did you first become acquainted

5    with Ricky Mills?

6    A    Lakeside told me about him.

7    Q    Do you have some type of relationship with

8    Lakeside Alternatives where they refer potential renters to

9    you?

10    A    Not anymore.

11    Q    Okay.  But at one point you did?

12    A    Yes.

13    Q    Okay.  And what was your understanding as to

14    Ricky Mills's mental health problem when he came to live at

15    your residence?

16    A    Well, at the time he -- he did for himself, he

17    cooked for himself.  He's one that cooked for himself.  And

18    --

19    Q    I mean did you know anything about his mental

20    health condition?

21    A    Oh, he was schizophrenia, I think.  I'm not for

22    sure 'cause I didn't have a record on him.

23    Q    Did you ever take Ricky Mills to the doctor?

24    A    No.  He used the bus.

25    Q    Okay.  Now, you said that he lived with you on

1   two different occasions; is that correct?

2       A    Yes.

3       Q    Lived in your residence on two different

4   locations?

5       A    Yes, we talked about the last four years, um-hmm.

6       Q    Okay.  When did he first come to live at your

7   residence?

8       A    Ten years prior to that, I believe, for a while.

9       Q    And was there any particular reason why he

10  stopped living at your residence the first time?

11      A    Well, he want to -- he want to move right on his

12  own.

13      Q    And when he first came to live at your residence

14  how long was it -- how long of a period of time was it that

15  he lived there?

16      A    It was about a year, I believe, about a year.

17      Q    And then he moved out on his own?

18      A    Uh-huh, yes.

19      Q    Okay.  And then how long was he out on his own,

20  to your knowledge?

21      A    For a while until four years, you know, he came

22  back and he stayed for four years.

23      Q    Okay.  So he stayed at your residence for about a

24  year?

25      A    Um-hmm.

 1          Q     And then he was out for some years then; is that
 2     correct?
 3          A     Yeah, yes.
 4          Q     And then he came back about four years before his
 5     death?
 6          A     Yes.
 7          Q     Okay.  Now, during the second time that he was
 8     living at your residence, did you ever have any problems
 9     with Ricky Mills prior to his death?
10          A     No, I haven't.
11          Q     Did you ever know Ricky Mills to be violent or
12     threaten anybody with violence prior to his death?
13          A     No, he never was violent with anybody around
14     there, not me.
15          Q     During the last four years that he lived at your
16     residence did you ever have occasion to have to call for
17     assistance with Ricky Mills because he was having mental
18     health problems?
19          A     Well, the night -- the day he got killed, that's
20     the time I -- he was just -- he throw his clothes in the
21     garbage and I thought that was unusual for him to do that.
22          Q     Okay.  But prior to this -- the day that -- of
23     the shooting that's -- that we'll talk about in a little
24     bit, had you had any problems with Ricky Mills in terms of
25     --

1       A       Before the shooting?

2       Q       Yes, ma'am.

3       A       No.

4       Q       Okay.  Had you ever known Ricky Mills to threaten

5   anyone with a knife prior to the shooting?

6       A       No.

7       Q       While Ricky Mills was staying at your residence

8   did you ever have reason to believe that he had a drug

9   problem?

10      A       No, I don't believe he had a drug problem.

11      Q       Did you know anything about the medications that

12  Ricky Mills was taking prior to his death?

13      A       No, I don't.  He kept his own.

14      Q       During the four years that Ricky Mills lived with

15  you this last time, did you ever have occasion to -- to

16  know or become aware that he had to go back to Lakeside

17  Alternatives as an -- on an inpatient basis?

18      A       He never went back to Lakeside.

19      Q       Now, before Ricky Mills's death on June 14th,

20  2005, did you become aware that he seemed to be displaying

21  some unusual behavior?

22      A       Yes, I did notice.

23      Q       Okay.  When did you first notice that?

24      A       That afternoon when I came home.

25      Q       Now, do you -- in addition to having that rooming

1    house, do you work outside of your residence?

2         A    No, I don't.

3         Q    Okay.  So -- but at some point that afternoon you

4    came home and Ricky was doing something out of the

5    ordinary?

6         A    Yeah.

7         Q    Tell me what.

8         A    One of the boys said Ricky had put his clothes --

9    some of his clothes in the garbage and they had gotten some

10   of them out.  And then I talked to Ricky after that and

11   asked him, you know, how was he doing and everything.  And

12   he said he was all right, he was going to, you know, get

13   him a place -- another place to stay.  And I asked him

14   when.  He said he didn't know -- he didn't know quite when

15   but he was gonna get him a -- he was gonna move, and that

16   was it.

17        Q    Did he tell you why he was going to move?

18        A    No, he didn't.

19        Q    Other than telling you that he was going to move,

20   did you notice anything out of the ordinary with respect to

21   Mr. Mills on that occasion?

22        A    No, I didn't bother him anymore.  I just called

23   his grandmother.

24        Q    When did you call his grandmother?

25        A    I got in touch with her that evening before this

1     incident occurred and --

2        Q    About what time was it that you spoke with his

3     grandmother?

4        A    It had to be about eight o'clock, I believe, or

5     8:30, somewhere in there.

6        Q    And why were you calling his grandmother?

7        A    I told her that I think Ricky might have been

8     getting sick.

9        Q    And was the reason that you thought he was

10    getting sick was because he had -- it had been reported to

11    you that he had thrown some of his clothes in the garbage?

12       A    Yes.

13       Q    Was there anything else that Ricky Mills was

14    doing that caused you to think --

15       A    No.

16       Q    -- that he was getting sick?

17       A    Just those things.

18       Q    And how did she respond to you?

19       A    She said she was gonna come out the next day and

20    they was gonna go out -- they usually go out on Wednesday

21    and it was coming up on a Wednesday, and she said she was

22    gonna come out the next day.

23       Q    After you talked to the grandmother, did you

24    notice anything else out of the ordinary about Ricky Mills?

25       A    Well, Jack came and said that -- that Ricky had a

1    knife.

2         Q    Now, when did -- who is Jack?

3         A    Ricky's uncle.

4         Q    Is that Jack Mills?

5         A    Jack Mills.

6         Q    What time did Jack Mills come?

7         A    About quarter to nine or 9:30, somewhere in

8    there.  I'm not sure.

9         Q    And did -- tell me exactly what your conversation

10   is, to the best of your recollection, with Jack Mills.

11        A    Well, he came around to my side, the door, come

12   around, and told me that Ricky had a knife.  And so I said,

13   you know, what do you want me to do, what do you want to

14   do, do you think he's getting sick, you need to call the

15   police to escort him to the hospital.  So he said, well,

16   yes.  You know, he was the family and I want to find out

17   what to do, so that's when I called the Orange County to

18   escort him to Lakeside.

19        Q    Now, when Jack Mills told you that he had a

20   knife, did he tell you anything else about what he was

21   doing with the knife or --

22        A    He said he's threatening with a knife.

23        Q    Okay.  So Jack Mills told you that Ricky Mills

24   had threatened him with a knife?

25        A    Yes.

```
1        Q    Now, you didn't have any personal knowledge of
2   Ricky Mills threatening Jack Mills with a knife, did you?
3        A    No.  I wasn't there.  I just listened to what
4   Jack had told me.
5        Q    And did you tell Jack Mills that you would call
6   911?
7        A    Yes, and he said that was all right, go ahead and
8   call them.
9        Q    And when you called 911 did you ask for medical
10  assistance or law enforcement assistance?
11       A    I told her what I wanted, for somebody to come
12  out and take Ricky Mills to Lakeside.
13       Q    And why was it that you wanted him to go to
14  Lakeside?
15       A    'Cause he -- he was acting, you know, unusual.
16       Q    Now, where was it that you were talking to Jack
17  Mills?  Where were you?  Were you inside of your home?
18       A    Outside.
19       Q    And where did you make the 911 call from?
20       A    From outside.
21       Q    So you used a --
22       A    It was outside.
23       Q    Okay.  And you called from outside?
24       A    Yes.
25       Q    Okay.  And were you standing in Jack Mills's
```

1      presence when you called?

2          A    Yes.

3          Q    And when you spoke to the 911 operator, did you

4      tell them that Jack Mills had -- that it had been reported

5      to you that Jack Mills -- I'm sorry -- Ricky Mills had

6      threatened someone with a knife?

7              MR. ALLEN:  Object to the form.

8      Mischaracterizing her testimony.

9          A    I'm not sure what I told them.

10         Q    Okay.  But did you mention a knife when you were

11     talking to the 911 operator?

12         A    Well, I said that Jack said he had a knife.  I

13     didn't see the knife.

14         Q    And did you know Jack Mills prior to June 14th,

15     2005?

16         A    Yes.

17         Q    Okay.  How did you know Jack Mills?

18         A    He came to visit Ricky.

19         Q    How frequently would Jack Mills come to visit

20     Ricky?

21         A    Oh, just about three or four time a week, I

22     believe, at least.

23         Q    Okay.  Did you have any other conversation with

24     Jack Mills prior to calling 911 about Ricky Mills's

25     behavior that evening?

```
 1          A     No.

 2          Q     In response to your telephone call did deputies

 3    arrive at your residence?

 4          A     Yes.

 5          Q     Okay.  And how many deputies arrived?

 6          A     Oh, I believe it was three.  I'm not sure.  I

 7    know they was tense.

 8          Q     And when the deputies arrived were you inside the

 9    residence or standing outside?

10          A     No, I was standing outside.

11          Q     Okay.  And when the deputies arrived did you have

12    a conversation with the deputies?

13          A     Yes.

14          Q     What -- can you tell me what you -- you said to

15    the deputies and what the deputies said to you?

16          A     He was asking me questions and you know, I can't

17    remember what they were saying to me.

18          Q     Was Jack Mills still standing there with you?

19          A     He was standing, yeah.

20          Q     Was Jack Mills involved in the conversation with

21    the deputies?

22          A     Yeah, we was there together, um-hmm.

23          Q     Do you recall any of the questions that the

24    deputies asked him?

25          A     Well, I think he asked me was he violent, did I
```

1    see any weapon.

2         Q    And when he -- he asked you if he was violent did

3    you -- what did you tell him?

4         A    I told him he had to ask Jack about that.  He

5    wasn't violent around me.

6         Q    Did the deputy ask Jack Mills about whether Ricky

7    Mills was violent?

8         A    Yes, yes, I think he ask him, and I forgot what

9    Jack told him but he ask him.

10        Q    Do you remember anything else about your

11   conversation with the deputies while you were standing

12   outside of your home?

13        A    I can't remember.

14        Q    At some point did you and the deputies go inside

15   of the home?

16        A    Yes.

17        Q    Did the deputies ask you to show them where

18   Ricky's room was?

19        A    Yes.

20        Q    And did you do that?

21        A    Yes.

22        Q    After you showed the deputies where Ricky's room

23   was, what did you do?

24        A    The deputy knocked on his door and wanted him to

25   come out.  He didn't come out, so then I knocked on the

1    door and he didn't say anything.  I asked him to come out,

2    so then I left and left them to handle the rest, you know.

3    I went into another part of the house.

4        Q    Did Ricky Mills say anything to you when you

5    knocked on the door?

6        A    He didn't say nothing to -- no.

7        Q    Okay.  Did you hear Ricky Mills say anything to

8    the deputies when they knocked on the door?

9        A    Yes.

10       Q    What did you hear Ricky Mills say?

11       A    He said he wasn't coming out.

12       Q    Was this before you knocked on the door, that

13   Ricky responded to the deputies?

14       A    It -- it was before and after.

15       Q    Okay.  Did you hear what the deputies said to

16   Ricky Mills?

17       A    Only thing is they knocked on the door for him to

18   come out.  That was it.

19       Q    They asked him to come out?

20       A    Um-hmm.

21       Q    Is that a yes?

22       A    Yes.  He said he wasn't coming out.

23       Q    Did you hear the deputies identify themselves as

24   law enforcement officers?

