```
 1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
 2                          ORLANDO DIVISION

 3    MARIE BURKS, as Personal
      Representative of RICKY MILLS,
 4    deceased, and JACK MILLS,          CERTIFIED COPY
                  Plaintiffs,
 5
      vs.              CASE NO.:  6:08-CV-1568-ORL-28GJK
 6
      KEVIN BEARY, as SHERIFF OF
 7    ORANGE COUNTY, FLORIDA, DEPUTY
      SHERIFF CHESTER PARKER and
 8    DEPUTY SHERIFF BRIAN FIGUEROA,

 9              Defendants.
      -------------------------------------------------------
10         The deposition of MARIE BURKS taken pursuant to

11    Notice on behalf of the Defendants on Wednesday, August 5,

12    2009, beginning at 1:00 pm., at 105 East Robinson Street,

13    Suite 503, Orlando, Florida, before Donna R. Keller,

14    R.P.R., and Notary Public, State of Florida at Large.

15    A P P E A R A N C E S:

16         FRANK T. ALLEN, Esquire
           The Allen Firm, P.A.
17         605 East Robinson Street, Suite 130
           Orlando, Florida  32801
18
                For the Plaintiffs,
19
           JEANELLE G. BRONSON, Esquire
20         Grower, Ketcham, Rutherford,
           Bronson, Eide & Telan, P.A.
21         901 North Lake Destiny Road, Suite 450
           Maitland, Florida  32751
22
                For the Defendants,
23

24
      ALSO PRESENT:  Richara Brown, Morgan & Morgan, P.A.
25
```

1                          I N D E X

2        TESTIMONY OF MARIE BURKS

3

4        Direct Examination by Ms. Bronson              3
         Cross-Examination by Mr. Allen                 20
         Redirect Examination by Ms. Bronson            21
5
         CERTIFICATE OF OATH                    23
6        CERTIFICATE OF REPORTER                        24

7

8

9

10

11

12

13

14

15                         - - - - -

16              S T I P U L A T I O N S

17           It is hereby stipulated and agreed between counsel

18       for the respective parties and the witness that the

19       reading and signing of the deposition be waived.

20

21

22

23

24

25

1          MARIE BURKS,

2      having been first duly sworn testified as follows:

3           THE WITNESS:  I do.

4              DIRECT EXAMINATION

5      BY MS. BRONSON:

6           Q    Will you state your name, please?

7           A    Marie Burks.

8           Q    Ms. Burks, have you ever had your deposition

9      taken before?

10          A    No.

11          Q    Okay.  I'm sure your attorney has told you about

12     how to handle yourself in a deposition.  I would just like

13     to add a couple of points.  If you need to take a break at

14     any time, please let me know and we'll take a break.  If

15     you don't understand a question, please let me know and

16     I'll rephrase it.

17          A    Okay.

18          Q    I'd ask also that you wait until you finish my

19     question before you answer -- begin your answer so that the

20     court reporter can type down what I'm saying and what

21     you're saying.  It makes it difficult when we're both

22     talking at the same time.  I'd also ask that you use words

23     such as yes, no or whatever other words you need to express

24     yourself, try to avoids nods of the heads or shakes of the

25     head and uh-huhs and uh-uhs because that makes it difficult

1      to have a clear record.  Okay?

2           A     Okay.

3           Q     All right.  Can you give me your date of birth,

4      please?

5           A     November 9th, 1946.

6           Q     And where were you born?

7           A     Albany, Georgia.

8           Q     How long have you lived in Florida,

9      approximately?

10          A     About 45 years.

11          Q     What is your address?

12          A     4234 Prince Hall Boulevard.

13          Q     How long have you lived at that address?

14          A     About two years.

15          Q     And does anyone live there with you?

16          A     Yes.

17          Q     Who?

18          A     Jack Mills, Ora Mills, Daisy Bruton.

19          Q     Is Ora Mills your mother?

20          A     Yes.

21          Q     Is Daisy Bruton related to you?

22          A     Yes.

23          Q     What is her relationship to you?

24          A     Sister.

25          Q     How old is Ms. Bruton, approximately?

1          A    She's 54.

2          Q    Okay.  And how long have you lived at the Prince

3     Hall address?

4          A    About two years.

5          Q    Did I ask you that?

6          A    Yes.

7          Q    Oh.  I'm sorry.  Prior to the Prince Hall address

8     where did you live?

