# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARIE BURKS, as Personal
Representative of Ricky Mills,
deceased,

            Plaintiff,

-vs-                                      Case No. 6:08-cv-1568-Orl-28GJK

KEVIN BEARY, CHESTER PARKER,
BRIAN FIGUEROA,

            Defendants.
_____

## ORDER

This cause is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **DEFENDANTS', KEVIN BEARY, CHESTER PARKER, AND BRIAN FIGUEROA, MOTION IN LIMINE (Doc. No. 50)** |
| **FILED:** | **March 8, 2010** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as to issues #1, #2, #3, and #4; granted as to issue #5, reference to Defendants' racial or ethnic prejudice or bias or suggestion of race or ethnicity.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___9th___ day of April, 2010.

Copies furnished to:
Counsel of Record
Unrepresented Party

                                      JOHN ANTOON II
                                      United States District Judge