UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARIE BURKS, as Personal
Representative of RICKY MILLS,
deceased, and JACK MILLS,

        Plaintiffs,        CASE NO.: 6:08-CV-1568-ORL-28GJK

vs.

KEVIN BEARY, as SHERIFF OF
ORANGE COUNTY, FLORIDA, DEPUTY
SHERIFF CHESTER PARKER and
DEPUTY SHERIFF BRIAN FIGUEROA,

        Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL
## WITH PREJUDICE OF COUNTS IV, V, AND VI

**COME NOW** the parties, by and through their undersigned attorneys, and file this their Joint Stipulation for Dismissal with Prejudice of the Plaintiff's causes of action under state law, as plead in Counts IV, V, and VI of the Amended Complaint.

Plaintiff's claims under 42 U.S.C. §1983 against co-defendants Chester Parker and Brian Figueroa (Counts II and III of the Amended Complaint) are not being dismissed and shall remain active in this case. Sheriff Kevin Beary shall no longer be a party to this case.

It is further stated that the parties have stipulated that each shall bear their own fees, costs and other expenses with regard to the dismissal of Counts IV, V, and VI and shall refrain from seeking same from the other regarding Counts IV, V, and VI.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on the 12th day of May 2010, we jointly caused the

above and forgoing document to be electronically filed by Ramon Vazquez with the Clerk of the

Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of

record.

| | |
|---|---|
| s/ John W. Dill | s/ Ramon Vazquez |
| JOHN W. DILL | RAMON VAZQUEZ |
| Florida Bar No. 981680 | Florida Bar No. 196274 |
| Attorneys for PLAINTIFFS | WALTER A. KETCHAM, JR. |
| MORGAN & MORGAN, P.A. | Florida Bar No. 156630 |
| 20 North Orange Ave., Ste. 16 | Attorneys for Defendants, BEARY, |
| Orlando, FL  32801 | PARKER & FIGUEROA |
| Phone: (407) 420-1414 | GROWER, KETCHAM, RUTHERFORD |
| Fax:     (407) 422-8925 | BRONSON, EIDE & TELAN, |
| jdill@forthepeople.com | 901 North Lake Destiny Road, Suite 450 |
| | Maitland, FL  32751-4844 |
| | Phone: (407) 423-9545 |
| | Fax:     (407) 425-7104 |
| | waketcham@growerketcham.com |
| | rvazquez@growerketcham.com |