```
                    FILED
                 IN OPEN COURT

                  MAY 1 9 2010   19___
                     CLERK
                U. S. DISTRICT COURT
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARIE BURKS, as personal
representative of Ricky Mills,
deceased,

        Plaintiff,

-vs-                          Case No. 6:08-cv-1568-Orl-28GJK

CHESTER PARKER and BRIAN
FIGUEROA,

        Defendants.
_____/

## VERDICT

Do you find from a preponderance of the evidence:

1. That Defendant Chester Parker intentionally committed acts that violated Ricky Mills's federal constitutional right not to be subjected to excessive or unreasonable force during an arrest?

    Answer Yes or No   __No__

Note:  If your answer to Question Number 1 is No, please skip Questions 2, 3, & 4 and proceed to Question Number 5. If your answer to Question Number 1 is Yes, please proceed to Question Number 2.

2. That Defendant Chester Parker's acts were the proximate or legal cause of damages sustained by Ricky Mills?

    Answer Yes or No   _____

Note:  If your answer to Question Number 2 is No, please skip Questions 3 & 4 and proceed to Question Number 5. If your answer to Question Number 2 is Yes, please proceed to Question Number 3.

3. That the Plaintiff should be awarded damages to compensate for Ricky Mills's physical and emotional pain and mental anguish due to the actions of Defendant Chester Parker?

      Answer Yes or No _____

      If your answer is "Yes," in what amount?   $_____

4. That the Plaintiff should be awarded damages to compensate for funeral expenses incurred by or on behalf of Ricky Mills's estate due to the actions of Defendant Chester Parker?

      Answer Yes or No _____

      If your answer is "Yes," in what amount?   $_____

5. That Defendant Brian Figueroa intentionally committed acts that violated Ricky Mills's federal constitutional right not to be subjected to excessive or unreasonable force during an arrest?

      Answer Yes or No   __No__

Note: If your answer to Question Number 5 is No, please skip the remaining questions and stop and sign this Verdict form. If your answer to Question Number 5 is Yes, please proceed to Question Number 6.

6. That Defendant Brian Figueroa's acts were the proximate or legal cause of damages sustained by Ricky Mills?

      Answer Yes or No   _____

Note: If your answer to Question Number 6 is No, please skip the remaining questions and stop and sign this Verdict form. If your answer to Question Number 6 is Yes, please answer the remaining questions.

7. That the Plaintiff should be awarded damages to compensate for Ricky Mills's physical and emotional pain and mental anguish due to the actions of Defendant Brian Figueroa?

      Answer Yes or No_____

      If your answer is "Yes," in what amount?   $_____

8. That the Plaintiff should be awarded damages to compensate for funeral expenses incurred by or on behalf of Ricky Mills's estate due to the actions of Defendant Brian Figueroa?

      Answer Yes or No_____

      If your answer is "Yes," in what amount?   $_____

SO SAY WE ALL.

                                              _____
                                              Foreperson

DATED: 5/18/10