25       A    I don't remember.

1     Q     Did you hear Jack Mills say anything to Ricky

2   Mills that night?

3     A     No.  I left by that part.

4     Q     So you never heard Jack Mills go to the door and

5   ask Ricky Mills come out?

6     A     No.

7     Q     Were you able to -- to see any of the exchange

8   between Jack -- excuse me -- Ricky Mills and the deputies

9   when Ricky was opening the door?

10     A     No.

11     Q     Where were you when -- after you tried to get

12   Ricky Mills to come out of the door, to come out, what did

13   you do?

14     A     I came out and -- through the kitchen and went in

15   the Florida room.  That's next -- it was a wall there.  I

16   didn't see anything but I just -- I stayed on the other

17   side.

18     Q     Did you hear any of the other conversation

19   between the deputies and Ricky Mills?

20     A     No.

21     Q     Did you hear any commotion going on after you

22   left and went into the Florida room coming from the area

23   where Ricky Mills's room was?

24     A     Yes.

25     Q     What did you hear?

1        A    I heard some noise, moving noise --

2        Q    What kind of noise?

3        A    -- and after a while I heard gunshots.

4        Q    Did you hear any conversation between anybody

5    during this time that you were hearing the commotion?

6        A    No.

7        Q    Did you hear anybody running down the hallway?

8        A    Yes, I heard commotion, running, you know,

9    tussling, yeah.

10        Q    Did it sound like you heard running?

11        A    Traffic or something -- you know, moving around,

12    commotion.

13        Q    Did you hear Jack Mills say anything during this

14    time frame that you were hearing the commotion?

15        A    Well, I heard him holler.

16        Q    What did you hear him holler?

17        A    He said, y'all shot Ricky.

18        Q    Before the gunshot did you here Jack Mills say

19    anything?

20        A    Not before that -- not before that time, not

21    before.  I think I heard a holler before that -- before

22    that shooting but I don't know why.

23        Q    Did you ever hear Jack Mills say anything to the

24    effect of help me or stop Ricky?

25             MR. ALLEN:  Object to the form.

1        A    I just heard the gunshots and Jack be hollering.

2        Q    Okay.  But you didn't -- weren't in a position to

3    see anything that was going on; is that correct?

4        A    After that Jack ran up where -- nearby into a

5    kitchen where I was into another room.  Then I went in the

6    kitchen.  He was laying on the cabinet bleeding and he was

7    hollering that they killed Ricky, did Ricky die, is he

8    dead.

9        Q    Now, how many gunshots did you hear?

10       A    It was about -- it had to be four or five.  It

11   was pop, pop, pop, pop, like that.  It had to be four or

12   five.

13       Q    And when you heard the four or five shots what

14   did you do?

15       A    I got up.  I came into the kitchen and Jack ran

16   -- Jack was in there on the kitchen cabinet laying down

17   bleeding and I was standing trying to console him 'cause he

18   was hollering that Ricky had gotten shot, is he dead, so he

19   wanted to try to go back and see if Ricky is dead and I was

20   trying to console him and hold him there, you know.  He was

21   bleeding and -- and we stood there for a while and the

22   police came back.  One police told me get the blood up so

23   what I did is I when and got a towel and just pushed -- let

24   it sit -- you know, I didn't have time to -- you know, to

25   clean it up 'cause so much going on.

1          Q     Where was Jack Mills bleeding from?

2          A     I think from I could see from his foot, from his

3     shoe, from his foot.

4          Q     What kind of shoes did he have on?

5          A     It was leather shoes, leather, leather.

6          Q     Like dress shoes?

7          A     Dress shoes.

8          Q     Prior to the shots being fired but after

9     hearing -- starting to hear the commotion, did you hear any

10    of the deputies say anything?

11         A     Just one came up and told me to get the blood up.

12         Q     No.  I mean prior to the shots.

13         A     Prior to the shooting?

14         Q     Yes, ma'am.

15         A     Prior to the shooting?  No, not prior to the

16    shooting.

17         Q     After the shots did you at some point come out

18    into the hallway where Ricky Mills was lying?

19         A     I could see him from the kitchen.  I came out

20    with the kitchen -- I can look down the hallway and seen

21    him down the hallway on the floor while I was still

22    consoling Jack, I can look down the hallway and see him

23    laying.

24         Q     Okay.  Did you see any weapons near Ricky Mills

25    at that time?

1        A     I -- I couldn't see that far down, see a -- a

2   weapon.

3        Q     So you weren't in a position to see whether there

4   was a knife or anything around --

5        A     No.

6        Q     -- near his body; is that correct?

7        A     Huh?

8        Q     You weren't in a position see whether there was a

9   knife anywhere near Jack Mills's body?

10       A     No, I didn't get that close to -- to Ricky 'cause

11   I was still with Jack.

12       Q     And I'm sorry.  I said Jack Mills but I really

13   meant Ricky Mills.

14       A     Did I -- no, I didn't --

15       Q     No, I said that.

16       A     I couldn't see him.

17       Q     Ever known Ricky Mills to have a girlfriend while

18   he was staying at your residence?

19       A     No.

20       Q     Did any of the residents tell you that they had

21   actually witnessed the shooting?

22       A     Yes.

23       Q     Can you give me the name of the resident that

24   they said that they actually witnessed the shooting?

25       A     Well, my grandson, Alvin Jones, was standing

1    there.  He was staying with me at the time.

2        Q    And he actually saw what happened?

3        A    Yes, yes.

4        Q    Okay.  What is your -- it's Alvin, A-L-V-I-N?

5        A    Yes.

6        Q    And where does Alvin Jones live?

7        A    Where he live?

8        Q    Yes, ma'am.

9        A    In Orlando.

10       Q    Can you give me his address?

11       A    I don't have his address.  I know where.

12       Q    Do you have a telephone number for him?

13       A    No, I don't.

14       Q    Tell me then where he lives, if you can.

15       A    Off of Silver Star.  It's apartments over there.

16   I don't know the name of the apartments.  Silver Star and

17   Pine Hills Road, apartments right there on Silver Star.

18       Q    When was the last time you talked to Alvin Jones?

19       A    I talked to him, I believe that was Saturday.

20       Q    Where did you talk to him then?

21       A    At his house.

22       Q    At his apartment?

23       A    Yes.

24       Q    If you needed to contact Alvin Jones, how would

25   you do that?

```
 1          A    I would call my -- call his cousin, my other
 2    granddaughter that live nearby, live across from him.
 3          Q    And what is her name?
 4          A    Tawanna Jones.
 5          Q    How do you spell Tawanna?
 6          A    T-A-W-A-N-N-A.
 7          Q    Okay.  And can you give me Tawanna Jones's
 8    telephone number?
 9          A    It's 407-601-3011.
10          Q    Do you have an address for Tawanna Jones, by
11    chance?
12          A    No, I don't.  I never got the address, but I know
13    where.
14          Q    And where does she live?
15          A    Same complex on Silver Star.
16          Q    And what is the name of Alvin Jones's mother?
17          A    Marilyn Raye.
18          Q    Raye, how do you spell that?
19          A    R-A-Y-E.
20          Q    And what is his father's name?
21          A    Oh, I don't know his father.  I can't think of
22    his father name.
23          Q    Is Marilyn Raye your daughter?
24          A    Daughter.
25          Q    Where does Marilyn Raye live?
```

1     A    She lives on Lake Richmond.

2     Q    Do you know what her address is?

3     A    No, I don't.

4     Q    Do you have a telephone number for her?

5     A    No, I can't remember her phone.

6     Q    When was the last time you talked to Marilyn

7  Raye?

8     A    I saw her, I think that was Sunday, I believe.

9     Q    Where did you see her?

10    A    Where do I see her?

11    Q    Where did you see her Sunday?

12    A    She came by my house but she didn't stop; she

13  just come by.

14    Q    If you wanted to get in touch with Marilyn Raye,

15  how would you do that?

16    A    I'll go down there to Richmond -- Lake Richmond.

17    Q    Is that a residential neighborhood?

18    A    Yes, it's Lake Richmond Estates.

19    Q    Okay.  So you would just go to her house?

20    A    Yes.

21    Q    The reason I'm trying to get this information

22  from you is because I -- I need to be able to talk to Alvin

23  Jones, your grandson --

24    A    I hear you.

25    Q    -- because he apparently witnessed --

```
 1          A    Yes, he did.

 2          Q    -- and so we need to know what he remembers about

 3     the shooting.

 4          A    Yes, okay.

 5          Q    If I were to call you, because I think you gave

 6     me your telephone number, would you be able to get a

 7     telephone number for Alvin Jones --

 8          A    Yes.

 9          Q    -- for me?

10          A    Yes.

11          Q    Okay.  What did Alvin Jones tell you that he saw

12     in connection with this shooting?

13          A    He just said he saw the whole thing.

14          Q    Tell me what he told you he saw, what -- how he

15     described this incident.

16          A    I don't know how he described.  I don't want to

17     say it because I don't really know what he said.  He said

18     he saw it and the police shot Alvin -- you know, he didn't

19     have -- Ricky didn't have -- shot Ricky.  He didn't have a

20     chance, he said.

21          Q    Did he tell you whether or not he saw a knife in

22     Ricky's hand?

23          A    He say he didn't see a knife.

24          Q    Did Alvin Jones tell you where he was standing at

25     the time that he witnessed the shooting?
```

1        A    He was standing outside his door.  He was

2    standing watching.  He was in that area standing there

3    watching.

4        Q    He told you he didn't see a knife?

5        A    Yes, he said he didn't see a knife.

6        Q    How long after the gunshots, after you heard the

7    gunshots was it before paramedics arrived, approximately?

8        A    Paramedics didn't come out to get him.  I didn't

9    hear any paramedics, but someone came in about, oh, I'm

10   guessing about 30 minutes and told us that he was dead.

11       Q    Now, at some point did paramedics come to your

12   residence?

13       A    They came, yes, they came.

14       Q    And I'm asking how -- approximately how long was

15   it after you --

16       A    After he got shot?

17       Q    -- after you heard the gunshots?

18       A    About 30 minutes.

19       Q    Okay.  Immediately after the shooting did you

20   hear the deputies say anything?

21       A    I don't remember.  I don't think so.

22       Q    Did you hear the deputies talking on their radio?

23       A    I can't remember.  I was dealing with Mr. Mills.

24       Q    I think I'm just about done but I need to go

25   through my notes for just a second.

```
 1          A    Okay.  All right.

 2          Q    Other than acting a little bizarre or strange on

 3     the June 14th, the afternoon of June 14th, you had not

 4     noticed anything out of the ordinary about Ricky Mills in

 5     the couple of days before June 14th?

 6          A    No, before he got killed.

 7          Q    Yes, ma'am.  When the deputies arrived at your

 8     residence, how were they dressed?  Were they dressed in

 9     their law enforcement uniforms?

10          A    Yes.

11          Q    Okay.  Did they arrive in marked police cars?

12          A    I guess the three that came first but after that

13     then I -- you know, everybody came.

14          Q    Had anyone told you that Ricky Mills was seen

15     walking down the street naked on the day before the

16     shooting?

17          A    Walking down the street?

18          Q    Yes, ma'am.

19          A    No, not down the street.

20          Q    Did they -- did anyone tell you that he was seen

21     walking around naked the day before the shooting?

22          A    No.

23               MS. BRONSON:  I'm just about done but I need just

24          a couple of minutes to take a look at something.  Can

25          we either go off the record or, if you want, you can
```

1        start asking questions.

2              MR. ALLEN:  Yeah, 'cause I -- I mean, you want me

3        to wait for you?  I only have about four our five

4        questions.

5              MS. BRONSON:  Okay.

6              MR. ALLEN:  Do you want me to just wait for you?

7              MS. BRONSON:  Yeah.  Can we just go off the

8        record for just a minute?

9              THE COURT:  Time is 2:30 p.m.  Off the record.

10             (A discussion was held off the record.)

11             THE VIDEOGRAPHER:  Time is 2:47 p.m.  On the

12       record.