9          A    4444 South Rio Grande Avenue, Orlando, Florida.

10         Q    How long did you live there?

11         A    Sixteen years.

12         Q    Sixteen?

13         A    Yes.

14         Q    Are you related to or were you related to Ricky

15    Mills?

16         A    Yes.

17         Q    What was your relationship with Mr. Mills?

18         A    Nephew.

19         Q    Did Mr. Mills ever live with you?  Did Ricky

20    Mills ever live with you?

21         A    No.

22         Q    Are you the personal representative for

23    Mr. Mills' estate?

24         A    Yes.

25         Q    Would it be correct to assume that you are the

1      person who should have the most knowledge about his estate

2      and his financial affairs?

3              A      Yes.

4              Q      Now, while you were living at 4234 Prince Hall

5      Boulevard did Ricky Mills ever live at that residence while

6      you were living there?

7              A      No.

8              Q      To your knowledge, did Ricky Mills have any

9      children?

10             A      No.

11             Q      To your knowledge, is Ricky Mills's mother

12     deceased?

13             A      Yes.

14             Q      How long has she been deceased?

15             A      About 40 years.

16             Q      40 years?

17             A      Yes.

18             Q      Do you know Ricky Mills's father's name?

19             A      No.

20             Q      Do you know the name of the individual who

21     appears or is listed as Ricky Mills's father on Ricky

22     Mills's birth certificate?

23             A      No.

24             Q      At the time of his death did Ricky Mills own any

25     real property?

1      A    No.

2      Q    To your knowledge, has Ricky Mills ever owned any

3  real property?

4      A    No.

5      Q    At the time of his death can you give me an

6  estimate as to the value of Ricky Mills's personal

7  property?

8      A    The only thing I know is his banking account.

9      Q    His bank account?  Do you know the amount that

10  was in his bank account?

11      A    $800.

12      Q    There was $800 in his account at the time of his

13  death?

14      A    Yes.

15      Q    Do you know if anyone had any life insurance on

16  Mr. Mills at the time of his death?

17      A    No.

18      Q    No life insurance?

19      A    No.

20      Q    Okay.  Did you assume responsibility for making

21  funeral arrangements for Ricky Mills?

22      A    Family.

23      Q    Okay.  Family.  Do you know who paid for Ricky

24  Mills's funeral?

25      A    All of us, family.

1      Q    Everybody chipped in?

2      A    Yes.

3      Q    Do you know what the cost of the funeral expenses

4   were?

5      A    It was $6,000.

6      Q    Who was the funeral home?

7      A    Marvin C. Zanders, Apopka.

8      Q    Do you know if Ricky Mills was supporting anyone

9   financially at the time of his death?

10      A    No.

11      Q    He was not?

12      A    He wasn't.

13      Q    Have you ever known anyone to be involved in

14   Ricky Mills's life as a father?

15      A    No.

16      Q    And have you known Ricky Mills all of his life?

17      A    Yes.

18      Q    Do you know an individual by the name of Archer

19   Lee Williams?

20      A    No.

21      Q    Did you have an aunt by the name of Lee Crapps?

22      A    Yes.

23      Q    Okay.  Do you know if she was ever married to

24   someone by the name of Archer Lee Williams?

25      A    Yes.

```
1        Q    And Lee Crapps was your aunt?
2        A    Yes.
3        Q    To your knowledge did Ricky Mills have a mental
4    health problem?
5        A    Yes.
6        Q    And can you describe for me what your
7    understanding of that mental health problem was?
8        A    He was -- he was on drugs.
9        Q    When did you have reason to believe that he was
10   on drugs?
11       A    When his mom passed.
12       Q    When did his mom pass?  You said it was 40 years
13   ago, didn't you?
14       A    Yeah, um-hmm.
15       Q    Was it your understanding that at the time of his
16   death he was still on drugs?
17       A    No.
18       Q    So you think he had resolved his drug problem?
19       A    Yes.
20       Q    How long had it been since he was clean from the
21   drugs, to your knowledge?
22       A    Repeat the question.
23       Q    How long has it been, to your knowledge, that
24   he's been clean, that he was off the drugs prior to his
25   death?
```

1       A     Probably about two years.

2       Q     And what kind of drugs was it, to your knowledge?

3       A     I think marijuana.

4       Q     Okay.  Ever have reason to believe that he was

5    addicted to crack-cocaine?

6       A     Yes.

7       Q     Other than having a drug problem, do you know if

8    Ricky Mills had ever been diagnosed as having a mental

9    health problem such as schizophrenia?

10      A     Yes.

11      Q     Do you know when he was first diagnosed with

12   schizophrenia?

13      A     No.

14      Q     Can you give me a ballpark as to how long you had

15   reason to believe that Ricky Mills had been diagnosed with

16   schizophrenia?  And I'm just looking for a ballpark.  I'm

17   not trying to pin you down.

18      A     I wasn't there most of the time.  I was living

19   away in my apartment.