13   BY MS. BRONSON:

14       Q    Ms. Jones, do you recall being interviewed by law

15   enforcement officers on June 15th, 2005, shortly after the

16   shooting?

17       A    That night?

18       Q    Yes, ma'am.

19       A    I don't recall.

20       Q    You don't recall one way or the other or --

21       A    Yeah, I don't recall talking to anybody that

22   night.

23       Q    Okay.  You're not testifying that you did not

24   have an interview with law enforcement officers about the

25   shooting, are you?

1      A    No, I didn't have a -- I don't remember having a
2  interview with -- that night.
3      Q    Okay.  While we were off the record I showed you
4  a copy of a transcript which is supposed to be a transcript
5  of a recorded interview that you gave .
6      A    That's what that was?
7      Q    Yes, ma'am.
8      A    I don't remember having -- that's what that is
9  but some of the stuff I don't understand I need to take the
10 time -- 'cause some of that I, didn't say a lot of that on
11 there.  That's what I was wondering about that.
12     Q    Okay.  In looking at the transcript that I just
13 handed you -- and I think we'll mark this as Exhibit 2 --
14 excuse me -- Exhibit 1 to this deposition.
15          (Defendants' Exhibit No. 1 was marked.)
16     A    So then this is what they wrote that I said that
17 night?
18     Q    Yes, ma'am.
19     A    I don't remember that.
20     Q    Okay.  Now, so --
21     A    Nobody talked to me about it.
22     Q    And I said that -- I said that night but
23 June 15th because, as I understand it, this incident, the
24 shooting took place somewhere close to midnight.  Is that
25 your recollection?

 1      A     Yeah, um-hmm, yes.

 2      Q     So any time after midnight would have been

 3   considered to be June 15th, the following day?

 4      A     Yes.

 5      Q     Okay.  And is it your testimony that you do not

 6   recall being interviewed by a --

 7      A     About that, no.

 8      Q     Well, hold on till I finish the question, then

 9   you can answer.  Is it your testimony that you do not

10   recall being interviewed by law enforcement officers about

11   the shooting on the -- June 15th, 2005?

12      A     No, I don't recall.

13      Q     Okay.  If I have -- but is it your testimony that

14   you never were interviewed by law enforcement officers

15   about this shooting?

16      A     I don't remember 'cause that's -- I'm reading --

17   I'm reading but I know I did not say a lot of that stuff on

18   the -- I didn't take time and read that.  I don't -- I'm

19   confused about it.

20      Q     Yes, ma'am.  So you're not saying you didn't give

21   an interview; you're saying you just don't remember?

22      A     Yeah, I don't remember, not -- not all of that,

23   saying that.

24      Q     All right.  Well, tell me if there's anything in

25   this transcript that you read --

1        A     There's a lot of stuff.  I got to take time and

2    mark it out, you know, I got to take time and block out.

3    Lot of it I didn't say, I don't know about.

4        Q     All right.  Well, let's -- let's do this.

5             MS. BRONSON:  And, Frank, if you want, I can give

6         you a copy of -- right now, I can find another one and

7         give it to you so that you can -- we can along

8         together.

9             MR. ALLEN:  I'm going to object to that at this

10         point.  I don't -- I don't think it's proper for you

11         to come at a deposition, give a eight- or nine-page

12         document to a witness and try to have them read it

13         while the videotape is running and then you're going

14         to ask them questions, asking them to markup what they

15         remember, what they didn't remember five years ago.

16         I'm -- I'm totally objecting and that's totally

17         improper, and, like I said, I have questions to ask

18         myself so I don't think this is proper at all.

19             MS. BRONSON:  Okay.  All right.

20        Q     Well, what I'd like to do, Ms. Jones, is put the

21    -- what I believe to be a transcript of the interview back

22    in front of you there and I'd like to go through the

23    transcript.

24             MS. BRONSON:  And, Frank, if you want I can find

25         you a copy so that you can go along --

1            MR. ALLEN:  No, I object to the whole line of

2       questioning, that's all, and moving to strike it.

3            MS. BRONSON:  All right.

4       Q    The -- on the first page of that interview ---

5       A    Um-hmm, yes.

6       Q    What I'd like to do is I'd like to go down in

7  this interview and find out what things you believe are --

8  this transcript and have you tell me what things you

9  believe are inaccurate in this deposition -- in this

10 transcript.

11      A    I've seen a lot was inaccurate but I got to take

12 my time and -- and read it.

13      Q    Okay.

14      A    I didn't talk to anybody that night.  If it -- if

15 it were it wasn't very long but I can't remember.

16      Q    Okay.  I'd like to direct your attention to line

17 24 on this transcript.  It says "MJ."

18      A    Yes.

19      Q    Would you read that for me, please, just read it

20 out loud for me?

21      A    "Ricky Mills.  Uncle came looking for him to see

22 what went on with him.  He missed him so he came in -- in.

23 Ricky was in the shower, taking a shower, and so he waited

24 in the hallway and it wasn't about 15 minutes so then I was

25 right in the kitchen here, so then -- so then Ricky" --

1        Q     Okay.  I'd like to stop you right there.  Do you

2    remember on that night on June 14th standing in a hallway

3    waiting for Ricky to come out of the shower and talking --

4    being aware that his uncle was there waiting for Ricky to

5    come out of the shower?

6        A     His uncle had went over and was waiting for him

7    to come out of the shower.  He came right in and was

8    talking to me.  He said he had been waiting in the shower.

9        Q     Yes, ma'am.  So you were aware that Jack Mills

10   was waiting for Ricky to come out of the shower?

11       A     Yeah, exactly.

12       Q     Okay.  And now, if you would go down to line 33

13   where it says "MJ," would you read that?

14       A     "So -- and so then when Ricky finally came out

15   the bathroom they had some confrontation or other, only --

16   only thing I know that I saw Ricky run back in his room

17   saying he's going to get a knife.  I did hear -- a little

18   -- a little bit of that."

19           I didn't hear Ricky say he'd go get a

20   knife.  I didn't hear that.

21       Q     Okay.  So is it your testimony today that you

22   never told anybody on June 15th, 2005 that you heard Ricky

23   say that he was going to get a knife?

24       A     No, I didn't tell anybody I heard Ricky say he

25   had a knife.  Only Jack told me Ricky had a knife.

1     Q    Okay.  So did you ever see Ricky on June 14th,

2  2005 run back to his room saying he's going to get a knife?

3     A    No, I didn't -- I didn't see that.  That's what

4  Jack said.

5     Q    Okay.  Okay.  If you look at line 40, it says

6  "MJ," if you would read that line for me, please.

7     A    Okay.  "To see what had happened, that he told

8  what has happened.  I asked what you want me to do.  He

9  said, well, call 911 'cause we had -- had that, you know,

10  problem before when he was staying home with him with a

11  knife.  I said he ever got a knife and -- and stuck before?

12  He said yes.  I said what we do -- what we do, call 911?

13  So he says, yeah, call 911.  So that what I did.  So I

14  called 911.  They came out."

15     Q    Okay.  Now, my question is do you recall telling

16  anyone on June 15th that Jack Mills had told you that he

17  had had a problem with Ricky Mills getting a knife before?

18     A    No.  Jack told me -- told the police.  I heard

19  him tell the police that -- that -- that he had a knife

20  before or had some problem with Ricky before.  He was

21  talking to the -- the police.

22     Q    Okay.  So is it your testimony today that Jack

23  Mills never told you that he had had a problem with Ricky

24  Mills getting a knife before?

25     A    No, I heard him tell the police.  The police

1    asked him, hey, have you ever had a problem before.  He was
2    talking to the police.
3         Q    Okay.  But Jack Mills never told you that out of
4    the presence of the law enforcement --
5         A    No, no.
6         Q    -- officer?
7         A    No, he said in front of the law enforcement.  I
8    never had that problem, so, you know, he told the police.
9         Q    And before the deputies arrived at your residence
10   that night, Jack Mills had never told you that he had had a
11   problem on another occasion with --
12        A    No, I never --
13        Q    Hold on till I finish.  Jack Mills never told you
14   before the deputies arrived on June 14th, 2005 that he had
15   had a problem on some other occasion with Ricky Mills
16   getting a knife at him?
17        A    No, he never told me.
18        Q    Okay.  Was there anything else in the transcript,
19   in this Exhibit 1 that you read a few minutes ago --
20        A    Uh-huh.
21        Q    -- that stands out in your mind as being
22   inaccurate.
23        A    Like I say, I have to take time and read this and
24   I can't just read -- you know.  If I come back or something
25   once I take time and mark off what's -- I say and I didn't

```
 1    say.
 2         Q    Well, I'm happy to provide you with a copy of
 3    that, of the transcript --
 4         A    Um-hmm.
 5         Q    -- so that if you want to take more time to go
 6    through it, you certainly can, and let me know if you
 7    believe that there are any inaccurate statements in this
 8    transcript, in this Exhibit 1.
 9         A    Yes.
10         Q    Okay?
11         A    Okay.
12         Q    All right.
13              MS. BRONSON:  I don't have any further questions.
14              MR. ALLEN:  Okay.  I have a few questions.
15                         CROSS-EXAMINATION
16    BY MR. ALLEN:
17         Q    How are you doing, Mrs. Jones?
18         A    I'm doing all right.
19         Q    My name is Frank Allen, and I represent Marie
20    Burks on behalf of Ricky Mills and Jack Mills.
21         A    Yes.
22         Q    I have a few questions for you, okay?
23         A    Yes.
24         Q    When Jack allegedly told you that Ricky
25    threatened him with a knife, what was the -- the relation
```

1    that Ricky was to Jack when he made that statement?  What I

2    mean, was he inside the door or was he physically in front

3    of -- of Jack?

4         A    I'm not sure --

5              MS. BRONSON:  Object to form.

6         A    -- where they were.

7         Q    Okay.  So Jack never told you that when Ricky

8    allegedly threatened him, that he was facing him with a

9    knife?

10        A    No, he never physically told me that.

11        Q    Okay.  Did he say whether or not the threats

12   Ricky made was verbal threats, like you testified a minute

13   ago that I'm going to get a knife, or did he say, Ricky had

14   a knife, threatening me with a knife?

15             MS. BRONSON:  Objection to form.

16        A    He said Ricky had a knife, yes.

17        Q    Okay.  Did you ever -- did you ever see Ricky

18   with a knife?

19        A    No, I never seen it.

20        Q    Okay.  And when the deputies arrived on the scene

21   Ricky was already behind the door in his room?

22        A    He was in his room.

23        Q    Okay.  Was the door locked?

24        A    It was closed.

25        Q    Okay.  Do you recall during the time frame the

1    deputies were there, did anybody else arrive from Orange

2    County Sheriff's Office?

3         A    Some -- a lot of deputies came, a lot of them

4    came.

5         Q    Okay.  Do you recall seeing a van or a car that

6    says crisis intervention team on it?

7         A    I couldn't see around the other side of the

8    house.  I was on one side on Conley, and some on Willie

9    Mays.

10        Q    Some of the --

11        A    Officers and some -- everybody was there.

12        Q    Okay.  Did you know whether or not anybody came

13   up to you and introduced themselves to you from the crisis

14   intervention team from the Orange County Sheriff's Office?

15        A    No, not to me.

16        Q    Okay.  Did anybody come up to you and introduce

17   themselves as being from the crisis negotiation team from

18   the Orange County Sheriff's Office?

19        A    No.

20        Q    Okay.  Now, you stated that the -- one of the

21   deputies told you to clean the blood up?

22        A    Yes.

23        Q    Okay.  Now, did he tell you to clean the blood up

24   after some other deputies had arrived at the scene, or was

25   that -- was that before some other deputies arrived at the

1       scene?

2           A       That was before some other deputy arrived, right

3       after he got shot and then Ricky was still in the hallway

4       on the floor and I just got a towel and I just put it there

5       and just left the blood, just moved it about a inch and

6       just left it there, a thick towel.