20      Q     Okay.  But you were living in Orlando?

21      A     In Orlando.  Repeat the question.

22      Q     Well, I'm just trying to get a ballpark as to

23   when Ricky was first diagnosed with having a mental health

24   problem, just a ballpark.

25             MR. ALLEN:  If you know.

1       A   I don't know.

2       Q   Okay.  For the last five years of his life was it

3 your understanding that he had a mental health problem?

4       A   Yes.

5       Q   Okay.  How about ten years before he died?

6       A   Yes.

7       Q   Okay.  What was it about his behavior that caused

8 you to believe he had a mental health problem?

9       A   He would get upset, you know, sometimes.

10      Q   When you say "he would get upset," what do you

11 mean by that?  What would he do to cause you to think that

12 he was upset?

13      A   When he wanted to be left alone he would get

14 upset.

15      Q   What would he do?

16      A   He would just argue, talk loud.

17      Q   Now, say during the last two years of Ricky

18 Mills's life, how frequently would you see him on average?

19      A   Maybe once a month.

20      Q   Where would you see him?

21      A   At my mom's house.

22      Q   And is it your understanding that your mom raised

23 Ricky?

24      A   Yes.

25      Q   Have you ever known Ricky Mills to have been a

1    patient where he had to stay overnight at a mental health

2    facility?

3          A    Yes.

4          Q    When was the last time, to your knowledge, he had

5    to stay overnight at a mental health facility?

6          A    I don't know.

7          Q    Would it be more than two years prior to his

8    death?

9          A    Yes.

10         Q    And do you recall the last time that he had to

11   stay overnight at a mental health facility, what behavior

12   prompted him having to go?

13         A    Out of medication.

14         Q    He was out of his medication.  What did he do?

15         A    He went to the -- he went and checked himself

16   into the mental place.

17         Q    Was he acting out of the ordinary prior to

18   checking himself into the mental health facility?

19         A    No.

20         Q    What mental health facility was it he would check

21   himself into?

22         A    I don't know.

23         Q    Well, how did you know that he was in a mental

24   health facility?

25         A    From Jack.

1       Q      So Jack Mills told you?

2       A      Yes, and the -- and the mental hospital where he

3    was.

4       Q      Did you visit him at the mental health hospital?

5       A      No, no.

6       Q      Was it the one out in Eatonville, Lakeside

7    Alternatives?

8       A      Uh-huh.

9       Q      Yes?

10      A      Yes.

11      Q      And about how long ago would you say that was?

12      A      Repeat the question.

13      Q      How long ago was it that he was in this mental

14   health facility, about?

15      A      It was about maybe a year or so before he died.

16      Q      Do you know what type of medication Ricky Mills

17   was taking before his death?

18      A      No.

19      Q      Do you know the name of any of Ricky Mills's

20   doctors?

21      A      No.

22      Q      Do you know how frequently he needed to see a

23   mental health doctor?

24      A      No.

25      Q      How did you first become aware that Ricky Mills

1    had a mental health problem?

2        A    After his mom passed.

3        Q    Okay.  What happened?

4        A    He had -- the doctors said something happened to

5    -- I don't know what happened.

6        Q    I mean how was he acting is what I'm asking.

7        A    Oh, he -- he was fine at a -- and when she was in

8    the hospital.

9        Q    But something caused you to know that Ricky Mills

10    had -- that there was something mentally wrong with him,

11    correct?

12        A    Yeah.

13        Q    And I'm asking you what behavior did he display

14    to cause you to believe that there was something wrong with

15    him mentally?

16        A    He was just different after that.  He'd, you

17    know, get upset and he would stay to himself most of the

18    time.  He would not talk to family members.

19        Q    Have you ever known Ricky Mills to be in trouble

20    with the law?

21        A    Yes.

22        Q    Do you remember why he was in trouble with the

23    law?

24        A    Sometime he was -- he would be out and he'd be

25    with people getting in trouble so you're in trouble.  I

1    don't know exactly what trouble it was.

2         Q    Okay.  Do you know if Ricky Mills received any

3    type of disability benefits?

4         A    Yes.

5         Q    And where did he receive those benefits from?

6         A    SSI.

7         Q    Do you know what the amount of his disability

8    benefits were?

9         A    No, I don't.

10        Q    In the last couple of years before Ricky Mills's

11   death was he able to live independently and take care of

12   his everyday living needs?

13        A    Yes.

14        Q    Okay.  So he cooked for himself?

15        A    Yes.

16        Q    He maintained himself like his hygiene, personal

17   hygiene?

18        A    Yes.

19        Q    And he handled his own finances; is that correct?

20        A    Yes.

21        Q    Do you know if he personally paid his rent where

22   he was living?