7           Q       Okay.  And you don't recall seeing anybody from

8       the Orange County Sheriff's Office with, for example, an

9       insignia on their uniform that says crime scene

10      investigations before he told you to do that?

11              MS. BRONSON:  Object to the form.

12          A       No.  They came in after and -- with me, I forgot

13      that they were supposed to be doing an investigation but

14      then I didn't, you know, get the blood up because these

15      people came up with all these numbers and things all

16      through the house.

17          Q       Right.  But before those people with all those

18      numbers and put them all around the house this other deputy

19      had told you to clean up the blood, though?

20          A       Yeah, told me to clean it up.

21          Q       Okay.  Now, when you stated that you saw Ricky's

22      body lying on the floor was he naked at that time?

23          A       I couldn't hardly tell whether he was naked.

24      That hall was kind of dark, but my grandson say he was

25      naked and I could see a little bit of his body, you know,

1    seemed like he was naked, though.

2        Q    Do you recall seeing any one of the deputies that

3    were involved in the shooting in that area during that time

4    frame?

5        MS. BRONSON:  Object to the form.

6        A    I don't -- I don't recall.  Like I say, when he

7    got shot I was more like working with Jack and trying to

8    keep him calm, and then I peeped down the hallway and I saw

9    Ricky laying there and I couldn't take it to see him laying

10   and I just didn't look down the hallway anymore.  That's

11   why I didn't --

12       Q    Okay.  So you don't know whether those other

13   deputies were there doing anything or not?

14       A    No, I -- I don't know.

15       MR. ALLEN:  Okay.  That's all I have.

16                 REDIRECT EXAMINATION

17   BY MS. BRONSON:

18       Q    Now, I've got just a couple of additional

19   questions.  Ms. Jones, when a deputy told you to clean up

20   blood from the floor, was it one of the deputies that first

21   arrived at the scene when you were talking to them outside?

22       A    Yes.

23       Q    Okay.  Can you describe that deputy for me?

24       A    I think it's two white men that came by and a

25   black one.  The black one told me to -- to clean it up.

1    Q    And where was this blood?

2    A    It was in the kitchen next to the sink area.  It

3  wasn't in a walkway by the stove 'cause where Jack ran and

4  leaned on the cabinet he was bleeding there.

5    Q    It was near the stove, you said?

6    A    It wasn't near the stove.  No, I got a little

7  walkway where you can still walk through and not step in

8  the blood, so I just got a towel and just pushed it a

9  little bit, an inch, and so and just let the towel stay

10  there.  Jack was still standing there.

11    Q    Okay.  So this blood that you're referring was in

12  the kitchen where Jack Mills had come into after the

13  shooting; is that right?

14    A    Yes, yes.

15    Q    So it wasn't blood that was near where the --

16  where Ricky Mills's body was found?

17    A    No.

18    Q    Okay.  And it was your understanding that this

19  was Jack Mills's blood that he had just been bleeding in

20  the kitchen?

21    A    Yes.

22        MS. BRONSON:  I don't have any further questions.

23        MR. ALLEN:  I don't have any further.

24        MS. BRONSON:  Ms. Jones, the court reporter has

25      typed down everything we've said here today and at

1      some point she's going to transcribe it creating a
2      typewritten statement as to everything that was said.
3      You have the right to read a copy of that transcript
4      prior to it being certified to the court, or you can
5      waive reading of that transcript.  It's totally up to
6      you.  The purpose for reading it is to say -- is for
7      you to decide whether or not you believe it was
8      accurately transcribed.
9              THE WITNESS:  Yes.
10             MS. BRONSON:  And you have the opportunity to
11     read it -- read it before it's certified or you can
12     waive it.  It's totally up to you.  What's your
13     preference?
14             THE WITNESS:  Well, I can read it.
15             MS. BRONSON:  Okay.  Now, I think you've already
16     given us your information, your contact information;
17     is that correct?
18             THE WITNESS:  Yes.
19             MS. BRONSON:  Because the court reporter will
20     actually contact you and make arrangements with you to
21     come down and read the transcript.
22             THE WITNESS:  Okay.
23             THE VIDEOGRAPHER:  Time is 3:08 p.m.  Off the
24     record.
25             (The proceedings were concluded at 3:08 p.m.)

1          CERTIFICATE OF OATH OF WITNESS

2     STATE OF FLORIDA
      COUNTY OF ORANGE:
3
           I, DONNA R. KELLER, R.P.R., certify that MARY LOU
4     JONES personally appeared before me and was duly sworn.

5          WITNESS my hand and official seal this 8th day of
      August, 2009.
6
7     _____
      DONNA R. KELLER, R.P.R.
8     Notary Public, State of Florida at Large
      Commission No. DD 732038
9     Commission Expires:  11/06/2011

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- - - - -

CERTIFICATE OF REPORTER

STATE OF FLORIDA:
COUNTY OF ORANGE:

     I, DONNA R. KELLER, R.P.R., do hereby certify that I was authorized to and did stenographically report the deposition of MARY LOU JONES; that the review of the transcript was requested; and that the foregoing transcript, pages 1 through 49, inclusive, are a true and complete record of my stenographic notes.


     I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee connected with any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the outcome of the action.

     DATED this 8th day of August, 2009.




_____
DONNA R. KELLER, R.P.R.

1                 ERRATA SHEET

2   DEPOSITION OF:  MARY LOU JONES
    CASE STYLE:  Burks v Beary, et al
3   CASE NO.:  6:08-cv-1568-ORL-28GJK

4     At the time of the reading and signing of the
  deposition, the following changes were noted:
5

  PAGE #  LINE #        CORRECTION            REASON
6   -----------------------------------------------------

7   _____

8   _____

9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22

23     Under penalties of perjury, I have read my
  deposition in this matter and it is true and correct,
24   subject to any changes in form or substance as reflected
  above.

25   Dated:_____  Signed: _____

## A

**able** 21:7 28:22 29:6
**accurately** 46:8
**acquainted** 8:15 9:4
**acting** 16:15 31:2
**action** 48:10,11
**activities** 7:2
**addition** 12:25
**additional** 44:18
**address** 5:23,25 26:10,11 27:10 27:12 28:2
**administer** 7:6
**afternoon** 12:24 13:3 31:3
**ago** 35:15 39:19 41:13
**agreed** 2:23
**ahead** 16:7
**al** 3:5 49:2
**allegedly** 40:24 41:8
**Allen** 1:17,17 2:5 3:10,10 17:7 22:25 32:2,6 35:9 36:1 40:14 40:16,19 44:15 45:23
**Alternatives** 9:8 12:17
**Alvin** 25:25 26:4 26:6,18,24 27:16 28:22 29:7,11,18 29:24
**answer** 4:7,9,15 34:9
**anybody** 11:12,13 22:4,7 32:21 36:14 37:22,24 42:1,12,16 43:7
**anymore** 9:10 13:22 44:10
**apartment** 26:22
**apartments** 26:15 26:16,17

**apparently** 28:25
**appeared** 47:4
**approximately** 7:21,22 9:2 30:7 30:14
**area** 21:22 30:2 44:3 45:2
**arrangements** 46:20
**arrive** 18:3 31:11 42:1
**arrived** 18:5,8,11 30:7 31:7 39:9 39:14 41:20 42:24,25 43:2 44:21
**asked** 4:7 13:11 13:13 18:24,25 19:2 20:1,19 38:8 39:1
**asking** 3:23 18:16 30:14 32:1 35:14
**assistance** 11:17 16:10,10
**assisted** 6:9,11
**assume** 7:1
**attention** 36:16
**attorney** 7:17 48:9
**attorneys** 48:10
**audibly** 4:8
**August** 1:12 3:2 47:5 48:12
**authorized** 48:5
**available** 6:20
**aware** 12:16,20 37:4,9
**A-L-V-I-N** 26:4

## B

**B** 2:9
**back** 8:1 10:22 11:4 12:16,18 23:19,22 35:21 37:16 38:2 39:24

**Bainbridge** 5:20
**basis** 12:17
**bathroom** 37:15
**Beary** 1:6 3:4,8 49:2
**beginning** 1:13
**behalf** 1:12 40:20
**behavior** 12:21 17:25
**believe** 8:25 10:8 10:16 12:8,10 14:4 17:22 18:6 26:19 28:8 35:21 36:7,9 40:7 46:7
**best** 15:10
**better** 4:19
**birth** 5:17
**bit** 11:24 37:18 43:25 45:9
**bizarre** 31:2
**black** 44:25,25
**bleeding** 23:6,17 23:21 24:1 45:4 45:19
**block** 35:2
**blood** 23:22 24:11 42:21,23 43:5,14 43:19 44:20 45:1,8,11,15,19
**boarders** 6:8
**body** 25:6,9 43:22 43:25 45:16
**born** 5:19
**bother** 13:22
**boys** 13:8
**Brian** 1:8 3:9
**Bronson** 1:20,21 2:4,5 3:7,7,19,22 31:23 32:5,7,13 35:5,19,24 36:3 40:13 41:5,15 43:11 44:5,17 45:22,24 46:10 46:15,19
**Brown** 1:25
**Burks** 1:3 3:4,11

**40:20 49:2
Burney** 5:8,10
**bus** 9:24
**B-A-I-N-B-R-I-...** 5:22
**B-U-R-N-E-Y** 5:12

## C

**C** 1:16
**cabinet** 23:6,16 45:4
**call** 11:16 13:24 15:14 16:5,8,19 18:2 27:1,1 29:5 38:9,12,13
**called** 13:22 15:17 16:9,23 17:1 38:14
**calling** 14:6 17:24
**calm** 44:8
**car** 42:5
**carefully** 4:6
**cars** 31:11
**CASE** 1:5 49:2,3
**cause** 9:22 16:15 23:17,25 25:10 32:2 33:10 34:16 38:9 45:3
**caused** 14:14
**certainly** 40:6
**CERTIFICATE** 2:6,7 47:1 48:2
**certified** 46:4,11
**certify** 47:3 48:4,9
**chance** 27:11 29:20
**changes** 49:4,23
**CHESTER** 1:7
**Chet** 3:8
**clean** 23:25 42:21 42:23 43:19,20 44:19,25
**clients** 6:7
**close** 25:10 33:24
**closed** 41:24
**clothes** 11:20 13:8

**13:9 14:11
come** 10:6 14:19 14:22 15:6,11 16:11 17:19 19:25,25 20:1,18 20:19 21:5,12,12 24:17 28:13 30:8,11 35:11 37:3,5,7,10 39:24 42:16 45:12 46:21
**coming** 14:21 20:11,22 21:22
**Commission** 47:8 47:9
**commotion** 21:21 22:5,8,12,14 24:9
**complete** 48:7
**complex** 27:15
**concluded** 46:25
**condition** 9:20
**conducted** 3:25
**confrontation** 37:15
**confused** 34:19
**Conley** 42:8
**connected** 48:10 48:10
**connection** 29:12
**considered** 34:3
**console** 23:17,20
**consoling** 24:22
**contact** 26:24 46:16,20
**conversation** 15:9 17:23 18:12,20 19:11 21:18 22:4
**cook** 7:4
**cooked** 9:17,17
**cooking** 7:2,3
**copy** 33:4 35:6,25 40:2 46:3
**correct** 8:3,11 10:1 11:2 23:3 25:6 46:17

49:23
**CORRECTION** 49:5
**counsel** 2:23 3:5 48:9,10
**County** 1:7 8:5 15:17 42:2,14,18 43:8 47:2 48:3
**couple** 31:5,24 44:18
**court** 1:1 3:13 32:9 45:24 46:4 46:19
**cousin** 27:1
**creating** 46:1
**crime** 43:9
**crisis** 42:6,13,17
**Cross-Examina...** 2:5 40:15
**current** 5:23
**currently** 5:13