23        A    Yes.

24        Q    Okay.  So you didn't handle all of that for him?

25        A    No.

1      Q    Do you know if Ricky Mills had a driver's license

2  when he died?

3      A    No.

4      Q    Had you ever known Ricky Mills to be violent with

5  anyone?

6      A    No.

7      Q    Had you ever known him to threaten to do violence

8  to anyone?

9      A    No.

10      Q    Do you know if Ricky Mills had a girlfriend at

11  the time of his death?

12      A    No.

13      Q    You don't know?

14      A    I don't know.

15      Q    You live with your mother, correct?

16      A    Yes.

17      Q    Is she well enough to give a deposition, as far

18  as you know?

19      A    No.

20      Q    What makes you think that she's not well enough

21  to give a deposition?

22      A    She have early stage of Alzheimer's disease.

23      Q    When was she diagnosed with that?

24      A    At Dr. Menkin's, Orlando.

25      Q    When?

1        A    Where?

2        Q    When?

3        A    2000 -- this -- this year.

4        Q    2009?

5        A    No.   2000, the year 2000.

6        Q    Okay.   Does she take medication for it?

7        A    Yes.

8        Q    Does it seem to be helping?

9        A    No.

10       Q    Have you ever known Ricky Mills prior to

11  June 14th, 2005 to threaten anyone with a knife?

12       A    No.

13       Q    Has anybody ever told you that he's threatened

14  them with a knife?

15       A    No.

16       Q    Has anyone ever told you that he has threatened

17  anyone else with a knife prior to June 14th, 2005?

18       A    No.

19       Q    Other than checking himself in at a mental health

20  facility, to your knowledge, had Ricky Mills ever been

21  involuntarily committed to a mental health facility?

22       A    Yes.

23       Q    Do you know when that would have been?

24       A    No.

25       Q    Was it in the last five years before he died?

1     A    Later.

2     Q    Do you know how long he had to stay in the mental

3  health facility?

4     A    No.

5     Q    Do you know what the circumstances were that led

6  to him being involuntarily committed to a mental health

7  facility?

8     A    Not taking medicine.

9     Q    Do you know what he was doing, what behavior he

10  was displaying that caused someone to think that he needed

11  to be involuntarily committed?

12     A    I don't know.

13     Q    How many times have you known Ricky Mills to have

14  been involuntarily committed to a mental health facility?

15     A    Just the one.

16     Q    You were not present on Conley Street when Ricky

17  Mills was shot, were you?

18     A    No.

19     Q    Okay.  Other than Jack Mills has anyone told you

20  that they witnessed the shooting?

21     A    No.

22     Q    Have you ever known Ricky Mills to be employed?

23     A    Yes.

24     Q    When was the last time you knew him to be

25  employed?

1      A      Before he got on disability.

2      Q      Do you know how long he's been on disability?

3      A      I don't know exactly.

4      Q      Has he been receiving disability benefits for say

5    at least ten years?

6      A      Yes.

7      Q      So would it be correct that he hadn't been

8    employed for at least ten years before his death?

9      A      Yes.

10     Q      Is it correct also to say that you have no

11   personal knowledge of any of the events surrounding Ricky

12   Mills's death on June 14th, 2005?

13     A      Yes.

14     Q      During the two years before Ricky Mills's death

15   was he providing any services or financial support to your

16   mom?

17     A      No.

18     Q      Did Ricky Mills own a car at the time of his

19   death?

20     A      No.

21     Q      Did Ricky Mills own any jewelry at the time of

22   his death?

23     A      No.

24            MS. BRONSON:   I don't have any further

25         questions.

1          MR. ALLEN:  I have just a few.  I'm just

2     curious about a couple of things.

3                    CROSS-EXAMINATION

4     BY MR. ALLEN:

5          Q    Now, your mother is Ora Pearl Mills?

6          A    Yes.

7          Q    Okay.  She's the one who raised Ricky?

8          A    Yes.

9          Q    And I think before you were appointed personal

10    representative your mother was; am I right?

11         A    Yes.

12         Q    Now, is the reason why you became the personal

13    representative because of your mom's condition?

14         A    Yes.

15         Q    Okay.  Now, during the time Ricky was living with

16    your mom, you were not living there with them, right?

17         A    Right.

18         Q    Okay.  So would you have firsthand knowledge as

19    to whether or not Ricky was giving your mother any money

20    during that time frame?

21         A    No.

22         Q    Okay.  So you don't know whether or not he gave

23    her money or not, do you?

24         A    No.

25         Q    Okay.  And during the time frame he was staying

1     with her, you don't know whether or not Ricky was giving

2     her money for rent or anything else, do you?