**D**

**D** 2:2
**dark** 43:24
**date** 3:2 5:16
**Dated** 48:12 49:25
**daughter** 27:23 27:24
**day** 11:19,22 14:19,22 31:15 31:21 34:3 47:5 48:12
**days** 31:5
**DD** 47:8
**dead** 23:8,18,19 30:10
**dealing** 30:23
**death** 11:5,9,12 12:12,19
**deceased** 1:4
**decide** 46:7
**Defendants** 1:9,12 1:23 2:10 33:15
**deposition** 1:11 2:25 3:3,23,25 4:3,12 7:10,14

7:16 33:14 35:11 36:9 48:5 49:2,4,23
**deputies** 18:2,5,8 18:11,12,15,15 18:21,24 19:11 19:14,17,22 20:8 20:13,15,23 21:8 21:19 24:10 30:20,22 31:7 39:9,14 41:20 42:1,3,21,24,25 44:2,13,20
**deputy** 1:7,8 3:8,9 8:5 19:6,24 43:2 43:18 44:19,23
**describe** 8:20 44:23
**described** 29:15 29:16
**Destiny** 1:22
**die** 23:7
**different** 10:1,3
**digits** 6:2
**direct** 2:4 3:18 36:16
**discussion** 32:10
**displaying** 12:20
**DISTRICT** 1:1,1
**DIVISION** 1:2
**doctor** 9:23
**document** 35:12
**documents** 7:11
**doing** 3:4,11 14:14 15:21 40:17,18 43:13 44:13
**Donna** 1:14 47:3 47:7 48:4,16
**door** 15:11 19:24 20:1,5,8,12,17 21:4,9,12 30:1 41:2,21,23
**dress** 24:6,7
**dressed** 31:8,8
**drug** 12:8,10
**duly** 3:16 47:4

**E**

**E** 1:16,16 2:2,9
**East** 1:13,18
**effect** 22:24
**Eide** 1:21
**eight** 14:4 35:11
**either** 31:25
**employee** 48:9,10
**enforcement** 16:10 20:24 31:9 32:15,24 34:10,14 39:4,7
**ERRATA** 2:7 49:1
**escort** 15:15,18
**Esquire** 1:17,20
**estate** 7:17
**Estates** 28:18
**et** 3:4 49:2
**evening** 13:25 17:25
**everybody** 31:13 42:11
**everyday** 7:2
**exactly** 15:9 37:11
**Examination** 2:4 2:5 3:18 44:16
**example** 43:8
**exchange** 21:7
**excuse** 8:1 21:8 33:14
**Exhibit** 2:10 33:13,14,15 39:19 40:8
**Expires** 47:9
**express** 4:9

**F**

**facility** 6:10
**facing** 41:8
**family** 15:16
**far** 25:1
**father** 27:21,22
**father's** 27:20
**Figueroa** 1:8 3:9
**finally** 37:14
**financially** 48:11

**find** 15:16 35:6,24 36:7
**finish** 5:2 34:8 39:13
**fired** 24:8
**Firm** 1:17
**first** 3:16 4:2 8:15 9:4 10:6,10,13 12:23 31:12 36:4 44:20
**five** 23:10,12,13 32:3 35:15
**floor** 24:21 43:4 43:22 44:20
**Florida** 1:1,7,14 1:15,18,22 5:24 7:19 21:15,22 47:2,8 48:3
**following** 34:3 49:4
**follows** 3:16
**foot** 24:2,3
**foregoing** 48:6
**forgot** 19:8 43:12
**form** 17:7 22:25 41:5,15 43:11 44:5 49:23
**former** 3:8
**found** 45:16
**four** 6:2 8:24 9:2 10:5,21,22 11:4 11:15 12:14 17:21 23:10,11 23:13 32:3
**frame** 22:14 41:25 44:4
**Frank** 1:17 3:10 35:5,24 40:19
**frequently** 17:19
**front** 35:22 39:7 41:2
**further** 40:13 45:22,23 48:9

**G**

**G** 1:20
**garbage** 11:21

13:9 14:11
**Georgia** 5:20
**getting** 14:8,10,16 15:14 38:17,24 39:16
**girlfriend** 25:17
**give** 5:16 6:2 7:8 25:23 26:10 27:7 34:20 35:5 35:7,11
**given** 46:16
**giving** 3:24
**go** 5:13 12:16 14:20,20 16:7,13 19:14 21:4 23:19 28:16,19 30:24 31:25 32:7 35:22,25 36:6 37:12,19 40:5
**going** 4:5 13:12 13:17,19 21:21 23:3,25 35:9,13 37:17,23 38:2 41:13 46:1
**gonna** 13:15,15 14:19,20,22
**gotten** 13:9 23:18
**granddaughter** 27:2
**grandmother** 13:23,24 14:3,6 14:23
**grandson** 25:25 28:23 43:24
**Grower** 1:21
**guess** 31:12
**guessing** 30:10
**gunshot** 22:18
**gunshots** 22:3 23:1,9 30:6,7,17

**H**

**H** 2:9
**hall** 43:24
**hallway** 22:7 24:18,20,21,22

36:24 37:2 43:3
44:8,10
**Hampton** 5:6
**hand** 29:22 47:5
**handed** 33:13
**handle** 20:2
**happened** 26:2
38:7,8
**happy** 40:2
**heads** 4:16
**health** 6:15 9:14
9:20 11:18
**hear** 20:7,10,15
20:23 21:1,18,21
21:25 22:4,7,13
22:16,23 23:9
24:9,9 28:24
30:9,20,22 37:17
37:19,20
**heard** 21:4 22:1,3
22:8,10,15,21
23:1,13 30:6,17
37:22,24 38:18
38:25
**hearing** 22:5,14
24:9
**held** 32:10
**help** 22:24
**hey** 39:1
**Hills** 26:17
**hold** 23:20 34:8
39:13
**holler** 22:15,16,21
**hollering** 23:1,7
23:18
**home** 12:24 13:4
16:17 19:12,15
38:10
**hospital** 15:15
**house** 8:20 13:1
20:3 26:21
28:12,19 42:8
43:16,18
**Huh** 25:7

_____
        **I**
_____
**identify** 3:5 20:23

**Immediately**
30:19
**improper** 35:17
**inaccurate** 36:9
36:11 39:22
40:7
**inch** 43:5 45:9
**incident** 8:2 14:1
29:15 33:23
**inclusive** 48:6
**individuals** 7:1
**information**
28:21 46:16,16
**inpatient** 12:17
**inside** 16:17 18:8
19:14 41:2
**insignia** 43:9
**instance** 7:2
**interested** 48:11
**intervention** 42:6
42:14
**interview** 32:24
33:2,5 34:21
35:21 36:4,7
**interviewed** 32:14
34:6,10,14
**introduce** 42:16
**introduced** 42:13
**investigation**
43:13
**investigations**
43:10
**involved** 8:10
18:20 44:3
**Involving** 8:5

_____
        **J**
_____
**Jack** 1:4 3:12
14:25 15:2,4,5,6
15:10,19,23 16:2
16:4,5,16,25
17:4,5,12,14,17
17:19,24 18:18
18:20 19:4,6,9
21:1,4,8 22:13
22:18,23 23:1,4
23:15,16 24:1,22

25:9,11,12 37:9
37:25 38:4,16,18
38:22 39:3,10,13
40:20,24 41:1,3
41:7 44:7 45:3
45:10,12,19
**January** 8:1
**Jeanelle** 1:20 3:7
**Jeannelle** 3:22
**Jones** 1:11 2:3 3:3
3:15,21,22 5:3
5:14 25:25 26:6
26:18,24 27:4,10
28:23 29:7,11,24
32:14 35:20
40:17 44:19
45:24 47:4 48:5
49:2
**Jones's** 27:7,16
**June** 8:1 9:1
12:19 17:14
31:3,3,5 32:15
33:23 34:3,11
37:2,22 38:1,16
39:14

_____
        **K**
_____
**keep** 44:8
**Keller** 1:14 47:3,7
48:4,16
**kept** 12:13
**Ketcham** 1:21
**Kevin** 1:6 3:4,8
**killed** 11:19 23:7
31:6
**kind** 22:2 24:4
43:24
**kitchen** 21:14
23:5,6,15,16
24:19,20 36:25
45:2,12,20
**knife** 12:5 15:1,12
15:20,21,22,24
16:2 17:6,10,12
17:13 25:4,9
29:21,23 30:4,5
37:17,20,23,25

37:25 38:2,11,11
38:17,19,24
39:16 40:25
41:9,13,14,14,16
41:18
**knocked** 19:24,25
20:5,8,12,17
**know** 4:13 9:19
10:21 11:11
12:11,16 13:11
13:12,14,14
15:13,16 16:15
17:14,17 18:7,16
20:2 22:8,11,22
23:20,24,24
26:11,16 27:12
27:21 28:2 29:2
29:16,17,18
31:13 34:17
35:2,3 37:16
38:9 39:8,24
40:6 42:12
43:14,25 44:12
44:14
**knowing** 8:17
**knowledge** 10:20
16:1
**known** 4:25 5:5
12:4 25:17

_____
        **L**
_____
**L** 2:22
**Lake** 1:22 28:1,16
28:18
**Lakeside** 9:6,8
12:16,18 15:18
16:12,14
**Large** 1:15 47:8
**law** 16:10 20:24
31:9 32:14,24
34:10,14 39:4,7
**laying** 23:6,16
24:23 44:9,9
**leaned** 45:4
**leather** 24:5,5,5
**left** 20:2,2 21:3,22
43:5,6

**let's** 4:24 7:20
35:4,4
**license** 6:9
**line** 36:1,16 37:12
38:5,6 49:5
**listen** 4:6
**listened** 16:3
**little** 11:23 31:2
37:17,18 43:25
45:6,9
**live** 9:14 10:6,13
26:6,7 27:2,2,14
27:25
**lived** 5:25 7:19,23
8:19,22 9:25
10:3,15 11:15
12:14
**lives** 26:14 28:1
**living** 6:9 7:2 9:1
10:10 11:8
**location** 7:23
**locations** 10:4
**locked** 41:23
**long** 5:25 6:17
7:19 8:19,22
10:14,14,19 30:6
30:14 36:15
**look** 24:20,22
31:24 38:5
44:10
**looking** 33:12
36:21
**lot** 33:10 34:17
35:1,3 36:11
42:3,3
**Lou** 1:11 2:3 3:3
3:15 47:3 48:5
49:2
**loud** 36:20
**lying** 24:18 43:22

_____
        **M**
_____
**maiden** 5:7
**Maitland** 1:22
**Marie** 1:3 3:4,10
40:19
**Marilyn** 27:17,23

27:25 28:6,14
**mark** 33:13 35:2
39:25
**marked** 31:11
33:15
**markup** 35:14
**Mary** 1:11 2:3 3:3
3:15,21 4:25 5:2
5:6,10,13 47:3
48:5 49:2
**matter** 3:4 49:23
**Mays** 5:24 6:6
42:9
**ma'am** 5:9 7:5
12:2 24:14 26:8
31:7,18 32:18
33:7,18 34:20
37:9
**mean** 9:19 24:12
32:2 41:2
**meant** 25:13
**medical** 16:9
**medications** 7:6
12:11
**men** 44:24
**mental** 6:7,15
9:14,19 11:17
**mention** 17:10
**MIDDLE** 1:1
**midnight** 33:24
34:2
**Mills** 1:3,4 3:11
3:12 7:17 8:13
8:16,19 9:5,23
11:9,11,17,24
12:4,7,12,14
13:21 14:13,24
15:4,5,6,10,19
15:23,23 16:2,2
16:5,12,17 17:4
17:5,5,14,17,19
17:24 18:18,20
19:6,7 20:4,7,10
20:16 21:1,2,4,5
21:8,12,19 22:13
22:18,23 24:1,18
24:24 25:12,13