3          A    No.

4          Q    Okay.  Because you were living --

5          A    On Rio Grande in my apartment.

6          Q    Okay.  And there would be an extended period of

7     time before you would even see Ricky over at your mom's

8     house, right?

9          A    Yes.

10         Q    Okay.

11              MR. ALLEN:  That's all I have.

12                   REDIRECT EXAMINATION

13    BY MS. BRONSON:

14         Q    Now, at the time of Ricky Mills's death, you were

15    living on Rio Grande?

16         A    Yes.

17         Q    At the time of Ricky Mills's death how frequently

18    on average would you say you saw your mother?

19         A    Maybe once a week.

20         Q    Do you know how long Ricky had been living at the

21    Conley Street address prior to his death?

22         A    No.

23         Q    Do you know the amount of Ricky Mills's rent

24    every month?

25         A    No.

1          MS. BRONSON:  I don't have any further

2    questions.

3          MR. ALLEN:  That's it.  She'll waive.

4          MS. BRONSON:  I'll order.

5          MR. ALLEN:  Contact John.

6          (The proceedings were concluded at 1:30 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF OATH OF WITNESS

1

2 STATE OF FLORIDA
COUNTY OF ORANGE:

3
        I, DONNA R. KELLER, R.P.R., certify that MARIE BURKS
4 personally appeared before me and was duly sworn.

5        WITNESS my hand and official seal this 18th day of
August, 2009.

6

7 _____
DONNA R. KELLER, R.P.R.
8 Notary Public, State of Florida at Large
Commission No. DD 732038
9 Commission Expires:  11/06/2011

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                            - - - - -

2                        CERTIFICATE OF REPORTER

3       STATE OF FLORIDA:
        COUNTY OF ORANGE:

4
            I, DONNA R. KELLER, R.P.R., do hereby certify that I
5       was authorized to and did stenographically report the
        deposition of MARIE BURKS; that the review of the
6       transcript was not requested; and that the foregoing
        transcript, pages 1 through 24, inclusive, are a true and
7       complete record of my stenographic notes.

8

9            I further certify that I am not a relative,
        employee, attorney or counsel of any of the parties, nor
10      am I a relative or employee connected with any of the
        parties' attorneys or counsel connected with the action,
11      nor am I financially interested in the outcome of the
        action.

12
            DATED this 18th day of August, 2009.
13

14

15                        _____

16                        DONNA R. KELLER, R.P.R.

17

18

19

20

21

22

23

24

25

**A**

able 15:11
account 7:8,9,10
7:12
acting 12:17 14:6
action 24:10,11
add 3:13
addicted 10:5
address 4:11,13
5:3,7 21:21
affairs 6:2
ago 9:13 13:11,13
agreed 2:17
Albany 4:7
Allen 1:16,16 2:4
10:25 20:1,4
21:11 22:3,5
Alternatives 13:7
Alzheimer's 16:22
amount 7:9 15:7
21:23
answer 3:19,19
anybody 17:13
apartment 10:19
21:5
Apopka 8:7
appeared 23:4
appears 6:21
appointed 20:9
approximately
4:9,25
Archer 8:18,24
argue 11:16
arrangements
7:21
asking 14:6,13
assume 5:25 7:20
attorney 3:11
24:9
attorneys 24:10
August 1:11 23:5
24:12
aunt 8:21 9:1
authorized 24:5
Avenue 5:9
average 11:18
21:18

avoids 3:24
aware 13:25

**B**

ballpark 10:14,16
10:22,24
bank 7:9,10
banking 7:8
BEARY 1:6
beginning 1:12
behalf 1:11
behavior 11:7
12:11 14:13
18:9
believe 9:9 10:4
10:15 11:8
14:14
benefits 15:3,5,8
19:4
birth 4:3 6:22
born 4:6
Boulevard 4:12
6:5
break 3:13,14
BRIAN 1:8
Bronson 1:19,20
2:3,4 3:5 19:24
21:13 22:1,4
Brown 1:24
Bruton 4:18,21,25
Burks 1:3,10 2:2
3:1,7,8 23:3
24:5

**C**

C 1:15 8:7
car 19:18
care 15:11
CASE 1:5
cause 11:11 14:14
caused 11:7 14:9
18:10
certificate 2:5,6
6:22 23:1 24:2
certify 23:3 24:4,9
check 12:20
checked 12:15

checking 12:18
17:19
CHESTER 1:7
children 6:9
chipped 8:1
circumstances
18:5
clean 9:20,24
clear 4:1
Commission 23:8
23:9
committed 17:21
18:6,11,14
complete 24:7
concluded 22:6
condition 20:13
Conley 18:16
21:21
connected 24:10
24:10
Contact 22:5
cooked 15:14
correct 5:25 14:11
15:19 16:15
19:7,10
cost 8:3
counsel 2:17 24:9
24:10
COUNTY 1:7
23:2 24:3
couple 3:13 15:10
20:2
court 1:1 3:20
crack-cocaine
10:5
Crapps 8:21 9:1
Cross-Examina...
2:4 20:3
curious 20:2