25:17 30:23
31:4,14 36:21
37:9 38:16,17,23
38:24 39:3,10,13
39:15 40:20,20
45:12
**Mills's** 9:14 12:19
16:25 17:24
21:23 25:9
45:16,19
**mind** 39:21
**minute** 32:8 41:12
**minutes** 30:10,18
31:24 36:24
39:19
**Mischaracterizi...**
17:8
**missed** 36:22
**MJ** 36:17 37:13
38:6
**Morgan** 1:25,25
**mother** 27:16
**move** 10:11 13:15
13:17,19
**moved** 10:17 43:5
**moving** 22:1,11
36:2

_____

**N**
**N** 1:16 2:2,22
**naked** 31:15,21
43:22,23,25 44:1
**name** 3:20,22 5:7
5:13 25:23
26:16 27:3,16,20
27:22 40:19
**names** 4:25 5:5
**near** 24:24 25:6,9
45:5,6,15
**nearby** 23:4 27:2
**need** 4:9 15:14
28:22 29:2
30:24 31:23
33:9
**needed** 26:24
**negotiation** 42:17
**neighborhood**

28:17
**never** 11:13 12:18
21:4 27:12
34:14 37:22
38:23 39:3,8,10
39:12,13,17 41:7
41:10,19
**night** 8:8 11:19
21:2 32:17,22
33:2,17,22 36:14
37:2 39:10
**nine** 6:24 15:7
**nine-page** 35:11
**nods** 4:16
**noise** 22:1,1,2
**North** 1:22
**Notary** 1:15 47:8
**noted** 49:4
**notes** 30:25 48:7
**notice** 1:12 12:22
12:23 13:20
14:24
**noticed** 31:4
**no's** 4:15
**number** 6:3 7:8
26:12 27:8 28:4
29:6,7
**numbers** 43:15,18

_____

**O**
**O** 2:22
**OATH** 2:6 47:1
**object** 17:7 22:25
35:9 36:1 41:5
43:11 44:5
**objecting** 35:16
**Objection** 41:15
**occasion** 11:16
12:15 13:21
39:11,15
**occasions** 10:1
**occurred** 8:2 14:1
**Office** 42:2,14,18
43:8
**officer** 39:6
**officers** 20:24
32:15,24 34:10

34:14 42:11
**official** 47:5
**oh** 9:21 17:21
18:6 27:21 30:9
**okay** 4:1,5,9,10,18
4:22,23 5:5,13
5:16 6:14,17 7:4
7:13 8:8,10,22
9:4,11,13,25
10:6,19,23 11:7
11:22 12:4,23
13:3 15:23
16:23,25 17:10
17:17,23 18:5,11
20:7,15 23:2
24:24 26:4 27:7
28:19 29:4,11
30:19 31:1,11
32:5,23 33:3,12
33:20 34:5,13
35:19 36:13,16
37:1,12,21 38:1
38:5,5,7,15,22
39:3,18 40:10,11
40:14,22 41:7,11
41:17,20,23,25
42:5,12,16,20,23
43:7,21 44:12,15
44:23 45:11,18
46:15,22
**once** 39:25
**opening** 21:9
**operator** 17:3,11
**opportunity**
46:10
**opposed** 4:16,16
**Orange** 1:7 8:5
15:17 42:1,14,18
43:8 47:2 48:3
**ordinary** 13:5,20
14:24 31:4
**Orlando** 1:2,14
1:18 5:24 26:9
**outcome** 48:11
**outside** 13:1 16:18
16:20,22,23 18:9
18:10 19:12

30:1 44:21
**o'clock** 14:4

_____

**P**
**P** 1:16,16 2:22
**page** 36:4 49:5
**pages** 48:6
**paramedics** 30:7
30:8,9,11
**Parker** 1:7 3:8
**Parkway** 5:24 6:6
**part** 20:3 21:3
**particular** 10:9
**parties** 2:24 48:9
48:10
**peeped** 44:8
**penalties** 49:22
**people** 6:14 43:15
43:17
**period** 10:14
**perjury** 49:22
**personal** 1:3 3:11
16:1
**personally** 47:4
**phone** 28:5
**physically** 41:2,10
**Pine** 26:17
**place** 13:13,13
33:24
**Plaintiffs** 1:4,19
**please** 3:5,14,20
5:11,17 36:19
38:6
**point** 9:11 13:3
19:14 24:17
30:11 35:10
46:1
**pointers** 3:25
**police** 15:15 23:22
23:22 29:18
31:11 38:18,19
38:21,25,25 39:2
39:8
**pop** 23:11,11,11
23:11
**position** 23:2 25:3
25:8

**potential** 9:8
**preference** 46:13
**preparation** 7:10
  7:13
**presence** 17:1
  39:4
**PRESENT** 1:25
**prior** 7:16 8:23
  10:8 11:9,12,22
  12:5,12 17:14,24
  24:8,12,13,15,15
  46:4
**problem** 9:14
  12:9,10 38:10,17
  38:20,23 39:1,8
  39:11,15
**problems** 6:15
  11:8,18,24
**proceedings**
  46:25
**proper** 35:10,18
**provide** 40:2
**Public** 1:15 47:8
**purpose** 46:6
**pursuant** 1:11
**pushed** 23:23 45:8
**put** 13:8 35:20
  43:4,18
**P.A** 1:17,21,25
**p.m** 1:13 3:5 32:9
  32:11 46:23,25

———————
**Q**
**quarter** 15:7
**question** 4:7,7,12
  4:13 34:8 38:15
**questioning** 36:2
**questions** 3:23 4:6
  18:16,23 32:1,4
  35:14,17 40:13
  40:14,22 44:19
  45:22
**quite** 13:14

———————
**R**
**R** 1:14,16 47:3,7
  48:4,16

**radio** 30:22
**ran** 23:4,15 45:3
**Raye** 27:17,18,23
  27:25 28:7,14
**read** 34:18,25
  35:12 36:12,19
  36:19 37:13
  38:6 39:19,23,24
  46:3,11,11,14,21
  49:22
**reading** 2:25
  34:16,17 46:5,6
  49:4
**really** 25:12 29:17
**reason** 10:9 12:8
  14:9 28:21 49:5
**recall** 8:8 18:23
  32:14,19,20,21
  34:6,10,12 38:15
  41:25 42:5 43:7
  44:2,6
**recollection** 15:10
  33:25
**record** 3:6,20 4:19
  9:22 31:25 32:8
  32:9,10,12 33:3
  46:24 48:7
**recorded** 33:5
**Redirect** 2:5
  44:16
**refer** 9:8
**referring** 45:11
**reflected** 49:23
**relation** 40:25
**relationship** 9:7
**relative** 48:9,10
**remember** 18:17
  19:10,13 20:25
  28:5 30:21,23
  33:1,8,19 34:16
  34:21,22 35:15
  35:15 36:15
  37:2
**remembers** 29:2
**rent** 6:12,13,14,21
  6:23
**renters** 9:8

**renting** 6:17,25
**rephrase** 4:13
**report** 48:5
**reported** 14:10
  17:4
**reporter** 2:7 3:13
  45:24 46:19
  48:2
**represent** 40:19
**representative** 1:3
  3:11
**representing** 3:7
  3:10
**requested** 48:6
**reserved** 2:25
**residence** 6:5,5,18
  8:3 9:2,15 10:3
  10:7,10,13,23
  11:8,16 12:7
  13:1 18:3,9
  25:18 30:12
  31:8 39:9
**resident** 8:19
  25:23
**residential** 28:17
**residents** 8:10
  25:20
**respect** 13:20
**respective** 2:24
**respond** 14:18
**responded** 20:13
**response** 18:2
**responsibility** 7:1
**rest** 20:2
**review** 48:5
**reviewed** 7:11
**Richara** 1:25
**Richmond** 28:1
  28:16,16,18
**Ricky** 1:3 3:11
  7:17 8:13,15,19
  9:5,14,23 11:9
  11:11,17,24 12:4
  12:7,12,14,19
  13:4,8,10 14:7
  14:13,24,25
  15:12,23 16:2,12

17:5,18,20,24
  19:6 20:4,7,10
  20:13,16 21:1,5
  21:8,9,12,19,23
  22:17,24 23:7,7
  23:18,19 24:18
  24:24 25:10,13
  25:17 29:19,19
  31:4,14 36:21,23
  36:25 37:3,4,10
  37:14,16,19,22
  37:24,25 38:1,17
  38:20,23 39:15
  40:20,24 41:1,7
  41:12,13,16,17
  41:21 43:3 44:9
  45:16
**Ricky's** 15:3
  19:18,22 29:22
  43:21
**right** 4:14,24
  10:11 13:12
  16:7 26:17 31:1
  34:24 35:4,6,19
  36:3,25 37:1,7
  40:12,18 43:2,17
  45:13 46:3
**Road** 1:22 26:17
**Robinson** 1:13,18
**room** 19:18
  21:15,22,23 23:5
  37:16 38:2
  41:21,22
**rooming** 8:20
  12:25
**rooms** 6:12,13,14
  6:17,20,20,22,25
**run** 37:16 38:2
**running** 22:7,8,10
  35:13
**Rutherford** 1:21
**R-A-Y-E** 27:19
**R.P.R** 1:15 47:3,7
  48:4,16

———————
**S**
**S** 1:16 2:9,22,22

**Saturday** 26:19
**saw** 26:2 28:8
  29:11,13,14,18
  29:21 37:16
  43:21 44:8
**saying** 18:17
  34:20,21,23
  37:17 38:2
**says** 36:17 37:13
  38:5,13 42:6
  43:9
**scene** 41:20 42:24
  43:1,9 44:21
**schizophrenia**
  9:21
**seal** 47:5
**second** 11:7 30:25
**Security** 6:3
**see** 7:20 17:13
  19:1 21:7,16
  23:3,19 24:2,19
  24:22,24 25:1,1
  25:3,8,16 28:9
  28:10,11 29:23
  30:4,5 36:21
  38:1,3,7 41:17
  42:7 43:25 44:9
**seeing** 42:5 43:7
  44:2
**seen** 24:20 31:14
  31:20 36:11
  41:19
**SHEET** 2:7 49:1
**Sheriff** 1:6,7,8 3:8
**sheriffs** 8:6
**Sheriff's** 42:2,14
  42:18 43:8
**shoe** 24:3
**shoes** 24:4,5,6,7
**shooting** 8:5
  11:23 12:1,5
  22:22 24:13,15
  24:16 25:21,24
  29:3,12,25 30:19
  31:16,21 32:16
  32:25 33:24
  34:11,15 44:3

45:13
shortly 32:15
shot 22:17 23:18
29:18,19 30:16
43:3 44:7
shots 23:13 24:8
24:12,17
show 19:17
showed 19:22
33:3
shower 36:23,23
37:3,5,7,8,10
sick 14:8,10,16
15:14
side 15:11 21:17
42:7,8
Signed 49:25
signing 2:25 49:4
Silver 26:15,16,17
27:15
sink 45:2
sit 23:24
Social 6:3
somebody 16:11
sorry 5:2 17:5
25:12
sound 22:10
spell 5:21 27:5,18
spoke 14:2 17:3
spoken 7:17
standing 16:25
18:9,10,18,19
19:11 23:17
25:25 29:24
30:1,2,2 37:2
45:10
stands 39:21
Star 26:15,16,17
27:15
start 3:24 4:24
32:1
starting 24:9
state 1:15 3:20
47:2,8 48:3
stated 42:20 43:21
statement 41:1
46:2

statements 40:7
STATES 1:1
stay 13:13 45:9
stayed 8:23,23,24
10:22,23 21:16
staying 12:7 25:18
26:1 38:10
stenographic 48:7
stenographically
48:5
step 45:7
stipulated 2:23
stood 23:21
stop 22:24 28:12
37:1
stopped 10:10
stove 45:3,5,6
strange 31:2
street 1:13,18
31:15,17,19
strike 36:2
stuck 38:11
stuff 33:9 34:17
35:1
STYLE 49:2
subject 49:23
substance 49:23
Suite 1:14,18,22
Sunday 28:8,11
supposed 33:4
43:13
sure 9:22 15:8
17:9 18:6 41:4
swear 3:14
sworn 3:16 47:4