**D**

D 2:1
Daisy 4:18,21
date 4:3
DATED 24:12
day 23:5 24:12
DD 23:8

death 6:24 7:5,13
7:16 8:9 9:16,25
12:8 13:17
15:11 16:11
19:8,12,14,19,22
21:14,17,21
deceased 1:4 6:12
6:14
Defendants 1:9,11
1:22
deposition 1:10
2:19 3:8,12
16:17,21 24:5
DEPUTY 1:7,8
describe 9:6
Destiny 1:21
diagnosed 10:8,11
10:15,23 16:23
died 11:5 13:15
16:2 17:25
different 14:16
difficult 3:21,25
Direct 2:3 3:4
disability 15:3,7
19:1,2,4
disease 16:22
display 14:13
displaying 18:10
DISTRICT 1:1,1
DIVISION 1:2
doctor 13:23
doctors 13:20
14:4
doing 18:9
Donna 1:13 23:3
23:7 24:4,16
Dr 16:24
driver's 16:1
drug 9:18 10:7
drugs 9:8,10,16
9:21,24 10:2
duly 3:2 23:4

**E**

E 1:15,15 2:1
early 16:22
East 1:12,17

Eatonville 13:6
Eide 1:20
employed 18:22
18:25 19:8
employee 24:9,10
Esquire 1:16,19
estate 5:23 6:1
estimate 7:6
events 19:11
Everybody 8:1
everyday 15:12
exactly 15:1 19:3
Examination 2:3
2:4 3:4 21:12
expenses 8:3
Expires 23:9
express 3:23
extended 21:6

**F**

facility 12:2,5,11
12:18,20,24
13:14 17:20,21
18:3,7,14
family 7:22,23,25
14:18
far 16:17
father 6:21 8:14
father's 6:18
FIGUEROA 1:8
finances 15:19
financial 6:2
19:15
financially 8:9
24:11
fine 14:7
finish 3:18
Firm 1:16
first 3:2 10:11,23
13:25
firsthand 20:18
five 11:2 17:25
Florida 1:1,7,13
1:14,17,21 4:8
5:9 23:2,8 24:3
follows 3:2
foregoing 24:6

frame 20:20,25
FRANK 1:16
frequently 11:18
    13:22 21:17
funeral 7:21,24
    8:3,6
further 19:24
    22:1 24:9

**G**

G 1:19
Georgia 4:7
getting 14:25
girlfriend 16:10
give 4:3 7:5 10:14
    16:17,21
giving 20:19 21:1
go 12:12
Grande 5:9 21:5
    21:15
Grower 1:20

**H**

Hall 4:12 5:3,7
    6:4
hand 23:5
handle 3:12 15:24
handled 15:19
happened 14:3,4
    14:5
head 3:25
heads 3:24
health 9:4,7 10:9
    10:23 11:3,8
    12:1,5,11,18,20
    12:24 13:4,14,23
    14:1 17:19,21
    18:3,6,14
helping 17:8
home 8:6
hospital 13:2,4
    14:8
house 11:21 21:8
hygiene 15:16,17

**I**

inclusive 24:6
independently

15:11
individual 6:20
    8:18
insurance 7:15,18
interested 24:11
involuntarily
    17:21 18:6,11,14
involved 8:13

**J**

Jack 1:4 4:18
    12:25 13:1
    18:19
JEANELLE 1:19
jewelry 19:21
John 22:5
June 17:11,17
    19:12

**K**

Keller 1:13 23:3,7
    24:4,16
Ketcham 1:20
KEVIN 1:6
kind 10:2
knew 18:24
knife 17:11,14,17
know 3:14,15
    6:18,20 7:8,9,15
    7:23 8:3,8,18,23
    10:7,11,25 11:1
    11:9 12:6,22,23
    13:16,19,22 14:5
    14:9,17 15:1,2,7
    15:21 16:1,10,13
    16:14,18 17:23
    18:2,5,9,12 19:2
    19:3 20:22 21:1
    21:20,23
knowledge 6:1,8
    6:11 7:2 9:3,21
    9:23 10:2 12:4
    17:20 19:11
    20:18
known 8:13,16
    11:25 14:19
    16:4,7 17:10