———————
T
———————
T 1:17 2:9,22,22
take 9:23 16:12
31:24 33:9
34:18 35:1,2
36:11 39:23,25
40:5 44:9
taken 1:11 3:3 4:3
takes 6:7
talk 11:23 26:20
28:22 36:14

talked 7:13 10:5
13:10 14:23
26:18,19 28:6
33:21
talking 16:16
17:11 30:22
32:21 37:3,8
38:21 39:2
44:21
Tawanna 27:4,5,7
27:10
team 42:6,14,17
Telan 1:21
telephone 7:8
18:2 26:12 27:8
28:4 29:6,7
tell 5:11 13:7,17
15:9,20 16:5
17:4 18:14 19:3
25:20 26:14
29:11,14,21,24
31:20 34:24
36:8 37:24
38:19,25 42:23
43:23
telling 13:19
38:15
Ten 10:8
tense 18:7
terms 11:24
testified 3:16
41:12
testifying 32:23
testimony 3:1
17:8 34:5,9,13
37:21 38:22
thick 43:6
thing 20:17 29:13
37:16
things 14:17 36:7
36:8 43:15
think 9:21 14:7,14
15:14 18:25
19:8 22:21 24:2
27:21 28:8 29:5
30:21,24 33:13
35:10,18 44:24

46:15
thought 11:21
14:9
threaten 11:12
12:4
threatened 15:24
17:6 40:25 41:8
threatening 15:22
16:2 41:14
threats 41:11,12
three 17:21 18:6
31:12
throw 11:20
thrown 14:11
till 34:8 39:13
time 3:5 4:11 7:16
8:23 9:16 10:10
10:14 11:7,20
12:15 14:2 15:6
17:21 22:5,14,20
23:24 24:25
26:1,18 28:6
29:25 32:9,11
33:10 34:2,18
35:1,2 36:12
39:23,25 40:5
41:25 43:22
44:3 46:23 49:4
today 7:10,14
37:21 38:22
45:25
told 9:6 14:7
15:12,19,23 16:4
16:11 17:9 19:4
19:9 23:22
24:11 29:14
30:4,10 31:14
37:22,25 38:7,16
38:18,18,23 39:3
39:8,10,13,17
40:24 41:7,10
42:21 43:10,19
43:20 44:19,25
totally 35:16,16
46:5,12
touch 13:25 28:14
towel 23:23 43:4,6

45:8,9
Traffic 22:11
transcribe 46:1
transcribed 46:8
transcript 33:4,4
33:12 34:25
35:21,23 36:8,10
36:17 39:18
40:3,8 46:3,5,21
48:6,6
tried 21:11
true 48:6 49:23
try 4:7 23:19
35:12
trying 23:17,20
28:21 44:7
tussling 12:9
two 10:1,3 44:24
type 6:5 9:7
typed 45:25
typewritten 46:2
T-A-W-A-N-N-A
27:6

———————
U
———————
U 2:22
Uh-huh 6:13
10:18 39:20
uh-huhs 4:17
uh-uhs 4:17
um-hmm 10:5,25
18:22 20:20
34:1 36:5 40:4
uncle 15:3 36:21
37:4,6
understand 4:12
33:9,23
understanding
9:13 45:18
uniform 43:9
uniforms 31:9
UNITED 1:1
unusual 11:21
12:21 16:15
usually 14:20

———————
V
———————

v 49:2
van 42:5
verbal 41:12
verbally 4:8
versus 3:4
VIDEOGRAP...
  3:2,13 32:11
  46:23
videotape 35:13
violence 11:12
violent 11:11,13
  18:25 19:2,5,7
visit 17:18,19
vs 1:5

**W**
wait 32:3,6
waited 36:23
waiting 37:3,4,6,8
  37:10
waive 46:5,12
walk 45:7
walking 31:15,17
  31:21
walkway 45:3,7
wall 21:15
want 10:11,11
  15:13,13,16
  29:16 31:25
  32:2,6 35:5,24
  38:8 40:5
wanted 16:11,13
  19:24 23:19
  28:14
wasn't 16:3 19:5
  20:11,22 36:15
  36:24 45:3,6,15
watching 30:2,3
way 32:20
weapon 19:1 25:2
weapons 24:24
Wednesday 1:12
  14:20,21
week 17:21
went 12:18 20:3
  21:14,22 23:5
  36:22 37:6

weren't 23:2 25:3
  25:8
we'll 11:23 33:13
we're 4:5
we've 45:25
white 44:24
Willie 5:24 6:6
  42:8
witness 2:24 3:14
  3:17 35:12 46:9
  46:14,18,22 47:1
  47:5
witnessed 25:21
  25:24 28:25
  29:25
wondering 33:11
words 4:9,16
work 13:1
working 44:7
wrote 33:16

**X**
X 2:2,9

**Y**
yeah 7:22 11:3
  13:6 18:19,22
  22:9 32:2,7,21
  34:1,22 37:11
  38:13 43:20
year 10:16,16,24
years 7:22,22 8:17
  8:24 9:2 10:5,8
  10:21,22 11:1,4
  11:15 12:14
  35:15
yes's 4:15
y'all 22:17

**1**
1 2:10 33:14,15
  39:19 40:8 48:6
1:43 1:13 3:5
10 8:17
105 1:13
11/06/2011 47:9
12/28/1941 5:18
130 1:18

14th 8:1 9:1 12:19
  17:14 31:3,3,5
  37:2 38:1 39:14
15 36:24
15th 32:15 33:23
  34:3,11 37:22
  38:16
1972 6:1 7:24
1981 6:19

**2**
2 33:13
2:30 32:9
2:47 32:11
2005 8:2 9:1 12:20
  17:15 32:15
  34:11 37:22
  38:2 39:14
2009 1:13 3:2 47:5
  48:12
2047 6:4
24 36:17

**3**
3 2:4
3:08 46:23,25
30 30:10,18
32751 1:22
32801 1:18
33 2:10 37:12

**4**
40 2:5 38:5
407-294-2130 7:9
407-601-3011
  27:9
44 2:5
450 1:22
47 2:6
48 2:7
49 2:7 48:6

**5**
5 1:12
5th 3:2
503 1:14

**6**

6:08-cv-1568-O...
  1:5 49:3
60 7:22,22,22
605 1:18

**7**
732038 47:8
737 5:24 6:5

**8**
8th 47:5 48:12
8:30 14:5

**9**
9:30 15:7
901 1:22
911 16:6,9,19 17:3
  17:11,24 38:9,12
  38:13,14

*FLORIDA DEPARTMENT OF LAW ENFORCEMENT*

*Interview Transcription of Mary Jones*



*Conducted by: SA David Lee – FDLE &*
*Det. Michael Ruggiero - OCSO*

*FDLE Case #: OR-27-0048*

*Date Conducted: June 15, 2005*

*MJ: Mary Jones / DL: David Lee / MR: Michael Ruggiero*



DEFENDANT'S
EXHIBIT
1 (MJones)
DK 8/5/09

000136

| | | |
|---|---|---|
| 1 | DL: | Today's date is June 15, 2005.  Speaking is Special Agent David Lee from the |
| 2 | | Florida Department of Law Enforcement.  Also present is Detective Mike |
| 3 | | Ruggiero from the Orange County Sheriff's Department and Ms. Mary Jones. |
| 4 | | Uh, Ms. Jones you can see the conversation we're about to have is being tape- |
| 5 | | recorded.  I need you to answer uh so that the court can hear you. |
| 6 | MJ: | Oh, okay. |
| 7 | DL: | So just say yes. |
| 8 | MJ: | Yes. |
| 9 | DL: | Okay.  Alright uh, this is in reference to Orange County Shooting 05-051691 and |
| 10 | | its going to be also uh, FDLE case number OR-27-0048.  Um, Ms. Jones can I get |
| 11 | | you to raise your right hand please?  Do you solemnly swear or affirm that the |
| 12 | | statements that you're about to give will be the truth, the whole truth and nothing |
| 13 | | but the truth? |
| 14 | MJ: | Yes. |
| 15 | DL: | Okay.  Uh, Ms. Jones what's the address here? |
| 16 | MJ: | 4549 Conley Street. |
| 17 | DL: | That's in Orlando, Florida correct? |
| 18 | MJ: | Yes. |
| 19 | DL: | Okay.  Alright, Ms. Jones um, I guess earlier this, this evening and incident |
| 20 | | occurred here at this residence uh, from your very first knowledge of what was |
| 21 | | going on just start from there just kind of give us a narrative of what occurred. |
| 22 | MJ: | Uh huh.  Well um, his uncle, Ricky's uncle came looking for him. |
| 23 | DL: | That's Ricky Mills right? |
| 24 | MJ: | Ricky Mills.  Uncle came looking for him to see what's going on with him he |
| 25 | | missed him.  So he came in uh, Ricky was in the shower, taking a shower and so |
| 26 | | he waited in the hallway and it wasn't about fifteen minutes so then I was right in |
| 27 | | the kitchen here, so then Ricky… |
| 28 | DL: | Let me interrupt you just a second.  What is the uncles name? |
| 29 | MJ: | Jack, its Jack Mills. |
| 30 | DL: | Jack Mills, okay.  About what time was this…when he came? |
| 31 | MJ: | It had been about 10:30 I believe. |
| 32 | DL: | Okay, I'm sorry keep going. |
| 33 | MJ: | Uh huh, and so then when Ricky finally came out the bathroom they had some |
| 34 | | confrontation or another, only thing I know that I saw Ricky run back in his room |
| 35 | | saying he's going to get a knife, I did hear a little bit of that. |
| 36 | DL: | Okay. |
| 37 | MJ: | And then his uncle went out to his truck, run out to the truck.  So then I went out |
| 38 | | the front door to go out and talk to his uncle. |
| 39 | DL: | Hmm, hmm. |
| 40 | MJ: | To see what had happened that he told what had happened.  I asked what you |
| 41 | | want me to do.  He said "well, call 9-1-1", cause we had that you know, problem |
| 42 | | before when he was staying home with him with the knife.  I said he ever got a |
| 43 | | knife and stuck before?  He say yes.  I said what we do call 9-1-1?  So he said |
| 44 | | "yeah, call 9-1-1", so that's what I, I did.  So, I called 9-1-1 came out. |
| 45 | DL: | Okay. |
| 46 | MJ: | And. |

| | | |
|---|---|---|
| 1 | DL: | Alright, now Ricky stays here…with you? |
| 2 | MJ: | Yes. |
| 3 | DL: | Okay. And the uncle does not? |
| 4 | MJ: | No, he come and check on him. |
| 5 | DL: | Okay. And you said there was a, a, the uncle came in and there was a little |
| 6 | | confrontation, do you know what they were arguing about or what they were |
| 7 | | talking about? |
| 8 | MJ: | No I don't know what they were talking about. |
| 9 | DL: | Okay. Okay, so um, when you were outside with the uncle did the uncle tell you |
| 10 | | what, what the fight was about or what they were talking about or…? |
| 11 | MJ: | No he didn't. |
| 12 | DL: | Okay. |
| 13 | MJ: | Just come and check on him you know, cause he figured something was going on |
| 14 | | you know, with him by him being a mental patient. So he come to see how he |
| 15 | | was doing. |
| 16 | DL: | He is a mental patient? |
| 17 | MJ: | Uh huh, I told the Detective. |
| 18 | DL: | Okay, do you know what kind of mental disorder he may have had? |
| 19 | MJ: | Um, I think its, I'm not sure, schizophrenia, is one of them I think. |
| 20 | DL: | Is he on medication? |
| 21 | MJ: | Yes. |
| 22 | DL: | Do you know if he's been taking his medication? |
| 23 | MJ: | I'm not sure, if he takes or not, I don't give it. |
| 24 | DL: | You don't assist him with that? |
| 25 | MJ: | No I don't, I don't. |
| 26 | DL: | Now does like pay rent here or something or? |
| 27 | MJ: | Yes, he pays rent. |
| 28 | DL: | Okay. And its what subsidized or does he take care of it himself? |
| 29 | MJ: | He take care of himself. |
| 30 | DL: | Okay. Um, now the uncle asked you to call 9-1-1, did you come back into the |
| 31 | | house and call 9-1-1 from here? |
| 32 | MJ: | Yes, I called 9-1-1 from here. |
| 33 | DL: | Okay. Did you see Ricky when you came back in? |
| 34 | MJ: | No, he went in his room and was in his room. |
| 35 | DL: | Was in his room. |
| 36 | MJ: | Uh huh. |
| 37 | DL: | Okay. Um, when the Deputies were, arrived, yeah, did you stay in the house after |
| 38 | | you called 9-1-1? |
| 39 | MJ: | Yes. |
| 40 | DL: | Okay. So, that, when the Deputies arrived did you, are you the one that let him, |
| 41 | | did you let them in? |
| 42 | MJ: | Uh huh, I let them in. |
| 43 | DL: | Okay. When the Deputies arrived what did you hear or see? |
| 44 | MJ: | Well, they asked where was his room, they went down to this room and was |
| 45 | | asking him to, to come out, open the door. And he never would open the door and |
| 46 | | I'm not sure what he said, might've told him to leave, I'm not sure. But I went |