18:13,22

**L**

L 2:16
Lake 1:21
Lakeside 13:6
Large 1:14 23:8
law 14:20,23
led 18:5
Lee 8:19,21,24 9:1
left 11:13
license 16:1
life 7:15,18 8:14
    8:16 11:2,18
listed 6:21
live 4:15 5:8,10,19
    5:20 6:5 15:11
    16:15
lived 4:8,13 5:2
living 6:4,6 10:18
    10:20 15:12,22
    20:15,16 21:4,15
    21:20
long 4:8,13 5:2,10
    6:14 9:20,23
    10:14 13:11,13
    18:2 19:2 21:20
looking 10:16
loud 11:16

**M**

maintained 15:16
Maitland 1:21
making 7:20
Marie 1:3,10 2:2
    3:1,7 23:3 24:5
marijuana 10:3
married 8:23
Marvin 8:7
mean 11:11 14:6
medication 12:13
    12:14 13:16
    17:6
medicine 18:8
members 14:18
Menkin's 16:24
mental 9:3,7 10:8

10:23 11:3,8
    12:1,5,11,16,18
    12:20,23 13:2,4
    13:13,23 14:1
    17:19,21 18:2,6
    18:14
mentally 14:10,15
MIDDLE 1:1
Mills 1:3,4 4:18
    4:18,19 5:15,17
    5:19,20,23 6:5,8
    6:24 7:2,16,21
    8:8,16 9:3 10:8
    10:15 11:25
    13:1,16,25 14:9
    14:19 15:2 16:1
    16:4,10 17:10,20
    18:13,17,19,22
    19:18,21 20:5
Mills's 6:11,18,21
    6:22 7:6,24 8:14
    11:18 13:19
    15:10 19:12,14
    21:14,17,23
mom 9:11,12
    11:22 14:2
    19:16 20:16
mom's 11:21
    20:13 21:7
money 20:19,23
    21:2
month 11:19
    21:24
Morgan 1:24,24
mother 4:19 6:11
    16:15 20:5,10,19
    21:18

**N**

N 1:15 2:1,16
name 3:6 6:18,20
    8:18,21,24 13:19
need 3:13,23
needed 13:22
    18:10
needs 15:12
Nephew 5:18

nods 3:24
North 1:21
Notary 1:14 23:8
notes 24:7
Notice 1:11
November 4:5

**O**

O 2:16
OATH 2:5 23:1
official 23:5
Oh 5:7 14:7
Okay 3:11,17 4:1
    4:2 5:2 7:20,23
    8:23 10:4,20
    11:2,5,7 14:3
    15:2,14,24 17:6
    18:19 20:7,15,18
    20:22,25 21:4,6
    21:10
old 4:25
once 11:19 21:19
Ora 4:18,19 20:5
ORANGE 1:7
    23:2 24:3
order 22:4
ordinary 12:17
Orlando 1:2,13
    1:17 5:9 10:20
    10:21 16:24
outcome 24:11
overnight 12:1,5
    12:11
owned 7:2

**P**

P 1:15,15 2:16
pages 24:6
paid 7:23 15:21
PARKER 1:7
parties 2:18 24:9
    24:10
pass 9:12
passed 9:11 14:2
patient 12:1
Pearl 20:5
people 14:25

period 21:6
person 6:1
personal 1:3 5:22
  7:6 15:16 19:11
  20:9,12
personally 15:21
  23:4
pin 10:17
place 12:16
Plaintiffs 1:4,18
please 3:6,14,15
  4:4
pm 1:12
points 3:13
present 1:24
  18:16
Prince 4:12 5:2,7
  6:4
prior 5:7 9:24
  12:7,17 17:10,17
  21:21
Probably 10:1
problem 9:4,7,18
  10:7,9,24 11:3,8
  14:1
proceedings 22:6
prompted 12:12
property 6:25 7:3
  7:7
providing 19:15
Public 1:14 23:8
pursuant 1:10
P.A 1:16,20,24
p.m 22:6