| | | |
|---|---|---|
| 1 | | there to and to tell him, Ricky, you know come out, let them talk to you. So then |
| 2 | | finally I just come on back in here and next thing I knew was his uncle must've |
| 3 | | went to to try to get him out too. And the next thing I know that's what had |
| 4 | | happened. |
| 5 | DL: | Okay, you heard the shots? |
| 6 | MJ: | Uh huh. |
| 7 | DL: | Did you, did you see the Deputies…shoot him? |
| 8 | MJ: | No, I didn't see them cause I was back in here, he told me… |
| 9 | DL: | Okay, did you hear any commands that the Deputies may have give, be give, had |
| 10 | | given just prior to the shooting? |
| 11 | MJ: | Yes. |
| 12 | DL: | What was that? |
| 13 | MJ: | He told him to come out. |
| 14 | DL: | Okay. |
| 15 | MJ: | Uh huh. |
| 16 | DL: | Alright. How many, do you recall how many shots you heard? |
| 17 | MJ: | I don't know. Maybe about two or three. |
| 18 | DL: | I know… |
| 19 | MJ: | I know two for sure. |
| 20 | DL: | Do you know if Ricky at some point and time attacked his uncle? |
| 21 | MJ: | I don't know. |
| 22 | DL: | Didn't? Okay. |
| 23 | MJ: | I don't know what happened over there in the house when he was home. But he |
| 24 | | say he did have a knife there. |
| 25 | DL: | I'm talking about here in the residence. |
| 26 | MJ: | Oh, no, he never attacked him. |
| 27 | DL: | Okay. Now this is, this is the kitchen I guess the incident occurred down this |
| 28 | | hallway right here? |
| 29 | MJ: | Yes. |
| 30 | DL: | And you were in this area here? |
| 31 | MJ: | No, I was right here in the kitchen standing in the kitchen cause I couldn't see |
| 32 | | what was going on behind the wall. |
| 33 | DL: | Oh so its this way? |
| 34 | MJ: | Yes. |
| 35 | DL: | Okay. |
| 36 | MJ: | He took, you know at his room. |
| 37 | DL: | Okay. |
| 38 | MJ: | And I heard the shot, I just ran back, back here. |
| 39 | DL: | Back in that area? |
| 40 | MJ: | Hmm, hmm, cause I heard some scuffling like. |
| 41 | DL: | Hmm, hmm. |
| 42 | MJ: | And I just ran. |
| 43 | DL: | You mean scuffling then the shots? |
| 44 | MJ: | I don't know, it all happened so quick I don't know with the shots and everything. |
| 45 | DL: | I understand, I understand. I understand. Alright. So you didn't actually see the |
| 46 | | Deputies…… |

| | | |
|---|---|---|
| 1 | MJ: | No. |
| 2 | DL: | ....when they, when they made contact with him? |
| 3 | MJ: | No, I didn't. |
| 4 | DL: | Okay. Do you know if there was anybody else in that hallway when you were in |
| 5 | | there that you saw that was maybe peeking out of a door to see what was going on |
| 6 | | or anything of that nature? |
| 7 | MJ: | No, I don't remember anybody else being in there with me. Hmm, hmm (no). |
| 8 | DL: | Is there another entry or exit... |
| 9 | MJ: | Hmm, hmm. |
| 10 | DL: | ....from the side there? |
| 11 | MJ: | Yeah, another entry. |
| 12 | DL: | Now when his uncle came back in after the Deputies arrived did he come in this |
| 13 | | way or did he come in another way or do you know? |
| 14 | MJ: | What, let me see, I can't remember which way he came in. I believe he came |
| 15 | | through here. I think he come through the door here. I think. Hmm, hmm. |
| 16 | DL: | And that was why you were down there, were, you were down when the Deputies |
| 17 | | were trying to ask Ricky to come out at that point and time? |
| 18 | MJ: | Uh, no what it was, uncle was there, I don't know how, where he came in, how he |
| 19 | | got there but he was standing there. |
| 20 | DL: | Hmm, hmm. |
| 21 | MJ: | Hmm, hmm. The Deputy had been asking for awhile, you know, standing there |
| 22 | | for awhile to try to get him to come out so then I went there to get, try to you |
| 23 | | know, let him, say come on out let the Deputy talk to you, you know. And so he |
| 24 | | told me go back, come back. |
| 25 | DL: | The Deputies told you to come back this way? |
| 26 | MJ: | Uh huh. |
| 27 | DL: | When you asked Ricky to come out, what, how did he respond to you? |
| 28 | MJ: | He didn't say anything. |
| 29 | DL: | He didn't say anything to you at all? |
| 30 | MJ: | Hmm, hmm (no). |
| 31 | DL: | Okay. Alright. Did anybody, did you try to open the door or...? |
| 32 | MJ: | No, I didn't try to open the door. |
| 33 | DL: | Okay. Alright, and so it was the Deputies, yourself and the uncle were down |
| 34 | | there at one point and time. |
| 35 | MJ: | Yeah. |
| 36 | DL: | And then you, and then you came back in here. |
| 37 | MJ: | Yes. |
| 38 | DL: | And the Deputies and the uncle.... |
| 39 | MJ: | Yes. |
| 40 | DL: | ...were still down there. Okay. Alright, Mike? |
| 41 | MR: | Uh Ms. Jones, how long has Ricky lived here? |
| 42 | MJ: | This last time a year. He used to live with me before uh, several years back. |
| 43 | MR: | And so there was a gap. |
| 44 | MJ: | Prior. |
| 45 | MR: | Okay. So he's been here right now, he's been here, he had been here about a |
| 46 | | year? |

| | | |
|---|---|---|
| 1 | MJ: | A year, uh huh. |
| 2 | MR: | Okay, um, what's his behavior like on a regular or normal basis?  Is, is, is he a |
| 3 | | little volatile....or? |
| 4 | MJ: | No, not this last time.  He would stay in his room and he, he seemed to be you |
| 5 | | know, pretty nice. |
| 6 | MR: | Kept to himself? |
| 7 | MJ: | Yeah, kept to himself, he'd go to work and he'll come in and ask me do I want a |
| 8 | | soda. |
| 9 | MR: | Okay. |
| 10 | MJ: | Something like that. |
| 11 | MR: | What do you think set him off tonight?  What made him act aggressively, not all, |
| 12 | | not towards the Deputies but towards Jack? |
| 13 | MJ: | Yeah, I don't know, I don't know what they had said no, sound. |
| 14 | MR: | But anything that, that you saw earlier this evening that proceeded that event? |
| 15 | MJ: | With him and (...inaudible...) |
| 16 | MR: | But had him been drinking, had he been doing anything unusual? |
| 17 | MJ: | No, I went in his room while he has, while his clothes, he put his clothes out and |
| 18 | | that's when I got concerned, I came home and I saw his clothes out so then I went |
| 19 | | and talked to him, I said Ricky, I said uh, those your clothes, he say "yeah", I said |
| 20 | | well, why did you put them out there, he said "well I'm going to get some more". |
| 21 | | I said those are nice clothes and so I says you moving out on me?  He said "no, |
| 22 | | but I'm looking for a place".  I said really?  So I asked, I said why is it you cool in |
| 23 | | here, cause he likes to you know sleep wrapped up.  So he had many clothes on |
| 24 | | here with shorts on so I put a fan in there for him.  And so... |
| 25 | MR: | This was today? |
| 26 | MJ: | This afternoon before all this happened this early.  Then I um, looked for his |
| 27 | | Grandmother phone number and I called her earlier, I called her and told her how |
| 28 | | Ricky was acting.  So she told me that uh, she was going to come over tomorrow, |
| 29 | | I said try to see if you can take him to the, take him to the uh, store.  Or excuse |
| 30 | | me. (phone ringing). |
| 31 | MR: | So he was acting a little strange today?  A little out of the ordinary? |
| 32 | MJ: | Hmm, hmm, a little strange. |
| 33 | MR: | Okay. |
| 34 | MJ: | And that's when I called his Grandmother, I went and got his phone number from |
| 35 | | one of the church members that go to church with her and I called her. |
| 36 | MR: | Okay. |
| 37 | MJ: | About, maybe about ten o'clock I had been trying all evening but she went to |
| 38 | | church and Jack had went church with her.  So while I was talking to her I guess |
| 39 | | Jack was coming over here and she didn't know Jack was coming to see..... |
| 40 | MR: | I see. |
| 41 | MJ: | ...Ricky. |
| 42 | MR: | Okay. |
| 43 | MJ: | Uh huh. |
| 44 | MR: | Before we went on tape uh, Agent Lee and I asked you if you were the owner of |
| 45 | | this house and if it was okay if our crime scene unit came in and took some |
| 46 | | photographs and things like that um, and you said that was okay. |

1   MJ:   Yes.

2   MR:   Okay. Uh, we appreciate that and um, Agent Lee?

3   DL:   Alright. Uh, Ms. Jones is there anything that we haven't asked you about that,
4          that's important that we know about as we try to piece together why this occurred
5          and how it occurred, things of that nature?

6   MJ:   Hmm, I don't understand you know, he's a mental patient and he had this sickness
7          for awhile, long time.

8   DL:   And I, I want to touch on one thing, you said he had his clothes out, did you mean
9          like packed in a suitcase or..?

10  MJ:   No, there just on the garbage.

11  DL:   Oh, so he's throwing them away?

12  MJ:   Yeah, he was throwing them away.

13  DL:   All of his clothes?

14  MJ:   Hmm, hmm. I saw, when I went in I saw one jacket hanging, one coat hanging up
15         there, that's all I saw.

16  DL:   Any, any other personal belongings besides his uh, clothing out there?

17  MJ:   Hmm, I think he put a, foot washer in there a..

18  DL:   Hmm, hmm.

19  MJ:   Hmm, hmm, in a box in there.

20  DL:   Okay.

21  MJ:   And some paperwork he'd throw in the hallway.

22  DL:   Did he have anything left in his room?

23  MJ:   Yeah, uh, yes, he got stuff in there.

24  DL:   He still, still has some personal belongings in there?

25  MJ:   Yeah, he still got stuff in his room.

26  DL:   Okay.

27  MJ:   Hmm, hmm.

28  MR:   Alright, do you uh, do you have any idea of where he got this knife from?

29  MJ:   Yeah, he do his own cooking.

30  MR:   Okay, so he might have something like that in his, in his room?

31  MJ:   Yeah, might have that this personal knife to cut up stuff.

32  MR:   Okay.

33  MJ:   I'm not sure you know, he do, do his own cooking I don't cook for him.

34  MR:   Okay.

35  DL:   That's all? Do you have anything else ma'am?

36  MJ:   Nope that's it.

37  DL:   Okay. Its uh, approximately 11:10pm and that concludes this interview.

38  *(Interview Ends)*