**Q**

question 3:15,19
  9:22 10:21
  13:12
questions 19:25
  22:2

**R**

R 1:13,15 23:3,7
  24:4,16
raised 11:22 20:7
reading 2:19

real 6:25 7:3
reason 9:9 10:4
  10:15 20:12
recall 12:10
receive 15:5
received 15:2
receiving 19:4
record 4:1 24:7
Redirect 2:4
  21:12
related 4:21 5:14
  5:14
relationship 4:23
  5:17
relative 24:9,10
remember 14:22
rent 15:21 21:2,23
Repeat 9:22 10:21
  13:12
rephrase 3:16
report 24:5
reporter 2:6 3:20
  24:2
representative 1:3
  5:22 20:10,13
requested 24:6
residence 6:5
resolved 9:18
respective 2:18
responsibility
  7:20
review 24:5
Richara 1:24
Ricky 1:3 5:14,19
  6:5,8,11,18,21
  6:21,24 7:2,6,21
  7:23 8:8,14,16
  9:3 10:8,15,23
  11:17,23,25
  13:16,19,25 14:9
  14:19 15:2,10
  16:1,4,10 17:10
  17:20 18:13,16
  18:22 19:11,14
  19:18,21 20:7,15
  20:19 21:1,7,14
  21:17,20,23

right 4:3 20:10,16
  20:17 21:8
Rio 5:9 21:5,15
Road 1:21
Robinson 1:12,17
Rutherford 1:20
R.P.R 1:14 23:3,7
  24:4,16

**S**

S 1:15 2:16,16
saw 21:18
saying 3:20,21
schizophrenia
  10:9,12,16
seal 23:5
see 11:18,20 13:22
  21:7
services 19:15
shakes 3:24
SHERIFF 1:6,7,8
She'll 22:3
shooting 18:20
shot 18:17
signing 2:19
Sister 4:24
Sixteen 5:11,12
sorry 5:7
South 5:9
SSI 15:6
stage 16:22
state 1:14 3:6 23:2
  23:8 24:3
STATES 1:1
stay 12:1,5,11
  14:17 18:2
staying 20:25
stenographic 24:7
stenographically
  24:5
stipulated 2:17
Street 1:12,17
  18:16 21:21
Suite 1:13,17,21
support 19:15
supporting 8:8
sure 3:11

surrounding
  19:11
sworn 3:2 23:4

**T**

T 1:16 2:16,16
take 3:13,14
  15:11 17:6
taken 1:10 3:9
talk 11:16 14:18
talking 3:22
Telan 1:20
ten 11:5 19:5,8
testified 3:2
TESTIMONY
  2:2
thing 7:8
things 20:2
think 9:18 10:3
  11:11 16:20
  18:10 20:9
threaten 16:7
  17:11
threatened 17:13
  17:16
time 3:14,22 6:24
  7:5,12,16 8:9
  9:15 10:18 12:4
  12:10 14:18
  16:11 18:24
  19:18,21 20:15
  20:20,25 21:7,14
  21:17
times 18:13
told 3:11 13:1
  17:13,16 18:19
transcript 24:6,6
trouble 14:19,22
  14:25,25 15:1
true 24:6
try 3:24
trying 10:17,22
two 4:14 5:4 10:1
  11:17 12:7
  19:14
type 3:20 13:16
  15:3

**U**

U 2:16
Uh-huh 13:8
uh-huhs 3:25
uh-uhs 3:25
um-hmm 9:14
understand 3:15
understanding
  9:7,15 11:3,22
UNITED 1:1
upset 11:9,10,12
  11:14 14:17
use 3:22

**V**

value 7:6
violence 16:7
violent 16:4
visit 13:4
vs 1:5

**W**

wait 3:18
waive 22:3
waived 2:19
wanted 11:13
wasn't 8:12 10:18
Wednesday 1:11
week 21:19
went 12:15,15
we'll 3:14
we're 3:21
Williams 8:19,24
witness 2:18 3:3
  23:1,5
witnessed 18:20
words 3:22,23
wrong 14:10,14

**X**

X 2:1

**Y**

Yeah 9:14 14:12
year 13:15 17:3,5
years 4:10,14 5:4
  5:11 6:15,16
  9:12 10:1 11:2,5

11:17 12:7
15:10 17:25
19:5,8,14

**Z**

**Zanders** 8:7

**$**

**$6,000** 8:5
**$800** 7:11,12

**1**

**1** 24:6
**1:00** 1:12
**1:30** 22:6
**105** 1:12
**11/06/2011** 23:9
**130** 1:17
**14th** 17:11,17
  19:12
**18th** 23:5 24:12
**1946** 4:5

**2**

**20** 2:4
**2000** 17:3,5,5
**2005** 17:11,17
  19:12
**2009** 1:12 17:4
  23:5 24:12
**21** 2:4
**23** 2:5
**24** 2:6 24:6

**3**

**3** 2:3
**32751** 1:21
**32801** 1:17

**4**

**40** 6:15,16 9:12
**4234** 4:12 6:4
**4444** 5:9
**45** 4:10
**450** 1:21

**5**

**5** 1:11

**503** 1:13
**54** 5:1

**6**

**6:08-CV-1568-...**
  1:5
**605** 1:17

**7**

**732038** 23:8

**9**

**9th** 4:5
**901** 1:21